**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-03070-ARR<br><br>Hon. Allyne R. Ross |

**NOTICE OF NON-OPPOSITION OF FRANK MATASSA TO**
**COMPETING LEAD PLAINTIFF MOTIONS**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Frank Matassa ("Movant") respectfully does not oppose the competing motions for appointment as lead plaintiff and approval of selection of lead counsel in the above-captioned action (the "Action"). On July 27, 2021, Movant timely filed a motion for appointment as lead plaintiff and approval of selection of counsel, stating that he suffered approximately $17,503.97 in financial losses in connection with his purchase of Virgin Galactic Holdings, Inc. ("Virgin Galactic") securities between October 26, 2019 and April 30, 2021, inclusive. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting

papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as lead plaintiff should the need arise.

Dated: August 10, 2021                                             Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Frank Matassa*