*Lavin v. Virgin Galactic Holdings, Inc. et al.,*
Case No. 1:21-cv-03070-ARR-TAM (E.D.N.Y.)

**STATEMENTS CHALLENGED IN PLAINTIFFS' AMENDED COMPLAINT**

| | Source | Challenged Statement |
|---|---|---|
| 1. | **Jul. 9, 2019 Press Release** AC ¶¶ 497; 499; 501 | "*VG believes it has now reached an inflection point in its development as it progresses towards launching commercial operations. In particular, by demonstrating the repeatability of the full flight profile through the completion of two crewed spaceflights, VG believes it has overcome a substantial number of the technical hurdles required to make the company a viable and profitable commercial service.*" (¶ 497) |
| 2. | | "Great progress in our test flight program means that we are *on track for our beautiful spaceship to begin commercial service.* By embarking on this new chapter, *at this advanced point in Virgin Galactic's development*, we can open space to more investors and in doing so, open space to thousands of new astronauts." (¶ 499 [quoting Branson]) |
| 3. | | "It is a privilege to partner with Sir Richard Branson, a once-in-a-generation visionary, to bring the reality of commercial spaceflight to the world. *We are confident that VG is light years ahead of the competition.* It is backed by an exciting business model *and an uncompromising commitment to safety and customer satisfaction*. I cannot wait to take my first trip to space and become an astronaut." (¶ 501 [quoting Palihapitiya]) |
| 4. | **Jul. 9, 2019 Public Letters** AC ¶¶ 503; 505 | "*With the clearing of the huge technical milestone which came from demonstrating Unity's full flight profile with two trips to space*, and the subsequent decision that we were ready to move the teams to Spaceport America, we were presented with a few options, and have decided this is the best course for the business." (¶ 503) |

1

| | Source | Challenged Statement |
|---|---|---|
| 5. | **Jul. 9, 2019**<br>**Public Letters**<br>AC ¶¶ 503; 505 | "Opening Virgin Galactic to further external investment has been on the cards for a while. ***Great progress in our test flight program means that the remaining hurdles, before our beautiful spaceship starts a full commercial service, are steadily being cleared.*** Having sadly had to pull away from an investment by Saudi Arabia after the murder of journalist Jamal Khashoggi, and then ***having demonstrated the repeatability of our full flight profile with two crewed spaceflights***, we had an opportunity to rethink our investment plans." (¶ 505) |
| 6. | **Aug. 8, 2019**<br>**Draft Registration Statement on Form S-4**<br>AC ¶¶ 507; 509 | "***Unsatisfactory safety performance of our spaceflight systems could have a material adverse effect on our business, financial condition and results of operation.***<br><br>We manufacture and operate highly sophisticated spaceflight systems and offer a specialized astronaut experience that depends on complex technology. ***While we have built operational processes to ensure that the design, manufacture, performance and servicing of our spaceflight systems meet rigorous quality standards,*** there can be no assurance that we will not experience operational or process failures and other problems, including through manufacturing or design defects, pilot error, cyber-attacks or other intentional acts, that could result in potential safety risks. Any actual or perceived safety issues may result in significant reputational harm to our businesses, in addition to tort liability, maintenance, increased safety infrastructure and other costs that may arise. Such issues with our spaceflight systems or customer safety could result in delaying or cancelling planned flights, increased regulation or other systemic consequences. Our inability to meet our safety standards or adverse publicity affecting our reputation as a result of accidents, mechanical failures, damages to customer property or medical complications could have a material adverse effect on our business, financial condition and results of operation." (¶ 507) |
| 7. | | "Human spaceflight is an inherently risky activity that can lead to accidents or catastrophes impacting human life. For example, on October 31, 2014, VSS Enterprise, an earlier model of SpaceShipTwo manufactured and operated by a third-party contractor, had an accident during a rocket-powered test flight. The pilot was seriously injured, the co-pilot was fatally injured and the vehicle was destroyed. While ***we have taken steps to address the causes of this accident and taken other preventative safety measures***, there is a possibility that other accidents may occur in the future for a variety of reasons, some of which may be out of our control. Any such accident could result in substantial losses to us, including reputational harm and legal liability, and, as a result, could have a material adverse effect on our business, financial condition and results of operations." (¶ 509) |

