**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, JON CAMPAGNA,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:21-cv-03070-ARR-TAM<br><br>**NOTICE OF MOTION**<br><br>Oral Argument Requested |

　　　　PLEASE TAKE NOTICE that upon the accompanying Declaration of Colleen C. Smith, dated April 4, 2022, the exhibits attached thereto, the accompanying Request for Judicial Notice, and the accompanying Memorandum of Law, Defendants Virgin Galactic Holdings, Inc., Richard Branson, Chamath Palihapitiya, George Whitesides, Michael Moses, and Michael Colglazier will move this Court before the Honorable Allyne R. Ross, United States District Judge for the Eastern District of New York, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, for an order dismissing the Corrected Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

　　　　PLEASE TAKE FURTHER NOTICE that pursuant to the Order entered on February 22, 2022, answering papers shall be served on or before May 4, 2022, and reply papers shall be served on or before May 18, 2022.

Dated: April 4, 2022                               Respectfully submitted,

*/s/ Michele D. Johnson*

LATHAM & WATKINS LLP

Michele D. Johnson (*pro hac vice*)
Kristin N. Murphy (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: michele.johnson@lw.com
Email: kristin.murphy@lw.com

Colleen C. Smith (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523-5400
Fax: (858) 523-5450
Email: colleen.smith@lw.com

*Attorneys for Defendants*