**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SHANE LAVIN, Individually and On Behalf
of All Others Similarly Situated,

                Plaintiff,

VIRGIN GALACTIC HOLDINGS, INC., MICHAEL
A. COLGLAZIER, GEORGE WHITESIDES, DOUG
AHRENS, JON CAMPAGNA,

                Defendants.

Case No.: 1:21-cv-03070-ARR-TAM

---

**DECLARATION OF COLLEEN C. SMITH**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CORRECTED**
**AMENDED COMPLAINT**

I, Colleen C. Smith, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Virgin Galactic Holdings, Inc. ("Virgin Galactic"), Richard Branson, Chamath Palihapitiya, George Whitesides, Michael Moses, and Michael Colglazier (collectively, "Defendants") in the above-captioned matter. I am a member in good standing of the bar of the State of California and have been admitted to appear as counsel *pro hac vice* in the U.S. District Court for the Eastern District of New York in the above-captioned matter.

2.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Corrected Amended Complaint. I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon, could and would testify competently thereto.

3.      Attached as <u>Exhibit 1</u> is a true and correct copy of Plaintiffs' Corrected Amended Complaint from the above captioned-matter, filed December 7, 2021 (Dkt. No. 36).

4.      Attached as <u>Exhibit 2</u> is a true and correct copy of excerpts from Social Capital Hedosophia Holdings Corp.'s Registration Statement on Form S-4, filed with the Securities and Exchange Commission on August 7, 2019.

5.      Attached as <u>Exhibit 3</u> is a true and correct copy of excerpts from Virgin Galactic's Annual Report on Form 10-K for the fiscal year ended December 31, 2019, filed with the Securities and Exchange Commission on February 28, 2020.

6.      Attached as <u>Exhibit 4</u> is a true and correct copy of excerpts from Virgin Galactic's Registration Statement on Form S-1, filed with the Securities and Exchange Commission on May 1, 2020.

7.      Attached as <u>Exhibit 5</u> is a true and correct copy of excerpts from Virgin Galactic's Registration Statement on Form S-1, filed with the Securities and Exchange Commission on August 3, 2020.

8.      Attached as <u>Exhibit 6</u> is a true and correct copy of excerpts from Virgin Galactic's Annual Report on Form 10-K for the fiscal year ended December 31, 2020, filed with the Securities and Exchange Commission on March 1, 2021.

9.      Attached as <u>Exhibit 7</u> is a true and correct copy of excerpts from Virgin Galactic's Registration Statement on Form S-3, filed with the Securities and Exchange Commission on May 28, 2021.

10.      Attached as <u>Exhibit 8</u> is a true and correct copy of the transcript of Virgin Galactic's February 25, 2020 earnings conference call for the fourth fiscal quarter of 2019 published by S&P Capital IQ.

11.     Attached as Exhibit 9 is a true and correct copy of the transcript of Virgin Galactic's August 3, 2020 earnings conference call for the second fiscal quarter of 2020 published by S&P Capital IQ.

12.     Attached as Exhibit 10 is a true and correct copy of the transcript of Virgin Galactic's February 25, 2021 earnings conference call for the fourth fiscal quarter of 2020 published by S&P Capital IQ.

13.     Attached as Exhibit 11 is a true and correct copy of a press release entitled "Virgin Galactic Update On Test Flight Program," published by Virgin Galactic on December 14, 2020.

14.     Attached as Exhibit 12 is a true and correct copy of Virgin Galactic's stock price history from Factset during the proposed class period of July 10, 2019 to October 14, 2021, both dates inclusive, and information regarding sales of Virgin Galactic stock made by Defendants Richard Branson and Chamath Palihapitiya during the same period, as alleged in the Corrected Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:        April 4, 2022

/s/ Colleen C. Smith
Colleen C. Smith (*pro hac vice*)

3