# EXHIBIT 12



SPCE Price History and Alleged Stock Sales

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 10/14/21 | 24.25 | 24.06 | 0.50% |
| 10/13/21 | 23.65 | 23.94 | 1.83% |
| 10/12/21 | 23.40 | 23.51 | 1.25% |
| 10/11/21 | 23.07 | 23.22 | 0.43% |
| 10/08/21 | 23.19 | 23.12 | -0.39% |
| 10/07/21 | 23.03 | 23.21 | 1.00% |
| 10/06/21 | 22.53 | 22.98 | 2.00% |
| 10/05/21 | 22.79 | 22.53 | -0.88% |
| 10/04/21 | 23.62 | 22.73 | -4.62% |
| 10/01/21 | 25.07 | 23.83 | -5.81% |
| 09/30/21 | 24.13 | 25.30 | 12.15% |
| 09/29/21 | 23.54 | 22.56 | -3.55% |
| 09/28/21 | 24.91 | 23.39 | -6.44% |
| 09/27/21 | 25.11 | 25.00 | -0.16% |
| 09/24/21 | 25.85 | 25.04 | -3.13% |
| 09/23/21 | 25.75 | 25.85 | 1.25% |
| 09/22/21 | 25.29 | 25.53 | 1.35% |
| 09/21/21 | 25.00 | 25.19 | 1.78% |
| 09/20/21 | 25.43 | 24.75 | -6.32% |
| 09/17/21 | 24.58 | 26.42 | 7.88% |
| 09/16/21 | 24.28 | 24.49 | 2.43% |
| 09/15/21 | 24.22 | 23.91 | -0.38% |
| 09/14/21 | 23.99 | 24.00 | -1.07% |
| 09/13/21 | 24.45 | 24.26 | -3.58% |
| 09/10/21 | 25.71 | 25.16 | -2.02% |
| 09/09/21 | 25.38 | 25.68 | 0.90% |
| 09/08/21 | 24.65 | 25.45 | 3.41% |
| 09/07/21 | 24.21 | 24.61 | 1.36% |
| 09/03/21 | 25.29 | 24.28 | -6.58% |
| 09/02/21 | 26.08 | 25.99 | -2.99% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 09/01/21 | 27.06 | 26.79 | -1.18% |
| 08/31/21 | 25.95 | 27.11 | 8.96% |
| 08/30/21 | 25.97 | 24.88 | -4.49% |
| 08/27/21 | 25.54 | 26.05 | 2.36% |
| 08/26/21 | 26.10 | 25.45 | -3.08% |
| 08/25/21 | 26.70 | 26.26 | -0.83% |
| 08/24/21 | 25.58 | 26.48 | 4.09% |
| 08/23/21 | 24.60 | 25.44 | 3.71% |
| 08/20/21 | 24.12 | 24.53 | 1.15% |
| 08/19/21 | 25.26 | 24.25 | -3.96% |
| 08/18/21 | 25.19 | 25.25 | 0.04% |
| 08/17/21 | 25.02 | 25.24 | -0.36% |
| 08/16/21 | 25.59 | 25.33 | -0.16% |
| 08/13/21 | 25.23 | 25.37 | -2.20% |
| 08/12/21 | 26.79 | 25.94 | -5.19% |
| 08/11/21 | 29.85 | 27.36 | -12.67% |
| 08/10/21 | 34.75 | 31.33 | -11.02% |
| 08/09/21 | 33.00 | 35.21 | 5.51% |
| 08/06/21 | 31.79 | 33.37 | 5.84% |
| 08/05/21 | 31.00 | 31.53 | 2.44% |
| 08/04/21 | 31.32 | 30.78 | -1.97% |
| 08/03/21 | 31.44 | 31.40 | -1.47% |
| 08/02/21 | 29.82 | 31.87 | 6.27% |
| 07/30/21 | 30.82 | 29.99 | -2.57% |
| 07/29/21 | 31.16 | 30.78 | -1.31% |
| 07/28/21 | 30.47 | 31.19 | 3.11% |
| 07/27/21 | 30.37 | 30.25 | -1.21% |
| 07/26/21 | 29.58 | 30.62 | 3.52% |
| 07/23/21 | 30.50 | 29.58 | -4.02% |
| 07/22/21 | 33.13 | 30.82 | -7.64% |

