DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:21-cv-03070-ARR-TAM |
| v. | |
| VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA, | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER REGARDING
## TIME TO FILE DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT

Co-Lead Plaintiffs Robert Scheele ("Scheele") and Mark Kusnier ("Kusnier," and collectively with Scheele, "Co-Lead Plaintiffs"), and Defendants Virgin Galactic Holdings, Inc., Sir Richard Branson, Chamath Palihapitiya, Michael A. Colglazier, and George Whitesides (collectively, "Defendants," and together with Co-Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly and respectfully request that the Court enter this proposed order regarding the schedule for the filing of Defendants' response to Co-Lead Plaintiffs' Second Amended Complaint:

WHEREAS, on December 7, 2021, Co-Lead Plaintiffs filed a Corrected Amended Complaint (*see* ECF No. 36);

WHEREAS, on April 4, 2022, Defendants filed a Motion to Dismiss the Corrected Amended Complaint (*see* ECF Nos. 51-55);

**WHEREAS**, on November 7, 2022, the Court issued an order granting in part and denying in part Defendants' Motion to Dismiss, and granting Plaintiffs leave to file an amended complaint (*see* ECF No. 58);

**WHEREAS**, on December 12, 2022, Plaintiffs filed a Motion for Leave to File Under Seal a Second Amended Complaint (*see* ECF No. 61), attaching the Second Amended Complaint as an exhibit thereto (ECF No. 61-1), and served such Second Amended Complaint on Defendants contemporaneously with its filing;

**WHEREAS**, Defendants must respond to the Second Amended Complaint by December 27, 2022;

**WHEREAS**, the Parties have met and conferred regarding the schedule for Defendants' response to the Second Amended Complaint, with due consideration of the complexity of the claims in this action and counsels' calendars and other obligations.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the undersigned counsel for the respective Parties, that the Court enter the following proposed schedule:

1. Defendants shall respond to the Second Amended Complaint, including filing any pre-motion conference letter, on or before **January 30, 2023**.

2. If Defendants file a pre-motion conference letter and the Court grants Defendants permission to file a motion related to the Second Amended Complaint, Defendants shall file such motion on or before **February 24, 2023**.

3. Co-Lead Plaintiffs shall file and serve any opposition to Defendants' motion on or before **March 31, 2023**.

4. Defendants shall file and serve any reply in support of their motion on or before April 21, 2023.

Dated: December 21, 2022

Respectfully Submitted,

/s/ Kara Wolke
Kara Wolke
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
kwolke@glancylaw.com

Gregory B. Linkh
GLANCY PRONGAY & MURRAY LLP
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

*Counsel for Co-Lead Plaintiff Robert Scheele*

/s/  Jonathan Horne, Esq.
Jonathan Horne, Esq.
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jhorne@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Co-Lead Plaintiff Mark Kusnier*

/s/ Colleen C. Smith
Colleen C. Smith (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  (858) 523-5400
Facsimile: (858) 523-5400
colleen.smith@lw.com

Michele D. Johnson (*pro hac vice*)
Kristin N. Murphy (*pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 755-1235
Facsimile: (714) 755-8290
michele.johnson@lw.com
kristin.murphy@lw.com

Corey Calabrese
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
corey.calabrese@lw.com

*Counsel for Defendants Virgin Galactic Holdings, Inc., Sir Richard Branson, Chamath Palihapitiya, Michael A. Colglazier, and George Whitesides*

IT IS SO ORDERED.

Dated: Dec 22 , 2022

s/ARR

HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

3