**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, JON CAMPAGNA, <br><br> Defendants. |

Case No.: 1:21-cv-03070-ARR-TAM

**DECLARATION OF KEVIN M. MCDONOUGH**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED**
**COMPLAINT**

I, Kevin M. McDonough, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Virgin Galactic Holdings, Inc. ("Virgin Galactic"), Richard Branson, Chamath Palihapitiya, George Whitesides, and Michael Colglazier (collectively, "Defendants") in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and have been admitted to appear as counsel in the U.S. District Court for the Eastern District of New York in the above-captioned matter.

2.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint.  I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon, could and would testify competently thereto.

3.      Attached as <u>Exhibit 1</u> is a true and correct copy of Plaintiffs' Second Amended Complaint from the above captioned-matter, filed December 12, 2022, with highlights applied to materials that were sealed by the Court on January 31, 2023 (Dkt. No. 61-1).

4.      Attached as <u>Exhibit 2</u> is chart identifying all the purported misstatements that are challenged in Plaintiffs' Second Amended Complaint.

5.      Attached as <u>Exhibit 3</u> is a true and correct copy of Virgin Galactic's stock price history from Factset during the proposed class period of July 10, 2019 to August 4, 2022 ("Class Period"), both dates inclusive, and information regarding sales of Virgin Galactic stock made by Defendants Virgin Galactic, Richard Branson, and Chamath Palihapitiya during the same period, as alleged in the Second Amended Complaint

6.      Attached as <u>Exhibit 4</u> is an appendix of risk disclosures pulled from public filings made by Virgin Galactic and Social Capital Hedosophia Holdings with the Securities and Exchange Commission during the Class Period.

7.      Attached as <u>Exhibit 5</u> is a true and correct copy of excerpts from Virgin Galactic's Registration Statement on Form S-1, filed with the Securities and Exchange Commission on February 27, 2020.

8.      Attached as <u>Exhibit 6</u> is a true and correct copy of excerpts from Social Capital Hedosophia Holdings Corp.'s Registration Statement on Form S-4, filed with the Securities and Exchange Commission on August 7, 2019.

9.      Attached as <u>Exhibit 7</u> is a true and correct copy of excerpts from Virgin Galactic's Registration Statement on Form S-1, filed with the Securities and Exchange Commission on August 3, 2020.

065823-0013

10.     Attached as Exhibit 8 is a true and correct copy of a press release entitled "Virgin Galactic Cleared to Fly Following Conclusion of FAA Inquiry," published by Virgin Galactic on September 29, 2021.

11.     Attached as Exhibit 9 is a true and correct copy of a press release entitled "Virgin Galactic and Social Capital Hedosophia Announce Merger to Create the World's First and Only Pubicly Traded Commercial Human Spaceflight Company," published by Virgin Galactic on July 9, 2019.

12.     Attached as Exhibit 10 is a true and correct copy of an email thread between Virgin Galactic and the Federal Aviation Administration, beginning on August 11, 2021 and concluding on September 2, 2021.

13.     Attached as Exhibit 11 is a true and correct copy of Virgin Galactic's Schedule 13D, filed with the Securities and Exchange Commission on April 14, 2021.

14.     Attached as Exhibit 12 is a true and correct copy of excerpts from Virgin Galactic's Annual Report on Form 10-K for the fiscal year ended December 31, 2021, filed with the Securities and Exchange Commission on February 28, 2022.

15.     Attached as Exhibit 13 is a true and correct copy of the transcript of Virgin Galactic's August 4, 2022 earnings conference call for the second fiscal quarter of 2022 published by S&P Capital IQ.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          February 24, 2023

                                        /s/ Kevin M. McDonoughT
                                        Kevin M. McDonough

3