# Exhibit 2

**STATEMENTS CHALLENGED IN PLAINTIFFS' SECOND AMENDED COMPLAINT[1]**

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| 1. | **February 22, 2019 Press Release** | SAC ¶ 298 | FAC ¶ 526 | "The crew enjoyed extraordinary views of Earth from the black skies of space and, during several minutes of weightlessness while the pilots 'feathered' the spaceship in preparation for a Mach 2.7 re-entry, Beth floated free to complete a number of cabin evaluation test points. ***The human validation of data previously collected via sensors, and the live testing of other physical elements of the cabin interior, are fundamental to the provision of a safe but enjoyable customer experience***. <br><br> \*     \*     \*     \*     \*     \* <br><br> Addressing colleagues and guests Dave said: 'Beth, Sooch and I just enjoyed a pretty amazing flight which was beyond anything any of us has ever experienced. It was thrilling yet smooth and nicely controlled throughout with a view at the top, of the Earth from space, which exceeded all our expectations***. I am incredibly proud of my crew and of the amazing teams at Virgin Galactic and The Spaceship Company for providing a vehicle and an operation which means we can fly confidently and safely***. For the three of us today this was the fulfillment of lifelong ambitions, but paradoxically is also just the beginning of an adventure which we can't wait to share with thousands of others.'" | • Pre-class period statement. |

[1] Please note that we have altered the quotation marks and any noticeable typographic mistakes in the Challenged Statement column, which quotes to the SAC, for readability throughout.

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | Sir Richard Branson said: '***Flying the same vehicle safely to space and back twice in a little over two months, while at the same time expanding the flight envelope, is testament to the unique capability we have built up within the Virgin Galactic and The Spaceship Company organizations***. I am immensely proud of everyone involved. Having Beth fly in the cabin today, starting to ensure that our customer journey is as flawless as the spaceship itself, brings a huge sense of anticipation and excitement to all of us here who are looking forward to experiencing space for ourselves. The next few months promise to be the most thrilling yet.'" | |
| 2. | **July 9, 2019 Press Release** | SAC ¶ 275 | FAC ¶ 497 | "VG believes it has now reached an inflection point in its development as it progresses towards launching commercial operations. ***In particular, by demonstrating the repeatability of the full flight profile through the completion of two crewed spaceflights, VG believes it has overcome a substantial number of the technical hurdles required to make the company a viable and profitable commercial service.***" | • Pre-class period statement. |
| 3. | **July 9, 2019 Press Release** | SAC ¶ 277 | N/A | "VSS Unity, VG's spaceship, was the first and remains the only vehicle ***built for regular commercial service*** to have put humans into space." | • Pre-class period statement.<br>• Protected by PSLRA safe harbor.<br>• Not materially misleading.<br>• Lack of scienter. |

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | | • Lack of loss causation. |
| 4. | **July 9, 2019 Public Letter** | SAC ¶ 279 | FAC ¶ 505 | "Opening Virgin Galactic to further external investment has been on the cards for a while. *Great progress in our test flight program means that the remaining hurdles, before our beautiful spaceship starts a full commercial service, are steadily being cleared.* Having sadly had to pull away from an investment by Saudi Arabia after the murder of journalist Jamal Khashoggi, and then *having demonstrated the repeatability of our full flight profile with two crewed spaceflights*, we had an opportunity to rethink our investment plans." | • Pre-class period statement.<br><br>• Lack of scienter |
| 5. | **July 9, 2019 CNBC Interview** | SAC ¶ 281 | N/A | "Q: You will have public investors with this business. I mean, obviously, you're gonna have to assure them that, you know, the risks are under control. I mean, the regulatory framework and all that. How do you go about that?<br><br>**DEFENDANT BRANSON**: I think one thing is the part that Chamath is willing to put 100 million of his own money in, and he also independently bought a ticket to space, and he spent a lot of time doing due diligence on the company.<br><br>**DEFENDANT PALIHAPITIYA**: Yeah, in fact, I mean, we went through all of those checklists that you just mentioned, so *from a safety perspective, how do we know that this thing is going to be an incredibly safe experience*? It was at the end of that process that I bought my ticket because I just became convinced that this is actually as safe or safer, frankly, than flying in a traditional airplane. They're licensed by the FAA. *They have all the regulatory elements in place* | • Pre-class period statement.<br><br>• Not materially misleading<br><br>• Lack of scienter.<br><br>• Lack of loss causation. |

