# Exhibit 3



| PRICE HISTORY: SPCE | | | |
|---|---|---|---|
| **Date** | **Open** | **Close** | **% Change** |
| 8/4/2022 | 8.35 | 8.19 | -0.73% |
| 8/3/2022 | 7.99 | 8.25 | 5.23% |
| 8/2/2022 | 7.28 | 7.84 | 5.95% |
| 8/1/2022 | 7.37 | 7.40 | -0.54% |
| 7/29/2022 | 7.29 | 7.44 | 0.81% |
| 7/28/2022 | 7.21 | 7.38 | 2.64% |
| 7/27/2022 | 7.16 | 7.19 | 3.30% |
| 7/26/2022 | 7.01 | 6.96 | -2.25% |
| 7/25/2022 | 7.34 | 7.12 | -2.73% |
| 7/22/2022 | 7.70 | 7.32 | -5.43% |
| 7/21/2022 | 7.63 | 7.74 | 0.52% |
| 7/20/2022 | 7.58 | 7.70 | 1.58% |
| 7/19/2022 | 7.41 | 7.58 | 4.84% |
| 7/18/2022 | 7.49 | 7.23 | -1.63% |
| 7/15/2022 | 7.15 | 7.35 | 5.91% |
| 7/14/2022 | 6.94 | 6.94 | -0.14% |
| 7/13/2022 | 6.65 | 6.95 | 0.29% |
| 7/12/2022 | 6.62 | 6.93 | 5.16% |
| 7/11/2022 | 7.20 | 6.59 | -9.97% |
| 7/8/2022 | 7.00 | 7.32 | 1.24% |
| 7/7/2022 | 6.64 | 7.23 | 12.09% |
| 7/6/2022 | 6.46 | 6.45 | -0.46% |
| 7/5/2022 | 6.19 | 6.48 | 3.18% |
| 7/1/2022 | 6.11 | 6.28 | 4.32% |
| 6/30/2022 | 5.89 | 6.02 | 0.33% |
| 6/29/2022 | 6.22 | 6.00 | -4.61% |
| 6/28/2022 | 6.69 | 6.29 | -5.27% |
| 6/27/2022 | 6.60 | 6.64 | 1.07% |
| 6/24/2022 | 6.50 | 6.57 | 1.55% |
| 6/23/2022 | 6.27 | 6.47 | 3.19% |
| 6/22/2022 | 5.92 | 6.27 | 3.13% |
| 6/21/2022 | 6.13 | 6.08 | -2.72% |
| 6/17/2022 | 5.80 | 6.25 | 8.13% |
| 6/16/2022 | 5.80 | 5.78 | -4.46% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 6/15/2022 | 5.85 | 6.05 | 4.85% |
| 6/14/2022 | 5.83 | 5.77 | 1.94% |
| 6/13/2022 | 6.00 | 5.66 | -10.30% |
| 6/10/2022 | 6.58 | 6.31 | -5.82% |
| 6/9/2022 | 7.36 | 6.70 | -9.46% |
| 6/8/2022 | 6.84 | 7.40 | 6.94% |
| 6/7/2022 | 6.95 | 6.92 | -1.98% |
| 6/6/2022 | 7.14 | 7.06 | 1.44% |
| 6/3/2022 | 7.02 | 6.96 | -4.26% |
| 6/2/2022 | 6.77 | 7.27 | 7.39% |
| 6/1/2022 | 7.05 | 6.77 | -3.42% |
| 5/31/2022 | 7.17 | 7.01 | -1.41% |
| 5/27/2022 | 6.70 | 7.11 | 6.44% |
| 5/26/2022 | 6.45 | 6.68 | 3.25% |
| 5/25/2022 | 6.15 | 6.47 | 4.69% |
| 5/24/2022 | 6.43 | 6.18 | -5.79% |
| 5/23/2022 | 6.49 | 6.56 | 0.15% |
| 5/20/2022 | 6.62 | 6.55 | -0.46% |
| 5/19/2022 | 6.39 | 6.58 | 3.30% |
| 5/18/2022 | 6.60 | 6.37 | -4.78% |
| 5/17/2022 | 6.36 | 6.69 | 7.90% |
| 5/16/2022 | 6.44 | 6.20 | -5.20% |
| 5/13/2022 | 6.17 | 6.54 | 11.99% |
| 5/12/2022 | 5.25 | 5.84 | 8.75% |
| 5/11/2022 | 5.77 | 5.37 | -8.21% |
| 5/10/2022 | 6.36 | 5.85 | -3.62% |
| 5/9/2022 | 6.59 | 6.07 | -10.74% |
| 5/6/2022 | 7.08 | 6.80 | -9.33% |
| 5/5/2022 | 8.14 | 7.50 | -9.20% |
| 5/4/2022 | 7.90 | 8.26 | 4.16% |
| 5/3/2022 | 7.81 | 7.93 | 0.51% |
| 5/2/2022 | 7.45 | 7.89 | 5.34% |
| 4/29/2022 | 7.90 | 7.49 | -5.19% |
| 4/28/2022 | 7.76 | 7.90 | 2.46% |
| 4/27/2022 | 7.76 | 7.71 | -1.03% |
| 4/26/2022 | 8.26 | 7.79 | -6.48% |
| 4/25/2022 | 7.99 | 8.33 | 4.26% |

3

| Date | Open | Close | % Change |
|------|------|-------|----------|
| 4/22/2022 | 8.14 | 7.99 | 0% |
| 4/21/2022 | 8.58 | 7.99 | -5.11% |
| 4/20/2022 | 9.13 | 8.42 | -8.38% |
| 4/19/2022 | 8.52 | 9.19 | 7.36% |
| 4/18/2022 | 8.93 | 8.56 | -4.78% |
| 4/14/2022 | 9.08 | 8.99 | -1.43% |
| 4/13/2022 | 8.84 | 9.12 | 3.40% |
| 4/12/2022 | 8.88 | 8.82 | 1.15% |
| 4/11/2022 | 8.56 | 8.72 | 0.35% |
| 4/8/2022 | 8.91 | 8.69 | -3.34% |
| 4/7/2022 | 9.07 | 8.99 | -1.32% |
| 4/6/2022 | 9.39 | 9.11 | -5.20% |
| 4/5/2022 | 10.58 | 9.61 | -8.82% |
| 4/4/2022 | 10.14 | 10.54 | 5.51% |
| 4/1/2022 | 9.98 | 9.99 | 1.11% |
| 3/31/2022 | 10.56 | 9.88 | -7.58% |
| 3/30/2022 | 10.80 | 10.69 | -2.91% |
| 3/29/2022 | 9.90 | 11.01 | 12.81% |
| 3/28/2022 | 9.46 | 9.76 | 3.50% |
| 3/25/2022 | 9.73 | 9.43 | -3.08% |
| 3/24/2022 | 9.60 | 9.73 | 1.67% |
| 3/23/2022 | 9.54 | 9.57 | -0.83% |
| 3/22/2022 | 9.33 | 9.65 | 3.21% |
| 3/21/2022 | 9.27 | 9.35 | -0.85% |
| 3/18/2022 | 8.81 | 9.43 | 4.89% |
| 3/17/2022 | 7.91 | 8.99 | 12.52% |
| 3/16/2022 | 7.49 | 7.99 | 8.56% |
| 3/15/2022 | 6.81 | 7.36 | 8.39% |
| 3/14/2022 | 7.17 | 6.79 | -6.73% |
| 3/11/2022 | 7.68 | 7.28 | -3.83% |
| 3/10/2022 | 7.71 | 7.57 | -3.20% |
| 3/9/2022 | 7.60 | 7.82 | 5.39% |
| 3/8/2022 | 7.40 | 7.42 | 0.82% |
| 3/7/2022 | 7.89 | 7.36 | -6.12% |
| 3/4/2022 | 8.26 | 7.84 | -4.97% |
| 3/3/2022 | 9.29 | 8.25 | -12.42% |
| 3/2/2022 | 9.35 | 9.42 | 0.75% |

