# Exhibit 4

**RISK DISCLOSURES APPENDIX**

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| 1. | Flight Testing Risks | *We anticipate commencing commercial spaceflight operations with a single spaceflight system, which has yet to complete flight testing. Any delay in completing the flight test program and the final development of our existing spaceflight system would adversely impact our business, financial condition and results of operations.*<br><br>We expect to commence commercial operations with a single spaceflight system. While we have already been issued our commercial launch license, we must clear a final set of provisos related to the analysis of test flight data before we fly commercial passengers using our spaceflight system. Following each flight test we undertake, we analyze the resulting data and determine whether additional changes to the spaceflight system are required. Historically, changes have been required and implementing those changes has resulted in additional delay and expense. For example, an unanticipated in-flight incident involving an earlier model of SpaceShipTwo manufactured and operated by a third-party contractor, led to the loss of that spaceship and significant delays in the planned launch of our spaceflight system as we addressed design and safety concerns, including with applicable regulators. If issues like this arise or recur, if our remediation measures and process changes do not continue to be successful or if we experience issues with manufacturing improvements or design and safety, the anticipated launch of our commercial human spaceflight operations could be delayed. | Form S-4 at 34 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 25 (filed February 28, 2020)<br><br>Form S-1A at 6-7(filed May 11, 2020)<br><br>Form 10-K at 24-25 (filed March 1, 2021)<br><br>Form 10-K at 23 (filed February 28, 2022) |
| 2. | Flight Testing Risks | *Unsatisfactory safety performance of our spaceflight systems could have a material adverse effect on our business, financial condition and results of operation.*<br><br>We manufacture and operate highly sophisticated spaceflight systems and offer a specialized astronaut experience that depends on complex technology. While we have built operational processes to ensure that the design, manufacture, | Form S-4 at 34 (filed August 7, 2019)<br><br>Included in substantial part in: |

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | performance and servicing of our spaceflight systems meet rigorous quality standards, there can be no assurance that we will not experience operational or process failures and other problems, including through manufacturing or design defects, pilot error, cyber-attacks or other intentional acts, that could result in potential safety risks. Any actual or perceived safety issues may result in significant reputational harm to our businesses, in addition to tort liability, maintenance, increased safety infrastructure and other costs that may arise. Such issues with our spaceflight systems or customer safety could result in delaying or cancelling planned flights, increased regulation or other systemic consequences. Our inability to meet our safety standards or adverse publicity affecting our reputation as a result of accidents, mechanical failures, damages to customer property or medical complications could have a material adverse effect on our business, financial condition and results of operation. | Form 10-K at 26 (filed February 28, 2020)<br><br>Form S-1A at 8 (filed May 11, 2020)<br><br>Form 10-K at 25-26 (filed March 1, 2021)<br><br>Form 10-K at 24 (filed February 28, 2022) |
| 3. | Flight Testing Risks | ***Any delays in the development and manufacture of additional spaceflight systems and related technology may adversely impact our business, financial condition and results of operations.***<br><br>***We have previously experienced, and may experience in the future, delays or other complications in the design, manufacture, launch, production, delivery and servicing ramp of new spaceflight systems and related technology***. If delays like this arise or recur, if our remediation measures and process changes do not continue to be successful or if we experience issues with planned manufacturing improvements or design and safety, we could experience issues in sustaining the ramp of our spaceflight system or delays in increasing production further. | Form S-4 at 36 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 26 (filed February 28, 2020)<br><br>Form S-1A at 8 (filed May 11, 2020)<br><br>Form 10-K at 26 (filed March 1, 2021)<br><br>Form 10-K at 25 (filed February 28, 2022) |

