# Exhibit 5

Table of Contents

Table of Contents

**As filed with the Securities and Exchange Commission on February 27, 2020**

Registration No. 333-234770

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**AMENDMENT NO. 2**
**TO**
**FORM S-3 ON**
**FORM S-1**
**REGISTRATION STATEMENT**
*UNDER*
*THE SECURITIES ACT OF 1933*

# Virgin Galactic Holdings, Inc.

**(Exact name of registrant as specified in its charter)**

| Delaware | 4700 | 98-1366046 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**166 North Roadrunner Parkway, Suite 1C**
**Las Cruces, New Mexico 88011**
**(575) 424-2100**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**George Whitesides**
**President and Chief Executive Officer**
**166 North Roadrunner Parkway, Suite 1C**
**Las Cruces, New Mexico 88011**
**(575) 424-2100**
**(Address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **Justin G. Hamill** | **Michelle Kley** |
| **Shayne Kennedy** | **Executive Vice President, General Counsel** |
| **Drew Capurro** | **166 North Roadrunner Parkway, Suite 1C** |
| **Latham & Watkins LLP** | **Las Cruces, New Mexico 88011** |
| **885 Third Avenue** | **(575) 424-2100** |
| **New York, NY 10022** | |
| **(212) 906-1200** | |

**APPROXIMATE DATE OF COMMENCEMENT OF PROPOSED SALE TO THE PUBLIC:** From time to time after the effective date of this registration statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, other than securities offered only in connection with dividend or interest reinvestment plans, check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for comply with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of each class of securities to be registered | Amount to be Registered (1) | Proposed Maximum Aggregate Offering Price Per Share | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Shares of common stock, $0.0001 par value per share, underlying warrants | 27,457,235(2) | $11.50 | $315,758,203 | $40,986(3) |

(1) In accordance with Rule 416 under the Securities Act of 1933, as amended, this registration statement shall be deemed to cover an indeterminate number of additional shares to be offered or issued from stock splits, stock dividends or similar transactions with respect to the shares being registered.

(2) Includes 27,457,235 shares of common stock issuable upon the exercise of 27,457,235 issued and outstanding warrants to purchase the registrant's common stock.

(3) Previously paid.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended or until the registration statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

## MANAGEMENT

Set forth below are the names, ages and positions of each of our officers and directors:

| Name | Age | Position |
| --- | --- | --- |
| George Whitesides | 45 | Chief Executive Officer and Director |
| Jonathan Campagna | 47 | Chief Financial Officer |
| Enrico Palermo | 40 | Chief Operating Officer and President, TSC, LLC |
| Mike Moses | 52 | President, VG, LLC |
| Chamath Palihapitiya | 43 | Chairperson of the Board of Directors |
| Wanda Austin | 65 | Director |
| Adam Bain | 46 | Director |
| Craig Kreeger | 60 | Director |
| Evan Lovell | 50 | Director |
| George Mattson | 53 | Director |
| James Ryans | 44 | Director |

*George Whitesides*. Mr. Whitesides has served as our Chief Executive Officer and as a member of our board of directors since the closing of the Virgin Galactic Business Combination, and has served as the Chief Executive Officer of the VG Companies since May 2010. Prior to joining the VG Companies, Mr. Whitesides served as Chief of Staff for NASA from July 2009 to April 2010, and served on the NASA Transition Team from November 2008 to January 2009. Upon departure from the American space agency, he received the Distinguished Service Medal, the highest award the agency confers. Mr. Whitesides has served on various governmental and charitable boards in his career, such as chair of the Reusable Launch Vehicle Work Group for the Federal Aviation Administration's Commercial Space Transportation Advisory Committee, and as a member of the board of Virgin Unite USA, a charitable entity related to Virgin Group Holdings Limited and its affiliates (collectively, the "Virgin Group"). Mr. Whitesides has also served on the executive committee of the Commercial Spaceflight Federation, an industry association (currently as Vice Chair), Caltech's Space Innovation Council, Princeton University's Advisory Council for Mechanical and Aerospace Engineering and the World Economic Forum's Global Future Council on Space Technologies (as Co-Chair and Member). Mr. Whitesides graduated from Princeton University with a degree from the Woodrow Wilson School of Public and International Affairs, earned an MPhil in geographic information systems and remote sensing from the University of Cambridge and was a Fulbright Scholar. We believe Mr. Whitesides is well qualified to serve on our board of directors because of his deep knowledge of the aerospace industry and his extensive managerial experience, including as Chief Executive Officer of the VG Companies.

*Jonathan Campagna*. Mr. Campagna has served as our Chief Financial Officer since the closing of the Virgin Galactic Business Combination, and has served as the Chief Financial Officer for the VG Companies since April 2018. Mr. Campagna previously served as Vice President of Finance for the VG Companies from October 2015 to April 2018. Prior to joining the VG Companies, Mr. Campagna served as Controller from July 2012 to October 2015 at ICON Aircraft, a light sport aircraft manufacturer, where he helped transition the organization from a research and development centric organization to a full production environment. Before his tenure at ICON, Mr. Campagna held various financial leadership positions at Ericsson from April 2007 to July 2012, and prior to Ericsson was the Corporate Controller at Tandberg Television from June 2006 to April 2007, when it was acquired by Ericsson. Prior to Tandberg Television, Mr. Campagna was the Corporate Controller at GoldPocket Interactive, a media software provider, from May 2000 to June 2006, shortly after it was acquired by Tandberg Television. Mr. Campagna started his career in the audit and assurance services practice at PricewaterhouseCoopers after graduating from California Polytechnic State University, San Luis Obispo with a bachelor's degree in Business Administration. Mr. Campagna is a certified public accountant (inactive) in the State of California.

*Enrico Palermo*. Mr. Palermo has served as our Chief Operating Officer since January 15, 2020. Previously, he was the President of TSC, LLC, a wholly owned subsidiary of ours focused on the development

76

**Table of Contents**

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized in the City of Los Angeles, State of California, on the February 27, 2020.

**VIRGIN GALACTIC HOLDINGS, INC.**

By: /s/ George Whitesides
George Whitesides
Chief Executive Officer and President

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| /s/ George Whitesides<br>George Whitesides | Chief Executive Officer and President (Principal Executive Officer) and Director | February 27, 2020 |
| /s/ Jonathan Campagna<br>Jonathan Campagna | Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) | February 27, 2020 |
| *<br>Chamath Palihapitiya | Director | February 27, 2020 |
| *<br>Wanda Austin | Director | February 27, 2020 |
| *<br>Adam Bain | Director | February 27, 2020 |
| *<br>Craig Kreeger | Director | February 27, 2020 |
| *<br>Evan Lovell | Director | February 27, 2020 |
| *<br>George Mattson | Director | February 27, 2020 |
| *<br>James Ryans | Director | February 27, 2020 |

* By:    /s/ George Whitesides
George Whitesides
Attorney-in-fact