# Exhibit 7

As filed with the Securities and Exchange Commission on August 3, 2020

Registration No. 333-

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM S-1
**REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933**

# Virgin Galactic Holdings, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 4700 | 98-1366046 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**166 North Roadrunner Parkway, Suite 1C
Las Cruces, New Mexico 88011
(575) 424-2100**

**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Michael Colglazier
Chief Executive Officer
166 North Roadrunner Parkway, Suite 1C
Las Cruces, New Mexico 88011
(575) 424-2100**

**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | | |
|---|---|---|
| **Justin G. Hamill** | **Michelle Kley** | **Gregg A. Noel** |
| **Drew Capurro** | **Executive Vice President, General Counsel** | **Howard L. Ellin** |
| **Latham & Watkins LLP** | **166 North Roadrunner Parkway, Suite 1C** | **Skadden, Arps, Slate, Meagher & Flom LLP** |
| **885 Third Avenue** | **Las Cruces, New Mexico 88011** | **300 South Grand Avenue, Suite 3400** |
| **New York, NY 10022** | **(575) 424-2100** | **Los Angeles, CA 90071** |
| **(212) 906-1200** | | **(213) 687-5000** |

**APPROXIMATE DATE OF COMMENCEMENT OF PROPOSED SALE TO THE PUBLIC:** As soon as practicable after this Registration Statement is declared effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price[1] | Amount of Registration Fee[2] |
|---|---|---|
| Shares of common stock, $0.0001 par value per share | $ 529,000,000 | $ 68,665 |

(1) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended. Includes shares of common stock that the underwriters have an option to purchase.

(2) Calculated pursuant to Rule 457(o) based on an estimate of the proposed maximum aggregate offering price.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended or until the registration statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

## MANAGEMENT

Set forth below are the names, ages and positions of each of our officers and directors:

| Name | Age | Position |
|------|-----|----------|
| Michael Colglazier | 53 | Chief Executive Officer and Director |
| Jonathan Campagna | 47 | Chief Financial Officer |
| Enrico Palermo | 41 | Chief Operating Officer and President, TSC, LLC |
| Michael Moses | 52 | President, VG, LLC |
| Michelle Kley | 48 | Executive Vice President, General Counsel and Secretary |
| Chamath Palihapitiya | 43 | Chairperson of the Board of Directors |
| Wanda Austin | 65 | Director |
| Adam Bain | 46 | Director |
| Craig Kreeger | 60 | Director |
| Evan Lovell | 50 | Director |
| George Mattson | 54 | Director |
| James Ryans | 44 | Director |

*Michael Colglazier*. Mr. Colglazier has served as our Chief Executive Officer and as a member of our board of directors since July 2020. Mr. Colglazier most recently served as President and Managing Director, Disney Parks International from October 2019 until his departure in July 2020 and, from March 2018 to October 2019, as President and Managing Director, Walt Disney Parks & Resorts, Asia Pacific. In these capacities, he oversaw the operations and development of Disney parks and resorts outside of the United States, focusing on high-growth expansion and development of joint venture opportunities with government agencies. Prior to this, from January 2013 until March 2018, Mr. Colglazier was President of The Disneyland Resort, where he led a workforce of nearly 30,000 employees and drove record business performance and growth. During his 30+ year career at Disney, Mr. Colglazier served in several executive roles where he implemented a series of development and growth strategies across the world focused on product innovation and customer growth. He is currently Chairman of the CEO Roundtable for the University of California, Irvine, and an incoming member of the Engineering Advisory Board of Rice University. He is also a past commissioner and member of the executive committee of the California Travel and Tourism Commission. Mr. Colglazier graduated from Stanford University with a bachelor's degree in Industrial Engineering and holds a Master in Business Administration from Harvard Business School. We believe Mr. Colglazier is well qualified to serve on our board of directors because of his extensive experience developing and growing consumer-oriented businesses strategically, commercially and operationally.

*Jonathan Campagna*. Mr. Campagna has served as our Chief Financial Officer since the closing of the Virgin Galactic Business Combination in October 2019, and has served as the Chief Financial Officer for the VG Companies since April 2018. Mr. Campagna previously served as Vice President of Finance for the VG Companies from October 2015 to April 2018. Prior to joining the VG Companies, Mr. Campagna served as Controller from July 2012 to October 2015 at ICON Aircraft, a light sport aircraft manufacturer, where he helped transition the organization from a research and development centric organization to a full production environment. Before his tenure at ICON, Mr. Campagna held various financial leadership positions at Ericsson from April 2007 to July 2012, and prior to Ericsson was the Corporate Controller at Tandberg Television from June 2006 to April 2007, when it was acquired by Ericsson. Prior to Tandberg Television, Mr. Campagna was the Corporate Controller at GoldPocket Interactive, a media software provider, from May 2000 to June 2006, shortly after it was acquired by Tandberg Television. Mr. Campagna started his career in the audit and assurance services practice at PricewaterhouseCoopers after graduating from California Polytechnic State University, San Luis Obispo with a bachelor's degree in Business Administration. Mr. Campagna is a certified public accountant (inactive) in the State of California.

*Enrico Palermo*. Mr. Palermo has served as our Chief Operating Officer since January 2020 and has served as President of TSC, LLC, one of our wholly owned subsidiaries, focusing on the development and manufacture of our spaceflight systems, since February 2018, where he is responsible for the development, manufacturing and testing of

87

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized in the City of Las Cruces, State of New Mexico, on August 3, 2020.

**VIRGIN GALACTIC HOLDINGS, INC.**

By:     /s/ Michael Colglazier

Michael Colglazier

Chief Executive Officer

## SIGNATURES AND POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose individual signature appears below hereby authorizes and appoints Michael Colglazier and Jonathan Campagna, and each of them, with full power of substitution and resubstitution and full power to act without the other, as his or her true and lawful attorney-in-fact and agent to act in his or her name, place and stead and to execute in the name and on behalf of each person, individually and in each capacity stated below, and to file any and all amendments to this Registration Statement on Form S-1, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing, ratifying and confirming all that said attorneys-in-fact and agents or any of them or their or his substitute or substitutes may lawfully do or cause to be done by virtue thereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| /s/ Michael Colglazier<br>Michael Colglazier | Chief Executive Officer (Principal Executive Officer) and Director | August 3, 2020 |
| /s/ Jonathan Campagna<br>Jonathan Campagna | Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) | August 3, 2020 |
| /s/ Chamath Palihapitiya<br>Chamath Palihapitiya | Director | August 3, 2020 |
| /s/ Wanda Austin<br>Wanda Austin | Director | August 3, 2020 |
| /s/ Adam Bain<br>Adam Bain | Director | August 3, 2020 |
| /s/ Craig Kreeger<br>Craig Kreeger | Director | August 3, 2020 |
| /s/ Evan Lovell<br>Evan Lovell | Director | August 3, 2020 |
| /s/ George Mattson<br>George Mattson | Director | August 3, 2020 |
| /s/ James Ryans<br>James Ryans | Director | August 3, 2020 |