# Exhibit 8

**VIEW ALL NEWS**

# VIRGIN GALACTIC CLEARED TO FLY FOLLOWING CONCLUSION OF FAA INQUIRY

## SEPTEMBER, 29, 2021

LAS CRUCES, N.M.--(BUSINESS WIRE)-- Virgin Galactic Holdings, Inc. (NYSE: SPCE) (the "Company" or "Virgin Galactic"), a vertically integrated aerospace and space travel company, today announced that it is cleared to fly FAA-licensed spaceflights following the conclusion of an FAA inquiry that focused on air traffic control clearance and real-time mission notification related to the Unity 22 flight in July.

The FAA today advised Virgin Galactic that the corrective actions proposed by the Company have been accepted and conclude the FAA inquiry, which began August 11, 2021. They include:

- Updated calculations to expand the protected airspace for future flights. Designating a larger area will ensure that Virgin Galactic has ample protected airspace for a variety of possible flight trajectories during spaceflight missions. Additional
- steps into the Company's flight procedures to ensure real-time mission notifications to FAA Air Traffic Control.

Michael Colglazier, Chief Executive Officer of Virgin Galactic, said: "Our entire approach to spaceflight is guided by a fundamental commitment to safety at every level, including our spaceflight system and our test flight program. We appreciate the FAA's thorough review of this inquiry. Our test flight program is specifically designed to continually improve our processes and procedures. The updates to our airspace and real-time mission notification protocols will strengthen our preparations as we move closer to the commercial launch of our spaceflight experience."

Virgin Galactic continues to focus on its pre-flight readiness for Unity 23. For the latest updates regarding flight timing, please view the Company's statement on September 10, 2021.

You can download all press materials including images and broll from the Virgin Galactic Press Assets.

About Virgin Galactic Holdings

Virgin Galactic Holdings, Inc. is a vertically integrated aerospace and space travel company, pioneering human spaceflight for private individuals and researchers with its advanced air and space vehicles. It is developing a spaceflight system designed to connect the world to the wonder and awe created by space travel and to offer customers a transformative experience. You can find more information at https://www.virgingalactic.com/

Forward-Looking Statements

This press release contains certain forward-looking statements within the meaning of federal securities laws with respect to Virgin Galactic Holdings, Inc. (the "Company"), including statements regarding the Company's spaceflight systems, markets and expected flight schedule. These forward-looking statements generally are identified by words such as "believe," "project," "expect," "anticipate," "estimate," "intend," "strategy," "future," "opportunity," "plan," "may," "should," "will," "would," and similar expressions. Forward-looking statements are predictions, projections and other statements about future events that are based on current expectations and assumptions and, as a result, are subject to risks and uncertainties. Many factors could cause actual future events to differ materially from the forward-looking statements in this press release, including but not limited to the factors, risks and uncertainties included in Amendment No. 2 to our Annual Report on Form 10-K for the fiscal year ended December 31, 2020, as such factors may be updated from time to time in our other filings with the Securities and Exchange Commission (the "SEC"), accessible on the SEC's website at www.sec.gov and the Investor Relations section of our website at www.virgingalactic.com. These filings identify and address other important risks and uncertainties that could cause the Company's actual events and results to differ materially from those contained in the forward-looking statements. Forward-looking statements speak only as of the date they are made. Readers are cautioned not to put undue reliance on forward-looking statements, and, except as required by law, the Company assumes no obligation and does not intend to update or revise these forward-looking statements, whether as a result of new information, future events, or otherwise.

View source version on businesswire.com: https://www.businesswire.com/news/home/20210929005972/en/

For media inquiries:
Aleanna Crane - Vice President Communications
Virgingalacticpress@virgingalactic.com
+1 575 800 4422

For Investor Relations inquiries:
Seth Zaslow - Vice President Investor Relations
seth.zaslow@virgingalactic.com
+1 714 732 4780

Source: Virgin Galactic Holdings, Inc.

**VIEW ALL NEWS**