| | |
|---|---|
| SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., RICHARD BRANSON, CHAMATH PALIHAPITIYA, MICHAEL A. COLGLAZIER, and GEORGE WHITESIDES,<br><br>Defendants. | Case No. 1:21-cv-03070-ARR-TAM |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Kara M. Wolke, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Glancy Prongay & Murray LLP and am counsel for Lead Plaintiffs Mark Kusnier and Robert Scheele and Named Plaintiffs Xinqiang Cui, Justin Carlough, Jennifer Ortiz, Richard O-Keefe-Jones, Vipul Gupta, Maria Josephine Rosales, and Hesham Ibrahim (collectively, "Plaintiffs") in the above-captioned matter.  I am a member in good standing of the bar of the State of California and have been admitted as counsel *pro hac vice* in the U.S. District Court for the Eastern District of New York in the above-captioned matter.

2.      I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.  I have personal knowledge of

the facts set forth herein or know such facts from review of the file in this case, and if called upon, could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from Social Capital Hedosophia Holdings Corp.'s Prospectus on Form 424B3, filed with the Securities and Exchange Commission on October 10, 2019.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from Social Capital Hedosophia Holdings Corp.'s Registration Statement on Form S-4, filed with the Securities and Exchange Commission on August 7, 2019.

5. Attached as Exhibit 3 is a true and correct copy of a screenshot from the Securities and Exchange Commission's website, which shows that Social Capital Hedosophia Holdings Corp.'s Form 425 was filed at 5:11 p.m., after close of trading on July 9, 2019.

6. Attached as Exhibit 4 is a true and correct copy Social Capital Hedosophia Holding Corp.'s Form 425, filed with the Securities and Exchange Commission on July 9, 2019.

7. Attached as Exhibit 5 is a true and correct copy of excerpts of Virgin Galactic Holdings, Inc.'s Schedule 14A 2021 Proxy Statement and Notice of Annual Meeting, filed with the Securities and Exchange Commission on July 13, 2021.

8. Attached as Exhibit 6 is a true and correct copy of excerpts of Virgin Galactic Holdings, Inc.'s Schedule 14A 2022 Proxy Statement and Notice of Annual Meeting, filed with the Securities and Exchange Commission on April 27, 2022.

9. Attached as Exhibit 7 is a true and correct copy of excerpts of Virgin Galactic Holdings, Inc.'s Registration Statement on Form S-1, filed with the Securities and Exchange Commission on May 1, 2020, which was amended on May 11, 2020, and declared effective on May 13, 2020.

10. Attached as Exhibit 8 is a true and correct copy of excerpts of Social Capital Hedosophia Holdings Corp.'s Analyst Day Presentation of September 5, 2019, on Form 425, filed with the Securities and Exchange Commission on September 5, 2019.

11. Attached as Exhibit 9 is a true and correct copy of Virgin Galactic's earnings call transcript on August 4, 2022.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 7, 2023

*s/ Kara M. Wolke*
Kara M. Wolke