

EXHIBIT 1

Filed Pursuant to Rule 424(b)(3)
Registration No. 333-233098

**PROXY STATEMENT FOR
EXTRAORDINARY GENERAL MEETING OF
SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP.
(A CAYMAN ISLANDS EXEMPTED COMPANY)**

**PROSPECTUS FOR
3,078,448 UNITS (EACH UNIT COMPRISING ONE SHARE OF COMMON STOCK AND ONE-THIRD OF A REDEEMABLE WARRANT),
65,228,822 SHARES OF COMMON STOCK (INCLUDING SHARES INCLUDED IN THE UNITS) AND
22,999,980 REDEEMABLE WARRANTS (INCLUDING WARRANTS INCLUDED IN THE UNITS)
OF
SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP.
(AFTER ITS DOMESTICATION AS A CORPORATION INCORPORATED IN THE STATE OF DELAWARE),
THE CONTINUING ENTITY FOLLOWING THE DOMESTICATION, WHICH WILL BE RENAMED "VIRGIN GALACTIC HOLDINGS, INC." IN
CONNECTION WITH THE BUSINESS COMBINATION DESCRIBED HEREIN**

The board of directors of Social Capital Hedosophia Holdings Corp., a Cayman Islands exempted company ("SCH" and, after the Domestication as described below, "VGH, Inc."), has unanimously approved (1) the domestication of SCH as a Delaware corporation (the "Domestication"); (2) the merger of: (x) Foundation Sub 1, Inc., a direct wholly owned subsidiary of SCH, with and into TSC Vehicle Holdings, Inc. ("Company A"), an indirect wholly owned subsidiary of Vieco 10 Limited ("V10"), with Company A surviving the merger as a wholly owned subsidiary of VGH, Inc., (y) Foundation Sub 2, Inc., a direct wholly owned subsidiary of SCH, with and into Virgin Galactic Vehicle Holdings, Inc. ("Company B"), an indirect wholly owned subsidiary of V10 with Company B surviving the merger as a wholly owned subsidiary of VGH, Inc. and (z) Foundation Sub LLC, a direct wholly owned subsidiary of SCH, with and into VGH, LLC, a indirect wholly owned subsidiary of V10 ("Company LLC" and, collectively with Company A and Company B, the "VG Companies" and, together with Vieco USA, Inc. ("Vieco US"), "VG"), with Company LLC surviving the merger as a wholly owned subsidiary of VGH, Inc., in each case, pursuant to the terms of the Agreement and Plan of Merger, dated as of July 9, 2019, as amended on October 2, 2019, by and among SCH, V10, Vieco US and the other parties thereto, attached to this proxy statement/prospectus as Annex A (the "Merger Agreement"), as more fully described elsewhere in this proxy statement/prospectus; and (3) the other transactions contemplated by the Merger Agreement and documents related thereto. In connection with such business combination, SCH will change its name to "Virgin Galactic Holdings, Inc." As used in this proxy statement/prospectus, "VGH, Inc." refers to SCH after the Domestication, including after such change of name.

As a result of and upon the effective time of the Domestication, among other things, (1) each of the then issued and outstanding Class A ordinary shares, par value $0.0001 per share, of SCH (the "SCH Class A ordinary shares"), will convert automatically, on a one-for-one basis, into a share of common stock, par value $0.0001 per share, of VGH, Inc. (the "VGH, Inc. common stock"), (2) each then issued and outstanding redeemable warrant of SCH (the "SCH warrants") will convert automatically into a redeemable warrant to acquire one share of VGH, Inc. common stock (the "VGH, Inc. warrants"), and (3) each then issued and outstanding unit of SCH (the "SCH units") will convert automatically into a unit of VGH, Inc. (the "VGH, Inc. units"), with each VGH, Inc. unit representing one share of VGH, Inc. common stock and one-third of one VGH, Inc. warrant.

