# EXHIBIT 3



**U.S. Securities and Exchange Commission**

# Filing Detail

Search the Next-Generation EDGAR System

SEC Home  »  Search the Next-Generation EDGAR System  »  Company Search  »  *Current Page*

---

**Form 425** - *Prospectuses and communications, business combinations:*

SEC Accession No. 0001144204-19-034157

**Filing Date**
2019-07-09
**Accepted**
2019-07-09 17:11:29
**Documents**
1

Document Format Files

| Seq | Description | Document | Type | Size |
|-----|-------------|----------|------|------|
| 1 | 425 | tv524935_425.htm | 425 | 20131 |
| | Complete submission text file | 0001144204-19-034157.txt | | 21631 |

**Social Capital Hedosophia Holdings Corp. (Filed by) CIK: 0001706946 (see all company filings)**
IRS No.: **000000000** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **425**
SIC: **6770** Blank Checks
Office of Real Estate & Construction

Business Address
*120 HAWTHORNE AVENUE*
*PALO ALTO CA 94301*
*(650) 521-9007*

Mailing Address
*120 HAWTHORNE AVENUE*
*PALO ALTO CA 94301*

**Social Capital Hedosophia Holdings Corp. (Subject) CIK: 0001706946 (see all company filings)**
IRS No.: **000000000** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **425** | Act: **34** | File No.: **001-38202** | Film No.: **19947733**
SIC: **6770** Blank Checks
Office of Real Estate & Construction

Business Address
*120 HAWTHORNE AVENUE*
*PALO ALTO CA 94301*
*(650) 521-9007*

Mailing Address
*120 HAWTHORNE AVENUE*
*PALO ALTO CA 94301*