# EXHIBIT 7

Case 1:21-cv-03070-NRM-TAM    Document 79-7    Filed 04/07/23    Page 1 of 6 PageID #: 2575

As filed with the Securities and Exchange Commission on May 1, 2020

Registration No. 333–

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM S-1
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# Virgin Galactic Holdings, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 4700 | 98-1366046 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**166 North Roadrunner Parkway, Suite 1C**
**Las Cruces, New Mexico 88011**
**(575) 424-2100**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**George Whitesides**
**Chief Executive Officer**
**166 North Roadrunner Parkway, Suite 1C**
**Las Cruces, New Mexico 88011**
**(575) 424-2100**
**(Address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| Justin G. Hamill | Michelle Kley |
| Shayne Kennedy | Executive Vice President, General Counsel |
| Drew Capurro | 166 North Roadrunner Parkway, Suite 1C |
| Latham & Watkins LLP | Las Cruces, New Mexico 88011 |
| 885 Third Avenue | (575) 424-2100 |
| New York, NY 10022 | |
| (212) 906-1200 | |

**APPROXIMATE DATE OF COMMENCEMENT OF PROPOSED SALE TO THE PUBLIC:** From time to time after the effective date of this registration statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, other than securities offered only in connection with dividend or interest reinvestment plans, check the following box.  ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for comply with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of Securities Act.  ☐

## CALCULATION OF REGISTRATION FEE

| Title of each class of securities to be registered | Amount to be Registered [(1)] | Proposed Maximum Aggregate Offering Price Per Share | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Shares of common stock, $0.0001 par value per share, to be sold by selling stockholders | 150,464,840 | $17.52[(2)] | $2,636,143,997 | $342,172[(3)] |

(1)   In accordance with Rule 416 under the Securities Act of 1933, as amended, this registration statement shall be deemed to cover an indeterminate number of additional shares to be offered

(2)    In accordance with Rule 457(c) under the Securities Act of 1933, as amended, the proposed maximum aggregate offering price per share of these shares of common stock is estimated solely for the calculation of the registration fees due for this filing. The calculation of the proposed aggregate offering price of these shares of common stock is based on the average of the bid and asked prices for the common stock as quoted on the New York Stock Exchange on April 27, 2020.

(3)    Pursuant to Rule 457(p) of the Securities Act of 1933, as amended, the registrant is offsetting the registration fee due under this registration statement by $46,274, which represents the portion of the registration fee previously paid with respect to unsold securities included in the registrant's registration statement on Form S-1 (File No. 333-234770) initially filed with the Securities and Exchange Commission on Form S-3 on November 18, 2019.

_____

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

*The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.*

*Subject to Completion, dated May 1, 2020.*

**PROSPECTUS**



# Virgin Galactic Holdings, Inc.

## 150,464,840 Shares of Common Stock

This prospectus relates to the resale of up to 150,464,840 shares of our common stock by the selling stockholders named in this prospectus or their permitted transferees, which includes up to 142,464,840 outstanding shares of our common stock and up to 8,000,000 shares of our common stock that are issuable upon the exercise of warrants to purchase our common stock that were initially issued in connection with a private placement. We are registering the shares for resale pursuant to such stockholders' registration rights under a registration rights agreement between us and such stockholders. Subject to any contractual restrictions on them selling the shares of our common stock they hold, the selling stockholders may offer, sell or distribute all or a portion of their shares of our common stock publicly or through private transactions at prevailing market prices or at negotiated prices. We will not receive any of the proceeds from the sale of the shares of our common stock owned by the selling stockholders. We will bear all costs, expenses and fees in connection with the registration of these shares of our common stock, including with regard to compliance with state securities or "blue sky" laws. The selling stockholders will bear all commissions and discounts, if any, attributable to their sale of shares of our common stock.

See "Plan of Distribution" beginning on page 112 of this prospectus.

**INVESTING IN OUR SECURITIES INVOLVES RISKS. SEE "<u>RISK FACTORS</u>" BEGINNING ON PAGE 5 OF THIS PROSPECTUS AND ANY SIMILAR SECTION CONTAINED IN ANY APPLICABLE PROSPECTUS SUPPLEMENT TO READ ABOUT CERTAIN FACTORS YOU SHOULD CONSIDER BEFORE INVESTING IN OUR SECURITIES.**

Our common stock is listed on the New York Stock Exchange (the "NYSE") under the symbol "SPCE". On April 30, 2020, the last reported sale price of our common stock was $17.62 per share.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

**The date of this prospectus is          , 2020.**

Unless otherwise indicated, we believe that all persons named in the table below have sole voting and investment power with respect to the voting securities beneficially owned by them.

