# EXHIBIT 8

425 1 d740846d425.htm 425

Filed by Social Capital Hedosophia Holdings Corp.
Pursuant to Rule 425 under the Securities Act of 1933
and deemed filed pursuant to Rule 14a-12
of the Securities Exchange Act of 1934
Subject Company: Virgin Galactic
Commission File No. 333-233098



## Today's Presenters

    

| George Whitesides | Enrico Palermo | Beth Moses | Stephen Attenborough | Jon Campagna |
| --- | --- | --- | --- | --- |
| Chief Executive Officer | President, The Spaceship Company ["TSC"] | Chief Astronaut Instructor, Astronaut | Commercial Director | Chief Financial Officer |

