**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, JON CAMPAGNA,<br><br>Defendants. | Case No.: 1:21-cv-03070-ARR-TAM |

**DECLARATION OF KEVIN M. MCDONOUGH**
**IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Kevin M. McDonough, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Virgin Galactic Holdings, Inc. ("Virgin Galactic"), Richard Branson, Chamath Palihapitiya, George Whitesides, and Michael Colglazier (collectively, "Defendants") in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and I am admitted to practice in the United States District Court for the Eastern District of New York.

2.     I respectfully submit this declaration in support of the Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint.  I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon, could and would testify competently thereto.

3.     Attached as Exhibit 1 is a true and correct copy of a chart comparing Plaintiffs' allegations of falsity in both the First Amended Complaint and the Second Amended Complaint

for statements that were previously dismissed by the Court, and that have now been reasserted in the Second Amended Complaint.

4.     Attached as <u>Exhibit 2</u> is a true and correct copy of excerpts from materials prepared for the Virgin Galactic Board of Directors meeting held on March 24, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    May 5, 2023

*/s/ Kevin M. McDonough*
Kevin M. McDonough
