# Exhibit 1

**RECYCLED STATEMENTS PREVIOUSLY
DISMISSED BY THIS COURT AS NOT FALSE OR MISLEADING[1]**

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
| SAC ¶ 93<br><br>FAC ¶ 522 | "On November 20, 2019, Defendant Palihapitiya told CNBC that commercial flights 'will begin in about six to nine months' and that 'I think the story of Virgin is just so new that it hasn't been written yet. ***We'll start commercial operations in the middle of next year, so the full-fledged business value will become apparent very quickly to a lot more people at that point***.'"<br>FAC ¶ 522. | "On November 20, 2019, in an interview with CNBC, when asked, '[s]ince its listing, [Virgin Galactic is] down 20%, do you think the performance would have been different if it had gone the route of an IPO versus a direct listing?' Palihapitiya responded, 'Not really …. The story of Virgin is just so new it just hasn't even been written yet. The reality is we will start commercial operations in the middle of next year. And so the full-fledged business value will become apparent very quickly to a lot more people at that point. And so everything that happens between now and then quite honestly is a lot of people hedging, | "The statements were misleading because, among other things: (a) the second of the two spaceflights, the February 2019 flight, was not a success because it had nearly ended in disaster; (b) the flights were not repeatable, because on the second flight, Unity's horizontal stabilizers were destroyed and took up to fourteen months to replace; (c) Unity was grounded with no end in sight; (d) Virgin Galactic had encountered major unresolved safety problems in its first, third, fourth, and fifth powered flights to date, all of which would need to be addressed before any commercial flights; (e) Eve developed cracks every flight, many | "Defendants' statements were false. Unity's design, fabrication, and assembly were not complete because, among other things, it still did not have horizontal stabilizers, having destroyed its last set on the February 2019 flight. Nor did it have a working set of controls, because it was in the middle of replacing its old manual controls. With the old controls, Unity shook uncontrollably at speeds of Mach 1.5-2.0. The new digital controls aimed to automatically control the shaking, but they had not been tested and risked introducing problems of their own."  SAC ¶ 94. |

---

[1] For readability, noticeable typographic and quotation mark mistakes have been altered.

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
| | | some people speculating but it's really, the there there will begin in six to nine months.'" SAC ¶ 93. | of which were not being fixed; (f) Virgin Galactic's inspections could not detect problems; (g) Unity and Eve were prototypes not meant to withstand more than a few flights; (h) Virgin Galactic did not know Unity and Eve's configuration; (i) because of (a)-(h) there was no basis to claim that commercial flights would begin in the following six to nine months; and, therefore, (j) Defendants' statements were misleading without disclosure of (a)-(i), among other facts, because they materially conflicted with the impression reasonable investors would take from Defendants' statements." FAC ¶ 523. | |
| SAC ¶ 295  FAC ¶ 520 | "Well, I think, we have the advantage of having already put people into space and we've made five new astronauts; there | "**Q:** And, Richard, you've been in this race for a long time. Obviously, now, competing against some other big names—Jeff | "The statements were misleading because, among other things: (a) the second of the two spaceflights, the February 2019 flight, was | "Branson's statements were false because (a) on the February flight, the latest as of Branson's statement, Unity's |

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
| | haven't any others made on American soil since 2009. And, so, *we have a tested and tried system that is performing well.*"  FAC ¶ 520 (quoting Branson). | Bezos and Elon Musk among them. What's the first-mover advantage here?<br><br>**DEFENDANT BRANSON:** Well, I think, we have the advantage of having already put people into space and we've made five new astronauts; there haven't any others made on American soil since 2009. *And, so, we have a tested and tried system that is performing well.* And we're building – using the money that we've raised today, we can build a lot more spaceships and motherships, and a lot more rockets, and we're able to build the number of people that are able to go into space."  SAC ¶ 295 | not a success because it had nearly ended in disaster; (b) Unity's architecture was not reliable, as on the second flight, Unity's horizontal stabilizers were destroyed and took up to fourteen months to replace; (c) Virgin Galactic had grounded Unity to address the horizontal stabilizers and many other known safety problems; (d) Eve developed cracks every flight, many of which were not being fixed; (e) Virgin Galactic had encountered major unresolved safety problems in its first, third, fourth, and fifth powered flights to date, all of which would need to be addressed before any commercial flights; (f) Virgin Galactic's inspections could not detect problems; (g) Virgin Galactic did not know Unity and Eve's configuration; and (h) | horizontal stabilizers had popped mid-flight, endangering the lives of everyone on the spaceship and requiring lengthy repairs; (b) all of Unity's flights had taken place using manual controls that left Unity shaking uncontrollably between Mach 1.5 and 2 and which Defendants acknowledged needed to be replaced; (c) Unity's flight tests were one near disaster after another; and (d) Unity and Eve were prototypes which needed weeks to months of downtime after every flight and would never be able to make more than token commercial flights."  SAC ¶ 296. |

