**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., RICHARD BRANSON, CHAMATH PALIHAPITIYA, MICHAEL A. COLGLAZIER, and GEORGE WHITESIDES,<br><br>            Defendants. | Case No. 1:21-cv-03070-ARR-TAM |

**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY RELATED TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Ex Kano S. Sams II, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of a redline showing the changes made between the original decision in *Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd.*, 54 F.4th 82 (2d Cir. 2022) issued on September 30, 2022, ("*Frutarom I*") and the amended decision issued on November 30, 2022 ("*Frutarom II*").

3.      Attached as Exhibit 2 is the Brief for *Amici Curiae* Securities Law Scholars in Support of Plaintiffs-Appellants in *Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd.*, Case No. 21-1076, filed in the United States Court of Appeals for the Second Circuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 19th day of May, 2023, at Los Angeles, California.

*s/Ex Kano S. Sams II*
Ex Kano S. Sams II

1