D/F

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., RICHARD BRANSON, CHAMATH PALIHAPITIYA, MICHAEL A. COLGLAZIER, and GEORGE WHITESIDES,<br><br>     Defendants. | Case No. 1:21-cv-03070-ARR-TAM |

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY RELATED TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Having considered Plaintiffs' Unopposed Motion for Leave to file Sur-Reply Related to Defendants' Motion to Dismiss Second Amended Complaint ("Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED.  Plaintiffs are ordered to file the proposed sur-reply within two business days.

**IT IS SO ORDERED.**

Dated: May 22 , 2023

/s/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

1