**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>          Defendants. | Case No. 1:21-cv-03070-ARR-TAM |

## PLAINTIFFS' MOTION FOR RECONSIDERATION, CERTIFICATION FOR INTERLOCUTORY APPEAL, AND/OR ENTRY OF FINAL JUDGMENT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law In Support of Motion for Reconsideration, Certification of an Order In Support of Plaintiffs' Motion for Reconsideration, Certification for Interlocutory Appeal, and/or Entry of Final Judgment, dated August 22, 2023, and the exhibit thereto, Plaintiffs Mark Kusnier, Robert Scheele, Xinqiang Cui, Justin Carlough, Jennifer Ortiz, Richard O-Keefe-Jones, Vipul Gupta, Maria Josephine Rosales, and Hesham Ibrahim will move this Court, the Honorable Allyne R. Ross, United States District Judge for the Eastern District of New York, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, for an order:

(A)    Reconsidering in part the Court's August 8, 2022 Order ("Order") by:

    1.  Finding that Plaintiffs have sufficiently alleged that the statement in ¶ 298 of Plaintiffs' Second Amended Complaint ("SAC") is actionable under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"); and

1

2. Finding that the SAC sufficiently alleges Section 10(b) insider trading claims as to Defendant Richard Branson's August 10-12 sale of Virgin Galactic stock;

(B)    Certifying the Order for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b);

(C)    If the Court declines to reconsider its order finding that Plaintiffs have not stated a claim as to ¶ 298 of the SAC, as set out in (A)(1), and declines to certify the Order for an interlocutory appeal, as set out in (B), finding no just cause for delay of entry of judgment and entering final judgment against Plaintiffs Mark Kusnier, Robert Scheele, Xinqiang Cui, Justin Carlough, Vipul Gupta, and Maria Joseph Rosales, pursuant to Federal Rule of Civil Procedure 54(b).

Dated: August 22, 2023

Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By: _s/ Kara M. Wolke_
Kara M. Wolke
Ex Kano S. Sams II
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
phone: (310) 201-9150
fax: (310) 432-1495
Email: kwolke@glancylaw.com
        esams@glancylaw.com
        npang@glancylaw.com

THE ROSEN LAW FIRM, P.A.

By: *s/ Jonathan Horne*
Jonathan Horne, Esq. (JH 7258)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Plaintiffs*

3

## **PROOF OF SERVICE**

I hereby certify that on this 22nd day of August, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Kara M. Wolke*
Kara M. Wolke