**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br><br><br>v.<br><br><br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

**NOTICE OF MOTION TO ADD MONTGOMERY BRANTLEY AS A NAMED PLAINTIFF**

PLEASE TAKE NOTICE that upon the accompanying Memorandum Of Law In Support Of Plaintiffs And Proposed Plaintiff Montgomery Brantley's Motion To Add Montgomery Brantley As A Named Plaintiff ("Plaintiffs' Motion"), Plaintiffs and proposed plaintiff Montgomery Brantley will move this Court before the Honorable Allyne R. Ross, United States District Judge for the Eastern District of New York, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, for an order granting Plaintiffs' Motion.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order entered on April 11, 2024, answering papers shall be served on or before May 21, 2024, and reply papers shall be served on or before May 31, 2024.

DATED:  May 1, 2024                 Respectfully submitted,

By: */s/   Natalie S. Pang*
Kara M. Wolke
Ex Kano S. Sams, II
Natalie S. Pang
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150
Email: kwolke@glancylaw.com
        esams@glancylaw.com
        npang@glancylaw.com

Jonathan Horne, Esq. (JH 7258)
Laurence M. Rosen, Esq. (LR 5733)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
        lrosen@rosenlegal.com

*Attorneys for Plaintiffs*