**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, JON CAMPAGNA,

Defendants.

Case No. 1:21-cv-03070-ARR-TAM

## CERTIFICATE OF SERVICE

I, Tara Villegas, hereby certify and state that on May 21, 2024, pursuant to Section III(D) of the Court's Individual Motion Practice and Rules, and the agreement of counsel, I caused the following document to be served on all counsel of record via email:

1. Memorandum of Law in Opposition to Plaintiffs and Proposed Plaintiff Montgomery Brantley's Motion to add Montgomery Brantley as a Named Plaintiff.

Dated: May 21, 2024
    San Diego, CA

_____
Tara Villegas

1