UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHANE LAVIN, Individually and On Behalf of All Others
Similarly Situated,

                    *Plaintiffs*,

    -against-

VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A.
COLGLAZIER, GEORGE WHITESIDES, MICHAEL
MOSES, RICHARD BRANSON, and CHAMATH
PALIHAPITIYA,

                    *Defendants*.

21-CV-3070 (ARR) (TAM)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

**ORDER**

The parties have jointly proposed a modification of existing deadlines related to discovery and motion practice in the present matter. Letter Motion for Extension of Time, ECF No. 136. I grant the parties' request, as modified below, and set the following deadlines.

1. Substantial completion of production in response to all requests for production will occur 60 days following the Parties reaching agreement on search terms and custodians, but no later than **December 18, 2024** for requests for production already served.

2. Defendants to file opposition to class certification motion on or before ~~**January 28, 2025**~~ **December 6, 2024**.

3. Plaintiffs to file reply in support of class certification motion on or before ~~**March 21, 2025**~~ **January 3, 2025**.

4. Completion of fact discovery by **March 21, 2025**

5. Parties to file joint status report certifying close of fact discovery on or before **March 28, 2025**.

6. Exchange of expert disclosures on **June 13, 2025**.

7. Opening expert reports due **July 29, 2025**.

8. Rebuttal expert reports due **August 26, 2025**.

9. Reply expert reports due **September 23, 2025**.

10.     Expert discovery completion by **October 14, 2025**.

11.     Certification of the completion of all discovery due **October 14, 2025**.

**SO ORDERED.**

/s/
_____
Allyne R. Ross
United States District Judge

Dated:          October 23, 2024
                Brooklyn, New York