**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, JON CAMPAGNA,<br><br>Defendants. | Case No.: 1:21-cv-03070-ARR-TAM |

**DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Kevin M. McDonough, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Virgin Galactic Holdings, Inc. ("Virgin Galactic" or the "Company"), Sir Richard Branson, and Chamath Palihapitiya (with Virgin Galactic, the "Defendants") in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and the U.S. District Court for the Eastern District of New York.

2.     I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon, could and would testify competently thereto.

3.     Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of David I. Tabak, taken on November 20, 2024 in New York, New York.

4.      Attached as Exhibit 2 is a true and correct copy of Plaintiff Montgomery Brantley's Fidelity investment report for the period October 1, 2019 to October 31, 2019 (unredacted), bearing the bates stamps PLTF_VG_82280—82287.

5.      Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Montgomery Brantley, taken on November 25, 2024 via Zoom.

6.      Attached as Exhibit 4 is a true and correct copy of Social Capital Hedosophia Holdings Corp.'s ("SCH") Form 8-K, filed with the United States Securities and Exchange Commission ("SEC") on October 23, 2019.

7.      Attached as Exhibit 5 is a true and correct copy of Plaintiff Montgomery Brantley's Fidelity investment report for the period October 1, 2019 to October 31, 2019, as redacted by Plaintiffs, bearing the bates stamps PLTF_VG_0391—0398.

8.      Attached as Exhibit 6 is a true and correct copy of SCH's Form 8-K, filed with the SEC on July 9, 2019.

9.      Attached as Exhibit 7 is a true and correct copy of Vieco USA, Inc.'s Form 4, filed with the SEC on October 29, 2019.

10.      Attached as Exhibit 8 is a true and correct copy of Defendant Chamath Palihapitiya's Form 4, filed with the SEC on October 29, 2019.

11.      Attached as Exhibit 9 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Jennifer Ortiz, taken on November 21, 2024 in Livingston, New Jersey.

12.      Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Richard O'Keefe-Jones, taken on November 26, 2024 via Zoom.

13.      Attached as Exhibit 11 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Hesham Ibrahim, taken on December 4, 2024 via Zoom.

2

14.    Attached as Exhibit 12 is a true and correct copy of Plaintiff Jennifer Ortiz's Robinhood investment report dated November 19, 2021, bearing the bates stamps PLTF_VG_82334—82335.

15.    Attached as Exhibit 13 is a true and correct copy of Plaintiff Jennifer Ortiz's Robinhood investment report dated November 26, 2021, bearing the bates stamps PLTF_VG_82336—82337.

16.    Attached as Exhibit 14 is a true and correct copy of text messages exchanged between Plaintiff Hesham Ibrahim and her parents, bearing the bates stamps PLTF_VG_0283—0292.

17.    Attached as Exhibit 15 is a true and correct copy of a report detailing Virgin Galactic's stock trading data, including trade volume, for the period July 6, 2021 to July 15, 2021, taken from Yahoo! Finance on December 16, 2024.

18.    Attached as Exhibit 16 is a true and correct copy of excerpts from SCH's Form S-4, filed with the SEC on August 7, 2019.

19.    Attached as Exhibit 17 is a true and correct copy of Plaintiff Jennifer Ortiz's Robinhood investment report dated January 26, 2021, bearing the bates stamps PLTF_VG_0105—0124.

20.    Attached as Exhibit 18 is a true and correct copy of Plaintiff Hesham Ibrahim's E*TRADE investment reports dated December 1, 2020 to September 30, 2024, bearing the bates stamps PLTF_VG_0125— 0282, 82338— 82447.

21.    Attached as Exhibit 19 is a true and correct copy of Virgin Galactic's Form 8-K, filed with the SEC on October 29, 2019.

22.    Attached as <u>Exhibit 20</u> is a true and correct copy of Virgin Galactic's Form 8-K,

filed with the SEC on June 12, 2024.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  December 20, 2024
        Chatham Township, New Jersey


*/s/ Kevin M. McDonough*
Kevin M. McDonough
