# EXHIBIT 7

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| Vieco USA, Inc. | Virgin Galactic Holdings, Inc [ SPCE ] | Director — X 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Officer (give title below) — Other (specify below) |
| 65 BLEECKER STREET, 6TH FLOOR | 10/25/2019 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| NEW YORK    NY    10012 | | Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | X Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/25/2019 | | S | | 10,000,000 | D | $10 | 114,790,438 | D[(1)] | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person[*] |
| --- |
| Vieco USA, Inc. |
| (Last)    (First)    (Middle) |
| 65 BLEECKER STREET, 6TH FLOOR |

(Street)

NEW YORK                NY                          10012

---

(City)                      (State)                    (Zip)

---

Relationship of Reporting Person(s) to Issuer

---

|  |  |  |
|---|---|---|
| Director | X | 10% Owner |
| Officer (give title below) |  | Other (specify below) |

1. Name and Address of Reporting Person[*]

## Vieco 10 Ltd

---

(Last)                      (First)                    (Middle)

CRAIGMUIR CHAMBERS, ROAD TOWN

---

(Street)

TORTOLA                 D8                         VG 1110

---

(City)                      (State)                    (Zip)

---

Relationship of Reporting Person(s) to Issuer

---

|  |  |  |
|---|---|---|
| Director | X | 10% Owner |
| Officer (give title below) |  | Other (specify below) |

1. Name and Address of Reporting Person[*]

**Virgin Investments Ltd**

| (Last) | (First) | (Middle) |
|---|---|---|

CRAIGMUIR CHAMBERS, ROAD TOWN

(Street)

| TORTOLA | D8 | VG 1110 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| Director | X | 10% Owner |
|---|---|---|
| Officer (give title below) | | Other (specify below) |

1. Name and Address of Reporting Person[*]

**Virgin Group Investments LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

CRAIGMUIR CHAMBERS, ROAD TOWN

(Street)

| TORTOLA | D8 | VG 1110 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| Director | X | 10% Owner |
|---|---|---|
| Officer (give title below) | | Other (specify below) |

1. Name and Address of Reporting Person[*]

**Corvina Holdings LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

CRAIGMUIR CHAMBERS, ROAD TOWN

(Street)

| TORTOLA | D8 | VG 1110 |
|---|---|---|

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| Director | X | 10% Owner |
| Officer (give title below) | | Other (specify below) |

1. Name and Address of Reporting Person*

Virgin Group Holdings LTD

| (Last) | (First) | (Middle) |

CRAIGMUIR CHAMBERS, ROAD TOWN

(Street)

| TORTOLA | D8 | VG 1110 |

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| Director | X | 10% Owner |
| Officer (give title below) | | Other (specify below) |

1. Name and Address of Reporting Person*

Branson Sir Richard

| (Last) | (First) | (Middle) |

HEADLAND HOUSE, MOSKITO ISLAND

(Street)

| | D8 | VG 1150 |

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| Director | X | 10% Owner |
| Officer (give title below) | | Other (specify below) |

**Explanation of Responses:**

1. Vieco USA, Inc. ("Vieco US") is the record holder of the common stock reported herein. Vieco US is the wholly owned subsidiary of Vieco 10 Limited, whose majority owner is Virgin Investments Limited, whose sole shareholder is Virgin Group Investments LLC, whose sole managing member is Corvina Holdings Limited, whose sole shareholder is Virgin Group Holdings Limited. Sir Richard Branson owns and has the ability to appoint and remove the management of Virgin Group Holdings Limited and, as such, may indirectly control the decisions of Virgin Group Holdings Limited, regarding the voting and disposition of securities owned by Virgin Group Holdings Limited. As a result, each of the foregoing entities and Mr. Branson may be deemed to share beneficial ownership of the securities held by Vieco US.

**Remarks:**

| | |
|---|---|
| Vieco USA, Inc. By: /s/ James Cahillane, Attorney-in-fact | 10/29/2019 |
| Vieco 10 Limited By: /s/ James Cahillane, Attorney-in-fact | 10/29/2019 |
| Virgin Investments Limited By: /s/ James Cahillane, Attorney-in-fact | 10/29/2019 |
| Virgin Group Investments LLC By: /s/ James Cahillane, Attorney-in-fact | 10/29/2019 |
| Corvina Holdings Limited By: /s/ James Cahillane, Attorney-in-fact | 10/29/2019 |
| Virgin Group Holdings Limited By: /s/ James Cahillane, Attorney-in-fact | 10/29/2019 |
| Sir Richard Branson By: /s/ James Cahillane, Attorney-in-fact | 10/29/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**