# EXHIBIT 15

Case 1:21-cv-00070-NRM-TAM Document 141-15 Filed 12/21/24 Page 2 of 3 PageID #: 5059

Summary    News    Research 🔒    Chart    Community    Statistics    Historical Data    Profile    Financials    Analysis    Options    Holders    Sustainability

NYSE - Nasdaq Real Time Price • USD

# Virgin Galactic Holdings, Inc. (SPCE)    ☆ Follow    ↗ Compare

## 6.57 0.00 (0.00%)
At close: 4:00:02 PM EST

## 6.56 -0.01 (-0.15%)
After hours: 7:59:15 PM EST ☾

| Jul 05, 2021 - Jul 16, 2021 ⌄ | Historical Prices ⌄ | Daily ⌄ |

Currency in USD    🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Jul 15, 2021 | 660.60 | 688.80 | 626.40 | 634.80 | 634.80 | 3,171,610 |
| Jul 14, 2021 | 745.40 | 759.40 | 656.20 | 661.40 | 661.40 | 4,262,665 |
| Jul 13, 2021 | 806.80 | 831.20 | 750.20 | 755.20 | 755.20 | 4,075,060 |
| Jul 12, 2021 | 991.00 | 1,015.00 | 796.20 | 813.80 | 813.80 | 6,824,275 |
| Jul 9, 2021 | 1,018.80 | 1,052.60 | 969.20 | 984.00 | 984.00 | 3,129,725 |
| Jul 8, 2021 | 876.60 | 1,055.20 | 861.00 | 1,053.80 | 1,053.80 | 4,373,025 |
| Jul 7, 2021 | 928.60 | 935.20 | 860.40 | 898.40 | 898.40 | 1,634,505 |
| Jul 6, 2021 | 903.00 | 987.80 | 884.22 | 926.20 | 926.20 | 3,366,385 |

## Related Tickers    ‹ ›

| RKLB | LUNR | SIDU | ACHR | MNTS | EH | PL | BA | RDW |
|---|---|---|---|---|---|---|---|---|
| Rocket Lab USA, Inc. | Intuitive Machines, Inc. | Sidus Space, Inc. | Archer Aviation Inc. | Momentus Inc. | EHang Holdings Limited | Planet Labs PBC | The Boeing Company | Redwire Corporation |
| 26.37 +1.81% | 13.89 +7.42% | 5.60 +22.27% | 9.09 +2.48% | 8.09 +3.19% | 14.61 +1.60% | 4.2000 -3.00% | 173.03 -0.08% | 13.65 +0.22% |



Copyright © 2024 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**

Dow Jones

S&P 500

DAX Index

Nvidia

Tesla

DJT

**EXPLORE MORE**

Mortgages

Credit Cards

Sectors

Crypto Heatmap

Biden Economy

Financial News

**ABOUT**

Data Disclaimer

Help

Feedback

Sitemap

Licensing

What's New

About Our Ads

Premium Plans