**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> v. <br><br><br> VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA, <br><br> Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

**SUGGESTION OF DEATH FOR PLAINTIFF RICHARD O'KEEFE-JONES**

Pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff Richard O'Keefe-Jones ("Jones") passed away on November 29, 2024.  To the extent that Plaintiff Jones is or will be entitled to any recovery in this action, whether through a pro rata share of any settlement reached and/or through a compensation award granted by the Court in connection with any settlement reached in the action, the successor in interest for Plaintiff Jones, Raymond Ochs, reserves the right to seek such recovery.

Dated: January 15, 2025

Respectfully submitted,

/s/  *Ex Kano S. Sams II*
By: Kara M. Wolke
Ex Kano S. Sams II
Natalie S. Pang
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
phone: (310) 201-9150
fax: (310) 432-1495
Email: kwolke@glancylaw.com
esams@glancylaw.com
npang@glancylaw.com

/s/ *Jonathan Horne*
Jonathan Horne, Esq.
Laurence M. Rosen, Esq.
Brent LaPointe, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jhorne@rosenlegal.com
lrosen@rosenlegal.com
blapointe@rosenlegal.com

*Counsel for Plaintiffs*

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 15, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 15, 2025, at Los Angeles, California.


*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II