**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SHANE LAVIN, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,

VIRGIN GALACTIC HOLDINGS, INC., MICHAEL
A. COLGLAZIER, GEORGE WHITESIDES, DOUG
AHRENS, JON CAMPAGNA,

                    Defendants.

Case No.: 1:21-cv-03070-ARR-TAM

---

**DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF DEFENDANTS'**
**SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

I, Kevin M. McDonough, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Virgin Galactic Holdings, Inc., Sir Richard Branson, and Chamath Palihapitiya (the "Defendants") in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and the U.S. District Court for the Eastern District of New York.

2.      I respectfully submit this declaration in support of Defendants' [Proposed] Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon, could and would testify competently thereto.

3.      Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Hesham Ibrahim, taken on December 4, 2024 via Zoom.

4.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2025
      Chatham Township, New Jersey


                                          */s/ Kevin M. McDonough*
                                          Kevin M. McDonough