**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

**NOTICE OF MOTION TO SUBSTITUTE FOR PLAINTIFF RICHARD O'KEEFE-JONES**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Raymond Ochs' ("Mr. Ochs") Motion to Substitute for Plaintiff Richard O'Keefe-Jones ("Motion"), Plaintiffs and Mr. Ochs, through their undersigned counsel, will move this Court before the Honorable Allyne R. Ross, United States District Judge for the Eastern District of New York, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, NY 11201, for an order granting Mr. Ochs' Motion.

Dated: April 15, 2025

Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By: */s/ Natalie S. Pang*
Kara M. Wolke
Ex Kano S. Sams II
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: kwolke@glancylaw.com
  esams@glancylaw.com
  npang@glancylaw.com

THE ROSEN LAW FIRM, P.A.
Jonathan Horne, Esq. (JH 7258)
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
  lrosen@rosenlegal.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of April 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


<u>*/s/ Natalie S. Pang*</u>
Natalie S. Pang