**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br><br>v.<br><br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE FOR PLAINTIFF**
**RICHARD O'KEEFE-JONES**

Having considered Plaintiffs and Raymond Ochs' ("Mr. Ochs") Motion to Substitute for Plaintiff Richard O'Keefe-Jones, and good cause appearing, the Court hereby ORDERS as follows:

The motion is GRANTED.  Mr. Ochs will be substituted in place of decedent Plaintiff Richard O'Keefe-Jones.

IT IS SO ORDERED.

Dated: _____     _____
                               The Honorable Allyne R. Ross
                               United States District Judge