Docusign Envelope ID: 5CE9152E-6BB6-4035-A256-64197DCF5994

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>                    Defendants. | Case No. 1:21-cv-03070-ARR-TAM |

**DECLARATION OF RAYMOND OCHS III IN SUPPORT OF MOTION TO SUBSTITUTE FOR PLAINTIFF JONES**

I, Raymond Ochs III, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I submit this declaration in support of the motion to substitute for Plaintiff Jones. I have personal knowledge of the facts set forth herein, and if called upon, could and would testify competently thereto.

2.      I was married to Richard O'Keefe-Jones ("Plaintiff Jones"), who was a named plaintiff and proposed class representative in the above-entitled action, from August 4, 2005, until the time of his death on November 29, 2024.

3.      Attached as Exhibit A is a true and correct copy of the marriage certificate that was issued to me and Plaintiff Jones.

4.      Attached as Exhibit B is a true and correct copy of Plaintiff Jones' death certificate.

1

5.      Plaintiff Jones appointed me as the sole executor of his estate under his last will and testament ("Will").

6.      Attached as Exhibit C is a true and correct copy of Plaintiff Jones' Will, which he executed on June 13, 2019.

7.      No probate proceeding in connection with Plaintiff Jones' Will has occurred, nor is such a proceeding expected to occur.

8.      Under Plaintiff Jones' Will, the entire residue of Plaintiff Jones' estate was to be transferred to me for my own use absolutely, so long as I survived Plaintiff Jones by 30 full days or more.  *See* Exhibit C, pp. 3.  As I survived Plaintiff Jones by more than 30 full days, the entire residue of his estate was transferred to me for my own use.

9.      Under Plaintiff Jones' Will, the powers and authority appointed to me as executor are to be conferred "without application to or approval by any court", and include the following: "[t]o retain, exchange, insure, repair, improve, sell or dispose of any and all personal property … without liability for loss or depreciation;" "[t]o purchase, maintain, convert and liquidate investments or securities … without liability for loss;" and "[t]o employ any lawyer, accountant or other professional".  *See* Exhibit C, pp. 1-3.

10.      I am not aware of any codicil or modification that Plaintiff Jones made to the Will and there is no reason that Plaintiff Jones would have revoked the Will.

11.      I am the only beneficiary of Plaintiffs' estate pursuant to the terms of the Will, and I have consented to the pursuit of this litigation.  Accordingly, I have authorized the law firms of Glancy Prongay & Murray LLP and The Rosen Law Firm to file this motion to substitute for Plaintiff Jones on my behalf and to continue to prosecute Plaintiff Jones' claims in this action on behalf of his successor.

Docusign Envelope ID: 5CE9152E-6BB6-4035-A256-64197DCF5994

12.     There are no conflicts between my duties as executor of Plaintiff Jones' estate and the interests of the proposed class.

13.     Plaintiff Jones' estate will not bear the costs of this litigation, if any.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed on this 14th day of April 2025.

*Raymond Ochs*

Raymond Ochs III

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Natalie S. Pang*
Natalie S. Pang