# EXHIBIT 9

Case 1:21-cv-03070-NRM-TAM     Document 168-5     Filed 04/16/25     Page 1 of 12 PageID #: 6131

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Civil Action No. 1:21-cv-03070

- - - - - - - - - - - - - - - - - - x

SHANE LAVIN, Individually and on

Behalf of All Others Similarly

Situated,

                    Plaintiff,

        - against -

VIRGIN GALACTIC HOLDINGS, INC.;

MICHAEL A. COLGLAZIER, GEORGE

WHITESIDES, DOUG AHRENS, and JON

CAMPAGNA,

                    Defendants.

- - - - - - - - - - - - - - - - - - x

                    November 21, 2024

                    9:59 a.m.

    VIDEO RECORDED DEPOSITION of JENNIFER

ORTIZ, a Plaintiff herein, taken by the

Defendants, held at the offices of Veritext

Legal Solutions, 290 West Mount Pleasant Avenue,

Livingston, New Jersey, before Sara K. Killian,

a Registered Professional Reporter, Realtime

Certified Reporter and Notary Public.

Page 1

A P P E A R A N C E S :


THE ROSEN FIRM

Attorneys for Plaintiffs

101 Greenwood Avenue, Suite 440

Jenkintown, Pennsylvania  19046

BY: GONEN HAKLAY, ESQ.


LATHAM & WATKINS LLP

Attorneys for Defendants

1271 Avenue of the Americas

New York, New York  10020

BY: COREY CALABRESE, ESQ.

     AMANDA KURZYDLOWSKI, ESQ.


ALSO PRESENT:

     TOM KEIGHLEY, Videographer

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the respective parties hereto, that the sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED all objections except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

*     *     *

Page 3

J. Ortiz

me right now.  One second.  I can't remember right now.

Q.      Okay.

In looking at Schedule A, does this look accurate to you?  Does it reflect all your trades in Virgin Galactic for what's called the class period?

A.      Yes.

Q.      Okay.

Are these all of your trades in Virgin Galactic stock or did you trade at other periods of time, not reflected on this paper?

A.      I don't -- I don't recall.

Q.      Okay.

Just to confirm, Schedule A does not show that you made any purchases in 2019.

Is that correct?

A.      Correct.

Q.      Do you know whether you made any purchases in 2019?

A.      I don't think so.

Q.      Okay.

Page 24

J. Ortiz

MR. HAKLAY:  You don't think you did or you don't think you know?

THE WITNESS:  I don't think I did.

MR. HAKLAY:  Okay.

Thank you.

BY MS. CALABRESE:

Q.     Did you sell these shares of Virgin Galactic?

A.     No.

Q.     Do you still hold these shares?

A.     Yes.

Q.     Just so it's clear, you never sold any of your Virgin Galactic stock?

A.     No.

Q.     Okay.

Did you ever -- no, sorry.  Let me start -- let me do this one.

So how many shares of Virgin Galactic stock do you currently own?

A.     I don't know.

Q.     Okay.

When was the last time you purchased or sold Virgin Galactic stock?

Page 25

J. Ortiz

A.     Well, I don't know.

Q.     Did you purchase Virgin Galactic stock after August 17th, 2021?

A.     I don't know.

Q.     Would you have records of if you did?

A.     Yes.

Q.     Okay.

And would you be able to get those records if asked?

A.     Yes.

Q.     Okay.

Did you ever utilize your Virgin Galactic stocks as security for any debt obligations?

A.     No.

Q.     Did you ever borrow any money to transact in Virgin Galactic stock?

A.     No.

Q.     Did you ever -- did you ever consider investing in other companies instead of Virgin Galactic?

MR. HAKLAY:   Objection.

It's a yes or no question.

Page 26

J. Ortiz

just been referenced in the record.  I don't know if the court reporter has any specifics --

MR. HAKLAY:  Good.

MS. CALABRESE:  Okay.

And then we're going to play another video that will be Exhibit 13.  And we can send these to you if you need them, although you should have them already.

MR. HAKLAY:  Yeah.

(Whereupon, Exhibit 13 was marked for identification.)

MR. HAKLAY:  Can you identify the date again.

MS. CALABRESE:  So this would be a video that was aired on July 11, 2021.

Do you recognize this video?

A.    I don't think so, no.

Q.    Okay.  I'm going to play --

A.    July 11, 2021?

Q.    I'm going to play the entire video, and then if you could -- and then

Page 89

J. Ortiz

I'll have some questions.

THE WITNESS:  I'm sorry.
Before you do, when was the flight that it went bad, exactly --

MR. HAKLAY:  You can't ask her questions.

THE WITNESS:  Can I ask you?

MR. HAKLAY:  You can ask.  I can't answer.

THE WITNESS:  Oh, okay.

MR. HAKLAY:  So don't ask.

(Video played)

BY MS. CALABRESE:

Q.      Having viewed the video, have -- does it refresh your recollection? Have you ever viewed it before?

A.      I don't think that full video, no.

Q.      Have you viewed part of the video before?

A.      Not -- not that I recall. Mostly it was, like, the news recapping what happened.

Q.      Okay.

Page 90

J. Ortiz

So what part of the video do you believe is false?

A.      He said there wasn't any, like, major technical issues in the past.  I think he said 17 years there hasn't been any major issues.

Q.      Is that the only part of the video that you thought was false?

A.      That I remember, yes.

Q.      Okay.

And do you know whether any of the statements -- never mind.

Do you remember what news reports you read about the video you just watched?

MR. HAKLAY:  Objection.

Assumes the facts not in evidence.

Objection.

Asked and answered.

A.      No, I can't remember specifically.

Q.      Okay.  Okay.

Then let's do Exhibit 14.

Page 91

A C K N O W L E D G M E N T

I, JENNIFER ORTIZ, hereby certify that I have read the transcript of my testimony taken under oath in my examination of November 21, 2024; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

_____
    JENNIFER ORTIZ

Signed and subscribed to
before me, this      day of
          2024.
_____
    Notary Public

Page 147

CERTIFICATION

I, SARA K. KILLIAN, RPR, RCR, NJ-CCR, do hereby certify that JENNIFER ORTIZ, the witness whose examination under oath is hereinbefore set forth, was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I FURTHER CERTIFY that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of December, 2024.

SARA K. KILLIAN, RPR, RCR, CCR

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127