# EXHIBIT 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

)
)
SHANE LAVIN, Individually  )
and on Behalf of All Others)
Similarly Situated,        )
)
)
        Plaintiffs,         )
)
)
        VS.                 ) Case No.
) 1:21-cv-03070-ARR-TAM
)
)
VIRGIN GALACTIC HOLDINGS,   )
INC.,MICHAEL A. COLGLAZIER, )
GEORGE WHITESIDES, DOUG     )
AHRENS, and JON CAMPAGNA,   )
)
)
        Defendants.         )
_____)

DEPOSITION OF:

                RICHARD O'KEEFE-JONES

                TUESDAY, NOVEMBER 26, 2024

                9:00 A.M.

Reported by:   GINA M. CLOUD

               CSR No. 6315

Page 1

Deposition of RICHARD O'KEEFE-JONES, the witness, taken on behalf of the Defendants, on Tuesday, November 26, 2024, 9:00 A.M., via Virtual Zoom, pursuant to NOTICE.

APPEARANCES OF COUNSEL:

FOR PLAINTIFFS:

                GLANCY PRONGAY & MURRAY LLP
                BY:  EX KANO SAMS, ESQ.
                1925 Century Park East
                Suite 2100
                Los Angeles, California 90067
                (310) 201-9150
                Esams@glancylaw.com

FOR DEFENDANTS:

                LATHAM & WATKINS LLP
                BY: LAUREN MCBREARTY, ESQ.
                1271 Avenue of the Americas
                New York, New York 10020
                (212) 906-1200
                Lauren.mcbrearty@lw.com
                LATHAM & WATKINS LLP
                BY:  RYAN WALSH, ESQ.
                650 Town Center Drive
                Suite 2000
                Costa Mesa, California 92626
                (714) 540-1235
                Ryan.walsh@lw.com

ALSO PRESENT:
                Shawna Hynes, Videographer

Page 2

                          I N D E X

WITNESS

RICHARD O'KEEFE-JONES

                                          PAGE

            EXAMINATION BY MR. WALSH            7


                        EXHIBITS

NUMBER                  DESCRIPTION              PAGE

Exhibit 37    Defendants Virgin Galactic Holdings,      8
              Inc., Richard Branson, and Chamath
              Palihapitiya's Amended Notice of
              Deposition of Plaintiff  Richard
              O'Keefe-Jones, 4 pages

Exhibit 38    United States Securities and Exchange      27
              Commission Form 10-K for Virgin
              Galactic Holdings, Inc., 179 pages

Exhibit 39    Certification signed by Richard      43
              O'Keefe-Jones on December 3, 2021,
              3 pages

Exhibit 40    Robinhood Statement for Richard      53
              O'Keefe-Jones for January 1, 2021 to
              January 31, 2021, Bates stamped
              PLTF_VG_0308 through PLTF_VG_0362

Exhibit 41    Plaintiff Richard O'Keefe-Jones'      56
              Objections and Responses to Defendants'
              First Set of Interrogatories,
              10 pages

Exhibit 42    Verification signed by Richard      58
              O'Keefe-Jones on August 23, 2024,
              1 page

Exhibit 43    Class Action Complaint, Jury Trial      71
              Demanded, 25 pages


                                          Page 3

INDEX (CONTINUED):

EXHIBITS

NUMBER            DESCRIPTION                          PAGE

Exhibit 44    [Corrected] Amended Class Action              72
              Complaint For Violation of the
              Federal Securities Laws, 166 pages

Exhibit 45    Plaintiffs' Second Amended Complaint,         76
              116 pages

Exhibit 47    Opinion & Order, 63 pages                     87

Exhibit 48    Virgin Galactic and Social Capital            91
              Hedosophia Announce Merger to Create
              the World's First and Only Publicly
              Traded Commercial Human Spaceflight
              Company, 7 pages

Exhibit 50    Galactic Analyst Day Presentation,            97
              September 5, 2019, 101 pages

Exhibit 51    Branson Interview 10-28-2019 Video           102

Exhibit 52    Branson Interview 07-11-2021 Video           105

Exhibit 53    Virgin Galactic Holdings, Inc.               106
              NYSE:SPCE FQ2 2021 Earnings Call
              Transcripts, August 05, 2021,
              20 pages

Exhibit 55    The Red Warning Light on Richard             113
              Branson's spaceflight, September 2,
              2021, 4 pages

Exhibit 56    Virgin Galactic's FAA Grounding After        115
              Branson Spaceflight Raises Key
              Questions, September 8, 2021, 3 pages

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

INDEX (CONTINUED):


                    PREVIOUSLY MARKED EXHIBITS

NUMBER                                                    PAGE

Exhibit 23                                                  79

Exhibit 32                                                  95

Exhibit 33                                                 110

Exhibit 35                                                 118



                    INSTRUCTION NOT TO ANSWER

                         Page        Line

                          24           6

                          24          16

                          24          25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

the defendants in this case?

