# EXHIBIT 11

Case 1:21-cv-03070-NRM-TAM    Document 168-7    Filed 04/16/25    Page 1 of 14 PageID #: 6159

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

SHANE LAVIN, Individually    )
and on Behalf of All Others  )
Similarly Situated,          )
                             )
            Plaintiffs,      )
                             )
                             )
        VS.                  ) Case No.
                             ) 1:21-cv-03070-ARR-TAM
                             )
VIRGIN GALACTIC HOLDINGS,     )
INC., MICHAEL A. COLGLAZIER,)
GEORGE WHITESIDES, DOUG       )
AHRENS, and JON CAMPAGNA,     )
                             )
            Defendants.      )
_____)

DEPOSITION OF:

                    HESHAM IBRAHIM

                    WEDNESDAY, DECEMBER 4, 2024

                    9:00 A.M.

Reported by:   GINA M. CLOUD
               CSR No. 6315

Page 1

Deposition of HESHAM IBRAHIM, the witness, taken on behalf of the Defendants, on Wednesday, December 4, 2024, at 9:00 a.m., via Virtual Zoom, pursuant to NOTICE.

APPEARANCES OF COUNSEL:

FOR PLAINTIFFS:

        GLANCY PRONGAY & MURRAY LLP
        BY:  EX KANO SAMS, ESQ.
        1925 Century Park East
        Suite 2100
        Los Angeles, California 90067
        (310) 201-9150
        esams@glancylaw.com

FOR DEFENDANTS:

        LATHAM & WATKINS LLP
        BY:  LAUREN MCBREARTY, ESQ.
        1271 Avenue of the Americas
        New York, New York 10020
        (212) 906-1200
        lauren.mcbrearty@lw.com
        LATHAM & WATKINS LLP
        BY:  SONYA SHAIKH, ESQ.
            KRISTIN MURPHY, ESQ.
        650 Town Center Drive
        Suite 2000
        Costa Mesa, California 92626
        (714) 540-1235
        sonya.shaik@lw.com

ALSO PRESENT:
        Anthony Gulino, Videographer

Page 2

                              I N D E X

WITNESS

HESHAM IBRAHIM

                                                  PAGE

               Examination by Ms. Shaikh          5


                         EXHIBITS

NUMBER                    DESCRIPTION              PAGE

Exhibit 58    Amended Notice of Deposition                  6

Exhibit 59    Certification signed by Hesham Ibrahim       46

Exhibit 60    E*Trade Customer Account Statements (158     67
              pages)


Exhibit 61    Plaintiff Hesham Ibrahim's Objections        70
              and Responses to Defendants' First Set
              of Interrogatories


Exhibit 63    Chain of text messages                       83


Exhibit 64    Chain of text messages                       83


Exhibit 65    Declaration of Hesham Ibrahim in Support    111
              of Plaintiffs' Motion for Class
              Certification


     PREVIOUSLY MARKED EXHIBITS REFERRED TO HEREIN

NUMBER                                            PAGE

Exhibit 38                                         32

Exhibit 23                                         96

Exhibit 47                                        108

Exhibit 35                                        110


                                             Page 3

THE WITNESS:  Just for the record, so sorry, I spoke to Mr. Sams, my attorney, "Is this going well," and he said we can't talk about this during the deposition, so the record is completely accurate.  I want to be completely truthful, accurate, everything.

BY MS. SHAIKH:

Q.   Thank you for clarifying that.

Lauren, if you could please put up tab 7.

And Ms. Ibrahim, if you can let me know when you see that document load up.  This one was previously marked -- actually, this one should be marked as Exhibit 59.

(The document referred to was marked as Exhibit 59 for identification and is attached hereto.)

THE WITNESS:  Maybe I need a refresh.

BY MS. SHAIKH:

Q.   Might take a minute for Lauren to get it up.

A.   Here it is.  I think it needs a refresh. Okay, I pulled it up.

Q.   It's still loading up on my end so give me one second here.

Have you seen this document before,

10:25:05

10:25:15

10:25:44

10:26:03

Page 46

Ms. Ibrahim?

