# EXHIBIT 14



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0284



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0285



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0286





CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0288



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0289



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