| | Source | Challenged Statement |
|---|---|---|
| 8. | **Sep. 5, 2019**<br><br>**Prospectus on Form 425**<br><br>AC ¶ 512 | "Overview of Virgin Galactic's Ground Operations<br>• Emphasis on **safety, reliability, and maintainability** for vehicles rooted in decades of best practices in airline / charter operations<br>• **Prudent planned maintenance** assumptions during ramp-up period<br>• Learnings[sic] from the maintenance program during ramp-up period will **support the enhancement and efficient evolution of the  program to support high flight rate operations**" (¶ 512) |
| 9. | **Oct. 16, 2019**<br><br>**Interview on Bloomberg Markets**<br><br>AC ¶ 514 | **Q:** "Well, the spaceship looks amazing and I'm sure it's comfortable as well. I want to go on a little bit to find out how the test flights are going so far, because I believe you're currently carrying out these test flights. *Give us a sense of the frequency of the test flights and how far they travel and what you've learned so far from them.*<br><br>**Defendant Branson:** "So, we've had an incredible few months. We're the only space company in America, including NASA, to put people into space since 2009. *We put five – we made five new astronauts. And, so, now what they're doing is fitting out the interior of the spaceship for passenger use, moving the mothership and the spaceship to our lovely space port in New Mexico.* We'll then do a few more test flights. Then next year I'll go up, *and then we'll start putting people up.* And, so, we've got an exciting few months ahead." (¶ 514) |
| 10. | **Oct. 28, 2019**<br><br>**Interview by Bloomberg**<br><br>AC ¶¶ 516; 518; 520 | **Q:** "Talk to me about becoming a public company, because it seems an industry that perhaps should be private. There's going to be a lot of scrutiny, I guess, about what you guys are doing, and *it just seems like it's always going to be one accident, one crash away from oblivion. So, what was the logic to becoming a public company?"*<br><br>**Defendant Branson:** "Well, we spent fifteen years developing the company as a private company, and there came a stage where we felt 'Let's involve the public. Let's involve institutions' to help us on to the final stage.<br><br>What's been gratifying is that many of the biggest institutions in the world have been to the space port, have been to the Mojave, they've seen the spaceships, the way that rockets are built, and they feel comfortable, I think, with the job our team has done over the last fifteen years. I think the other thing, which I think George can talk to, is *just how safe our spaceship company is, in the way it's been built. Do you want to touch on that, George?"* |

| | Source | Challenged Statement |
|---|---|---|
| 11. | **Oct. 28, 2019**<br><br>**Interview by Bloomberg**<br><br>AC ¶¶ 516; 518; 520 | **Whitesides:** "Sure. I mean, what's exciting, is that *we've been flight testing these vehicles, for now, nearly ten years, and we believe we have an architecture that is extremely reliable and also has aspects that are very suited to the customer experience.* For example, taking off from a runway, landing on a runway. Those are things that I think will have a very nice, smooth start and ending to the customer experience. And, then, our rocket motor is actually the simplest and, thus, safest – we think – human-rated rocket motor for our class of rocketry. So, for all these reasons we feel really good about the system." (¶ 516)<br><br>In that same interview, Branson stated that:<br><br>"'[S]uccess is creating the world's first space company, and it is the first space company to float on the stock exchange, and it's the first commercial space company to spend five people into space. So, we've had an extraordinary few months and *next year I'll be going into space, and we'll be starting to send a lot of people into space.'"* (¶ 518) |
| 12. | | "[W]ell, I think, we have the advantage of having already put people into space and we've made five new astronauts; there haven't any others made on American soil since 2009. And, so, *we have a tested and tried system that is performing well*. (¶ 520) |
| 13. | **Nov. 20, 2019**<br><br>**Palihapitiya Statement to CNBC**<br><br>AC ¶ 522 | "On November 20, 2019, Defendant Palihapitiya told CNBC that commercial flights 'will begin in about six to nine months' and that 'I think the story of Virgin is just so new that it hasn't been written yet. *We'll start commercial operations in the middle of next year, so the full-fledged business value will become apparent very quickly to a lot more people at that point*.'"  (¶ 522) |
| 14. | **Dec. 13, 2019**<br><br>**Press Release**<br><br>AC ¶ 524 | "Virgin Galactic reaches space for the second time<br><br>*Ten weeks after our first flight to space, we did it again, travelling higher and faster than ever before and, for the first time, with a third crew member on board.* This flight saw two more of our pilots, Dave Mackay and Mike 'Sooch' Masucci, become commercial astronauts, with Chief Pilot Mackay entering the record books as the first Scot in space. Our Chief Astronaut Instructor, Beth Moses, flew as the third crew member to carry out a live evaluation of cabin dynamics – floating freely in zero gravity. She became the first woman to fly on board a commercial spaceship and had the coveted honor of being awarded the title of Commercial Astronaut 007." (¶ 524) |