3

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 07/21/21 | 31.26 | 33.37 | 4.18% |
| 07/20/21 | 31.09 | 32.03 | -1.14% |
| 07/19/21 | 29.45 | 32.40 | 7.28% |
| 07/16/21 | 32.54 | 30.20 | -4.85% |
| 07/15/21 | 33.03 | 31.74 | -4.02% |
| 07/14/21 | 37.27 | 33.07 | -12.42% |
| 07/13/21 | 40.34 | 37.76 | -7.20% |
| 07/12/21 | 49.55 | 40.69 | -17.30% |
| 07/09/21 | 50.94 | 49.20 | -6.62% |
| 07/08/21 | 43.83 | 52.69 | 17.30% |
| 07/07/21 | 46.43 | 44.92 | -3.00% |
| 07/06/21 | 45.15 | 46.31 | 3.05% |
| 07/02/21 | 53.23 | 44.94 | 4.05% |
| 07/01/21 | 46.00 | 43.19 | -6.11% |
| 06/30/21 | 44.42 | 46.00 | -2.17% |
| 06/29/21 | 52.30 | 47.02 | -14.26% |
| 06/28/21 | 57.15 | 54.84 | -1.91% |
| 06/25/21 | 47.81 | 55.91 | 38.87% |
| 06/24/21 | 41.10 | 40.26 | -1.37% |
| 06/23/21 | 38.96 | 40.82 | 3.55% |
| 06/22/21 | 35.82 | 39.42 | 9.44% |
| 06/21/21 | 36.27 | 36.02 | -2.12% |
| 06/18/21 | 37.31 | 36.80 | -1.39% |
| 06/17/21 | 35.12 | 37.32 | 5.51% |
| 06/16/21 | 34.60 | 35.37 | 1.43% |
| 06/15/21 | 36.45 | 34.87 | -4.44% |
| 06/14/21 | 35.27 | 36.49 | 3.96% |
| 06/11/21 | 35.08 | 35.10 | -0.88% |
| 06/10/21 | 35.74 | 35.41 | 0.71% |
| 06/09/21 | 38.19 | 35.16 | -6.21% |