3

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | *to start commercial operations. That was a huge part of our justification. So you're exactly right that all of these things are critical to making sure that public investors have the full picture*. I think the thing is that once we're able to sort of file the statements, et cetera, and see the presentations and all the work that we've done, you'll see that these guys have done an incredible amount of work and that they really are building something exceptionally unique and special; and that's just rare. These things aren't that common, and people like Richard aren't that common. And so to be able to partner with them for folks like us is just, it's a special opportunity." | |
| 6. | **August 7, 2019 Registration Statement** | SAC ¶ 283 | N/A | "**Attractive Business Model**. The VG Companies *have several capabilities* that will allow them to scale rapidly to meet customer demand – among these are the design and implementation of reusable vehicles. *For example, a single spaceship is designed to be reused for hundreds of cycles, with primarily only its rocket motor fuel cartridge and oxidizer being changed in between flights*. *These design features meaningfully reduce the operational cost of each spaceflight over time and allows for short turnaround times between flights.* Over time, the VG Companies expect to have the ability to leverage their suite of proprietary technologies and reusable design to lower costs and allow lower ticket prices, while preserving profitability and meeting the demand for human spaceflight in a market where most other alternatives are extremely expensive.<br><br>*    *    *    *    *    * | • Inactionable puffery.<br><br>• Protected by PSLRA safe harbor.<br><br>• Not materially misleading.<br><br>• Lack of scienter.<br><br>• Lack of loss causation. |

4

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | **Strong Competitive Position**. The VG Companies' differentiated technology and capabilities, its horizontal take-off and landing design, experienced management team, iconic brand, vertically-integrated design and manufacturing capabilities and extensive customer base separate them from the competition. VSS Unity, the VG Companies' spaceship, was the first, and as of July 2019 remains the only, *vehicle built for recurring commercial spaceflight service to have put humans into space.* <br><br> \* \* \* \* \* \* <br><br> *Our carrier aircraft, WhiteKnightTwo*. WhiteKnightTwo is a twin-fuselage, custom-built aircraft designed to carry our spaceship, SpaceShipTwo, up to an altitude of approximately 45,000 feet, where the spaceship is released for its flight into space. *Our carrier aircraft is designed to launch thousands of SpaceShipTwo flights over its lifetime*. This reusable launch platform design provides a flight experience and economics similar to commercial airplanes, and may offer a considerable economic advantage over other potential launch alternatives. Additionally, *our carrier aircraft has a rapid turnaround time*, *enabling it to provide frequent spaceflight launch services for multiple spaceships*. <br><br> \* \* \* \* \* \* <br><br> We are now in *the final phases of readying our commercial spaceflight program [] completing the final work on VSS Unity* for commercial service, including the installation of the cabin interior. The interior furnishings and fixtures are also being installed at Spaceport America, along with | |

5

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | finalizing everything needed to prepare our first customers for flight. We expect to conclude the final portion of the flight test program from Spaceport America and expect successful completion of those tests to lead to ***our first commercial flight in 2020***. " | |
| 7. | **September 5, 2019, and September 26, 2019**<br><br>**Rule 425 Prospectuses and Presentations** | SAC ¶ 285 | N/A | "Both presentations included a slide titled 'VSS Unity' claiming Unity was 'The world's first private, crewed spaceship ***designed for commercial service*** to take humans to space.'"<br><br> | • Protected by PSLRA safe harbor.<br><br>• Not materially misleading.<br><br>• Lack of scienter.<br><br>• Lack of loss causation. |
| 8. | **September 5, 2019, and September 26, 2019**<br><br>**Rule 425 Prospectuses** | SAC ¶ 287 | N/A | "Both presentations also included a slide purporting to represent the development status of Unity and Eve, reflecting Eve as fully completed and operational and Unity as fully designed and assembled and nearly complete on flight testing, with 'Year of Build Completion' in 2019 (*i.e.*, within the next three months)." | • Protected by PSLRA safe harbor.<br><br>• Not materially misleading.<br><br>• Lack of scienter. |