4

| Date | Open | Close | % Change |
|---|---|---|---|
| 3/1/2022 | 9.62 | 9.35 | -3.41% |
| 2/28/2022 | 9.07 | 9.68 | 5.45% |
| 2/25/2022 | 8.61 | 9.18 | 2.00% |
| 2/24/2022 | 7.50 | 9.00 | 11.25% |
| 2/23/2022 | 8.05 | 8.09 | 3.45% |
| 2/22/2022 | 8.13 | 7.82 | -6.90% |
| 2/18/2022 | 8.89 | 8.40 | -6.77% |
| 2/17/2022 | 9.77 | 9.01 | -10.17% |
| 2/16/2022 | 10.30 | 10.03 | -6.61% |
| 2/15/2022 | 8.93 | 10.74 | 31.94% |
| 2/14/2022 | 8.38 | 8.14 | -3.55% |
| 2/11/2022 | 8.82 | 8.44 | -4.63% |
| 2/10/2022 | 8.90 | 8.85 | -3.38% |
| 2/9/2022 | 8.78 | 9.16 | 4.93% |
| 2/8/2022 | 8.50 | 8.73 | 1.87% |
| 2/7/2022 | 8.90 | 8.57 | -4.67% |
| 2/4/2022 | 8.63 | 8.99 | 6.26% |
| 2/3/2022 | 9.04 | 8.46 | -9.71% |
| 2/2/2022 | 9.65 | 9.37 | -3.60% |
| 2/1/2022 | 9.50 | 9.72 | 5.65% |
| 1/31/2022 | 8.25 | 9.20 | 13.02% |
| 1/28/2022 | 7.98 | 8.14 | 2.26% |
| 1/27/2022 | 8.49 | 7.96 | -5.69% |
| 1/26/2022 | 8.71 | 8.44 | -0.47% |
| 1/25/2022 | 8.45 | 8.48 | -1.40% |
| 1/24/2022 | 8.11 | 8.60 | 1.53% |
| 1/21/2022 | 9.05 | 8.47 | -6.92% |
| 1/20/2022 | 9.22 | 9.10 | 0.11% |
| 1/19/2022 | 9.55 | 9.09 | -2.99% |
| 1/18/2022 | 10.03 | 9.37 | -7.59% |
| 1/14/2022 | 9.89 | 10.14 | 1.10% |
| 1/13/2022 | 10.92 | 10.03 | -18.92% |
| 1/12/2022 | 12.47 | 12.37 | -0.16% |
| 1/11/2022 | 12.04 | 12.39 | 3.51% |
| 1/10/2022 | 12.43 | 11.97 | -3.86% |
| 1/7/2022 | 12.00 | 12.45 | 5.69% |
| 1/6/2022 | 12.17 | 11.78 | -2.24% |