|  | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| 4. | Flight Testing Risks | ***Adverse publicity stemming from any incident involving us or our competitors, or an incident involving a commercial airline or other air travel provider, could have a material adverse effect on our business, financial condition and results of operations.***<br><br>We are at risk of adverse publicity stemming from any public incident involving our company, our people or our brand. If our personnel or one of our spaceflight systems, or the personnel or spacecraft of one of our competitors or the personnel or aircraft of a commercial airline or governmental agency, were to be involved in a public incident, accident or catastrophe this could create an adverse public perception of spaceflight and result in decreased customer demand for spaceflight experiences, which could cause a material adverse effect on our business, financial conditions and results of operations. Further, if our personnel or our spaceflight systems were to be involved in a public incident, accident or catastrophe, we could be exposed to significant reputational harm or potential legal liability. Any reputational harm to our business could cause customers with existing reservations to cancel their spaceflights and could significantly impact our ability to make future sales. | Form S-4 at 37 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 28 (filed February 28, 2020)<br><br>Form S-1A at 10 (filed May 11, 2020)<br><br>Form 10-K at 27 (filed March 1, 2021)<br><br>Form 10-K at 26 (filed February 28, 2022) |
| 5. | Flight Testing Risks | ***Our business is subject to a wide variety of extensive and evolving government laws and regulations. Failure to comply with such laws and regulations could have a material adverse effect on our business.***<br><br>We are subject to a wide variety of laws and regulations relating to various aspects of our business, including with respect to our spaceflight system operations, employment and labor, health care, tax, privacy and data security, health and safety, and environmental issues. Laws and regulations at the foreign, federal, state and local levels frequently change, especially in relation to new and emerging industries, and we cannot always reasonably predict the impact from, or the ultimate cost of compliance with, current or future regulatory or administrative changes. We monitor these developments and devote a significant amount of management's time and external resources towards compliance with | Form S-4 at 44-45 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 34 (filed February 28, 2020)<br><br>Form S-1A at 17 (filed May 11, 2020) |

3

| Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|
| | these laws, regulations and guidelines, and such compliance places a significant burden on management's time and other resources, and it may limit our ability to expand into certain jurisdictions. Moreover, changes in law, the imposition of new or additional regulations or the enactment of any new or more stringent legislation that impacts our business could require us to change the way we operate and could have a material adverse effect on our sales, profitability, cash flows and financial condition.<br><br>Failure to comply with these laws, such as with respect to obtaining and maintaining licenses, certificates, authorizations and permits critical for the operation of our business, may result in civil penalties or private lawsuits, or the suspension or revocation of licenses, certificates, authorizations or permits, which would prevent us from operating our business. For example, commercial space launches, reentry of our spacecraft and the operation of our spaceflight system in the United States require licenses and permits from certain agencies of the DOT, including the FAA, and review by other agencies of the U.S. Government, including the Department of Defense, Department of State, NASA, and Federal Communications Commission. License approval includes an interagency review of safety, operational, national security, and foreign policy and international obligations implications, as well as a review of foreign ownership. *In 2016, the FAA granted us our commercial space launch license with a limited number of verification and validation steps that we must complete before we can include customers on our spaceflights*. While we are in the process of completing those steps, which includes submission to the FAA of final integrated vehicle performance results conducted in an operational flight environment, *delays in FAA action allowing us to conduct spaceflights with customers on board imposed by the agency could adversely affect our ability to operate our business and our financial results*. See "Information about the VG Companies—Regulatory—Federal Aviation Administration." | Form 10-K at 34-35 (filed March 1, 2021)<br><br>Form 10-K at 33 (filed February 28, 2022) |

4

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| 6. | Risks Related to Commercial Development | *Any inability to operate our spaceflight system after commercial launch at our anticipated flight rate could adversely impact our business, financial condition and results operations.*<br><br>Even if we complete development and commence commercial human spaceflight operations, we currently are dependent on a single spaceflight system. To be successful, we will need to maintain a sufficient flight rate, which will be negatively impacted if we are not able to operate that system for any reason. *We may be unable to operate our current spaceflight system at our anticipated flight rate for a number of reasons, including*, but not limited to, unexpected weather patterns, *maintenance issues*, pilot error, *design and engineering flaws*, natural disasters, epidemics or pandemics, changes in governmental regulations *or in the status of our regulatory approvals* or applications **or other events that force us to cancel or reschedule flights**. *Our spaceflight systems are highly sophisticated and depend on complex technology, and we require them to meet rigorous performance goals that may from time to time necessitate that we replace critical components or hardware*. Our ability to operate in airspace may also be superseded by the U.S. Department of Defense priority missions. *In the event we need to replace any components or hardware of our spaceflight system, there are limited numbers of replacement parts available, some of which have significant lead time associated with procurement or manufacture, so any failure of our systems or their components or hardware could result in reduced numbers of flights and significant delays to our planned growth*. | Form 10-K at 25 (filed March 1, 2021)<br><br>Form 10-K at 23-24 (filed February 28, 2022)<br><br>Included in substantial part in:<br><br>Form S-4 at 34 (filed August 7, 2019)<br><br>Form 10-K at 25 (filed February 28, 2020)<br><br>Form S-1A at 7(filed May 11, 2020) |
| 7. | Risks Related to Commercial Development | *We may not be able to convert our orders in backlog or inbound inquiries about flight reservations into revenue.*<br><br>***<br><br>*Many events may cause a delay in our ability to fulfill reservations or cause planned spaceflights to not be completed at all*, some of which may be out of our control, *including* unexpected weather patterns, *maintenance issues*, natural | Form S-4 at 35 (filed August 7, 2019)<br><br>Included in substantial part in: |