Accordingly, this prospectus covers (1) 3,078,448 VGH, Inc. units to be issued in the Domestication, (2) 65,228,822 shares of VGH, Inc. common stock to be issued in the Domestication (including shares included in the VGH, Inc. units described above) and (3) 22,999,980 VGH, Inc. warrants to be issued in the Domestication (including redeemable warrants included in the units described above).

The SCH units, SCH Class A ordinary shares and SCH warrants are currently listed on the New York Stock Exchange ("NYSE") under the symbols "IPOA," "IPOA.U" and "IPOA.WS," respectively. SCH will apply for listing, to be effective at the time of the business combination, of VGH, Inc. units, VGH, Inc. common stock and VGH, Inc. warrants on the NYSE under the proposed symbols SPCE.U, SPCE and SPCE WS, respectively. It is a condition of the consummation of the business combination described above that SCH receives confirmation from the NYSE that the securities have been conditionally approved for listing on the NYSE, but there can be no assurance such listing conditions will be met or that SCH will obtain such confirmation from the NYSE. If such listing conditions are not met or if such confirmation is not obtained, the business combination described above will not be consummated unless the NYSE condition set forth in the Merger Agreement is waived by the applicable parties.

**This proxy statement/prospectus provides shareholders of SCH with detailed information about the proposed business combination and other matters to be considered at the extraordinary general meeting of SCH. We encourage you to read this entire document, including the Annexes and other documents referred to herein, carefully and in their entirety. You should also carefully consider the risk factors described in "*Risk Factors*" beginning on page 35 of this proxy statement/prospectus.**

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES REGULATORY AGENCY HAS APPROVED OR DISAPPROVED THE TRANSACTIONS DESCRIBED IN THIS PROXY STATEMENT/PROSPECTUS, PASSED UPON THE MERITS OR FAIRNESS OF THE BUSINESS COMBINATION OR RELATED TRANSACTIONS OR PASSED UPON THE ADEQUACY OR ACCURACY OF THE DISCLOSURE IN THIS PROXY STATEMENT/PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY CONSTITUTES A CRIMINAL OFFENSE.**

**This proxy statement/prospectus is dated October 9, 2019, and
is first being mailed to SCH's shareholders on or about October 11, 2019.**