| Name of Beneficial Owner[1] | Shares Beneficially Owned | | Maximum Number of Shares That May be Offered Pursuant to this Prospectus | Shares Beneficially Owned after this Offering | |
| --- | --- | --- | --- | --- | --- |
| | Shares | % of Ownership | | Shares | % of Ownership |
| **Holders of More Than 5%** | | | | | |
| Vieco 10 Limited[2] | 114,790,438 | 54.6 % | 114,790,438 | — | — |
| SCH Sponsor Corp.[3] | 23,750,000 | 10.9 % | 23,750,000 | — | — |
| **Directors and Named Executive Officers** | | | | | |
| Chamath Palihapitiya[3],[4] | 33,750,000 | 15.5 % | 33,750,000 | — | — |
| Wanda Austin | — | — | — | — | — |
| Adam Bain[5] | 1,200,000 | * | — | 1,200,000 | * |
| Craig Kreeger | — | — | — | — | — |
| Evan Lovell | — | — | — | — | — |
| George Mattson | — | — | — | — | — |
| James Ryans | 100,000 | * | — | 100,000 | * |
| George Whitesides[6] | 5,850 | * | — | 5,850 | * |
| Jonathan Campagna | — | — | — | — | — |
| Michael Moses | — | — | — | — | — |
| Enrico Palermo | — | — | — | — | — |
| All Directors and Executive Officers as a Group (12 individuals) | 35,059,153 | 16.1 % | 33,750,000 | 1,309,153 | 0.6% |
| **Other Selling Stockholders** | | | | | |
| Boeing HorizonX Ventures, LLC[7] | 1,924,402 | * | 1,924,402 | — | — |

---

\*    Less than one percent

(1)    Unless otherwise noted, the business address of each of those listed in the table above is 166 North Roadrunner Parkway, Suite 1C, Las Cruces, NM 88011.

(2)    Vieco 10 is a company limited by shares under the laws of the British Virgin Islands. Virgin Investments Limited holds an approximate 80.7% ownership interest in Vieco 10, and Aabar Space Inc. holds an approximate 19.3% ownership interest in Vieco 10. Virgin Investments Limited is wholly owned by Virgin Group Investments LLC, whose sole managing member is Corvina Holdings Limited, which is wholly owned by Virgin Group Holdings Limited ("Virgin Group Holdings"). Virgin Group Holdings is owned by Sir Richard Branson, and he has the ability to appoint and remove the management of Virgin Group Holdings and, as such, may indirectly control the decisions of Virgin Group Holdings regarding the voting and disposition of securities held by Virgin Group Holdings. Therefore, Sir Richard Branson may be deemed to have indirect beneficial ownership of the shares held by Virgin Group Holdings. The address of Vieco 10, Virgin Group Holdings Limited, Virgin Investments Limited and Corvina Holdings Limited is Craigmuir Chambers, Road Town, Tortola, VG1110, British Virgin Islands. The address of Sir Richard Branson is Branson Villa (Necker Beach Estate), Necker Island, VG 1150, British Virgin Islands.

(3)    Includes 15,750,000 shares of our common stock directly held by the Sponsor and 8,000,000 shares issuable upon the exercise of warrants issued to the Sponsor in a private placement concurrent with our initial public offering. Chamath Palihapitiya may be deemed to beneficially own securities held by the Sponsor by virtue of his shared control over the Sponsor. The address of the Sponsor is 317 University Avenue, Suite 200, Palo Alto, California 94301.

(4)    Mr. Palihapitiya has pledged, hypothecated or granted security interests in all of the shares of our common stock held by him (but not those shares held by the Sponsor) pursuant to a margin loan agreement with customary default provisions. In the event of a default under the margin loan agreement, the secured parties may foreclose upon any and all shares of common stock pledged to them and may seek recourse against the borrower.

(5)   Consists of shares of our common stock underlying the restricted stock unit awards that vested upon the consummation of the Virgin Galactic Business Combination but will not settle into shares of our common stock until a date, selected by us, that occurs between January 1, 2020 and December 31, 2020.

(6)   Includes 5,850 shares of common stock held directly by George Whitesides.

(7)   The shares beneficially owned by Boeing HorizonX Ventures, LLC ("HorizonX Ventures") and offered pursuant to this prospectus were acquired pursuant to a subscription agreement entered in October 2019, and purchased immediately following the closing of the Virgin Galactic Business Combination. The Boeing Company is the sole member of HorizonX Ventures and through its board of directors has the power to vote or dispose of the securities held of record by HorizonX Ventures and beneficially owns the securities. The members of the board of directors of The Boeing Company disclaim beneficial ownership with respect to such shares, except to the extent of their pecuniary interest therein, if any. The address for The Boeing Company is 100 N. Riverside Plaza, Chicago, Illinois 60606.

106