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
| | | | Defendants' statements that Virgin Galactic's system was 'tested and tried [and] performing well' were misleading without disclosure of (a)-(g), among other facts, because they materially conflicted with the impression reasonable investors would take from Defendants' statements." FAC ¶ 521. | |
| SAC ¶ 297 FAC ¶ 524 | "Virgin Galactic reaches space for the second time[.] ***Ten weeks after our first flight to space, we did it again, travelling higher and faster than ever before and, for the first time, with a third crew member on board.*** This flight saw two more of our pilots, Dave Mackay and Mike 'Sooch' | "Virgin Galactic reaches space for the second time[.] ***Ten weeks after our first flight to space, we did it again, travelling higher and faster than ever before and, for the first time, with a third crew member on board.*** <u>This flight</u>[2] saw two more of our | "The statements were misleading because, among other things: (a) the flight being referred to, the February 2019 flight, was not a success because it had nearly ended in disaster; (b) the flight was not repeatable because on the flight, Unity's horizontal stabilizers were | "These statements were false and misleading because: (a) they were made shortly after the February 2019 flight which left Unity critically damaged and was a near-disaster; (b) the February 2019 test flight did not suffer from a minor operational problem but a |

[2] "The words 'This flight' were a link to a February 22, 2019 press release Defendants published and placed on Virgin Galactic's website titled *Virgin Galactic Makes Space for Second Time in Ten Weeks with Three on Board, Reaching Higher Altitudes and Faster Speeds, as Flight Test Program Continues.* SAC ¶ 298.

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
| | Masucci, become commercial astronauts, with Chief Pilot Mackay entering the record books as the first Scot in space. Our Chief Astronaut Instructor, Beth Moses, flew as the third crew member to carry out a live evaluation of cabin dynamics – floating freely in zero gravity. She became the first woman to fly on board a commercial spaceship and had the coveted honor of being awarded the title of Commercial Astronaut 007." FAC ¶ 524. | pilots, Dave Mackay and Mike 'Sooch' Masucci, become commercial astronauts, with Chief Pilot Mackay entering the record books as the first Scot in space. Our Chief Astronaut Instructor, Beth Moses, flew as the third crew member to carry out a live evaluation of cabin dynamics—floating freely in zero gravity. She became the first woman to fly on board a commercial spaceship and had the coveted honor of being awarded the title of Commercial Astronaut 007." SAC ¶ 297. | destroyed and took up to fourteen months to replace; (c) Unity was not flying because it was grounded for safety problems; (d) Virgin Galactic had encountered major unresolved safety problems in its first, third, fourth, and fifth powered flights to date, all of which would need to be addressed before any commercial flights; (e) Eve developed cracks every flight, many of which were not being fixed; and, (f) Unity was grounded with no end in sight because Virgin Galactic needed to repair it; (g) Virgin Galactic's inspections could not detect problems; (h) Virgin Galactic did not know Unity and Eve's configuration; (i) because (a)-(h) the impression Defendants gave by stating 'we did it again', namely, that the flight was | serious structural failure of the spacecraft; (c) on that flight, the horizontal stabilizer 'popped like a bag of chips,' but avoided disaster because it popped in the 'right spot'; and, therefore because a reasonable investor would not conclude that this level occurred from the description of the flight as 'safe,' these statements were materially misleading." SAC ¶ 299. |

5

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
| | | | successful, was misleading; and, therefore, (j) Defendants' statements were misleading without disclosure of (a)-(h), among other facts, because they materially conflicted with the impression reasonable investors would take from Defendants' statements." FAC ¶ 525. | |
| SAC ¶ 302<br><br>FAC ¶ 538 | "*I am thrilled with the team's hard work to complete today's test flight successfully. It was an important test that, pending data review, means we can now start preparing the vehicles for powered flight. Our focus for this year remains unchanged on ensuring the vehicles and our operations are prepared for long-term, regular commercial spaceflight service.*" FAC ¶ 538 (quoting Mr. Whitesides). | "I am thrilled with the team's hard work to complete today's test flight successfully. It was an important test that, pending data review, means we can now start preparing the vehicles for powered flight. Our focus for this year remains unchanged on *ensuring the vehicles* and our operations *are prepared for long-term, regular commercial spaceflight service*." SAC ¶ 302 (quoting Mr. Whitesides). | "The statements were misleading because, among other things: (a) Unity was not ready for powered flights because Virgin Galactic employees were still installing parts necessary for it to function; the February 2019 flight Whitesides refers was not successful because it had nearly ended in disaster; (b) Virgin Galactic had a track record of unsuccessful flights, because it had encountered major unresolved safety problems in its first, third, fourth, and fifth powered | "The statement that Virgin Galactic was focused on ensuring 'the vehicles'—i.e., Eve and Unity, 'are prepared for long-term, regular commercial spaceflight service' was materially false and misleading because those vehicles were mere prototypes that were not designed or intended to be used in 'long-term, *regular* commercial spaceflight service' and Defendants knew that they could not withstand such long-term, regular |

6

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
| | | | flights to date, all of which would need to be addressed before any commercial flights; (c) on the February 2019 flight, Unity's horizontal stabilizers were destroyed and took up to fourteen months to replace; (d) Eve developed cracks every flight, many of which were not being fixed; (e) Virgin Galactic's inspections could not detect problems; (f) Unity and Eve were prototypes not suitable for commercial flight; (g) whatever small milestones Virgin Galactic met were not related to commercialization; (h) Virgin Galactic did not know Unity and Eve's configuration; and, therefore, (i) Defendants' statements were misleading without disclosure of (a)-(h), among other facts, because they materially conflicted with the impression reasonable | commercial service." SAC ¶ 303. |

7

| Complaint Citations | Challenged Statement (FAC) | Challenged Statement (SAC) | Alleged Falsity (FAC) | Alleged Falsity (SAC) |
|---|---|---|---|---|
|  |  |  | investors would take from Defendants' statements." FAC ¶ 539. |  |

8