A. No.

Q. Who are the defendants in this case?

A. Yikes. To my knowledge, it would have to be Richard Branson under Virgin Galactic, and I believe there was one other individual, but I have forgotten the name. I apologize.

11:05:55

Q. Do you have any arrangement with the Rosen Law Firm or with Glancy, or both, with respect to the payment of their attorneys fees?

11:06:24

A. No. I do not have any arrangement with them regarding attorney's fees, no.

Q. Do you expect to have some arrangement with them at any point in the future?

A. I do not.

11:06:45

Q. Have you had any discussions with them about that topic?

A. Yes.

Q. What were those discussions?

MR. SAMS: You can state it generally, but again, don't get into too much detail regarding specific conversations that you've had with us.

11:07:04

THE WITNESS: To the best of my knowledge, an award be given, then the attorneys would receive money through that provision, but nothing that I

11:07:27

Page 70

which was, for the court reporter, previously marked

as Exhibit 23.

A.   That was tab 12 you said?

Q.   Tab 12 should hopefully appear in the

Exhibit Share platform.                        11:26:06

Actually, Mr. Jones, it just appeared in

mine and it's listed in the PDF named Exhibit 46 -

Exhibit 23, but that is the right document, if you

just open that one.

A.   My apologies.                             11:26:26

Q.   Not your fault at all.

A.   I have it open.

Q.   Do you see that it says (as read:)

"Plaintiffs' Third Amended Complaint" on the cover?

A.   Yes, sir.                                 11:26:41

Q.   Have you seen this document before?

A.   I do not recall.

Q.   Do you recall reviewing it before?

A.   Sorry.  Yes.  I believe this is also part of

the binder that was sent to me recently and -- excuse   11:27:00

me.  This is part of the binder that was sent to me

recently from my counsel.

Q.   Had you seen this document prior to

receiving it in that binder?

A.   I don't recall.                           11:27:18

Page 79

Q.   Is it fair to say you don't recall reviewing this document before it was filed with the court, and I'll represent to you it was filed with the court.

MR. SAMS:  Objection, asked and answered.    11:27:34

You can go ahead and answer, if you can.

THE WITNESS:  Correct.

BY MR. WALSH:

Q.   Do you have an understanding of whose decision it was to file this document?    11:28:08

MR. SAMS:  Objection, vague, calls for a legal conclusion.

You can answer, if you can.

THE WITNESS:  I don't know.

BY MR. WALSH:    11:28:24

Q.   Can you tell me what claims the plaintiffs are asserting in this document?

MR. SAMS:  Same objections.

You can answer, if you can.

THE WITNESS:  Let me review real quick    11:28:34
here.  Reviewing the table of contents, I see that it shows Defendants' Misconduct.  It has an introduction, the parties who are involved, defendants' false statements, and additional facts, further provisions and stuff.  Just what I'm seeing    11:29:18

Page 80

in the table of contents, sir.

BY MR. WALSH:

Q.   Beyond the table of contents, do you have any understanding of the contents of this document?

MR. SAMS:  Same objections.          11:29:35

You can answer, if you can.

THE WITNESS:  To my understanding is that with it false statements where it is reported that everything went fine, everything was perfect, and however the FAA grounded the spacecraft.          11:30:08

BY MR. WALSH:

Q.   Do you know if this document says anything else other than what you just told me?

A.   I don't recall.

(Cross talk.)          11:30:37

THE WITNESS:  I don't recall.

BY MR. WALSH:

Q.   Have you ever heard of the Securities and Exchange Act?

MR. SAMS:  Same objections.          11:30:48

You can answer, if you can.

THE WITNESS:  I've heard the term.

BY MR. WALSH:

Q.   What is it?

A.   I don't know.          11:30:58

Page 81

Q.   Have you ever heard of SEC Rule 10(b)-5?

MR. SAMS:  Same objections.

You can answer, if you can.

THE WITNESS:  I don't know.