A.   Yes, I have.

Q.   In your own words, what is this document?

A.   This is a retainer agreement, and it's the document of my transactions from Virgin Galactic, my shares I purchased that I believe would potentially qualify for the class period.        10:26:20

Q.   What do you mean when you say it's a retainer agreement?

A.   It's saying that the Rosen firm is going to represent -- that Rosen firm is going to -- it may not be -- I'm sorry, I'm not a lawyer so I don't know what the specific verbiage is.  All I know is that this is a document saying that the Rosen firm is going to file the action against Virgin Galactic.  So maybe it's not.  I'm not a lawyer.  My apologies.        10:26:39        10:26:59

Q.   Did you review this document before it was filed with the court?

A.   Yes, I reviewed all documents.  The Rosen firm would send them to me by e-mail and I would have to DocuSign.        10:27:15

Q.   And how much time would you say you spent reviewing this document?

A.   I would estimate probably a matter of -- however much time it takes to read a page or two, so        10:27:29

Page 47

probably ten minutes or so.  But I don't know, I'm not sure.  I can't say exactly the time.

I'm so sorry to the court reporter.

Q.   And you mentioned transactions; that it reflects transactions.  What sort of transactions does this represent?

10:27:41

A.   I believe that it's showing the number of shares I purchased, the price I purchased them, and the date that I purchased them.

Q.   And do you understand that you signed the certification under penalty of perjury?

10:27:54

A.   Yes, I did.

Q.   And if you can turn to the second page of this document, do you see where it says "Schedule A"?

10:28:12

A.   Yes.

Q.   And it has your name listed in the header, correct?

A.   Yes.

Q.   And what exactly does Schedule A show?

10:28:21

A.   Schedule A shows my transactions in relation to Virgin Galactic and my purchases and my sales between July 10, 2019 and August 4, 2022.

Q.   Did you have any role in preparing Schedule A?

10:28:46

Page 48

A.    The only role I had in preparing Schedule A was to turn over my financial records from my E-Trade account to the Rosen firm.

Q.    Is it your understanding that Schedule A shows all of your trades in Virgin Galactic stock?                      10:29:11

A.    I can confidently say that Schedule A does not show all of my transactions to date, because after August 4, 2022, which is as far as this list, there were I believe additional purchase of shares as a result of sheer desperation in trying to recover my                      10:29:39 financial loss.

Q.    What other purchases did you have?

A.    There were other flights that Virgin Galactic did that were widely publicized.  And as they flights were publicized, I purchased shares.  I                      10:29:59 believe either slightly before the flight, maybe, in anticipation that the stock may go up.  And much to my dismay, Virgin Galactic decided to do a reverse stock split, which really killed the stock.

So at this point, and I'm sure we'll get to                      10:30:22 this, I remain invested, and I'm holding onto my shares out of sheer desperation.

But I would like to say for the record, after I carefully reviewed this lawsuit, there are so many egregious things in it that really has made me                      10:30:41

Page 49

Q.   I believe we have some of these texts.

And actually, Lauren, if you could please put up tabs 37 and 38.  We'll do both simultaneously.  These will be marked Exhibits 63 and 64.                                                      11:23:17

(The documents referred to were marked as Exhibits 63 and 64 for identification and are attached hereto.)

BY MS. SHAIKH:

Q.   Ms. Ibrahim, if you can pull up Exhibit 63    11:23:21 once it's up.

A.   I believe you said 63?

Q.   Tab 37, correct.

A.   Go ahead.

Q.   Do you recognize this document?              11:24:09

A.   Uh-huh.

Q.   Do you recognize this document?

A.   Yes, I do.

Q.   If you look at the first page of the PDF, that's where you reference watching Richard              11:24:22 Branson's space flight on the livestream.  Is that the CNN coverage you were just referring to?