4

| | Source | Challenged Statement |
|---|---|---|
| 15. | **Feb. 22, 2019**<br><br>**Press Release**<br><br>AC ¶ 526 | "In its fifth supersonic rocket powered test flight, Virgin Galactic reached space for the second time today in the skies above Mojave **[continued]** CA. Spaceship VSS Unity reached its highest speed and altitude to date and, for the first time, carried a third crew member on board along with research payloads from the NASA Flight Opportunities program.<br><br>This space flight means Chief Pilot Dave Mackay and co-pilot Michael "Sooch" Masucci become commercial astronauts and the 569th and 570th humans in space. Beth Moses, Virgin Galactic's Chief Astronaut Instructor, flew as the third crew member in a first, live evaluation of cabin dynamics. She is the 571st person to fly to space and the first woman to fly on board a commercial spaceship.<br><br>In addition to this element of envelope expansion, VSS Unity flew higher and faster than ever before, as its world record-holding hybrid rocket motor propelled the spaceship at Mach 3.04 to an apogee of 295,007ft. The crew enjoyed extraordinary views of Earth from the black skies of space and, during several minutes of weightlessness while the pilots "feathered" the spaceship in preparation for a Mach 2.7 re-entry, Beth floated free to complete a number of cabin evaluation test points. ***The human validation of data previously collected via sensors, and the live testing of other physical elements of the cabin interior, are fundamental to the provision of a safe but enjoyable customer experience.***<br><br>The glide back home was followed by a smooth runway landing and a rapturous reception from the crowd on the flight line, which included staff and some of Virgin Galactic's 600 Future Astronaut customers. Chief Pilot Dave Mackay, a born and bred Scotsman as well as an ex-RAF test pilot and Virgin Atlantic Captain, led his crew of newly qualified astronauts from VSS Unity accompanied by a kilted piper.<br><br>Today's flight notched several additional firsts for the industry: The flight was the first time that a non-pilot flew on board a commercial spaceship to space, and it was the first time that a crew member floated freely without restraints in weightlessness in space onboard a commercial spaceship; it was the first time that three people flew to space on a commercial spaceship, and Dave Mackay became the first Scottish-born astronaut (Brian Binnie, who was raised in Scotland, flew to space in 2004)."<br><br>Addressing colleagues and guests Dave said: "Beth, Sooch and I just enjoyed a pretty amazing flight which was beyond anything any of us has ever experienced. It was thrilling yet smooth and nicely controlled throughout with a view at the top, of the Earth from space, which exceeded all our expectations. I am incredibly proud of my crew and of the amazing teams at Virgin Galactic and The Spaceship Company for providing a vehicle and an operation which means we can fly confidently and safely. For the three of us today this was the fulfillment of lifelong ambitions, but paradoxically is also just the beginning of an |