4

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 06/08/21 | 35.28 | 37.49 | 8.07% |
| 06/07/21 | 31.45 | 34.69 | 10.55% |
| 06/04/21 | 30.90 | 31.38 | 1.19% |
| 06/03/21 | 32.21 | 31.01 | -0.39% |
| 06/02/21 | 28.59 | 31.13 | 7.79% |
| 06/01/21 | 30.05 | 28.88 | -7.52% |
| 05/28/21 | 31.27 | 31.23 | 0.45% |
| 05/27/21 | 27.40 | 31.09 | 15.15% |
| 05/26/21 | 25.85 | 27.00 | 5.51% |
| 05/25/21 | 25.37 | 25.59 | -4.83% |
| 05/24/21 | 25.31 | 26.89 | 27.62% |
| 05/21/21 | 20.37 | 21.07 | 6.36% |
| 05/20/21 | 20.62 | 19.81 | 14.71% |
| 05/19/21 | 16.44 | 17.27 | 0.12% |
| 05/18/21 | 16.73 | 17.25 | 3.67% |
| 05/17/21 | 16.11 | 16.64 | 2.84% |
| 05/14/21 | 15.68 | 16.18 | 4.39% |
| 05/13/21 | 16.24 | 15.50 | -3.61% |
| 05/12/21 | 17.30 | 16.08 | -11.26% |
| 05/11/21 | 14.53 | 18.12 | 0.95% |
| 05/10/21 | 19.58 | 17.95 | -8.47% |
| 05/07/21 | 19.08 | 19.61 | 2.24% |
| 05/06/21 | 20.00 | 19.18 | -3.81% |
| 05/05/21 | 20.22 | 19.94 | -4.13% |
| 05/04/21 | 20.00 | 20.80 | 3.28% |
| 05/03/21 | 21.72 | 20.14 | -9.07% |
| 04/30/21 | 22.08 | 22.15 | -1.73% |
| 04/29/21 | 23.26 | 22.54 | -4.00% |
| 04/28/21 | 23.44 | 23.48 | -0.13% |
| 04/27/21 | 23.30 | 23.51 | 1.42% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 04/26/21 | 22.50 | 23.18 | 4.60% |
| 04/23/21 | 21.91 | 22.16 | 2.03% |
| 04/22/21 | 22.54 | 21.72 | -2.43% |
| 04/21/21 | 20.65 | 22.26 | 6.10% |
| 04/20/21 | 20.55 | 20.98 | -6.59% |
| 04/19/21 | 23.59 | 22.46 | -3.85% |
| 04/16/21 | 23.13 | 23.36 | 1.30% |
| 04/15/21 | 25.02 | 23.06 | -13.57% |
| 04/14/21 | 27.17 | 26.68 | -0.74% |
| 04/13/21 | 26.97 | 26.88 | 0.41% |
| 04/12/21 | 28.90 | 26.77 | -8.57% |
| 04/09/21 | 28.90 | 29.28 | 0.27% |
| 04/08/21 | 29.06 | 29.20 | -0.14% |
| 04/07/21 | 30.46 | 29.24 | -4.79% |
| 04/06/21 | 29.40 | 30.71 | 3.75% |
| 04/05/21 | 31.19 | 29.60 | -3.74% |
| 04/01/21 | 31.29 | 30.75 | 0.39% |
| 03/31/21 | 30.29 | 30.63 | 1.63% |
| 03/30/21 | 28.91 | 30.14 | 3.18% |
| 03/29/21 | 30.86 | 29.21 | -1.28% |
| 03/26/21 | 29.69 | 29.59 | 0.03% |
| 03/25/21 | 28.00 | 29.58 | 2.71% |
| 03/24/21 | 30.92 | 28.80 | -6.89% |
| 03/23/21 | 31.90 | 30.93 | -4.06% |
| 03/22/21 | 33.51 | 32.24 | -2.72% |
| 03/19/21 | 31.82 | 33.14 | 3.69% |
| 03/18/21 | 33.14 | 31.96 | -5.28% |
| 03/17/21 | 31.86 | 33.74 | 3.78% |
| 03/16/21 | 34.71 | 32.51 | -6.58% |
| 03/15/21 | 35.67 | 34.80 | 0.72% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 03/12/21 | 32.54 | 34.55 | 2.89% |
| 03/11/21 | 32.50 | 33.58 | 9.77% |
| 03/10/21 | 32.94 | 30.59 | 1.29% |
| 03/09/21 | 28.32 | 30.20 | 13.83% |
| 03/08/21 | 27.31 | 26.53 | -2.78% |
| 03/05/21 | 28.69 | 27.29 | -9.93% |
| 03/04/21 | 31.01 | 30.30 | -5.40% |
| 03/03/21 | 35.10 | 32.03 | -5.15% |
| 03/02/21 | 38.17 | 33.77 | -11.46% |
| 03/01/21 | 38.93 | 38.14 | 2.44% |
| 02/26/21 | 35.75 | 37.23 | -11.86% |
| 02/25/21 | 45.00 | 42.24 | -8.41% |
| 02/24/21 | 45.27 | 46.12 | 4.44% |
| 02/23/21 | 43.19 | 44.16 | -6.30% |
| 02/22/21 | 49.22 | 47.13 | -7.93% |
| 02/19/21 | 49.51 | 51.19 | 4.92% |
| 02/18/21 | 47.62 | 48.79 | -1.61% |
| 02/17/21 | 49.69 | 49.59 | -1.53% |
| 02/16/21 | 53.11 | 50.36 | -7.65% |
| 02/12/21 | 53.35 | 54.53 | -8.21% |
| 02/11/21 | 52.68 | 59.41 | 13.40% |
| 02/10/21 | 56.00 | 52.39 | -7.63% |
| 02/09/21 | 56.06 | 56.72 | 0.84% |
| 02/08/21 | 55.99 | 56.25 | 3.51% |
| 02/05/21 | 55.15 | 54.34 | -0.69% |
| 02/04/21 | 57.00 | 54.72 | -4.20% |
| 02/03/21 | 49.98 | 57.12 | 17.58% |
| 02/02/21 | 58.59 | 48.58 | -9.69% |
| 02/01/21 | 47.17 | 53.79 | 21.45% |
| 01/29/21 | 45.50 | 44.29 | 2.74% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 01/28/21 | 46.51 | 43.11 | -6.99% |
| 01/27/21 | 44.66 | 46.35 | 10.23% |
| 01/26/21 | 37.32 | 42.05 | 16.81% |
| 01/25/21 | 35.21 | 36.00 | 5.02% |
| 01/22/21 | 33.11 | 34.28 | 3.04% |
| 01/21/21 | 32.50 | 33.27 | 3.87% |
| 01/20/21 | 31.56 | 32.03 | 1.20% |
| 01/19/21 | 32.55 | 31.65 | 4.01% |
| 01/15/21 | 31.93 | 30.43 | -7.87% |
| 01/14/21 | 31.03 | 33.03 | 19.85% |
| 01/13/21 | 26.56 | 27.56 | 3.38% |
| 01/12/21 | 25.15 | 26.66 | 6.98% |
| 01/11/21 | 24.97 | 24.92 | -1.19% |
| 01/08/21 | 25.66 | 25.22 | 0.36% |
| 01/07/21 | 25.25 | 25.13 | 3.97% |
| 01/06/21 | 24.03 | 24.17 | 0.21% |
| 01/05/21 | 23.08 | 24.12 | 3.92% |
| 01/04/21 | 23.96 | 23.21 | -2.19% |
| 12/31/20 | 24.09 | 23.73 | -1.17% |
| 12/30/20 | 23.89 | 24.01 | 1.09% |
| 12/29/20 | 24.04 | 23.75 | -0.79% |
| 12/28/20 | 26.16 | 23.94 | -7.39% |
| 12/24/20 | 26.81 | 25.85 | -3.62% |
| 12/23/20 | 25.55 | 26.82 | 5.30% |
| 12/22/20 | 25.42 | 25.47 | 2.70% |
| 12/21/20 | 24.17 | 24.80 | 4.03% |
| 12/18/20 | 24.00 | 23.84 | -6.51% |
| 12/17/20 | 25.65 | 25.50 | -1.39% |
| 12/16/20 | 24.98 | 25.86 | 5.51% |
| 12/15/20 | 26.91 | 24.51 | -7.40% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 12/14/20 | 27.11 | 26.47 | -17.38% |
| 12/11/20 | 31.95 | 32.04 | -0.44% |
| 12/10/20 | 30.23 | 32.18 | 0.16% |
| 12/09/20 | 34.00 | 32.13 | -3.77% |
| 12/08/20 | 33.07 | 33.39 | -1.21% |
| 12/07/20 | 29.57 | 33.80 | 17.61% |
| 12/04/20 | 28.20 | 28.74 | 2.35% |
| 12/03/20 | 27.79 | 28.08 | 2.00% |
| 12/02/20 | 28.00 | 27.53 | -2.89% |
| 12/01/20 | 28.00 | 28.35 | 6.54% |
| 11/30/20 | 27.58 | 26.61 | -2.06% |
| 11/27/20 | 28.81 | 27.17 | 0.26% |
| 11/25/20 | 24.75 | 27.10 | 8.57% |
| 11/24/20 | 25.19 | 24.96 | 0.20% |
| 11/23/20 | 23.61 | 24.91 | 6.86% |
| 11/20/20 | 24.53 | 23.31 | -3.08% |
| 11/19/20 | 23.15 | 24.05 | 6.46% |
| 11/18/20 | 21.44 | 22.59 | 5.81% |
| 11/17/20 | 20.82 | 21.35 | 2.20% |
| 11/16/20 | 20.63 | 20.89 | -6.20% |
| 11/13/20 | 22.02 | 22.27 | 3.01% |
| 11/12/20 | 21.45 | 21.62 | -1.46% |
| 11/11/20 | 20.89 | 21.94 | 7.18% |
| 11/10/20 | 20.77 | 20.47 | 0.10% |
| 11/09/20 | 20.00 | 20.45 | 7.46% |
| 11/06/20 | 20.00 | 19.03 | -0.73% |
| 11/05/20 | 18.25 | 19.17 | 6.32% |
| 11/04/20 | 18.49 | 18.03 | -2.28% |
| 11/03/20 | 17.89 | 18.45 | 4.47% |
| 11/02/20 | 17.43 | 17.66 | 1.38% |