6

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | **and Presentations** | | | Fleet Build Progress and Expected Expansion Schedule | • Lack of loss causation. |
| 9. | **September 5, 2019, and September 26, 2019**<br><br>**Rule 425 Prospectuses and Presentations** | **SAC ¶ 289** | N/A | "Both presentations also included slides that provided:"<br>Shorter Launch Preparation Times Compared to Traditional Vehicles | • Protected by PSLRA safe harbor.<br>• Not materially misleading.<br>• Lack of scienter.<br>• Lack of loss causation. |

7

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | | |
| 10. | **September 5, 2019, and September 26, 2019**<br><br>**Rule 425 Prospectuses and Presentations** | SAC ¶ 291 | N/A | "In addition to claiming the Company would launch commercial spaceflight by June 2020, both presentations represented that with two vehicles operating in 2020 (*i.e.*, Eve and Unity), the Company would complete 16 total flights in 2020."<br><br> | • Protected by PSLRA safe harbor.<br><br>• Not materially misleading.<br><br>• Lack of scienter.<br><br>• Lack of loss causation. |
| 11. | **September 5, 2019, and** | SAC ¶ 293 | N/A | "Defendants further included a slide titled Practically Driven Principles and Approaches, which stated that Virgin Galactic | • Not materially misleading. |

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | **September 26, 2019**<br><br>**Rule 425 Prospectuses and Presentations** | | | did 'digital definition and configuration management via Oracle':"<br><br> | • Lack of scienter.<br>• Lack of loss causation. |
| 12. | **October 28, 2019**<br><br>**Bloomberg Interview** | SAC ¶ 295 | FAC ¶ 520 | "**Q:** And, Richard, you've been in this race for a long time. Obviously, now, competing against some other big names—Jeff Bezos and Elon Musk among them. What's the first-mover advantage here?<br><br>**DEFENDANT BRANSON:** Well, I think, we have the advantage of having already put people into space and we've made five new astronauts; there haven't any others made on American soil since 2009. ***And, so, we have a tested and tried system that is performing well.*** And we're building – using the money that we've raised today, we can build a lot more spaceships and motherships, and a lot more rockets, and we're able to build the number of people that are able to go into space." | • Inactionable puffery.<br>• Lack of scienter.<br>• Lack of loss causation. |

9

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| 13. | **November 20, 2019 CNBC Statement** | SAC ¶ 93 | FAC ¶ 522 | "On November 20, 2019, in an interview with CNBC, when asked, '[s]ince its listing, [Virgin Galactic is] down 20%, do you think the performance would have been different if it had gone the route of an IPO versus a direct listing?' Palihapitiya responded, 'Not really …. The story of Virgin is just so new it just hasn't even been written yet. The reality is we will start commercial operations in the middle of next year. And so the full-fledged business value will become apparent very quickly to a lot more people at that point. And so everything that happens between now and then quite honestly is a lot of people hedging, some people speculating but it's really, the there there will begin in six to nine months.'" | • Protected by PSLRA safe harbor.<br><br>• Lack of scienter. |
| 14. | **December 13, 2019 Press Release** | SAC ¶ 297 | FAC ¶ 524 | "Virgin Galactic reaches space for the second time[.]<br><br>***Ten weeks after our first flight to space, we did it again, travelling higher and faster than ever before and, for the first time, with a third crew member on board.*** This flight saw two more of our pilots, Dave Mackay and Mike 'Sooch' Masucci, become commercial astronauts, with Chief Pilot Mackay entering the record books as the first Scot in space. Our Chief Astronaut Instructor, Beth Moses, flew as the third crew member to carry out a live evaluation of cabin dynamics—floating freely in zero gravity. She became the first woman to fly on board a commercial spaceship and had the coveted honor of being awarded the title of Commercial Astronaut 007." | • Inactionable puffery<br><br>• Not materially misleading.<br><br>• Lack of scienter. |