5

| Date | Open | Close | % Change |
|---|---|---|---|
| 1/5/2022 | 13.02 | 12.05 | -8.78% |
| 1/4/2022 | 13.64 | 13.21 | -2.44% |
| 1/3/2022 | 13.48 | 13.54 | 1.20% |
| 12/31/2021 | 13.73 | 13.38 | -3.25% |
| 12/30/2021 | 12.96 | 13.83 | 6.06% |
| 12/29/2021 | 13.71 | 13.04 | -5.58% |
| 12/28/2021 | 14.01 | 13.81 | -1.85% |
| 12/27/2021 | 14.43 | 14.07 | -3.17% |
| 12/23/2021 | 14.60 | 14.53 | -0.48% |
| 12/22/2021 | 14.56 | 14.6 | -0.21% |
| 12/21/2021 | 13.93 | 14.63 | 5.03% |
| 12/20/2021 | 13.99 | 13.93 | -3.67% |
| 12/17/2021 | 14.23 | 14.46 | 1.12% |
| 12/16/2021 | 14.89 | 14.30 | -3.18% |
| 12/15/2021 | 14.57 | 14.77 | 0.82% |
| 12/14/2021 | 14.48 | 14.65 | -1.08% |
| 12/13/2021 | 15.17 | 14.81 | -2.63% |
| 12/10/2021 | 15.70 | 15.21 | -2.75% |
| 12/9/2021 | 16.04 | 15.64 | -3.69% |
| 12/8/2021 | 15.70 | 16.24 | 3.97% |
| 12/7/2021 | 15.00 | 15.62 | 6.69% |
| 12/6/2021 | 14.19 | 14.64 | 1.88% |
| 12/3/2021 | 15.08 | 14.37 | -4.71% |
| 12/2/2021 | 14.93 | 15.08 | 1.48% |
| 12/1/2021 | 16.23 | 14.86 | -7.13% |
| 11/30/2021 | 16.09 | 16.00 | -1.54% |
| 11/29/2021 | 16.78 | 16.25 | -2.87% |
| 11/26/2021 | 16.42 | 16.73 | -1.76% |
| 11/24/2021 | 16.71 | 17.03 | 1.19% |
| 11/23/2021 | 17.04 | 16.83 | -1.46% |
| 11/22/2021 | 17.46 | 17.08 | -0.99% |
| 11/19/2021 | 17.40 | 17.25 | -0.75% |
| 11/18/2021 | 17.97 | 17.38 | -2.96% |
| 11/17/2021 | 18.32 | 17.91 | -2.24% |
| 11/16/2021 | 18.75 | 18.32 | -3.58% |
| 11/15/2021 | 19.20 | 19.00 | -1.14% |
| 11/12/2021 | 19.30 | 19.22 | -0.26% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 11/11/2021 | 19.31 | 19.27 | -4.89% |
| 11/10/2021 | 20.57 | 20.26 | -3.06% |
| 11/9/2021 | 19.89 | 20.90 | 5.08% |
| 11/8/2021 | 19.32 | 19.89 | 1.84% |
| 11/5/2021 | 19.66 | 19.53 | -0.46% |
| 11/4/2021 | 20.03 | 19.62 | -1.60% |
| 11/3/2021 | 19.51 | 19.94 | 1.73% |
| 11/2/2021 | 19.40 | 19.60 | 0.26% |
| 11/1/2021 | 18.86 | 19.55 | 4.27% |
| 10/29/2021 | 18.65 | 18.75 | 1.02% |
| 10/28/2021 | 18.36 | 18.56 | 1.75% |
| 10/27/2021 | 18.80 | 18.24 | -6.99% |
| 10/26/2021 | 20.04 | 19.61 | -2.15% |
| 10/25/2021 | 19.74 | 20.04 | 1.93% |
| 10/22/2021 | 20.00 | 19.66 | -2.43% |
| 10/21/2021 | 20.21 | 20.15 | 0% |
| 10/20/2021 | 19.76 | 20.15 | 1.56% |
| 10/19/2021 | 19.50 | 19.84 | 0.61% |
| 10/18/2021 | 19.04 | 19.72 | -1.45% |
| 10/15/2021 | 20.47 | 20.01 | -16.83% |
| 10/14/2021 | 24.25 | 24.06 | 0.50% |
| 10/13/2021 | 23.65 | 23.94 | 1.83% |
| 10/12/2021 | 23.40 | 23.51 | 1.25% |
| 10/11/2021 | 23.07 | 23.22 | 0.43% |
| 10/8/2021 | 23.19 | 23.12 | -0.39% |
| 10/7/2021 | 23.03 | 23.21 | 1.00% |
| 10/6/2021 | 22.53 | 22.98 | 2.00% |
| 10/5/2021 | 22.79 | 22.53 | -0.88% |
| 10/4/2021 | 23.62 | 22.73 | -4.62% |
| 10/1/2021 | 25.07 | 23.83 | -5.81% |
| 9/30/2021 | 24.13 | 25.30 | 12.15% |
| 9/29/2021 | 23.54 | 22.56 | -3.55% |
| 9/28/2021 | 24.91 | 23.39 | -6.44% |
| 9/27/2021 | 25.11 | 25.00 | -0.16% |
| 9/24/2021 | 25.85 | 25.04 | -3.13% |
| 9/23/2021 | 25.75 | 25.85 | 1.25% |
| 9/22/2021 | 25.29 | 25.53 | 1.35% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 9/21/2021 | 25.00 | 25.19 | 1.78% |
| 9/20/2021 | 25.43 | 24.75 | -6.32% |
| 9/17/2021 | 24.58 | 26.42 | 7.88% |
| 9/16/2021 | 24.28 | 24.49 | 2.43% |
| 9/15/2021 | 24.22 | 23.91 | -0.38% |
| 9/14/2021 | 23.99 | 24.00 | -1.07% |
| 9/13/2021 | 24.45 | 24.26 | -3.58% |
| 9/10/2021 | 25.71 | 25.16 | -2.02% |
| 9/9/2021 | 25.38 | 25.68 | 0.90% |
| 9/8/2021 | 24.65 | 25.45 | 3.41% |
| 9/7/2021 | 24.21 | 24.61 | 1.36% |
| 9/3/2021 | 25.29 | 24.28 | -6.58% |
| 9/2/2021 | 26.08 | 25.99 | -2.99% |
| 9/1/2021 | 27.06 | 26.79 | -1.18% |
| 8/31/2021 | 25.95 | 27.11 | 8.96% |
| 8/30/2021 | 25.97 | 24.88 | -4.49% |
| 8/27/2021 | 25.54 | 26.05 | 2.36% |
| 8/26/2021 | 26.10 | 25.45 | -3.08% |
| 8/25/2021 | 26.70 | 26.26 | -0.83% |
| 8/24/2021 | 25.58 | 26.48 | 4.09% |
| 8/23/2021 | 24.60 | 25.44 | 3.71% |
| 8/20/2021 | 24.12 | 24.53 | 1.15% |
| 8/19/2021 | 25.26 | 24.25 | -3.96% |
| 8/18/2021 | 25.19 | 25.25 | 0.04% |
| 8/17/2021 | 25.02 | 25.24 | -0.36% |
| 8/16/2021 | 25.59 | 25.33 | -0.16% |
| 8/13/2021 | 25.23 | 25.37 | -2.20% |
| 8/12/2021 | 26.79 | 25.94 | -5.19% |
| 8/11/2021 | 29.85 | 27.36 | -12.67% |
| 8/10/2021 | 34.75 | 31.33 | -11.02% |
| 8/9/2021 | 33.00 | 35.21 | 5.51% |
| 8/6/2021 | 31.79 | 33.37 | 5.84% |
| 8/5/2021 | 31.00 | 31.53 | 2.44% |
| 8/4/2021 | 31.32 | 30.78 | -1.97% |
| 8/3/2021 | 31.44 | 31.40 | -1.47% |
| 8/2/2021 | 29.82 | 31.87 | 6.27% |
| 7/30/2021 | 30.82 | 29.99 | -2.57% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 7/29/2021 | 31.16 | 30.78 | -1.31% |
| 7/28/2021 | 30.47 | 31.19 | 3.11% |
| 7/27/2021 | 30.37 | 30.25 | -1.21% |
| 7/26/2021 | 29.58 | 30.62 | 3.52% |
| 7/23/2021 | 30.50 | 29.58 | -4.02% |
| 7/22/2021 | 33.13 | 30.82 | -7.64% |
| 7/21/2021 | 31.26 | 33.37 | 4.18% |
| 7/20/2021 | 31.09 | 32.03 | -1.14% |
| 7/19/2021 | 29.45 | 32.40 | 7.28% |
| 7/16/2021 | 32.54 | 30.20 | -4.85% |
| 7/15/2021 | 33.03 | 31.74 | -4.02% |
| 7/14/2021 | 37.27 | 33.07 | -12.42% |
| 7/13/2021 | 40.34 | 37.76 | -7.20% |
| 7/12/2021 | 49.55 | 40.69 | -17.30% |
| 7/9/2021 | 50.94 | 49.20 | -6.62% |
| 7/8/2021 | 43.83 | 52.69 | 17.30% |
| 7/7/2021 | 46.43 | 44.92 | -3.00% |
| 7/6/2021 | 45.15 | 46.31 | 3.05% |
| 7/2/2021 | 53.23 | 44.94 | 4.05% |
| 7/1/2021 | 46.00 | 43.19 | -6.11% |
| 6/30/2021 | 44.42 | 46.00 | -2.17% |
| 6/29/2021 | 52.30 | 47.02 | -14.26% |
| 6/28/2021 | 57.15 | 54.84 | -1.91% |
| 6/25/2021 | 47.81 | 55.91 | 38.87% |
| 6/24/2021 | 41.10 | 40.26 | -1.37% |
| 6/23/2021 | 38.96 | 40.82 | 3.55% |
| 6/22/2021 | 35.82 | 39.42 | 9.44% |
| 6/21/2021 | 36.27 | 36.02 | -2.12% |
| 6/18/2021 | 37.31 | 36.80 | -1.39% |
| 6/17/2021 | 35.12 | 37.32 | 5.51% |
| 6/16/2021 | 34.60 | 35.37 | 1.43% |
| 6/15/2021 | 36.45 | 34.87 | -4.44% |
| 6/14/2021 | 35.27 | 36.49 | 3.96% |
| 6/11/2021 | 35.08 | 35.10 | -0.88% |
| 6/10/2021 | 35.74 | 35.41 | 0.71% |
| 6/9/2021 | 38.19 | 35.16 | -6.21% |
| 6/8/2021 | 35.28 | 37.49 | 8.07% |