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | disasters, *changes in* governmental regulations or in *the status of our regulatory approvals* or applications or other events that force us to cancel or reschedule flights. If we delay spaceflights or if customers reconsider their astronaut experience, those customers may seek to cancel their planned spaceflight, and may obtain a full or partial refund. | Form 10-K at 26 (filed February 28, 2020)<br><br>Form S-1A at 8 (filed May 11, 2020)<br><br>Form 10-K at 26 (filed March 1, 2021)<br><br>Form 10-K at 24-25 (filed February 28, 2022) |
| 8. | Risks Related to Commercial Development | *We are subject to many hazards and operational risks that can disrupt our business, including interruptions or disruptions in service at our primary facilities, which could have a material adverse effect on our business, financial condition and results of operations.*<br><br>Our operations are subject to many hazards and operational risks inherent to our business, including general business risks, product liability and damage to third parties, our infrastructure or properties that may be caused by fires, floods and other natural disasters, power losses, telecommunications failures, terrorist attacks, human errors and similar events. Additionally, our manufacturing operations are hazardous at times and may expose us to safety risks, including environmental risks and health and safety hazards to our employees or third parties.<br><br>Moreover, our commercial spaceflight operations are being moved to operate entirely out of a single facility, Spaceport America, in New Mexico, and our manufacturing operations are based in Mojave, California. Any significant interruption due to any of the above hazards and operational to the manufacturing or operation of our spaceflight systems at one of our primary facilities, including | Form S-4 at 48 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 37 (filed February 28, 2020)<br><br>Form S-1A at 21 (filed May 11, 2020)<br><br>Form 10-K at 37 (filed March 1, 2021)<br><br>Form 10-K at 36 (filed February 28, 2022) |

6

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | from weather conditions, growth constraints, performance by third-party providers (such as electric, utility or telecommunications providers), failure to properly handle and use hazardous materials, failure of computer systems, power supplies, fuel supplies, infrastructure damage, disagreements with the owners of the land on which our facilities are located, or damage sustained to our runway could result in manufacturing delays or the delay or cancellation of our spaceflights and, as a result, could have a material adverse effect on our business, financial condition and results of operations.<br><br>In addition, Spaceport America is run by a state agency, the New Mexico Spaceport Authority, and there may be delays or impacts to operations due to considerations unique to doing business with a government agency. For example, governmental agencies often have an extended approval process for service contracts, which may result in delays or limit the timely operation of our Spaceport America facilities. | |
| 9. | Risks Related to Commercial Development | ***Our ability to grow our business depends on the successful development of our spaceflight systems and related technology, which is subject to many uncertainties, some of which are beyond our control.***<br><br>Our current primary research and development objectives focus on the development of our existing and any additional spaceflight systems and related technology. If we do not complete this development in our anticipated timeframes or at all, our ability to grow our business will be adversely affected. ***The successful development of our spaceflight systems and related technology involves many uncertainties, some of which are beyond our control, including***:<br><br>   • ***timing in finalizing spaceflight systems design and specifications***;<br><br>   • ***successful completion of flight test programs, including flight safety tests***; | Form S-4 at 34-35 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 25 (filed February 28, 2020)<br><br>Form S-1A at 7 (filed May 11, 2020)<br><br>Form 10-K at 25 (filed March 1, 2021) |

7

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | • our ability to obtain additional applicable approvals, licenses or certifications from regulatory agencies, if required, and maintaining current approvals, licenses or certifications | Form 10-K at 24 (filed February 28, 2022) |
| 10. | Risks Related to Commercial Development | *If we are unable to adapt to and satisfy customer demands in a timely and cost-effective manner, our ability to grow our business may suffer.*<br><br>The success of our business depends in part on effectively managing and maintaining our existing spaceflight system, manufacturing more spaceflight systems, operating a sufficient number of spaceflights to meet customer demand and providing customers with an astronaut experience that meets or exceeds their expectations. If for any reason we are unable to manufacture new spaceflight systems or are unable to schedule spaceflights as planned, this could have a material adverse effect on our business, financial condition and results of operations. *If our current or future spaceflight systems do not meet expected performance or quality standards, including with respect to customer safety and satisfaction, this could cause operational delays*. In addition, any delay in manufacturing new spacecraft as planned could cause us to operate our existing spaceflight system more frequently than planned and in such a manner that may increase maintenance costs. Further, flight operations within restricted airspace require advance scheduling and coordination with government range owners and other users, and any high priority national defense assets will have priority in the use of these resources, which may impact our cadence of spaceflight operations or could result in cancellations or rescheduling. *Any operational or manufacturing delays or other unplanned changes to our ability to operate spaceflights could have a material adverse effect on our business, financial condition and results of operations*. | Form S-4 at 36 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 27 (filed February 28, 2020)<br><br>Form S-1A at 9 (filed May 11, 2020)<br><br>Form 10-K at 26-27 (filed March 1, 2021)<br><br>Form 10-K at 25 (filed February 28, 2022) |
| 11. | Risks Related to | *We may be unable to manage our future growth effectively, which could make it difficult to execute our business strategy.* | Form S-4 at 36-37 (filed August 7, 2019) |