| Name and Address of Beneficial Owner[2] | Pre-Business Combination[1] | | | | Post-Business Combination | | | |
|---|---|---|---|---|---|---|---|---|
| | Number of Ordinary Shares[3][4] | % of Class A Ordinary Shares | % of Class B Ordinary Shares | % of Ordinary Shares[4] | Full Secondary Election, Full Repurchase Election, (Assuming No Additional Redemptions) | | Full Secondary at Minimum Cash Condition (Assuming Additional Redemptions) | |
| | | | | | Number of Shares | % | Number of Shares | % |
| **5% Holders** | | | | | | | | |
| SCH Sponsor Corp.[11] | 17,250,000[5] | — | 100.0% | 20.9% | 15,750,000 | 8.0% | 15,750,000 | 8.3% |
| Suvretta Capital Management, LLC[6] | 4,507,400 | 6.9% | — | 5.5% | 4,507,400 | 2.3% | 4,507,400 | 2.4% |
| Arrowgrass Capital Partners (US) LP[7] | 4,500,000 | 6.9% | — | 5.5% | 4,500,000 | 2.3% | 4,500,000 | 2.4% |
| Och-Ziff Capital Management Group LLC[8] | 3,500,000 | 5.4% | — | 4.2% | 3,500,000 | 1.8% | 3,500,000 | 1.8% |
| Park West Asset Management LLC[9] | 3,500,000 | 5.4% | — | 4.2% | 3,500,000 | 1.8% | 3,500,000 | 1.8% |
| Vieco US[10] | — | — | — | — | 102,640,874 | 52.1% | 120,000,000 | 63.1% |
| *Directors and Executive Officers Pre-Business Combination* | | | | | | | | |
| Chamath Palihapitiya[11] | 17,250,000[5] | — | 100.0% | 20.9% | 25,750,000 | 13.1% | 25,750,000 | 13.5% |
| Ian Osborne[11] | 17,250,000[5] | — | 100.0% | 20.9% | 15,750,000 | 8.0% | 15,750,000 | 8.3% |
| Steven Trieu | — | — | — | — | — | — | — | — |
| Simon Williams | — | — | — | — | — | — | — | — |
| Anthony Bates | — | — | — | — | — | — | — | — |
| Adam Bain[12] | — | — | — | — | 1,200,000 | * | 1,200,000 | * |
| Andrea Wong[12] | — | — | — | — | 100,000 | * | 100,000 | * |
| Jacqueline D. Reses[12] | — | — | — | — | 100,000 | * | 100,000 | * |
| James Ryans[12] | — | — | — | — | 100,000 | * | 100,000 | * |
| All SCH directors and executive officers as a group (9 individuals)[12] | 17,250,000[5] | | 100.0% | 20.9% | 27,250,000 | 13.8% | 27,250,000 | 14.3% |
| *Directors and Executive Officers Post-Business Combination* | | | | | | | | |
| Chamath Palihapitiya[11] | 17,250,000[5] | — | 100.0% | 20.9% | 25,750,000 | 13.1% | 25,750,000 | 13.5% |
| Wanda Austin | — | — | — | — | — | — | — | — |
| Adam Bain[12] | — | — | — | — | 1,200,000 | * | 1,200,000 | * |
| Craig Kreeger | — | — | — | — | — | — | — | — |
| Evan Lovell | — | — | — | | | | | |
| George Mattson | — | — | — | — | — | — | — | — |
| James Ryans[12] | — | — | — | — | 100,000 | * | 100,000 | * |
| George Whitesides | — | — | — | — | — | — | — | — |
| Jon Campagna | — | — | — | — | — | — | — | — |
| Mike Moses | — | — | — | — | — | — | — | — |
| Enrico Palermo | — | — | — | — | — | — | — | — |
| All VGH, Inc. directors and executive officers as a group (11 individuals) | 17,250,000 | — | 100.0% | 20.9% | 27,050,000 | 13.7% | 27,050,000 | 14.2% |

\* Less than one percent

(1) Pre-Business Combination figures are calculated after giving effect to the 3,771,178 public shares redeemed in connection with the Extension Amendment, at an assumed price approximating $10.33 per share (which price is based on trust account figures as of June 30, 2019).

*(con't)*

260

(2)     Unless otherwise noted, the business address of each of those listed in the table above pre-Business Combination is 120 Hawthorne Avenue, Palo Alto, CA 94301 and post-Business Combination is 166 North Roadrunner Parkway, Suite 1C, Las Cruces, NM 88011.

(3)     Unless otherwise noted, all shares are Class A ordinary shares.

(4)     Holders of record of SCH Class A ordinary shares and SCH Class B ordinary shares are entitled to one vote for each share held on all matters to be voted on by shareholders and vote together as a single class, except as required by law; provided, that holders of SCH Class B ordinary shares have the right to elect all of our directors prior to SCH's initial business combination, and holders of SCH's Class A ordinary shares are not entitled to vote on the election of directors during such time.

(5)     Interests shown consist solely of founder shares, classified as SCH Class B ordinary shares. Such Class B ordinary shares will convert into SCH Class A ordinary shares on a one-for-one basis, subject to adjustment, as described in the section entitled "Description of VGH, Inc. Securities."

(6)     According to the Schedule 13G filed on September 23, 2019, Suvretta Capital Management, LLC ("SCM") and Aaron Cowen share voting power over 4,507,400 SCH Class A ordinary shares, and Suvretta Master Fund, Ltd. ("SMF") shares voting power over 4,390,090 of such SCH Class A ordinary shares. The Schedule 13G reported that Aaron Cowen has beneficial ownership by virtue of his role as a control person of SCM. Further, all securities reported in the Schedule 13G are owned by advisory clients of SCM, none of whom individually own more than 5% of the outstanding SCH Class A ordinary shares (with the exception of SMF). The business address of both SCM and Aaron Cowen is 540 Madison Avenue, 7th Floor, New York, NY 10022. The business address of SMF is c/o Maples Corporate Servies Limited, P.O. Box 309, Ugland House, Grand Cayman KY-1104, Cayman Islands.