BY MR. WALSH:                                    11:31:14

Q.   Do you have an understanding of the term "control person liability"?

MR. SAMS:  Same objections.

You can answer, if you can.

THE WITNESS:  No.                                11:31:23

BY MR. WALSH:

Q.   What court is this litigation in?

A.   Where this is being filed is, to my knowledge, is in the State of New York.

Is that what you're talking about?               11:31:44

Q.   Yes.  I'm just asking if you know where this case is currently pending, in which court?

A.   I apologize.  I've got Lower New York in my head for some reason.  I'm getting nervous, I apologize.  I just remember New York.  That's all I   11:32:15 can recall right now.

Q.   Is it fair to say you don't know who the judge is that's presiding over this case?

A.   That's fair to say.

Q.   Do you have an understanding of the current   11:32:35

Page 82

state of the lawsuit in terms of, for example, where the case is in the process of being litigated?

A.   I understand that there has been some rulings that have benefited both sides of the litigation, and that some things that have been -- some things have been upheld by the court and others have been stricken by the court.  And that now we're just working through those channels to see what the court decides.

11:32:58

Q.   Last couple questions and then we'll take a break.

11:33:28

When you say some things have been upheld and some things have been, I guess, stricken down by the court, what does that mean?

THE REPORTER:  I think we lost the witness.

11:33:45

MR. WALSH:  It appears we did.  Should we go off the record?

THE VIDEOGRAPHER:  Off the record.  The time is 11:33.

(Brief recess.)

11:33:57

THE VIDEOGRAPHER:  We're back on the record.  The time is 11:35.

BY MR. WALSH:

Q.   Mr. Jones, referring back to your answer in which you said some things have been upheld by the

11:35:09

Page 83

represent everyone involved, to the best of my abilities.

Q.   Other than your periodic updates and discussions with counsel, what other steps have you taken to keep yourself informed of the progress of this case?                                                   01:18:42

A.   I have continued to follow along, research Virgin Galactic to see where things are going and what's happened in the court cases, just by simply Googling and reading the articles that are presented    01:19:13 to me from there.

Q.   Have you reviewed any discovery in this case?  For example, documents produced in this case?

A.   Any documents that have been sent to me, I've reviewed, but as far as anything that I've         01:19:40 actually researched, I don't know that that would be considered discovery.

Q.   Do you have an understanding generally of what the discovery process is in a litigation?

A.   Perhaps you could refresh my memory, sir.     01:20:05

Q.   I'm asking if you have an understanding of it.

A.   Sorry, no, I don't.

Q.   Have you retained any expert witnesses in this action?                                               01:20:20

Page 122

A.    No, sir.

Q.    Are you familiar with the name Dr. Tabak?

I am probably mispronouncing it, but it's T-a-b-a-k.

A.    It does not ring a bell, sir.

Q.    What in your opinion would constitute a                01:20:59

successful spaceflight?

MR. SAMS:  Objection, vague.

You can answer, if you can.

THE WITNESS:  A successful spaceflight to

me would be where the company who has the spacecraft            01:21:16

outlined their flight path, outlines their mission,

outlines the thing that they hoped to accomplish,

and the parameters that are set forth in regards to

the space vehicle functioning in a safe and

proficient manner, that the FAA and NASA, if they're            01:21:59

involved or the space administration, if they need

to be involved in signing off on any spaceflight

plans.

Then next step would be the launch and

flight and during flight, the test flights data               01:22:32

would be accumulated from all sources from the

spacecraft to see the performance of the spacecraft

to see if it maintained safe parameters in all

aspects, whether it's fuel or spacecraft integrity,

spacecraft trajectories.                                       01:22:59

Page 123

DECLARATION

I hereby declare I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof, and I declare that the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under the penalties of perjury of the state of California that the foregoing is true and correct.

executed on the _____ day of _____ 2024, at _____, California.

_____

W I T N E S S

Page 128

I, GINA M. CLOUD, a certified shorthand reporter for the State of California, do hereby certify:

that prior to being examined, the witness named in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth pursuant to Section No. 2093 of the Code of Civil Procedure;

That said deposition was taken before me pursuant to notice, at the time and place therein set forth, and was taken down by me in shorthand and thereafter reduced to typewriting via computer-aided transcription under my direction;

I further certify that I am neither counsel for, nor related to, any party to said action, nor in anywise interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 30th day of November, 2024.

_____

GINA M. CLOUD

CSR No. 6315

Page 129