A.   That's correct.

Q.   Did anything you saw during the livestream influence your decision to transact in Virgin            11:24:37

Page 83

Galactic stock?

A.    Could you repeat that, I'm so sorry.

Q.    Did anything you saw during the livestream influence your decision to transact in Virgin Galactic stock?                                            11:24:50

A.    Absolutely.  Absolutely.  After that flight we thought it was -- we thought that this was it. That they're going to become operational.  And it seemed like such an unparalleled success.  It seemed like it was really good marketing on Virgin              11:25:12 Galactic's part, I have to say.

Q.    You mentioned "we."  Who are you referring to when you say "we"?

A.    My parents and I.  We were watching together and we were full of hope and excitement that we were    11:25:25 watching the dawn of a new era and that this was -- and that we were invested in the most what we thought was going to be the company that was at the forefront of commercial space tourism.

BY MS. SHAIKH:                                            11:25:47

Q.    If you could scroll down to page 3 of this PDF.  It's a text from what looks like you to your father where you state:  "Another 10 percent loss today.  Unbelievable."  And then you state:  "He played a trick on investors."                          11:26:11

Page 84

Do you see that?

A.   Uh-huh, uh-huh.

Q.   The date of that message is July 13, 2021; is that correct?

A.   It is, uh-huh.                                           11:26:17

Q.   Do you recall sending this message?

A.   I do.  I don't specifically recall sending the message, but I do recall sending -- I don't specifically recall sending that specific message, but I do recall texting my parents very upset.        11:26:29

Q.   Who are you referring to when you say "he"?

A.   I'm referring to Richard Branson, because Sir Richard Branson was made the face of the company. So we, as in my parents and I, looked at him as the sort of -- as if he were the face of the company.      11:26:54

Q.   And when you say in this message, "He played a trick on the investors," what are you referring to by "trick"?

A.   I believe -- I can't remember when.  At some point he sold, like, all of his stock.  So I remember   11:27:16 thinking like "Wait a minute.  We just had this successful launch and now the founder of the company is selling all his stock."

So I felt like he knew something that we didn't know and that's where I felt deceived and that   11:27:37

Page 85

there was some sort of trick that was played.

Q.   And it's your recollection that that's the trick you're referring to in this tech message, Branson selling his shares?

A.   I don't know if that's specifically what I'm referring to.  I think I'm using the word "trick" in a very general sense; not specifically talking about one specific action, but the idea of making an investor believe something when, in fact, you, meaning Richard Branson, had some sort of knowledge, or whoever in the company had some sort of knowledge that was contrary or -- that would contradict the fact that this was such a supposedly allegedly successful flight.

Q.   So as of the date of this text, the July 13 of 2021, what was your understanding of knowledge that Branson had that you did not?

A.   I couldn't specifically say what knowledge he had.  I just -- from his action of selling his stock, and from the sharp and steep decline in the share price, I strongly suspected that something was seriously wrong.

Q.   So is it accurate to say this comment was based on more of a general disappointment of the stock's performance?

11:27:57
11:28:25
11:28:43
11:29:07
11:29:35

Page 86

DECLARATION

I hereby declare I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof, and I declare that the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under the penalties of perjury of the state of California that the foregoing is true and correct.

executed on the _____ day of _____ 2024, at _____, California.

_____

HESHAM IBRAHIM

Page 120

I, GINA M. CLOUD, a certified shorthand reporter for the State of California, do hereby certify:

that prior to being examined, the witness named in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth pursuant to Section No. 2093 of the Code of Civil Procedure;

That said deposition was taken before me pursuant to notice, at the time and place therein set forth, and was taken down by me in shorthand and thereafter reduced to typewriting via computer-aided transcription under my direction;

I further certify that I am neither counsel for, nor related to, any party to said action, nor in anywise interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 6th day of December, 2024.

_____

GINA M. CLOUD

CSR No. 6315

Page 121

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127