| | Source | Challenged Statement |
|---|---|---|
| | **Feb. 22, 2019** **Press Release** AC ¶ 526 | adventure which we can't wait to share with thousands of others." <br><br> Sir Richard Branson said: "***Flying the same vehicle safely to space and back twice in a little over two months, while at the same time expanding the flight envelope, is testament to the unique capability we have built up within the Virgin Galactic and The Spaceship Company organizations.*** I am immensely proud of everyone involved. Having Beth fly in the cabin today, starting to ensure that our customer journey is as flawless as the spaceship itself, brings a huge sense of anticipation and excitement to all of us here who are looking forward to experiencing space for ourselves. The next few months promise to be the most thrilling yet." (¶ 526) |
| 16. | **Feb. 25, 2019** **Press Release (quoting Q4 2019 Call)** AC ¶¶ 528-29 | "***Throughout 2019, we continued to achieve key milestones in our mission to open access to space in a safe, innovative and affordable way,***" said George Whitesides, Chief Executive Officer of Virgin Galactic. "During the fourth quarter, we took major steps toward reaching that goal by completing our transaction with Social Capital Hedosophia and becoming publicly listed on the NYSE, as well as building operational readiness at Spaceport America in New Mexico. ***The progress we made in 2019,*** combined with the high level of interest from potential customers***, underpin the steps we are taking toward reopening ticket sales. We are continuing to build on our strong momentum as we enter the most exciting chapter of our story to date and prepare for commercial launch.***" (¶ 529 [quoting Whitesides]) |
| 17. | | "We followed [the December 2018 flight] up by having the first non-pilot crew member flown on a commercial space vehicle on February 22, 2019. Beth Moses, our chief Astronaut Instructor, ***completed her first successful space flight,*** becoming the first non-pilot crew member to fly on a commercial space vehicle[.]." (¶ 531 [quoting Whitesides]) |
| 18. | **Feb. 25, 2019** **Q4 2019 Call** AC ¶¶ 531; 533 | Q: "What are the key gating items from among those three [flight test, customer experience, and readying the vehicles] that you need to get through to get this first commercial flight? And are you still on schedule for mid-summer? It sounded before like – the schedules influx a little bit as you get everything as perfect as you need. <br><br> **Defendant Whitesides**: Yeah. Well, as you know, ***our number one priority is to fly safely, and not just Sir Richard but anybody we fly whether it's the pilots that we fly or employees that we might fly in the late test program, that's our number one priority.*** What we're affirming today as you know that our number one priority is to fly Richard Branson into space on a commercial flight in 2020. That's what our entire organization is really that they know that that's the top priority." (¶ 533) |

| | Source | Challenged Statement |
|---|---|---|
| 19. | **May 5, 2020**<br>**Q1 2020 Call**<br>AC ¶¶ 535-36 | "Turning to Slide 7. Let me start briefly highlighting some of the key milestones we achieved in 2019 that demonstrate our progress and pace so far. Following our successful launch of the first commercial space vehicle to put humans in space in December 2018, *we flew the first non-pilot crew member, our Chief Astronaut Instructor Beth Moses, on a commercial space vehicle in February 2019*[.]" (¶ 536 [quoting Whitesides]) |
| 20. | **Jun. 25, 2020**<br>**Press Release**<br>AC ¶ 538 | "*I am thrilled with the team's hard work to complete today's test flight successfully. It was an important test that, pending data review, means we can now start preparing the vehicles for powered flight. Our focus for this year remains unchanged on ensuring the vehicles and our operations are prepared for long-term, regular commercial spaceflight service*." (¶ 538 [quoting Whitesides]) |
| 21. | **Jul. 15, 2020**<br>**Press Release**<br>AC ¶ 540 | Q: "Okay great. And then just – I think I know the answer to this one. But to me, it seems like a pretty big signal you guys are putting out here today that you feel that the technical risk of the flight test program is largely retired? Is that a correct takeaway for me?"<br><br>**Defendant Whitesides***: "I think it's fair to say that we are now within spitting distance, and we are in a multi-month march to commercial ops. So things are going well."* (¶ 540 [quoting Whitesides]) |
| 22. | **Jul. 28, 2020**<br>**Video**<br>AC ¶¶ 542; 544 | "Today, we're sharing the combination of incredible creativity, unswerving dedication, and total commitment to realizing our dream of opening space, to change the world for good. In a moment, we will be revealing to you for the first time, the interior design of our spaceship cabin. In many ways, the cabin is the design centerpiece of **[continued]** this transformational journey. *It's this cabin that will enable hundreds and then thousands of people to embark on one of the most unforgettable journeys of their lives, that a space flight.* Our astronauts are going to experience the majesty of space from within these cabins walls and they'll be peering out the windows at the beauty of our home planet from the black sky around them." (¶ 542 [quoting Colglazier]) |
| 23. | | "Our cabin needs to balance the functional and emotional needs of our customers in a high adrenaline environment, as well as a weightless viewing platform. So every touchpoint has been designed with intuitive usability. *Virgin Galactic Spaceship 2 system is designed to fly both humans and science research payloads to space.* So the cabin design is flexible. We can easily replace the seats with payload racks for specific flights and this importantly means that we can fly researchers with their experiments, a unique space science lab for affordable and repeatable human-tended science research." (¶ 544 [quoting Whitesides]) |