9

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 10/30/20 | 18.13 | 17.42 | -4.18% |
| 10/29/20 | 17.68 | 18.18 | 4.00% |
| 10/28/20 | 17.98 | 17.48 | -4.43% |
| 10/27/20 | 18.43 | 18.29 | -0.16% |
| 10/26/20 | 19.00 | 18.32 | -4.28% |
| 10/23/20 | 20.80 | 19.14 | -7.67% |
| 10/22/20 | 20.64 | 20.73 | 1.42% |
| 10/21/20 | 23.24 | 20.44 | -11.25% |
| 10/20/20 | 22.91 | 23.03 | 0.92% |
| 10/19/20 | 23.00 | 22.82 | 1.69% |
| 10/16/20 | 22.00 | 22.44 | 3.70% |
| 10/15/20 | 20.90 | 21.64 | 1.45% |
| 10/14/20 | 21.88 | 21.33 | -2.20% |
| 10/13/20 | 20.50 | 21.81 | 6.03% |
| 10/12/20 | 21.50 | 20.57 | -3.88% |
| 10/09/20 | 22.16 | 21.40 | -3.12% |
| 10/08/20 | 22.45 | 22.09 | 1.24% |
| 10/07/20 | 21.61 | 21.82 | 3.76% |
| 10/06/20 | 21.27 | 21.03 | 0.10% |
| 10/05/20 | 21.22 | 21.01 | 1.16% |
| 10/02/20 | 19.07 | 20.77 | 2.97% |
| 10/01/20 | 19.25 | 20.17 | 4.89% |
| 09/30/20 | 20.06 | 19.23 | -5.92% |
| 09/29/20 | 20.69 | 20.44 | -0.34% |
| 09/28/20 | 18.29 | 20.51 | 24.83% |
| 09/25/20 | 15.97 | 16.43 | 3.20% |
| 09/24/20 | 15.50 | 15.92 | 1.21% |
| 09/23/20 | 16.44 | 15.73 | -4.49% |
| 09/22/20 | 16.49 | 16.47 | -0.06% |
| 09/21/20 | 16.76 | 16.48 | -4.24% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 09/18/20 | 17.22 | 17.21 | 0.17% |
| 09/17/20 | 17.00 | 17.18 | -1.32% |
| 09/16/20 | 17.53 | 17.41 | -1.64% |
| 09/15/20 | 17.48 | 17.70 | 1.78% |
| 09/14/20 | 16.80 | 17.39 | 5.01% |
| 09/11/20 | 17.45 | 16.56 | -5.10% |
| 09/10/20 | 17.84 | 17.45 | -1.47% |
| 09/09/20 | 18.18 | 17.71 | 1.78% |
| 09/08/20 | 16.39 | 17.40 | 9.30% |
| 09/04/20 | 16.57 | 15.92 | -3.69% |
| 09/03/20 | 16.63 | 16.53 | -3.33% |
| 09/02/20 | 17.50 | 17.10 | -1.78% |
| 09/01/20 | 17.89 | 17.41 | -2.74% |
| 08/31/20 | 18.13 | 17.90 | 2.52% |
| 08/28/20 | 17.35 | 17.46 | 1.04% |
| 08/27/20 | 17.58 | 17.28 | -0.35% |
| 08/26/20 | 17.48 | 17.34 | -0.86% |
| 08/25/20 | 17.79 | 17.49 | -0.79% |
| 08/24/20 | 17.00 | 17.63 | 4.51% |
| 08/21/20 | 17.25 | 16.87 | -2.54% |
| 08/20/20 | 17.50 | 17.31 | -1.25% |
| 08/19/20 | 17.74 | 17.53 | -1.13% |
| 08/18/20 | 18.04 | 17.73 | -2.42% |
| 08/17/20 | 18.68 | 18.17 | -2.05% |
| 08/14/20 | 18.87 | 18.55 | -1.17% |
| 08/13/20 | 18.20 | 18.77 | 3.36% |
| 08/12/20 | 18.34 | 18.16 | -0.66% |
| 08/11/20 | 19.55 | 18.28 | -4.94% |
| 08/10/20 | 18.47 | 19.23 | 5.37% |
| 08/07/20 | 19.07 | 18.25 | -5.64% |