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| 15. | **February 25, 2020** **(Plaintiffs allege this statement was made on May 5, 2020)** **Q1 2020 Earnings Call** | SAC ¶ 300 | FAC ¶ 533 | "**Q:** What are the key gating items among those three that you need to get through to get to this first commercial flight? And are you still on-schedule for mid-summer? It sounded before like this—the schedules influx a little bit as you get everything as perfect as you needed. **DEFENDANT WHITESIDES**: Yeah. Well, as you know, our number one priority is to fly safely, and not just Sir Richard, but anybody we fly whether it's the pilots that we fly or employees that we might fly in the late test pilot program, that's our number one priority. What we're affirming today as you know that our number one priority is to fly Richard Branson into space on a commercial flight in 2020. That's what our entire organization is really that they know that that's the top priority. I don't mind breaking out a little bit more detail in terms of these three areas. I did talk about it a little bit during those remarks in terms of the finishing the test flight program, we're going to be needing to do some glide flights and some rocket-powered flights obviously in terms of the end-to-end customer experience. It's not just the in-flight experience, it's also the on-the-ground experience. It's even the—before you get to Spaceport experience, we really are working really hard on all of those spaces, but obviously a lot of—there's going to be a lot of focus on the cabin experience in the seats and the suits and the interaction between all of those things. And then the third thing is *readying the vehicles for long-term, high-rate service*, I talked a little bit about that in my comments. Still, we want—we really want to make that a big | • Protected by PSLRA safe harbor.<br>• Inactionable puffery.<br>• Not materially misleading.<br>• Lack of scienter.<br>• Lack of loss causation. |

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | focus. Because we know, ultimately, the amount of revenue that we generate in 2020 is really not the thing that's going to make this company a great success. What's going to make it a great success *is having a vehicle that we can turn around relatively rapidly and do that on a consistent basis and then build a fleet of them*, so that we can add more capacity into the market." | |
| 16. | **June 25, 2020 Press Release** | SAC ¶ 302 | FAC ¶ 538 | "I am thrilled with the team's hard work to complete today's test flight successfully. It was an important test that, pending data review, means we can now start preparing the vehicles for powered flight. Our focus for this year remains unchanged on *ensuring the vehicles* and our operations *are prepared for long-term, regular commercial spaceflight service*." (quoting Mr. Whitesides) | • Protected by PSLRA safe harbor.<br>• Not materially misleading.<br>• Lack of scienter.<br>• Lack of loss causation. |
| 17. | **November 5, 2020 Press Release** | SAC ¶ 304 | FAC ¶ 553 | "*Implemented upgraded flight control system and upgraded horizontal stabilizers on VSS Unity to increase performance during the boost phase of the flight profile.*" | • Lack of scienter.<br>• Lack of loss causation. |
| 18. | **February 25, 2021 Q4 2020 Earnings Call** | SAC ¶ 306 | N/A | "We've decided to implement enhancements and accelerate for the long-term maintenance updates to our mothership, Eve, that will improve the predictability and frequency of flight rate. To avoid sequential downtimes, we will also implement some additional enhancements to Unity during this period that will also improve predictability of flight rate. We expect the combined analysis and refurbishment period | • Protected by PSLRA safe harbor.<br>• Not materially misleading.<br>• Lack of scienter. |

|  | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
|  |  |  |  | for all three vehicles to run for approximately four months." (quoting Mr. Colglazier) | • Lack of loss causation. |
| 19. | **March 1, 2021 (filed) Form 10-K (2020)** | SAC ¶ 308 | N/A | "We are ***now in the final phases of readying our commercial spaceflight program***. As part of this preparatory work, we have transitioned our operational headquarters to our purpose-built facility at Spaceport America in New Mexico and ***completing the final work on VSS Unity for commercial service, including the installation of the cabin interior***. The interior furnishings and fixtures have been installed at Spaceport America, along with finalizing everything needed to prepare our first future astronauts for flight." | • Protected by PSLRA safe harbor.<br>• Not materially misleading.<br>• Lack of scienter. |
| 20. | **May 10, 2021 Q1 2021 Earnings Call** | SAC ¶ 310 | N/A | "So Eve, which we've talked about a little bit today, have some upgrades and modifications that have been planned as well as Unity, and ***both Eve and Unity's upgrades and modifications are to help give them, I'll call it, more reliability of predicting flight cadence as we shift those ships into commercial service***. We also will be then doing updates on the first of our SpaceShipThree vehicles, VSS Imagine, and making the modifications there as we go from live flight testing and then begin preparing for powered flight testing following these modification periods. So following that kind of period of modification and upgrade, Adam, is when we would move into commercial service. And ***we'll start commercial service with Spaceship Unity and Eve***." (quoting Mr. Colglazier) | • Protected by PSLRA safe harbor.<br>• Not materially misleading.<br>• Lack of scienter.<br>• Lack of loss causation. |