9

| Date | Open | Close | % Change |
|---|---|---|---|
| 6/7/2021 | 31.45 | 34.69 | 10.55% |
| 6/4/2021 | 30.90 | 31.38 | 1.19% |
| 6/3/2021 | 32.21 | 31.01 | -0.39% |
| 6/2/2021 | 28.59 | 31.13 | 7.79% |
| 6/1/2021 | 30.05 | 28.88 | -7.52% |
| 5/28/2021 | 31.27 | 31.23 | 0.45% |
| 5/27/2021 | 27.40 | 31.09 | 15.15% |
| 5/26/2021 | 25.85 | 27.00 | 5.51% |
| 5/25/2021 | 25.37 | 25.59 | -4.83% |
| 5/24/2021 | 25.31 | 26.89 | 27.62% |
| 5/21/2021 | 20.37 | 21.07 | 6.36% |
| 5/20/2021 | 20.62 | 19.81 | 14.71% |
| 5/19/2021 | 16.44 | 17.27 | 0.12% |
| 5/18/2021 | 16.73 | 17.25 | 3.67% |
| 5/17/2021 | 16.11 | 16.64 | 2.84% |
| 5/14/2021 | 15.68 | 16.18 | 4.39% |
| 5/13/2021 | 16.24 | 15.50 | -3.61% |
| 5/12/2021 | 17.30 | 16.08 | -11.26% |
| 5/11/2021 | 14.53 | 18.12 | 0.95% |
| 5/10/2021 | 19.58 | 17.95 | -8.47% |
| 5/7/2021 | 19.08 | 19.61 | 2.24% |
| 5/6/2021 | 20.00 | 19.18 | -3.81% |
| 5/5/2021 | 20.22 | 19.94 | -4.13% |
| 5/4/2021 | 20.00 | 20.80 | 3.28% |
| 5/3/2021 | 21.72 | 20.14 | -9.07% |
| 4/30/2021 | 22.08 | 22.15 | -1.73% |
| 4/29/2021 | 23.26 | 22.54 | -4.00% |
| 4/28/2021 | 23.44 | 23.48 | -0.13% |
| 4/27/2021 | 23.30 | 23.51 | 1.42% |
| 4/26/2021 | 22.50 | 23.18 | 4.60% |
| 4/23/2021 | 21.91 | 22.16 | 2.03% |
| 4/22/2021 | 22.54 | 21.72 | -2.43% |
| 4/21/2021 | 20.65 | 22.26 | 6.10% |
| 4/20/2021 | 20.55 | 20.98 | -6.59% |
| 4/19/2021 | 23.59 | 22.46 | -3.85% |
| 4/16/2021 | 23.13 | 23.36 | 1.30% |
| 4/15/2021 | 25.02 | 23.06 | -13.57% |

10

| Date | Open | Close | % Change |
|---|---|---|---|
| 4/14/2021 | 27.17 | 26.68 | -0.74% |
| 4/13/2021 | 26.97 | 26.88 | 0.41% |
| 4/12/2021 | 28.90 | 26.77 | -8.57% |
| 4/9/2021 | 28.90 | 29.28 | 0.27% |
| 4/8/2021 | 29.06 | 29.20 | -0.14% |
| 4/7/2021 | 30.46 | 29.24 | -4.79% |
| 4/6/2021 | 29.40 | 30.71 | 3.75% |
| 4/5/2021 | 31.19 | 29.60 | -3.74% |
| 4/1/2021 | 31.29 | 30.75 | 0.39% |
| 3/31/2021 | 30.29 | 30.63 | 1.63% |
| 3/30/2021 | 28.91 | 30.14 | 3.18% |
| 3/29/2021 | 30.86 | 29.21 | -1.28% |
| 3/26/2021 | 29.69 | 29.59 | 0.03% |
| 3/25/2021 | 28.00 | 29.58 | 2.71% |
| 3/24/2021 | 30.92 | 28.80 | -6.89% |
| 3/23/2021 | 31.9 | 30.93 | -4.06% |
| 3/22/2021 | 33.51 | 32.24 | -2.72% |
| 3/19/2021 | 31.82 | 33.14 | 3.69% |
| 3/18/2021 | 33.14 | 31.96 | -5.28% |
| 3/17/2021 | 31.86 | 33.74 | 3.78% |
| 3/16/2021 | 34.71 | 32.51 | -6.58% |
| 3/15/2021 | 35.67 | 34.80 | 0.72% |
| 3/12/2021 | 32.54 | 34.55 | 2.89% |
| 3/11/2021 | 32.50 | 33.58 | 9.77% |
| 3/10/2021 | 32.94 | 30.59 | 1.29% |
| 3/9/2021 | 28.32 | 30.20 | 13.83% |
| 3/8/2021 | 27.31 | 26.53 | -2.78% |
| 3/5/2021 | 28.69 | 27.29 | -9.93% |
| 3/4/2021 | 31.01 | 30.30 | -5.40% |
| 3/3/2021 | 35.10 | 32.03 | -5.15% |
| 3/2/2021 | 38.17 | 33.77 | -11.46% |
| 3/1/2021 | 38.93 | 38.14 | 2.44% |
| 2/26/2021 | 35.75 | 37.23 | -11.86% |
| 2/25/2021 | 45.00 | 42.24 | -8.41% |
| 2/24/2021 | 45.27 | 46.12 | 4.44% |
| 2/23/2021 | 43.19 | 44.16 | -6.30% |
| 2/22/2021 | 49.22 | 47.13 | -7.93% |

11

| Date | Open | Close | % Change |
|---|---|---|---|
| 2/19/2021 | 49.51 | 51.19 | 4.92% |
| 2/18/2021 | 47.62 | 48.79 | -1.61% |
| 2/17/2021 | 49.69 | 49.59 | -1.53% |
| 2/16/2021 | 53.11 | 50.36 | -7.65% |
| 2/12/2021 | 53.35 | 54.53 | -8.21% |
| 2/11/2021 | 52.68 | 59.41 | 13.40% |
| 2/10/2021 | 56.00 | 52.39 | -7.63% |
| 2/9/2021 | 56.06 | 56.72 | 0.84% |
| 2/8/2021 | 55.99 | 56.25 | 3.51% |
| 2/5/2021 | 55.15 | 54.34 | -0.69% |
| 2/4/2021 | 57.00 | 54.72 | -4.20% |
| 2/3/2021 | 49.98 | 57.12 | 17.58% |
| 2/2/2021 | 58.59 | 48.58 | -9.69% |
| 2/1/2021 | 47.17 | 53.79 | 21.45% |
| 1/29/2021 | 45.50 | 44.29 | 2.74% |
| 1/28/2021 | 46.51 | 43.11 | -6.99% |
| 1/27/2021 | 44.66 | 46.35 | 10.23% |
| 1/26/2021 | 37.32 | 42.05 | 16.81% |
| 1/25/2021 | 35.21 | 36.00 | 5.02% |
| 1/22/2021 | 33.11 | 34.28 | 3.04% |
| 1/21/2021 | 32.50 | 33.27 | 3.87% |
| 1/20/2021 | 31.56 | 32.03 | 1.20% |
| 1/19/2021 | 32.55 | 31.65 | 4.01% |
| 1/15/2021 | 31.93 | 30.43 | -7.87% |
| 1/14/2021 | 31.03 | 33.03 | 19.85% |
| 1/13/2021 | 26.56 | 27.56 | 3.38% |
| 1/12/2021 | 25.15 | 26.66 | 6.98% |
| 1/11/2021 | 24.97 | 24.92 | -1.19% |
| 1/8/2021 | 25.66 | 25.22 | 0.36% |
| 1/7/2021 | 25.25 | 25.13 | 3.97% |
| 1/6/2021 | 24.03 | 24.17 | 0.21% |
| 1/5/2021 | 23.08 | 24.12 | 3.92% |
| 1/4/2021 | 23.96 | 23.21 | -2.19% |
| 12/31/2020 | 24.09 | 23.73 | -1.17% |
| 12/30/2020 | 23.89 | 24.01 | 1.09% |
| 12/29/2020 | 24.04 | 23.75 | -0.79% |
| 12/28/2020 | 26.16 | 23.94 | -7.39% |