8

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | Commercial Development | Our continued growth could increase the strain on our resources, and we could experience operating difficulties, including difficulties in hiring, training and managing an increasing number of pilots and employees, finding manufacturing capacity to produce our spaceflight systems and related equipment, and delays in production and spaceflights. These difficulties may result in the erosion of our brand image, divert the attention of management and key employees and impact financial and operational results. | Included in substantial part in: <br><br> Form 10-K at 27 (filed February 28, 2020) <br><br> Form S-1A at 9 (filed May 11, 2020) <br><br> Form 10-K at 27 (filed March 1, 2021) <br><br> Form 10-K at 26 (filed February 28, 2022) |
| 12. | Risks Related to Commercial Development | *We rely on a limited number of suppliers for certain raw materials and supplied components. We may not be able to obtain sufficient raw materials or supplied components to meet our manufacturing and operating needs, or obtain such materials on favorable terms, which could impair our ability to fulfill our orders in a timely manner or increase our costs of production.* <br><br> Our ability to produce our current and future spaceflight systems and other components of operation is dependent upon sufficient availability of raw materials and supplied components, such as nitrous oxide, valves, tanks, special alloys, helium and carbon fiber, which we secure from a limited number of suppliers. Our reliance on suppliers to secure these raw materials and supplied components exposes us to volatility in the prices and availability of these materials. We may not be able to obtain sufficient supply of raw materials or supplied components, on favorable terms or at all, which could result in delays in manufacture of our spacecraft or increased costs. | Form S-4 at 38 (filed August 7, 2019) <br><br> Included in substantial part in: <br><br> Form 10-K at 29 (filed February 28, 2020) <br><br> Form S-1A at 11-12 (filed May 11, 2020) <br><br> Form 10-K at 29 (filed March 1, 2021) |

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | \*\*\*<br><br>In addition, we have in the past and may in the future experience delays in manufacture or operation as we go through the requalification process with any replacement third-party supplier, as well as the limitations imposed by ITAR and other restrictions on transfer of sensitive technologies. Additionally, the imposition of tariffs on such raw materials or supplied components could have a material adverse effect on our operations. Prolonged disruptions in the supply of any of our key raw materials or components, difficulty qualifying new sources of supply, implementing use of replacement materials or new sources of supply or any volatility in prices could have a material adverse effect on our ability to operate in a cost-efficient, timely manner and could cause us to experience cancellations or delays of scheduled spaceflights, customer cancellations or reductions in our prices and margins, any of which could harm our business, financial condition and results of operations. | Form 10-K at 27-28 (filed February 28, 2022) |
| 13. | Risks Related to Commercial Development | *Failure of third-party contractors could adversely affect our business.*<br><br>We are dependent on various third-party contractors to develop and provide critical technology, systems and components required for our spaceflight system. For example, each spaceflight currently requires replenishment of certain components of our RocketMotorTwo propulsion system that we obtain from third-party contractors. Should we experience complications with any of these components, which are critical to the operation of our spacecraft, we may need to delay or cancel scheduled spaceflights. We face the risk that any of our contractors may not fulfill their contracts and deliver their products or services on a timely basis, or at all. We have experienced, and may in the future experience, operational complications with our contractors. The ability of our contractors to effectively satisfy our requirements could also be impacted by such contractors' financial difficulty or damage to their operations caused by fire, terrorist attack, natural disaster or other events. The failure of any contractors to perform to our expectations could result in shortages of certain manufacturing or operational | Form S-4 at 39 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 29 (filed February 28, 2020)<br><br>Form S-1A at 12 (filed May 11, 2020)<br><br>Form 10-K at 29 (filed March 1, 2021) |