(7)     According to the Schedule 13G filed on February 14, 2018, Arrowgrass Capital Partners (US) LP ("ACP"), which serves as the investment manager to certain funds and/or accounts (the "Arrowgrass Funds"), and Arrowgrass Capital Services (US) Inc., which serves as the general partner of ACP, share voting and dispositive power over the 4,500,000 SCH Class A ordinary shares directly held by Arrowgrass Funds. The address of the business office of each of the foregoing named reporting persons is 1330 Avenue of the Americas, 32nd Floor, New York, New York 10019.

(8)     According to the Schedule 13G filed on September 20, 2017, OZ Management LP, Och-Ziff Holding Corporation, Och-Ziff Capital Management Group LLC, Daniel S. Och and OZ Master Fund, Ltd. share voting and dispositive power over the 3,500,000 SCH Class A ordinary shares. The business address for OZ Management LP, Och-Ziff Holding Corporation, Och-Ziff Capital Management Group LLC and Daniel S. Och is 9 West 57th Street, 39th Floor, New York, New York 10019. The business address of OZ Master Fund, Ltd. is c/o State Street (Cayman) Trust, Limited, P.O. Box 896, Suite 3307, Gardenia Court, 45 Market Street, Camana Bay, Grand Cayman, Cayman Islands KYI-1103.

(9)     According to the Schedule 13G filed on July 19, 2019, Park West Asset Management LLC ("PWAM") and Peter S. Park share voting and dispositive power over 3,500,000 SCH Class A ordinary shares and Park West Investors Master Fund ("PWIMF") shares voting and dispositive power over 3,179,211 of such SCH Class A ordinary shares, which shares PWIMF owns directly. The Schedule 13G also reported that PWAM and Mr. Park share voting and dispositive power over an additional 1,000,000 SCH Class A ordinary shares issuable upon the exercise of warrants and PWIMF shares and voting and dispositive power over 91,654 of such SCH Class A ordinary shares issuable upon the exercise of warrants, which warrants PWIMF owns directly. The address of the business office of each of the foregoing named reporting persons is 900 Larkspur Landing Circle, Suite 165, Larkspur, California 94939.

(10)    Vieco US is a Delaware corporation and wholly owned subsidiary of V10. V10 is a company limited by shares under the laws of the British Virgin Island. Virgin Investments Limited holds an approximate 80.7% ownership interest in V10, and Aabar Space Inc. holds an approximate 19.3% ownership interest in V10. Virgin Investments Limited is wholly owned by Virgin Group Investments LLC, whose sole managing member is Corvina Holdings Limited, which is wholly owned by Virgin Group Holdings Limited (Virgin Group Holdings). Virgin Group Holdings is owned by Sir Richard Branson, and he has the ability to appoint and remove the management of Virgin Group Holdings and, as such, may indirectly control the decisions of Virgin Group Holdings, regarding the voting and disposition of securities held by Virgin Group Holdings. Therefore, Sir Richard Branson may be deemed to have indirect beneficial ownership of the shares held by Virgin Group Holdings. The address of Virgin Group Holdings Limited is Craigmuir Chambers, Road Town, Tortola, VG1110, British Virgin Islands. The address of Virgin Investments Limited is Craigmuir Chambers, Road Town, Tortola, VG1110, British Virgin Islands and the address of Corvina Holdings Limited is Craigmuir Chambers, Road Town, Tortola, VG1110, British Virgin Islands.

(11)    Messrs. Palihapitiya and Osborne may be deemed to beneficially own securities held by SCH Sponsor Corp. by virtue of their shared control over SCH Sponsor Corp.