| | Source | Challenged Statement |
|---|---|---|
| 24. | **Aug. 3, 2020**<br>**Q2 2020 Call**<br>AC ¶¶ 546-47 | *"As always, safety will remain our central focus* and we will continue to progress with a step-by-step diligent approach throughout the test flight program as we prepare for commercial service. As such, our schedule may adjust as we process data from each of our test flights." (¶ 547 [quoting Colglazier]) |
| 25. | **Oct. 14, 2020**<br>**Press Release**<br>AC ¶ 549 | *"In these final preparations we are working through a number of rigorous steps to prepare the vehicles, pilots, teams and facilities, ensuring that we remain focused on safety as our top priority.*<br>* * * * *<br>Preparing VSS Unity for flight also includes a 'practice run' for the spaceship, as well as the pilots and teams in mission control. We put Unity through its paces on the ground, testing all systems prior to flight to ensure functionality – including raising the feather, swinging the landing gear, firing the reaction control thrusters, and sweeping the flight control systems through full range of motion. Pre-flight vehicle checks are designed to functionally verify that all systems are working as they should be, prior to the take-off." (¶ 549) |
| 26. | **Nov. 2, 2020**<br>**Press Release**<br>AC ¶ 551 | *"The spaceflight system is designed for rapid commercial turnaround, so it is much better to stay on the side of caution and return to base to understand the data and prepare for another test flight.*<br>* * * * *<br>*We've made upgrades to the horizontal stabilizers (known as H-Stabs), which are the flight control surfaces on the outboard of the feather booms.* We've also made improvements to the flight control system that commands these Hstabs to move in response to pilot inputs. We've already flown these improvements on our last two glide flights, and they performed well. Together these mods will enhance the performance of the spaceship and support long-term commercial service." (¶ 551 [attributed to Moses]) |
| 27. | **Nov. 5, 2020**<br>**Q3 2020 Press Release**<br>AC ¶ 553 | *"Implemented upgraded flight control system and upgraded horizontal stabilizers on VSS Unity to increase performance during the boost phase of the flight profile."* (¶ 553) |
| 28. | **Nov. 5, 2020**<br>**Q3 2020 Earnings Call**<br>AC ¶¶ 555; 557 | *"The horizontal stabilizers, also known as h stabs, are the flight control surfaces on the outboard side of the booms, we've made improvements to these services, as well as upgrading the flight control system that drives them."* (¶ 555 [quoting Moses]) |

8

| | Source | Challenged Statement |
|---|---|---|
| 29. | **Nov. 5, 2020**<br><br>**Q3 2020 Earnings Call**<br><br>AC ¶¶ 555; 557 | *"We're going to focus on safety first, as we always do, but we also really want to focus and ensure we get the experience just right."* (¶ 557 [quoting Colglazier]) |
| 30. | **Feb. 1, 2021**<br><br>**Interview Quoted in Feb. 2, 2021 Washington Post Article**<br><br>AC ¶ 559 | "'*We thoroughly inspect the vehicle, updating our analysis; we update and critique our performance and make sure we're happy with the results before we go to those next flights,'* he said. '*We take our time and make sure things are right.'*" (¶ 559 [quoting Moses]) |
| 31. | **Feb. 25, 2021**<br><br>**Q4 2020 Earnings Call**<br><br>AC ¶¶ 561-62 | *"Our safety culture is built around the principle that everyone in the company has the ability to call a attention to an issue."* (¶ 562 [quoting Moses]) |
| 32. | **Jul. 2, 2021**<br><br>**Interview on CNBC Squawk**<br><br>AC ¶ 564 | **Q:** "Yeah, what an exciting couple of weeks we have ahead of us. You know, I spoke to Sir Richard earlier this week when your sister company, Virgin Orbit, successfully carried satellites to orbit. And at that time, when I asked him what the game plan was for him to go to space, he said that he was waiting for the engineers to tell me when I can go to space, quote-unquote. You take that, you couple it with the FAA approval last Friday, how long has this plan been in the works?"<br><br>**Defendant Moses:** "Well, the plan has been in the works for quite some time because we had this test flight program going on. And as you know, we have four test flights we were planning to do. *We did our first on May 22nd. And it was excellent and it showed that we are technically ready to go. We did a lot of diligent analysis after that flight. That's the same data that we gave to the FAA. And as you mentioned, that's what the FAA used as the basis to approve our commercial license going forward. And when we finished that analysis, we knew we would be pivoting from focus on the technical side of the flight test to the focus on the cabin experience and what the astronaut experience would be like for these next two flights.* But we had to wait until the technical work was done and Richard was pretty patient about that. |