11

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 08/06/20 | 19.80 | 19.34 | -4.02% |
| 08/05/20 | 20.09 | 20.15 | -2.75% |
| 08/04/20 | 21.75 | 20.72 | -13.74% |
| 08/03/20 | 23.65 | 24.02 | 6.99% |
| 07/31/20 | 23.17 | 22.45 | -1.88% |
| 07/30/20 | 22.20 | 22.88 | -0.39% |
| 07/29/20 | 23.69 | 22.97 | -3.73% |
| 07/28/20 | 25.20 | 23.86 | -4.25% |
| 07/27/20 | 25.02 | 24.92 | 2.51% |
| 07/24/20 | 24.00 | 24.31 | -3.34% |
| 07/23/20 | 26.13 | 25.15 | -1.53% |
| 07/22/20 | 24.53 | 25.54 | 2.45% |
| 07/21/20 | 23.12 | 24.93 | 8.49% |
| 07/20/20 | 23.76 | 22.98 | -4.45% |
| 07/17/20 | 22.79 | 24.05 | 14.14% |
| 07/16/20 | 19.46 | 21.07 | 13.58% |
| 07/15/20 | 18.97 | 18.55 | 0.65% |
| 07/14/20 | 18.11 | 18.43 | 1.82% |
| 07/13/20 | 19.55 | 18.10 | -5.97% |
| 07/10/20 | 19.32 | 19.25 | -1.08% |
| 07/09/20 | 17.10 | 19.46 | 15.90% |
| 07/08/20 | 16.61 | 16.79 | 1.45% |
| 07/07/20 | 16.63 | 16.55 | -2.36% |
| 07/06/20 | 16.58 | 16.95 | 4.31% |
| 07/02/20 | 16.78 | 16.25 | -2.69% |
| 07/01/20 | 16.70 | 16.70 | 2.20% |
| 06/30/20 | 15.21 | 16.34 | 5.97% |
| 06/29/20 | 15.40 | 15.42 | -0.84% |
| 06/26/20 | 16.10 | 15.55 | 1.97% |
| 06/25/20 | 15.70 | 15.25 | -1.61% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 06/24/20 | 16.24 | 15.50 | -5.78% |
| 06/23/20 | 17.45 | 16.45 | -5.41% |
| 06/22/20 | 17.70 | 17.39 | 15.93% |
| 06/19/20 | 15.30 | 15.00 | -1.32% |
| 06/18/20 | 14.92 | 15.20 | 1.47% |
| 06/17/20 | 15.28 | 14.98 | -2.41% |
| 06/16/20 | 16.02 | 15.35 | 0.20% |
| 06/15/20 | 14.45 | 15.32 | 2.20% |
| 06/12/20 | 15.13 | 14.99 | 3.67% |
| 06/11/20 | 15.24 | 14.46 | -10.52% |
| 06/10/20 | 16.67 | 16.16 | -2.88% |
| 06/09/20 | 17.25 | 16.64 | -3.76% |
| 06/08/20 | 16.14 | 17.29 | 9.64% |
| 06/05/20 | 16.21 | 15.77 | -0.57% |
| 06/04/20 | 16.21 | 15.86 | -3.23% |
| 06/03/20 | 15.35 | 16.39 | 3.60% |
| 06/02/20 | 16.89 | 15.82 | -9.70% |
| 06/01/20 | 18.36 | 17.52 | 2.82% |
| 05/29/20 | 16.41 | 17.04 | 3.46% |
| 05/28/20 | 17.00 | 16.47 | -5.99% |
| 05/27/20 | 17.01 | 17.52 | 7.29% |
| 05/26/20 | 16.16 | 16.33 | 3.75% |
| 05/22/20 | 14.96 | 15.74 | 7.00% |
| 05/21/20 | 15.05 | 14.71 | -1.01% |
| 05/20/20 | 15.24 | 14.86 | -6.36% |
| 05/19/20 | 16.01 | 15.87 | -0.81% |
| 05/18/20 | 16.70 | 16.00 | 2.43% |
| 05/15/20 | 15.60 | 15.62 | -1.64% |
| 05/14/20 | 16.25 | 15.88 | -3.99% |
| 05/13/20 | 17.52 | 16.54 | -6.02% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| **Date** | **Open** | **Close** | **% Change** |
| **05/12/20** | 19.44 | 17.60 | -9.28% |
| **05/11/20** | 18.91 | 19.40 | -3.87% |
| **05/08/20** | 20.42 | 20.18 | 1.71% |
| **05/07/20** | 18.97 | 19.84 | 7.24% |
| **05/06/20** | 17.75 | 18.50 | 11.31% |
| **05/05/20** | 16.98 | 16.62 | -0.36% |
| **05/04/20** | 16.96 | 16.68 | -6.92% |
| **05/01/20** | 17.01 | 17.92 | 1.70% |
| **04/30/20** | 18.00 | 17.62 | -3.35% |
| **04/29/20** | 17.89 | 18.23 | 3.82% |
| **04/28/20** | 18.41 | 17.56 | -1.84% |
| **04/27/20** | 17.26 | 17.89 | 5.11% |
| **04/24/20** | 16.67 | 17.02 | 2.16% |
| **04/23/20** | 17.33 | 16.66 | -3.53% |
| **04/22/20** | 17.71 | 17.27 | 2.37% |
| **04/21/20** | 18.09 | 16.87 | -11.21% |
| **04/20/20** | 18.27 | 19.00 | 0.53% |
| **04/17/20** | 19.21 | 18.90 | 3.28% |
| **04/16/20** | 20.36 | 18.30 | -8.41% |
| **04/15/20** | 18.11 | 19.98 | 4.99% |
| **04/14/20** | 16.03 | 19.03 | 23.09% |
| **04/13/20** | 15.59 | 15.46 | 1.24% |
| **04/09/20** | 16.00 | 15.27 | -0.59% |
| **04/08/20** | 14.45 | 15.36 | 9.17% |
| **04/07/20** | 15.73 | 14.07 | -1.61% |
| **04/06/20** | 13.46 | 14.30 | 17.31% |
| **04/03/20** | 12.97 | 12.19 | -5.94% |
| **04/02/20** | 12.94 | 12.96 | -2.56% |
| **04/01/20** | 13.92 | 13.30 | -10.01% |
| **03/31/20** | 14.87 | 14.78 | 0.14% |