13

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| 21. | **May 10, 2021** **Q1 2021 Earnings Call** | SAC ¶ 312 | N/A | "**Q**: I guess two things. I'm just trying to picture—there have been a few questions sort of gone around this. But first is, Eve is, I believe, about 13 years old at this stage. You've now got the Spaceship 3 coming out, which is great. So you've got these assets how—I mean **how long-lived do you expect them to be. I'm thinking both just in terms of what anomalies you might be looking for on the test flights, as well as, just the aging of these aircraft** in very different environment than we've seen for—in most—for most other types of aircraft.<br><br>**DEFENDANT COLGLAZIER:** Sure. I'll start out, and gentlemen, feel free to kick in. *So, Eve—and I don't recall the exact age, but let's go with 13 years, as you said—is not flown a lot right? It's not like a commercial airliner flying back and forth every day, putting flight hours on it at that time. So its number of flight hours, I'd say, are reasonably modest as far as airframes go.*<br><br>*Eve is important to make sure that as we move into commercial service that it has gone through some updates, modifications that will allow it to fly with consistent cadence, right? That's really what we're looking to do there, so that we're not kind of looking on a flight by flight basis and making sure we're ready, that we've got good predictability if we need people to be able to plan their trips to us and things like that.*<br><br>*So I think that's kind of normal evolution for Eve from a flight test program there. I'll let Mike or Swamy comment on age. But I would kind of highlight from a hours basis,* | • Protected by PSLRA safe harbor.<br><br>• Not materially misleading.<br><br>• Lack of scienter.<br><br>• Lack of loss causation. |

14

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | *it's still fairly low use I guess compared to a normal airframe*." | |
| 22. | **July 11, 2021** **Bloomberg Markets Interview** | SAC ¶ 314 | FAC ¶ 570 | "**Q:** Well, what does it mean for the company? There was some risk involved. I'm sure that some of your staff looking at me right now were nervous at points.<br><br>**Defendant Branson:** *Well, look, the company is 17 years old, they've had a number of flawless flights. They've never had any major, major technical issues even, you know, in the last 17 years and this was absolutely and utterly flawless*." | • Lack of scienter. |
| 23. | **July 11, 2021** **Bloomberg Markets Interview** | SAC ¶ 230 | FAC ¶ 568 | "**Q**: A lot of the event was about Richard, you know, Richard was front and center, but you know, as the CEO of the commercial business, what does today represent for you? What does it allow you to do?'<br><br>**DEFENDANT COLGLAZIER:** Well, two things. I think for the world, it allows us to show that something people never thought was gonna happen in their lifetimes is actually happening now. *The ability for regular people to be able to go to space and it will take years to really get the scale of it up but I think we showed today what that is going to be like and a taste of that going forward.* So that was huge. And then at a business level, this was one of the remaining flight tests that we need to do as we move into commercial service. So we've got two more. *This one was perfect.*<br><br>*   *   *   *   *   *   *   * | • Lack of scienter. |

15

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | **Q:** Was Sunday's event about selling tickets? Was that really what it was about?<br><br>**DEFENDANT COLGLAZIER***: This event was about showcasing to the world what this Virgin Galactic experience is going to be. And this event was part of our incredible safety diligent program to make sure that we go step-by-step so that when we do open this up for commercial service, we've done all that needs to be done. So it's amazing and anchored in safety experience and that's what today was about.*" | |
| 24. | **July 11, 2021 Press Release** | SAC ¶ 229 | FAC ¶ 566 | "***Today is a landmark achievement for the Company and a historic moment for the new commercial space industry. With each successful mission we are paving the way for the next generation of astronauts.*** I want to thank our talented team, including our pilots and crew, whose dedication and commitment made today possible. They are helping open the door for greater access to space – so it can be for the many and not just for the few." (quoting Mr. Colglazier) | • Lack of scienter. |
| 25. | **August 5, 2021 Q2 2021 Earnings Call** | SAC ¶ 316 | N/A | "Our Unity 22 flight in July was a landmark achievement after 17 years of research, engineering, and innovation. ***We executed a successful spaceflight*** with a full crew in the cabin***. Unity 22 demonstrated further proof of our technical readiness*** and we were able to share this event with the world as over 19 million viewers around the globe enjoy the excitement and wonder the spaceflight experience through our livestream and live television broadcast. Watching VSS Unity streak once again above the atmosphere arc back towards Earth into a perfect viewing position and feather | • Inactionable puffery.<br><br>• Not materially misleading.<br><br>• Lack of scienter. |