12

| Date | Open | Close | % Change |
|---|---|---|---|
| 12/24/2020 | 26.81 | 25.85 | -3.62% |
| 12/23/2020 | 25.55 | 26.82 | 5.30% |
| 12/22/2020 | 25.42 | 25.47 | 2.70% |
| 12/21/2020 | 24.17 | 24.80 | 4.03% |
| 12/18/2020 | 24.00 | 23.84 | -6.51% |
| 12/17/2020 | 25.65 | 25.50 | -1.39% |
| 12/16/2020 | 24.98 | 25.86 | 5.51% |
| 12/15/2020 | 26.91 | 24.51 | -7.40% |
| 12/14/2020 | 27.11 | 26.47 | -17.38% |
| 12/11/2020 | 31.95 | 32.04 | -0.44% |
| 12/10/2020 | 30.23 | 32.18 | 0.16% |
| 12/9/2020 | 34.00 | 32.13 | -3.77% |
| 12/8/2020 | 33.07 | 33.39 | -1.21% |
| 12/7/2020 | 29.57 | 33.80 | 17.61% |
| 12/4/2020 | 28.20 | 28.74 | 2.35% |
| 12/3/2020 | 27.79 | 28.08 | 2.00% |
| 12/2/2020 | 28.00 | 27.53 | -2.89% |
| 12/1/2020 | 28.00 | 28.35 | 6.54% |
| 11/30/2020 | 27.58 | 26.61 | -2.06% |
| 11/27/2020 | 28.81 | 27.17 | 0.26% |
| 11/25/2020 | 24.75 | 27.10 | 8.57% |
| 11/24/2020 | 25.19 | 24.96 | 0.20% |
| 11/23/2020 | 23.61 | 24.91 | 6.86% |
| 11/20/2020 | 24.53 | 23.31 | -3.08% |
| 11/19/2020 | 23.15 | 24.05 | 6.46% |
| 11/18/2020 | 21.44 | 22.59 | 5.81% |
| 11/17/2020 | 20.82 | 21.35 | 2.20% |
| 11/16/2020 | 20.63 | 20.89 | -6.20% |
| 11/13/2020 | 22.02 | 22.27 | 3.01% |
| 11/12/2020 | 21.45 | 21.62 | -1.46% |
| 11/11/2020 | 20.89 | 21.94 | 7.18% |
| 11/10/2020 | 20.77 | 20.47 | 0.10% |
| 11/9/2020 | 20.00 | 20.45 | 7.46% |
| 11/6/2020 | 20.00 | 19.03 | -0.73% |
| 11/5/2020 | 18.25 | 19.17 | 6.32% |
| 11/4/2020 | 18.49 | 18.03 | -2.28% |
| 11/3/2020 | 17.89 | 18.45 | 4.47% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 11/2/2020 | 17.43 | 17.66 | 1.38% |
| 10/30/2020 | 18.13 | 17.42 | -4.18% |
| 10/29/2020 | 17.68 | 18.18 | 4.00% |
| 10/28/2020 | 17.98 | 17.48 | -4.43% |
| 10/27/2020 | 18.43 | 18.29 | -0.16% |
| 10/26/2020 | 19.00 | 18.32 | -4.28% |
| 10/23/2020 | 20.80 | 19.14 | -7.67% |
| 10/22/2020 | 20.64 | 20.73 | 1.42% |
| 10/21/2020 | 23.24 | 20.44 | -11.25% |
| 10/20/2020 | 22.91 | 23.03 | 0.92% |
| 10/19/2020 | 23.00 | 22.82 | 1.69% |
| 10/16/2020 | 22.00 | 22.44 | 3.70% |
| 10/15/2020 | 20.90 | 21.64 | 1.45% |
| 10/14/2020 | 21.88 | 21.33 | -2.20% |
| 10/13/2020 | 20.50 | 21.81 | 6.03% |
| 10/12/2020 | 21.50 | 20.57 | -3.88% |
| 10/9/2020 | 22.16 | 21.40 | -3.12% |
| 10/8/2020 | 22.45 | 22.09 | 1.24% |
| 10/7/2020 | 21.61 | 21.82 | 3.76% |
| 10/6/2020 | 21.27 | 21.03 | 0.10% |
| 10/5/2020 | 21.22 | 21.01 | 1.16% |
| 10/2/2020 | 19.07 | 20.77 | 2.97% |
| 10/1/2020 | 19.25 | 20.17 | 4.89% |
| 9/30/2020 | 20.06 | 19.23 | -5.92% |
| 9/29/2020 | 20.69 | 20.44 | -0.34% |
| 9/28/2020 | 18.29 | 20.51 | 24.83% |
| 9/25/2020 | 15.97 | 16.43 | 3.20% |
| 9/24/2020 | 15.50 | 15.92 | 1.21% |
| 9/23/2020 | 16.44 | 15.73 | -4.49% |
| 9/22/2020 | 16.49 | 16.47 | -0.06% |
| 9/21/2020 | 16.76 | 16.48 | -4.24% |
| 9/18/2020 | 17.22 | 17.21 | 0.17% |
| 9/17/2020 | 17.00 | 17.18 | -1.32% |
| 9/16/2020 | 17.53 | 17.41 | -1.64% |
| 9/15/2020 | 17.48 | 17.70 | 1.78% |
| 9/14/2020 | 16.80 | 17.39 | 5.01% |
| 9/11/2020 | 17.45 | 16.56 | -5.10% |