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | components for our spacecraft or delays in spaceflights and harm our business. Our reliance on contractors and inability to fully control any operational difficulties with our third-party contractors could have a material adverse effect on our business, financial condition and results of operations. | Form 10-K at 28 (filed February 28, 2022) |
| 14. | Risks Related to Commercial Development | ***The price of VGH, Inc. common stock, warrants and units may be volatile.***<br><br>Upon consummation of the Business Combination, the price of VGH, Inc. common stock, as well as VGH, Inc. warrants and units may fluctuate due to a variety of factors, including:<br><br>• changes in the industries in which VGH, Inc. and its customers operate;<br><br>• the number of flights VGH, Inc. schedules for a period, the number of seats it is able to sell in any given spaceflight and the price at which it sells them;<br><br>• developments involving VGH, Inc.'s competitors;<br><br>• unexpected weather patterns, maintenance issues, natural disasters or other events that force VGH, Inc. to cancel or reschedule flights;<br><br>• variations in its operating performance and the performance of its competitors in general;<br><br>• actual or anticipated fluctuations in VGH, Inc.'s quarterly or annual operating results;<br><br>• publication of research reports by securities analysts about VGH, Inc. or its competitors or its industry; | Form S-4 at 65 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 43 (filed February 28, 2020)<br><br>Form S-1A at 28 (filed May 11, 2020)<br><br>Form 10-K at 43 (filed March 1, 2021)<br><br>Form 10-K at 42-43 (filed February 28, 2022) |

11

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | • the public's reaction to VGH, Inc.'s press releases, its other public announcements and its filings with the SEC<br><br>***<br><br>These market and industry factors may materially reduce the market price of VGH, Inc. common stock, warrants and units regardless of the operating performance of VGH, Inc., including the VG Companies businesses acquired in the Business Combination. | |
| 15. | Operational Risks | *We may require substantial additional funding to finance our operations, but adequate additional financing may not be available when we need it, on acceptable terms or at all.*<br><br>Since our inception, we have financed our operations and capital expenditures primarily through cash flows financed by V10. In the future, we could be required to raise capital through public or private financing or other arrangements. Such financing may not be available on acceptable terms, or at all, and our failure to raise capital when needed could harm our business. We may sell equity securities or debt securities in one or more transactions at prices and in a manner as we may determine from time to time. If we sell any such securities in subsequent transactions, our current investors may be materially diluted. Any debt financing, if available, may involve restrictive covenants and could reduce our operational flexibility or profitability. If we cannot raise funds on acceptable terms, we may not be able to grow our business or respond to competitive pressures. | Form S-4 at 38 (filed August 7, 2019)<br><br>Included in substantial part in:<br><br>Form 10-K at 28 (filed February 28, 2020)<br><br>Form S-1A at 11 (filed May 11, 2020)<br><br>Form 10-K at 28 (filed March 1, 2021)<br><br>Form 10-K at 27 (filed February 28, 2022) |
| 16. | Operational Risks | *Our spaceflight systems and related equipment may have shorter useful lives than we anticipate.*<br><br>Our growth strategy depends in part on the continued operation of our current spaceflight system and related equipment, as well as the manufacture of other | Form S-4 at 39 (filed August 7, 2019) |

12

| | Subject | Risk Disclosure | Source of Disclosure |
|---|---|---|---|
| | | spaceflight systems in the future. ***Each spaceflight system has a limited useful life, which is driven by the number of cycles that the system undertakes***. While the vehicle is designed for a certain number of cycles, known as the design life, ***there can be no assurance as to the actual operational life of a spaceflight system or that the operational life of individual components will be consistent with its design life***. ***A number of factors impact the useful lives of the spaceflight systems, including, among other things, the quality of their design and construction, the durability of their component parts and availability of any replacement components, the actual combined environment experienced compared to the assumed combined environment for which the spaceflight systems were designed and tested and the occurrence of any anomaly or series of anomalies or other risks affecting the spaceflight systems during launch, flight and reentry***. In addition, ***we are continually learning, and as our engineering and manufacturing expertise and efficiency increases, we aim to leverage this learning to be able to manufacture our spaceflight systems and related equipment using less of our currently installed equipment, which could render our existing inventory obsolete***. Any continued improvements in spaceflight technology may make obsolete our existing spaceflight systems or any component of our spacecraft prior to the end of its life. If the spaceflight systems and related equipment have shorter useful lives than we currently anticipate, this may lead to greater maintenance costs than previously anticipated such that the cost to maintain the spacecraft and related equipment may exceed their value, which would have a material adverse effect on our business, financial condition and results of operations. | Included in substantial part in:<br><br>Form 10-K at 29 (filed February 28, 2020)<br><br>Form S-1A at 12 (filed May 11, 2020)<br><br>Form 10-K at 29 (filed March 1, 2021)<br><br>Form 10-K at 28 (filed February 28, 2022) |