(12)    Consists of shares of VGH, Inc. common stock underlying the Director RSU Awards. The Director RSU Awards will vest at the Closing but will not settle into shares of VGH, Inc. common stock until a date, selected by VGH, Inc., that occurs between January 1 and December 31 of the year following the Closing. The grant and vesting of the Director RSU Awards are contingent upon, among other things, the consummation of the Business Combination, the approval of the 2019 Plan by SCH shareholders and the continued service of the respective participants on the SCH board of directors through the date of the Closing.

## CERTAIN RELATIONSHIPS AND RELATED PERSON TRANSACTIONS

**Social Capital Hedosophia Holdings Corp.**

### *Founder Shares*

In May 2017, the Sponsor purchased 14,375,000 SCH Class B ordinary shares for an aggregate purchase price of $25,000, or approximately $0.002 per share (after giving effect to a surrender of shares by the Sponsor for no value on May 18, 2017 and a subsequent share capitalization on August 23, 2017) (the "Founder Shares"). On September 13, 2017, SCH effected a pro rata share capitalization resulting in an increase in the total number of Founder Shares outstanding from 14,375,000 to 17,250,000 in order to maintain the ownership of Founder Shares by the Sponsor at 20% of the issued and outstanding ordinary shares of SCH upon consummation of its initial public offering.

These Founder Shares are identical to the SCH Class A ordinary shares included in the units sold in SCH's initial public offering, except that (i) only the holders of the Founder Shares have the right to vote on the election of directors prior to the initial business combination (as defined in the Cayman Constitutional Documents), (ii) the founder shares are subject to certain transfer restrictions, (iii) the holders of the Founder Shares have agreed pursuant to a letter agreement to waive (x) their redemption rights with respect to the Founder Shares and public shares held by them in connection with the completion of a business combination and (y) their rights to liquidating distributions from the trust account with respect to the Founder Shares if SCH fails to complete a business combination by December 18, 2019, (iv) the Founder Shares are automatically convertible into SCH Class A ordinary shares at the time of the initial business combination and (v) the Founder Shares are entitled to registration rights.

In connection with the Business Combination, upon the Domestication, 17,250,000 Founder Shares will convert automatically, into the number of shares of VGH, Inc. common stock that is equal to the number of SCH Class B ordinary shares held by the Sponsor immediately prior to the Domestication *minus* after giving effect to the Domestication, the number of shares of VGH, Inc. common stock underlying the Director RSU Awards that are outstanding as of immediately prior to the Domestication. For additional information, see "*Domestication Proposal.*"

### *Private Placement Warrants*

Simultaneously with the consummation of the initial public offering of SCH, the Sponsor purchased 8,000,000 warrants to purchase one SCH Class A ordinary share at an exercise price of $11.50 (the "Private Placement Warrants") at a price of $1.50 per warrant, or $12.0 million in the aggregate, in a private placement. Each Private Placement Warrant entitles the holder to purchase one SCH Class A ordinary share for $11.50 per share. A portion of the proceeds from the sale of the Private Placement Warrants was placed in the trust account of SCH. The Private Placement Warrants may not be redeemed by SCH so long as they are held by the Sponsor or its permitted transferees. If the Private Placement Warrants are held by holders other than the Sponsor or its permitted transferees, the private placement warrants will be redeemable by us and exercisable by the holders on the same basis as the warrants included in the units that were sold as part of the initial public offering of SCH. The Sponsor, or its permitted transferees, has the option to exercise the private placement warrants on a cashless basis.

The Private Placement Warrants are identical to the warrants included in the units sold in the initial public offering of SCH except that the Private Placement Warrants: (i) are not redeemable by SCH, (ii) may be exercised for cash or on a cashless basis so long as they are held by the Sponsor or any of its permitted transferees and (iii) are entitled to registration rights (including the ordinary shares issuable upon exercise of the Private Placement Warrants). Additionally, the purchasers have agreed not to transfer, assign or sell any of the Private Placement Warrants, including the SCH Class A ordinary shares issuable upon exercise of the Private Placement Warrants (except to certain permitted transferees), until 30 days after the completion of SCH's initial business combination.