9

| | Source | Challenged Statement |
|---|---|---|
| | **Jul. 2, 2021**<br><br>**Interview on CNBC Squawk**<br><br>AC ¶ 564 | So then as we shift this focus to now the private astronaut experience and the cabin environment, these next two test flights are pretty much going to be the same. We originally had thought we would maybe rehearse and have somebody stand-in for Richard just to kind of show what would be going on. We realized most of that training is done on the ground and so, had a chance to say to Richard, you could go on either of these two flights, which would you prefer? You can kind of imagine what he had to say back. And he's excited to go now that it's ready."<br><br> * * * * * <br>**Q:** "Safety, it's of the utmost importance. How are you planning for that? What does that look like?"<br><br>**Defendant Moses**: *"I would say safety is built in at the foundation of everything we do. And, you know, you mentioned we were originally planning to fly Richard well back like a year ago, and we had more test flights to do, we have more efforts to go, and so we never really worry about the schedule driving anything. We worry about our technical readiness driving everything. And so that's built, that's where we're embedding in the culture of this. So now that the technical readiness is there and it's there because of the data that shows it's there, and it's there because of the diligence of the team that works on this so hard.* So now that that is ready, it does really give us the ability to focus on the next phase, the cabin experience. And now we're going to get repetition and repeating under our belt on the technical flights. The last flight in May flew just as we wanted it to go so we're just going to keep doing that flight profile and move forward. But this takes us another step to opening the door of making space accessible for far more people than has ever been possible and that's pretty exciting." (¶ 564) |
| 33. | **Jul. 11, 2021**<br><br>**Press Release**<br><br>AC ¶ 566 | *"Today is a landmark achievement for the Company and a historic moment for the new commercial space industry. With each successful mission we are paving the way for the next generation of astronauts.* I want to thank our talented team, including our pilots and crew, whose dedication and commitment made today possible. They are helping open the door for greater access to space – so it can be for the many and not just for the few." (¶ 566 [quoting Colglazier]) |
| 34. | **Jul. 11, 2021**<br><br>**Statement on Bloomberg Markets' The Close**<br><br>AC ¶¶ 568; 570 | Q: "A lot of the event was about Richard, you know, Richard was front and center, but you know, as the CEO of the commercial business, what does today represent for you? What does it allow you to do?"<br><br>**Defendant Colglazier:** "Well, two things. I think for the world, it allows us to show that something people never thought was gonna happen in their lifetimes is actually happening now. *The ability for regular people to be able to go to space and it will take years to really get the scale of it up but I think we showed today what that is going to be like and a taste of that going forward.* So that was huge. And then at a business level, this was one of the remaining flight tests that we need to do as we move into commercial |

| | Source | Challenged Statement |
|---|---|---|
| 35. | **Jul. 11, 2021**<br><br>**Statement on Bloomberg Markets' The Close**<br><br>AC ¶¶ 568; 570 | service. So we've got two more. ***This one was perfect***[.]"<br><br>＊ ＊ ＊ ＊ ＊<br><br>**Q:** "Was Sunday's event about selling tickets? Was that really what it was about?"<br><br>**Michael Colglazier***: "This event was about showcasing to the world what this Virgin Galactic experience is going to be. And this event was part of our incredible safety diligent program to make sure that we go step-by-step so that when we do open this up for commercial service, we've done all that needs to be done. So it's amazing and anchored in safety experience and that's what today was about."* (¶ 568) |
| | | **Q:** "Well, what does it mean for the company? There was some risk involved. I'm sure that some of your staff looking at me right now were nervous at points."<br><br>**Defendant Branson:** *"Well, look, the company is 17 years, they've had a number of flawless flights. They've never had any major, major technical issues even, you know, in the last 17 years and this was absolutely and utterly flawless."* (¶ 570) |

11