14

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 03/30/20 | 15.41 | 14.76 | -4.03% |
| 03/27/20 | 16.40 | 15.38 | -9.85% |
| 03/26/20 | 16.44 | 17.06 | 6.62% |
| 03/25/20 | 17.79 | 16.00 | -1.96% |
| 03/24/20 | 15.59 | 16.32 | 25.83% |
| 03/23/20 | 11.73 | 12.97 | 15.49% |
| 03/20/20 | 11.46 | 11.23 | 7.05% |
| 03/19/20 | 10.08 | 10.49 | -0.66% |
| 03/18/20 | 11.53 | 10.56 | -16.59% |
| 03/17/20 | 12.36 | 12.66 | 6.30% |
| 03/16/20 | 12.19 | 11.91 | -18.92% |
| 03/13/20 | 15.52 | 14.69 | 6.37% |
| 03/12/20 | 13.28 | 13.81 | -15.84% |
| 03/11/20 | 17.92 | 16.41 | -11.01% |
| 03/10/20 | 20.81 | 18.44 | -5.14% |
| 03/09/20 | 18.39 | 19.44 | -10.29% |
| 03/06/20 | 22.46 | 21.67 | -10.05% |
| 03/05/20 | 22.68 | 24.09 | 1.39% |
| 03/04/20 | 25.52 | 23.76 | -3.84% |
| 03/03/20 | 26.90 | 24.71 | -4.89% |
| 03/02/20 | 27.44 | 25.98 | 5.61% |
| 02/28/20 | 19.96 | 24.60 | 11.97% |
| 02/27/20 | 23.69 | 21.97 | -23.58% |
| 02/26/20 | 31.80 | 28.75 | -15.54% |
| 02/25/20 | 37.18 | 34.04 | -0.73% |
| 02/24/20 | 29.60 | 34.29 | 1.24% |
| 02/21/20 | 34.42 | 33.87 | -9.10% |
| 02/20/20 | 38.79 | 37.26 | -0.24% |
| 02/19/20 | 34.30 | 37.35 | 23.27% |
| 02/18/20 | 32.17 | 30.30 | 5.65% |