16

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | gracefully for return to Spaceport America *validated the inherent safety and design of our system*."  (quoting Mr. Colglazier) | |
| 26. | **August 5, 2021**<br><br>**Q2 2021 Earnings Call** | SAC ¶ 318 | N/A | "**Q:**  Thank you. And our last question is about, the enhancement period sounds very important for scaling and efficiency. There are a lot of variables that may be out of your control. What are risk factors and what will be the tougher aspects of the enhancement period, as we're all living in a very dynamic environment right now? Thank you.<br><br>**DEFENDANT COLGLAZIER:** Sure*. Functionally, this is kind of a life extension program on Eve, and so that's I think very well known in the aerospace industry of how to go about that*. So I'll leave it at that. As you mentioned, we're keeping an eye on the pandemic, we're keeping an eye on what that will do to allow us to bring our teams in and work efficiently together. That I'd say is one that, like everyone is hoping, it's not a risk to the system, but it's one that we're clearly keeping our eyes on. That's probably our biggest thing that I'm focusing on for the risk profile. We're still finishing the designs. This is an idea that was brought forth and proposed at the end of July. So we definitely want to close the design process and be fully confident in the scope. But we wanted to share our best look at that today was adding an additional four months going forward." | • Protected by PSLRA safe harbor.<br><br>• Not materially misleading.<br><br>• Lack of scienter.<br><br>• Lack of loss causation. |
| 27. | **May 5, 2022** | SAC ¶ 320 | N/A | "**Q:** That's really helpful. And then also, when we think about the enhancement actions on Unity and Eve, can you describe the milestones you've already achieved? You've been going through the process for 8 months now. So I'd | • Not materially misleading.<br><br>• Lack of scienter. |

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | **Q1 2022 Earnings Call** | | | imagine you guys have accomplished quite a lot. Can you just share with us what some of those milestones have been? <br><br>**DEFENDANT COLGLAZIER:** Sure. And the teams have just been amazing to watch them go on this because, again, our existing team got a 2 to 3x ramp-up in work. And obviously, we're growing again then for the future. So people have really stepped up. Unity is in solid shape. It will be the scope that we gave Unity, it will complete, I'll call it, on our original schedule. So the Unity team will probably have some time just to do a few extra bonus items there. <br><br>Eve is really the ship that's got the longer piece of time in there. But the milestone that we put in the presentation today was talking about the launch pylon. For those who aren't familiar with kind of what's going on our ships, it's probably a hard picture to understand. But this is the piece that attaches the spaceship to the center of the wing and the mothership, not only at a structural level, but also this is where all the electricity moves through there, the air moves through there. [It's] a very important part. <br><br>And the original design of that had 3 points, and that was fine for the work and the efforts we were doing with it in-flight test. But as we move into commercial service, we just want to open up the envelope of conditions that we would fly within and we wanted something structurally much, much more robust. But it's going in and doing some reasonable amount of surgery on to the wing and opening that up. <br><br>*And so you saw that picture coming in back in April, where we are actually able to fit a new part into an existing effort* | • Lack of loss causation. |

| | Source | SAC Citation | FAC Citation | Challenged Statement | Grounds for Dismissal |
|---|---|---|---|---|---|
| | | | | *in the wing with all the structural efforts kind of done and ready to go. That was a big milestone. We actually brought everybody together, got a big picture around that.* <br><br> *So I think that was the biggest one we've seen, and that was also kind of just a good one to have behind us, right?* So now we have more things to fit and finish up. But as far as big, big milestones, that was the one that we went through in April, and we were pleased to see it." | |

19