14

| Date | Open | Close | % Change |
|---|---|---|---|
| 9/10/2020 | 17.84 | 17.45 | -1.47% |
| 9/9/2020 | 18.18 | 17.71 | 1.78% |
| 9/8/2020 | 16.39 | 17.40 | 9.30% |
| 9/4/2020 | 16.57 | 15.92 | -3.69% |
| 9/3/2020 | 16.63 | 16.53 | -3.33% |
| 9/2/2020 | 17.50 | 17.1 | -1.78% |
| 9/1/2020 | 17.89 | 17.41 | -2.74% |
| 8/31/2020 | 18.13 | 17.90 | 2.52% |
| 8/28/2020 | 17.35 | 17.46 | 1.04% |
| 8/27/2020 | 17.58 | 17.28 | -0.35% |
| 8/26/2020 | 17.48 | 17.34 | -0.86% |
| 8/25/2020 | 17.79 | 17.49 | -0.79% |
| 8/24/2020 | 17.00 | 17.63 | 4.51% |
| 8/21/2020 | 17.25 | 16.87 | -2.54% |
| 8/20/2020 | 17.50 | 17.31 | -1.25% |
| 8/19/2020 | 17.74 | 17.53 | -1.13% |
| 8/18/2020 | 18.04 | 17.73 | -2.42% |
| 8/17/2020 | 18.68 | 18.17 | -2.05% |
| 8/14/2020 | 18.87 | 18.55 | -1.17% |
| 8/13/2020 | 18.20 | 18.77 | 3.36% |
| 8/12/2020 | 18.34 | 18.16 | -0.66% |
| 8/11/2020 | 19.55 | 18.28 | -4.94% |
| 8/10/2020 | 18.47 | 19.23 | 5.37% |
| 8/7/2020 | 19.07 | 18.25 | -5.64% |
| 8/6/2020 | 19.80 | 19.34 | -4.02% |
| 8/5/2020 | 20.09 | 20.15 | -2.75% |
| 8/4/2020 | 21.75 | 20.72 | -13.74% |
| 8/3/2020 | 23.65 | 24.02 | 6.99% |
| 7/31/2020 | 23.17 | 22.45 | -1.88% |
| 7/30/2020 | 22.20 | 22.88 | -0.39% |
| 7/29/2020 | 23.69 | 22.97 | -3.73% |
| 7/28/2020 | 25.20 | 23.86 | -4.25% |
| 7/27/2020 | 25.02 | 24.92 | 2.51% |
| 7/24/2020 | 24.00 | 24.31 | -3.34% |
| 7/23/2020 | 26.13 | 25.15 | -1.53% |
| 7/22/2020 | 24.53 | 25.54 | 2.45% |
| 7/21/2020 | 23.12 | 24.93 | 8.49% |

15

| Date | Open | Close | % Change |
|---|---|---|---|
| 7/20/2020 | 23.76 | 22.98 | -4.45% |
| 7/17/2020 | 22.79 | 24.05 | 14.14% |
| 7/16/2020 | 19.46 | 21.07 | 13.58% |
| 7/15/2020 | 18.97 | 18.55 | 0.65% |
| 7/14/2020 | 18.11 | 18.43 | 1.82% |
| 7/13/2020 | 19.55 | 18.10 | -5.97% |
| 7/10/2020 | 19.32 | 19.25 | -1.08% |
| 7/9/2020 | 17.10 | 19.46 | 15.90% |
| 7/8/2020 | 16.61 | 16.79 | 1.45% |
| 7/7/2020 | 16.63 | 16.55 | -2.36% |
| 7/6/2020 | 16.58 | 16.95 | 4.31% |
| 7/2/2020 | 16.78 | 16.25 | -2.69% |
| 7/1/2020 | 16.70 | 16.70 | 2.20% |
| 6/30/2020 | 15.21 | 16.34 | 5.97% |
| 6/29/2020 | 15.40 | 15.42 | -0.84% |
| 6/26/2020 | 16.10 | 15.55 | 1.97% |
| 6/25/2020 | 15.70 | 15.25 | -1.61% |
| 6/24/2020 | 16.24 | 15.50 | -5.78% |
| 6/23/2020 | 17.45 | 16.45 | -5.41% |
| 6/22/2020 | 17.70 | 17.39 | 15.93% |
| 6/19/2020 | 15.30 | 15.00 | -1.32% |
| 6/18/2020 | 14.92 | 15.2 | 1.47% |
| 6/17/2020 | 15.28 | 14.98 | -2.41% |
| 6/16/2020 | 16.02 | 15.35 | 0.20% |
| 6/15/2020 | 14.45 | 15.32 | 2.20% |
| 6/12/2020 | 15.13 | 14.99 | 3.67% |
| 6/11/2020 | 15.24 | 14.46 | -10.52% |
| 6/10/2020 | 16.67 | 16.16 | -2.88% |
| 6/9/2020 | 17.25 | 16.64 | -3.76% |
| 6/8/2020 | 16.14 | 17.29 | 9.64% |
| 6/5/2020 | 16.21 | 15.77 | -0.57% |
| 6/4/2020 | 16.21 | 15.86 | -3.23% |
| 6/3/2020 | 15.35 | 16.39 | 3.60% |
| 6/2/2020 | 16.89 | 15.82 | -9.70% |
| 6/1/2020 | 18.36 | 17.52 | 2.82% |
| 5/29/2020 | 16.41 | 17.04 | 3.46% |
| 5/28/2020 | 17.00 | 16.47 | -5.99% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 5/27/2020 | 17.01 | 17.52 | 7.29% |
| 5/26/2020 | 16.16 | 16.33 | 3.75% |
| 5/22/2020 | 14.96 | 15.74 | 7.00% |
| 5/21/2020 | 15.05 | 14.71 | -1.01% |
| 5/20/2020 | 15.24 | 14.86 | -6.36% |
| 5/19/2020 | 16.01 | 15.87 | -0.81% |
| 5/18/2020 | 16.70 | 16.00 | 2.43% |
| 5/15/2020 | 15.60 | 15.62 | -1.64% |
| 5/14/2020 | 16.25 | 15.88 | -3.99% |
| 5/13/2020 | 17.52 | 16.54 | -6.02% |
| 5/12/2020 | 19.44 | 17.60 | -9.28% |
| 5/11/2020 | 18.91 | 19.40 | -3.87% |
| 5/8/2020 | 20.42 | 20.18 | 1.71% |
| 5/7/2020 | 18.97 | 19.84 | 7.24% |
| 5/6/2020 | 17.75 | 18.50 | 11.31% |
| 5/5/2020 | 16.98 | 16.62 | -0.36% |
| 5/4/2020 | 16.96 | 16.68 | -6.92% |
| 5/1/2020 | 17.01 | 17.92 | 1.70% |
| 4/30/2020 | 18.00 | 17.62 | -3.35% |
| 4/29/2020 | 17.89 | 18.23 | 3.82% |
| 4/28/2020 | 18.41 | 17.56 | -1.84% |
| 4/27/2020 | 17.26 | 17.89 | 5.11% |
| 4/24/2020 | 16.67 | 17.02 | 2.16% |
| 4/23/2020 | 17.33 | 16.66 | -3.53% |
| 4/22/2020 | 17.71 | 17.27 | 2.37% |
| 4/21/2020 | 18.09 | 16.87 | -11.21% |
| 4/20/2020 | 18.27 | 19.00 | 0.53% |
| 4/17/2020 | 19.21 | 18.90 | 3.28% |
| 4/16/2020 | 20.36 | 18.30 | -8.41% |
| 4/15/2020 | 18.11 | 19.98 | 4.99% |
| 4/14/2020 | 16.03 | 19.03 | 23.09% |
| 4/13/2020 | 15.59 | 15.46 | 1.24% |
| 4/9/2020 | 16.00 | 15.27 | -0.59% |
| 4/8/2020 | 14.45 | 15.36 | 9.17% |
| 4/7/2020 | 15.73 | 14.07 | -1.61% |
| 4/6/2020 | 13.46 | 14.30 | 17.31% |
| 4/3/2020 | 12.97 | 12.19 | -5.94% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 4/2/2020 | 12.94 | 12.96 | -2.56% |
| 4/1/2020 | 13.92 | 13.30 | -10.01% |
| 3/31/2020 | 14.87 | 14.78 | 0.14% |
| 3/30/2020 | 15.41 | 14.76 | -4.03% |
| 3/27/2020 | 16.40 | 15.38 | -9.85% |
| 3/26/2020 | 16.44 | 17.06 | 6.62% |
| 3/25/2020 | 17.79 | 16.00 | -1.96% |
| 3/24/2020 | 15.59 | 16.32 | 25.83% |
| 3/23/2020 | 11.73 | 12.97 | 15.49% |
| 3/20/2020 | 11.46 | 11.23 | 7.05% |
| 3/19/2020 | 10.08 | 10.49 | -0.66% |
| 3/18/2020 | 11.53 | 10.56 | -16.59% |
| 3/17/2020 | 12.36 | 12.66 | 6.30% |
| 3/16/2020 | 12.19 | 11.91 | -18.92% |
| 3/13/2020 | 15.52 | 14.69 | 6.37% |
| 3/12/2020 | 13.28 | 13.81 | -15.84% |
| 3/11/2020 | 17.92 | 16.41 | -11.01% |
| 3/10/2020 | 20.81 | 18.44 | -5.14% |
| 3/9/2020 | 18.39 | 19.44 | -10.29% |
| 3/6/2020 | 22.46 | 21.67 | -10.05% |
| 3/5/2020 | 22.68 | 24.09 | 1.39% |
| 3/4/2020 | 25.52 | 23.76 | -3.84% |
| 3/3/2020 | 26.90 | 24.71 | -4.89% |
| 3/2/2020 | 27.44 | 25.98 | 5.61% |
| 2/28/2020 | 19.96 | 24.60 | 11.97% |
| 2/27/2020 | 23.69 | 21.97 | -23.58% |
| 2/26/2020 | 31.80 | 28.75 | -15.54% |
| 2/25/2020 | 37.18 | 34.04 | -0.73% |
| 2/24/2020 | 29.60 | 34.29 | 1.24% |
| 2/21/2020 | 34.42 | 33.87 | -9.10% |
| 2/20/2020 | 38.79 | 37.26 | -0.24% |
| 2/19/2020 | 34.30 | 37.35 | 23.27% |
| 2/18/2020 | 32.17 | 30.30 | 5.65% |
| 2/14/2020 | 24.56 | 28.68 | 21.22% |
| 2/13/2020 | 22.75 | 23.66 | 2.51% |
| 2/12/2020 | 22.19 | 23.08 | 5.20% |
| 2/11/2020 | 21.62 | 21.94 | 6.76% |