15

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| **Date** | **Open** | **Close** | **% Change** |
| **02/14/20** | 24.56 | 28.68 | 21.22% |
| **02/13/20** | 22.75 | 23.66 | 2.51% |
| **02/12/20** | 22.19 | 23.08 | 5.20% |
| **02/11/20** | 21.62 | 21.94 | 6.76% |
| **02/10/20** | 19.31 | 20.55 | 8.56% |
| **02/07/20** | 18.46 | 18.93 | 2.21% |
| **02/06/20** | 18.46 | 18.52 | -0.91% |
| **02/05/20** | 20.01 | 18.69 | -5.08% |
| **02/04/20** | 19.31 | 19.69 | 5.80% |
| **02/03/20** | 17.15 | 18.61 | 8.51% |
| **01/31/20** | 17.03 | 17.15 | 0.29% |
| **01/30/20** | 17.11 | 17.10 | -2.73% |
| **01/29/20** | 18.16 | 17.58 | -2.17% |
| **01/28/20** | 17.96 | 17.97 | 3.04% |
| **01/27/20** | 15.90 | 17.44 | 1.34% |
| **01/24/20** | 18.60 | 17.21 | -9.99% |
| **01/23/20** | 18.93 | 19.12 | -3.04% |
| **01/22/20** | 18.43 | 19.72 | 13.99% |
| **01/21/20** | 16.31 | 17.30 | 10.61% |
| **01/17/20** | 15.04 | 15.64 | 4.69% |
| **01/16/20** | 15.76 | 14.94 | 0.67% |
| **01/15/20** | 14.12 | 14.84 | 6.23% |
| **01/14/20** | 14.27 | 13.97 | 1.97% |
| **01/13/20** | 13.03 | 13.70 | 6.78% |
| **01/10/20** | 12.32 | 12.83 | 6.56% |
| **01/09/20** | 11.52 | 12.04 | 5.43% |
| **01/08/20** | 11.12 | 11.42 | 0.53% |
| **01/07/20** | 11.40 | 11.36 | -0.18% |
| **01/06/20** | 11.81 | 11.38 | -3.64% |
| **01/03/20** | 11.54 | 11.81 | 0.17% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 01/02/20 | 11.70 | 11.79 | 2.08% |
| 12/31/19 | 11.32 | 11.55 | 0.52% |
| 12/30/19 | 11.60 | 11.49 | -0.61% |
| 12/27/19 | 10.87 | 11.56 | 6.06% |
| 12/26/19 | 11.50 | 10.90 | -4.47% |
| 12/24/19 | 11.05 | 11.41 | 4.20% |
| 12/23/19 | 10.99 | 10.95 | 1.67% |
| 12/20/19 | 10.50 | 10.77 | 3.86% |
| 12/19/19 | 9.51 | 10.37 | 8.47% |
| 12/18/19 | 9.30 | 9.56 | 2.36% |
| 12/17/19 | 9.26 | 9.34 | 0.54% |
| 12/16/19 | 9.00 | 9.29 | 2.88% |
| 12/13/19 | 9.19 | 9.03 | -1.53% |
| 12/12/19 | 9.55 | 9.17 | -1.82% |
| 12/11/19 | 9.21 | 9.34 | 4.12% |
| 12/10/19 | 8.80 | 8.97 | 6.53% |
| 12/09/19 | 7.87 | 8.42 | 15.98% |
| 12/06/19 | 7.34 | 7.26 | 0.55% |
| 12/05/19 | 7.30 | 7.22 | 0.00% |
| 12/04/19 | 7.52 | 7.22 | -3.22% |
| 12/03/19 | 7.41 | 7.46 | 0.27% |
| 12/02/19 | 7.33 | 7.44 | 2.62% |
| 11/29/19 | 7.48 | 7.25 | -0.96% |
| 11/27/19 | 7.25 | 7.32 | 0.83% |
| 11/26/19 | 7.19 | 7.26 | 0.55% |
| 11/25/19 | 7.68 | 7.22 | -5.00% |
| 11/22/19 | 8.53 | 7.60 | -9.85% |
| 11/21/19 | 9.30 | 8.43 | -7.36% |
| 11/20/19 | 9.40 | 9.10 | -3.09% |
| 11/19/19 | 9.50 | 9.39 | -1.47% |

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| **Date** | **Open** | **Close** | **% Change** |
| **11/18/19** | 9.68 | 9.53 | -1.55% |
| **11/15/19** | 9.70 | 9.68 | 0.21% |
| **11/14/19** | 9.70 | 9.66 | -0.62% |
| **11/13/19** | 10.05 | 9.72 | -3.76% |
| **11/12/19** | 10.25 | 10.10 | -0.98% |
| **11/11/19** | 10.32 | 10.20 | 2.10% |
| **11/08/19** | 9.88 | 9.99 | 1.94% |
| **11/07/19** | 9.67 | 9.80 | 1.55% |
| **11/06/19** | 9.72 | 9.65 | -0.31% |
| **11/05/19** | 9.54 | 9.68 | 3.53% |
| **11/04/19** | 9.76 | 9.35 | -3.01% |
| **11/01/19** | 9.41 | 9.64 | 2.44% |
| **10/31/19** | 10.46 | 9.41 | -11.31% |
| **10/30/19** | 11.09 | 10.61 | -3.46% |
| **10/29/19** | 12.04 | 10.99 | -6.47% |
| **10/28/19** | 12.34 | 11.75 | -0.34% |
| **10/25/19** | 10.75 | 11.79 | 11.23% |
| **10/24/19** | 10.72 | 10.60 | 0.95% |
| **10/23/19** | 10.62 | 10.50 | -0.19% |
| **10/22/19** | 10.46 | 10.52 | 1.35% |
| **10/21/19** | 10.41 | 10.38 | 0.00% |
| **10/18/19** | 10.38 | 10.38 | 0.29% |
| **10/17/19** | 10.36 | 10.35 | -0.10% |
| **10/16/19** | 10.42 | 10.36 | -0.29% |
| **10/15/19** | 10.37 | 10.39 | 0.10% |
| **10/14/19** | 10.50 | 10.38 | -0.67% |
| **10/11/19** | 10.49 | 10.45 | -0.76% |
| **10/10/19** | 10.77 | 10.53 | -2.59% |
| **10/9/19** | 10.98 | 10.81 | -1.01% |
| **10/8/19** | 11.23 | 10.92 | -0.18% |
| **10/7/19** | 11.04 | 10.94 | -0.45% |
| **10/4/19** | 10.86 | 10.99 | 1.20% |
| **10/3/19** | 10.70 | 10.86 | 1.50% |
| **10/2/19** | 10.65 | 10.70 | 0.09% |