18

| Date | Open | Close | % Change |
|---|---|---|---|
| 2/10/2020 | 19.31 | 20.55 | 8.56% |
| 2/7/2020 | 18.46 | 18.93 | 2.21% |
| 2/6/2020 | 18.46 | 18.52 | -0.91% |
| 2/5/2020 | 20.01 | 18.69 | -5.08% |
| 2/4/2020 | 19.31 | 19.69 | 5.80% |
| 2/3/2020 | 17.15 | 18.61 | 8.51% |
| 1/31/2020 | 17.03 | 17.15 | 0.29% |
| 1/30/2020 | 17.11 | 17.10 | -2.73% |
| 1/29/2020 | 18.16 | 17.58 | -2.17% |
| 1/28/2020 | 17.96 | 17.97 | 3.04% |
| 1/27/2020 | 15.90 | 17.44 | 1.34% |
| 1/24/2020 | 18.6 | 17.21 | -9.99% |
| 1/23/2020 | 18.93 | 19.12 | -3.04% |
| 1/22/2020 | 18.43 | 19.72 | 13.99% |
| 1/21/2020 | 16.31 | 17.30 | 10.61% |
| 1/17/2020 | 15.04 | 15.64 | 4.69% |
| 1/16/2020 | 15.76 | 14.94 | 0.67% |
| 1/15/2020 | 14.12 | 14.84 | 6.23% |
| 1/14/2020 | 14.27 | 13.97 | 1.97% |
| 1/13/2020 | 13.03 | 13.70 | 6.78% |
| 1/10/2020 | 12.32 | 12.83 | 6.56% |
| 1/9/2020 | 11.52 | 12.04 | 5.43% |
| 1/8/2020 | 11.12 | 11.42 | 0.53% |
| 1/7/2020 | 11.40 | 11.36 | -0.18% |
| 1/6/2020 | 11.81 | 11.38 | -3.64% |
| 1/3/2020 | 11.54 | 11.81 | 0.17% |
| 1/2/2020 | 11.70 | 11.79 | 2.08% |
| 12/31/2019 | 11.32 | 11.55 | 0.52% |
| 12/30/2019 | 11.60 | 11.49 | -0.61% |
| 12/27/2019 | 10.87 | 11.56 | 6.06% |
| 12/26/2019 | 11.50 | 10.90 | -4.47% |
| 12/24/2019 | 11.05 | 11.41 | 4.20% |
| 12/23/2019 | 10.99 | 10.95 | 1.67% |
| 12/20/2019 | 10.50 | 10.77 | 3.86% |
| 12/19/2019 | 9.51 | 10.37 | 8.47% |
| 12/18/2019 | 9.30 | 9.56 | 2.36% |
| 12/17/2019 | 9.26 | 9.34 | 0.54% |