18

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 10/1/19 | 10.64 | 10.69 | -0.09% |
| 9/30/19 | 10.70 | 10.70 | 0.00% |
| 9/27/19 | 10.66 | 10.7 | 0.66% |
| 9/26/19 | 10.55 | 10.63 | 0.85% |
| 9/25/19 | 10.53 | 10.54 | -0.28% |
| 9/24/19 | 10.59 | 10.57 | -0.19% |
| 9/23/19 | 10.6 | 10.59 | -0.09% |
| 9/20/19 | 10.54 | 10.60 | 0.19% |
| 9/19/19 | 10.61 | 10.58 | -0.19% |
| 9/18/19 | 10.4 | 10.60 | 1.73% |
| 9/17/19 | 10.46 | 10.42 | -0.29% |
| 9/16/19 | 10.39 | 10.45 | 0.29% |
| 9/13/19 | 10.38 | 10.42 | 0.48% |
| 9/12/19 | 10.36 | 10.37 | -0.10% |
| 9/11/19 | 10.38 | 10.38 | 0.10% |
| 9/10/19 | 10.35 | 10.37 | 0.10% |
| 9/9/19 | 10.35 | 10.36 | 0.29% |
| 9/6/19 | 10.34 | 10.33 | -0.10% |
| 9/5/19 | 10.34 | 10.34 | 0.00% |
| 9/4/19 | 10.35 | 10.34 | 0.00% |
| 9/3/19 | 10.36 | 10.34 | -0.10% |
| 8/30/19 | 10.37 | 10.35 | 0.10% |
| 8/29/19 | 10.34 | 10.34 | 0.00% |
| 8/28/19 | 10.36 | 10.34 | -0.10% |
| 8/27/19 | 10.35 | 10.35 | -0.10% |
| 8/26/19 | 10.36 | 10.36 | -0.19% |
| 8/23/19 | 10.38 | 10.38 | 0.10% |
| 8/22/19 | 10.38 | 10.37 | -0.10% |
| 8/21/19 | 10.36 | 10.38 | 0.19% |
| 8/20/19 | 10.36 | 10.36 | 0.00% |
| 8/19/19 | 10.38 | 10.36 | -0.10% |
| 8/16/19 | 10.40 | 10.37 | -0.29% |
| 8/15/19 | 10.41 | 10.4 | -0.10% |
| 8/14/19 | 10.41 | 10.41 | 0.00% |
| 8/13/19 | 10.41 | 10.41 | 0.00% |
| 8/12/19 | 10.44 | 10.41 | -0.29% |
| 8/9/19 | 10.42 | 10.44 | 0.19% |
| 8/8/19 | 10.42 | 10.42 | 0.00% |

19

| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| **Date** | **Open** | **Close** | **% Change** |
| **8/7/19** | 10.45 | 10.42 | -0.10% |
| **8/6/19** | 10.42 | 10.43 | 0.00% |
| **8/5/19** | 10.43 | 10.43 | 0.00% |
| **8/2/19** | 10.47 | 10.43 | -0.29% |
| **8/1/19** | 10.48 | 10.46 | -0.10% |
| **7/31/19** | 10.49 | 10.47 | 0.00% |
| **7/30/19** | 10.50 | 10.47 | 0.10% |
| **7/29/19** | 10.50 | 10.46 | -0.10% |
| **7/26/19** | 10.45 | 10.47 | 0.19% |
| **7/25/19** | 10.47 | 10.45 | -0.29% |
| **7/24/19** | 10.46 | 10.48 | 0.29% |
| **7/23/19** | 10.45 | 10.45 | 0.00% |
| **7/22/19** | 10.49 | 10.45 | -0.38% |
| **7/19/19** | 10.47 | 10.49 | 0.10% |
| **7/18/19** | 10.50 | 10.48 | 0.10% |
| **7/17/19** | 10.52 | 10.47 | -0.38% |
| **7/16/19** | 10.6 | 10.51 | -0.66% |
| **7/15/19** | 10.68 | 10.58 | -0.47% |
| **7/12/19** | 10.65 | 10.63 | 0.38% |
| **7/11/19** | 10.75 | 10.59 | -1.76% |
| **7/10/19** | 10.80 | 10.78 | 3.36% |