19

| Date | Open | Close | % Change |
|---|---|---|---|
| 12/16/2019 | 9.00 | 9.29 | 2.88% |
| 12/13/2019 | 9.19 | 9.03 | -1.53% |
| 12/12/2019 | 9.55 | 9.17 | -1.82% |
| 12/11/2019 | 9.21 | 9.34 | 4.12% |
| 12/10/2019 | 8.80 | 8.97 | 6.53% |
| 12/9/2019 | 7.87 | 8.42 | 15.98% |
| 12/6/2019 | 7.34 | 7.26 | 0.55% |
| 12/5/2019 | 7.30 | 7.22 | 0.00% |
| 12/4/2019 | 7.52 | 7.22 | -3.22% |
| 12/3/2019 | 7.41 | 7.46 | 0.27% |
| 12/2/2019 | 7.33 | 7.44 | 2.62% |
| 11/29/2019 | 7.48 | 7.25 | -0.96% |
| 11/27/2019 | 7.25 | 7.32 | 0.83% |
| 11/26/2019 | 7.19 | 7.26 | 0.55% |
| 11/25/2019 | 7.68 | 7.22 | -5.00% |
| 11/22/2019 | 8.53 | 7.60 | -9.85% |
| 11/21/2019 | 9.30 | 8.43 | -7.36% |
| 11/20/2019 | 9.40 | 9.10 | -3.09% |
| 11/19/2019 | 9.50 | 9.39 | -1.47% |
| 11/18/2019 | 9.68 | 9.53 | -1.55% |
| 11/15/2019 | 9.70 | 9.68 | 0.21% |
| 11/14/2019 | 9.70 | 9.66 | -0.62% |
| 11/13/2019 | 10.05 | 9.72 | -3.76% |
| 11/12/2019 | 10.25 | 10.10 | -0.98% |
| 11/11/2019 | 10.32 | 10.20 | 2.10% |
| 11/8/2019 | 9.88 | 9.99 | 1.94% |
| 11/7/2019 | 9.67 | 9.80 | 1.55% |
| 11/6/2019 | 9.72 | 9.65 | -0.31% |
| 11/5/2019 | 9.54 | 9.68 | 3.53% |
| 11/4/2019 | 9.76 | 9.35 | -3.01% |
| 11/1/2019 | 9.41 | 9.64 | 2.44% |
| 10/31/2019 | 10.46 | 9.41 | -11.31% |
| 10/30/2019 | 11.09 | 10.61 | -3.46% |
| 10/29/2019 | 12.04 | 10.99 | -6.47% |
| 10/28/2019 | 12.34 | 11.75 | -0.34% |
| 10/25/2019 | 10.75 | 11.79 | 11.23% |
| 10/24/2019 | 10.72 | 10.60 | 0.95% |

20

| Date | Open | Close | % Change |
|---|---|---|---|
| 10/23/2019 | 10.62 | 10.50 | -0.19% |
| 10/22/2019 | 10.46 | 10.52 | 1.35% |
| 10/21/2019 | 10.41 | 10.38 | 0.00% |
| 10/18/2019 | 10.38 | 10.38 | 0.29% |
| 10/17/2019 | 10.36 | 10.35 | -0.10% |
| 10/16/2019 | 10.42 | 10.36 | -0.29% |
| 10/15/2019 | 10.37 | 10.39 | 0.10% |
| 10/14/2019 | 10.50 | 10.38 | -0.67% |
| 10/11/2019 | 10.49 | 10.45 | -0.76% |
| 10/10/2019 | 10.77 | 10.53 | -2.59% |
| 10/9/2019 | 10.98 | 10.81 | -1.01% |
| 10/8/2019 | 11.23 | 10.92 | -0.18% |
| 10/7/2019 | 11.04 | 10.94 | -0.45% |
| 10/4/2019 | 10.86 | 10.99 | 1.20% |
| 10/3/2019 | 10.70 | 10.86 | 1.50% |
| 10/2/2019 | 10.65 | 10.70 | 0.09% |
| 10/1/2019 | 10.64 | 10.69 | -0.09% |
| 9/30/2019 | 10.70 | 10.70 | 0.00% |
| 9/27/2019 | 10.66 | 10.70 | 0.66% |
| 9/26/2019 | 10.55 | 10.63 | 0.85% |
| 9/25/2019 | 10.53 | 10.54 | -0.28% |
| 9/24/2019 | 10.59 | 10.57 | -0.19% |
| 9/23/2019 | 10.60 | 10.59 | -0.09% |
| 9/20/2019 | 10.54 | 10.60 | 0.19% |
| 9/19/2019 | 10.61 | 10.58 | -0.19% |
| 9/18/2019 | 10.40 | 10.6 | 1.73% |
| 9/17/2019 | 10.46 | 10.42 | -0.29% |
| 9/16/2019 | 10.39 | 10.45 | 0.29% |
| 9/13/2019 | 10.38 | 10.42 | 0.48% |
| 9/12/2019 | 10.36 | 10.37 | -0.10% |
| 9/11/2019 | 10.38 | 10.38 | 0.10% |
| 9/10/2019 | 10.35 | 10.37 | 0.10% |
| 9/9/2019 | 10.35 | 10.36 | 0.29% |
| 9/6/2019 | 10.34 | 10.33 | -0.10% |
| 9/5/2019 | 10.34 | 10.34 | 0.00% |
| 9/4/2019 | 10.35 | 10.34 | 0.00% |
| 9/3/2019 | 10.36 | 10.34 | -0.10% |

21

| Date | Open | Close | % Change |
|---|---|---|---|
| 8/30/2019 | 10.37 | 10.35 | 0.10% |
| 8/29/2019 | 10.34 | 10.34 | 0.00% |
| 8/28/2019 | 10.36 | 10.34 | -0.10% |
| 8/27/2019 | 10.35 | 10.35 | -0.10% |
| 8/26/2019 | 10.36 | 10.36 | -0.19% |
| 8/23/2019 | 10.38 | 10.38 | 0.10% |
| 8/22/2019 | 10.38 | 10.37 | -0.10% |
| 8/21/2019 | 10.36 | 10.38 | 0.19% |
| 8/20/2019 | 10.36 | 10.36 | 0.00% |
| 8/19/2019 | 10.38 | 10.36 | -0.10% |
| 8/16/2019 | 10.40 | 10.37 | -0.29% |
| 8/15/2019 | 10.41 | 10.40 | -0.10% |
| 8/14/2019 | 10.41 | 10.41 | 0.00% |
| 8/13/2019 | 10.41 | 10.41 | 0.00% |
| 8/12/2019 | 10.44 | 10.41 | -0.29% |
| 8/9/2019 | 10.42 | 10.44 | 0.19% |
| 8/8/2019 | 10.42 | 10.42 | 0.00% |
| 8/7/2019 | 10.45 | 10.42 | -0.10% |
| 8/6/2019 | 10.42 | 10.43 | 0.00% |
| 8/5/2019 | 10.43 | 10.43 | 0.00% |
| 8/2/2019 | 10.47 | 10.43 | -0.29% |
| 8/1/2019 | 10.48 | 10.46 | -0.10% |
| 7/31/2019 | 10.49 | 10.47 | 0.00% |
| 7/30/2019 | 10.50 | 10.47 | 0.10% |
| 7/29/2019 | 10.50 | 10.46 | -0.10% |
| 7/26/2019 | 10.45 | 10.47 | 0.19% |
| 7/25/2019 | 10.47 | 10.45 | -0.29% |
| 7/24/2019 | 10.46 | 10.48 | 0.29% |
| 7/23/2019 | 10.45 | 10.45 | 0.00% |
| 7/22/2019 | 10.49 | 10.45 | -0.38% |
| 7/19/2019 | 10.47 | 10.49 | 0.10% |
| 7/18/2019 | 10.50 | 10.48 | 0.10% |
| 7/17/2019 | 10.52 | 10.47 | -0.38% |
| 7/16/2019 | 10.60 | 10.51 | -0.66% |
| 7/15/2019 | 10.68 | 10.58 | -0.47% |
| 7/12/2019 | 10.65 | 10.63 | 0.38% |
| 7/11/2019 | 10.75 | 10.59 | -1.76% |

| Date | Open | Close | % Change |
|---|---|---|---|
| 7/10/2019 | 10.8 | 10.78 | 3.36% |