# EXHIBIT 17

Page 1 of 2

# Robinhood *f*

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

01/26/2021

**Jennifer Ortiz** Account # --

---

**Transaction Confirmation**

---

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation

12. Backup Withholding  if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-40 19216



EXHIBIT
4
11/21/24

---

| **MKT = Market in which transaction was Executed/Cleared**<br>NYSE- New York Stock Exchange<br>NYSEA- NYSE Alternext<br>USE - Other US Exchange<br>MF - Mutual Funds<br>OP- Options<br>OTC- Over-the-Counter/NASDAQ<br>UNO- Underwriting<br>FOREX- Foreign Exchange<br>OTH- Other | **Buy/Sell Codes**<br>B= Buyer BuyToOpen<br>S= Sell or Sell ToClose<br>BCXL= Cancel Buy<br>SCXL= Cancel Sell<br>BTC= BuyToClose<br>STO= Sell ToOpen<br>BTCX= BuyToClose Cancel<br>STOX= Sell to Open Cancel | **Account Types**<br>C=Cash<br>M=Margin<br>N= Non-negotiable<br>S= Short | **U/S: Solicitation**<br>U= Unsolicited<br>S=Solicited | **CAP= Capacity in which the firm acted:**<br>1 - 2,4 - 5,8 - As AGENT<br>3-As  PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction<br>6-  As AGENT for both buyer and seller |

---

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/26/2021

**Jennifer Ortiz** Account #: ███████

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ████ | █ | ████ | ████ | █ | ████ | █ | ███ | ███ | ███ | ███ | ██ | █ | █ |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 01/26/2021 | 01/28/2021 | M | $43.0050 | 23 | $989.12 | $0.00 | $0.00 | $989.12 | OTC | 1 | U |

**Total Quantity Bought:** ██    **Total Dollars Bought:** ██████

**Total Quantity Sold:** ██    **Total Dollars Sold:** ████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Robinhood

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

02/26/2021

**Jennifer Ortiz** Account #

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

| | | | | |
|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared** | **Buy/Sell Codes** | **Account Types** | **U/S: Solicitation** | **CAP = Capacity in which the firm acted:** |
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | 6 - As AGENT for both buyer and seller |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/26/2021

**Jennifer Ortiz** Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 02/26/2021 | 03/02/2021 | M | $35.7300 | 10 | $357.30 | $0.00 | $0.00 | $357.30 | OTC | 1 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 02/26/2021 | 03/02/2021 | M | $35.7300 | 5 | $178.65 | $0.00 | $0.00 | $178.65 | OTC | 1 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 02/26/2021 | 03/02/2021 | M | $35.7300 | 13 | $464.49 | $0.00 | $0.00 | $464.49 | OTC | 1 | U |

**Total Quantity Bought:** 28          **Total Dollars Bought:** $1,000.44

**Total Quantity Sold:** 0          **Total Dollars Sold:** $0.00

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/08/2021

Jennifer Ortiz Account #

---

## Transaction Confirmation

---

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including; the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 - 2,4 - 5,8 - As AGENT
3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction
6 - As AGENT for both buyer and seller

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0109

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

06/08/2021

**Jennifer Ortiz** Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/08/2021 | 06/10/2021 | M | $35.1400 | 27.876401 | $979.58 | $0.00 | $0.00 | $979.58 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/08/2021 | 06/10/2021 | M | $35.1400 | 0.415516 | $14.60 | $0.00 | $0.00 | $14.60 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/08/2021 | 06/10/2021 | M | $35.1400 | 0.01277 | $0.45 | $0.00 | $0.00 | $0.45 | OTC | 3 | U |

**Total Quantity Bought:** 28.304687         **Total Dollars Bought:** $994.63

**Total Quantity Sold:** 0          **Total Dollars Sold:** $0.00

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/22/2021

Jennifer Ortiz Account #:

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | 6 - As AGENT for both buyer and seller |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0111

# Robinhood

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

06/22/2021

**Jennifer Ortiz** Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/22/2021 | 06/24/2021 | M | $35.8200 | 7.379527 | $264.33 | $0.00 | $0.00 | $264.33 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/22/2021 | 06/24/2021 | M | $35.8200 | 2 | $71.64 | $0.00 | $0.00 | $71.64 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/22/2021 | 06/24/2021 | M | $35.8200 | 1 | $35.82 | $0.00 | $0.00 | $35.82 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/22/2021 | 06/24/2021 | M | $35.8200 | 2.740368 | $98.16 | $0.00 | $0.00 | $98.16 | OTC | 3 | U |

**Total Quantity Bought:** 13.119895    **Total Dollars Bought:** $469.95

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0112

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/25/2021

Jennifer Ortiz Account # ████████

---

## Transaction Confirmation

---

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL, your broker has bought from you or sold to you and may |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | have received a profit or loss on the transaction |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | 6 - As AGENT for both buyer and seller |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0113

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/25/2021

**Jennifer Ortiz** Account # ███████

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██████████ | ▮ | █████ | █████ | ▮ | ████ | ████ | ████ | ███ | ███ | ████ | ██ | ▮ | ▮ |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/25/2021 | 06/29/2021 | M | $47.7300 | 1.351345 | $64.50 | $0.00 | $0.00 | $64.50 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/25/2021 | 06/29/2021 | M | $47.7300 | 0.193799 | $9.25 | $0.00 | $0.00 | $9.25 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/25/2021 | 06/29/2021 | M | $47.7300 | 0.058629 | $2.80 | $0.00 | $0.00 | $2.80 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/25/2021 | 06/29/2021 | M | $47.7300 | 0.005481 | $0.26 | $0.00 | $0.00 | $0.26 | OTC | 3 | U |
| ██████████ | ▮ | █████ | █████ | ▮ | ████ | ████ | ████ | ███ | ███ | ████ | ██ | ▮ | ▮ |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/25/2021 | 06/29/2021 | M | $46.1500 | 38.581581 | $1,780.54 | $0.00 | $0.00 | $1,780.54 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/25/2021 | 06/29/2021 | M | $47.7300 | 15 | $715.95 | $0.00 | $0.00 | $715.95 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/25/2021 | 06/29/2021 | M | $47.7300 | 4.341877 | $207.24 | $0.00 | $0.00 | $207.24 | OTC | 3 | U |

**Total Quantity Bought:** ██████    **Total Dollars Bought:** ██████

**Total Quantity Sold:** ██████    **Total Dollars Sold:** ██████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/28/2021

Jennifer Ortiz Account #

---

## Transaction Confirmation

---

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | 6 - As AGENT for both buyer and seller |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0115

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/28/2021

**Jennifer Ortiz** Account #▮

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/28/2021 | 06/30/2021 | M | $56.9600 | 17.340038 | $987.69 | $0.00 | $0.00 | $987.69 | OTC | 3 | U |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/28/2021 | 06/30/2021 | M | $56.9600 | 0.216116 | $12.31 | $0.00 | $0.00 | $12.31 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/28/2021 | 06/30/2021 | M | $55.1450 | 0.215432 | $11.88 | $0.00 | $0.00 | $11.88 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/28/2021 | 06/30/2021 | M | $55.1350 | 0.011245 | $0.62 | $0.00 | $0.00 | $0.62 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 06/28/2021 | 06/30/2021 | M | $55.1350 | 62 | $3,418.37 | $0.00 | $0.00 | $3,418.37 | OTC | 3 | U |

**Total Quantity Bought:** ▮          **Total Dollars Bought:** ▮

**Total Quantity Sold:** ▮          **Total Dollars Sold:** ▮

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0116

Page 1 of 2



**Robinhood** 🪶

85 Willow Rd, Menlo Park, CA 94025                                                      07/13/2021
help@robinhood.com

JENNIFER ORTIZ Account # ▮▮▮▮▮▮▮▮

---

## Transaction
## Confirmation

---

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's **EDGAR** database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 - 2,4 - 5,8 - As AGENT
3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction
6 - As AGENT for both buyer and seller

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0117

## Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/13/2021

**JENNIFER ORTIZ** Account #:

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 07/13/2021 | 07/15/2021 | M | $39.9150 | 0.053238 | $2.12 | $0.00 | $0.00 | $2.12 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 07/13/2021 | 07/15/2021 | M | $39.9285 | 24.991672 | $997.88 | $0.00 | $0.00 | $997.88 | OTC | 3 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 25.04491 | **Total Dollars Bought:** | $1,000.00 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/20/2021

**JENNIFER ORTIZ** Account #: ▮▮▮▮▮▮

---

## Transaction Confirmation

---

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's **EDGAR** database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| | | | | |
|---|---|---|---|---|
| **MKT = Market in which transaction was Executed/Cleared**<br>NYSE - New York Stock Exchange<br>NYSEA - NYSE Alternext<br>USE - Other US Exchange<br>MF - Mutual Funds<br>OP - Options<br>OTC - Over-the-Counter/NASDAQ<br>UND - Underwriting<br>FOREX - Foreign Exchange<br>OTH - Other | **Buy/Sell Codes**<br>B = Buy or Buy To Open<br>S = Sell or Sell To Close<br>BCXL = Cancel Buy<br>SCXL = Cancel Sell<br>BTC = Buy To Close<br>STO = Sell To Open<br>BTCX = Buy To Close Cancel<br>STOX = Sell to Open Cancel | **Account Types**<br>C = Cash<br>M = Margin<br>N = Non-negotiable<br>S = Short | **U/S: Solicitation**<br>U = Unsolicited<br>S = Solicited | **CAP = Capacity in which the firm acted:**<br>1 - 2,4 - 5,8 - As AGENT<br>3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction<br>6 - As AGENT for both buyer and seller |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0119

# Robinhood

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

07/20/2021

**JENNIFER ORTIZ** Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 07/20/2021 | 07/22/2021 | M | $30.9500 | 31.225604 | $966.43 | $0.00 | $0.00 | $966.43 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 07/20/2021 | 07/22/2021 | M | $30.9500 | 0.084652 | $2.62 | $0.00 | $0.00 | $2.62 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 07/20/2021 | 07/22/2021 | M | $30.9500 | 1 | $30.95 | $0.00 | $0.00 | $30.95 | OTC | 3 | U |

**Total Quantity Bought:**      32.310256        **Total Dollars Bought:**        $1,000.00

**Total Quantity Sold:**      0        **Total Dollars Sold:**        $0.00

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0120

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/11/2021

JENNIFER ORTIZ Account #

---

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's EDGAR database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 - 2,4 - 5,8 - As AGENT
3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction
6 - As AGENT for both buyer and seller

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0121

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025                                                                08/11/2021
help@robinhood.com                                                    **JENNIFER ORTIZ** Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 08/11/2021 | 08/13/2021 | M | $26.9550 | 0.098868 | $2.66 | $0.00 | $0.00 | $2.66 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 08/11/2021 | 08/13/2021 | M | $26.9570 | 36.99744 | $997.34 | $0.00 | $0.00 | $997.34 | OTC | 3 | U |

**Total Quantity Bought:**          37.096308          **Total Dollars Bought:**          $1,000.00

**Total Quantity Sold:**          0          **Total Dollars Sold:**          $0.00

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    PLTF_VG_0122

Page 1 of 2

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/17/2021

**JENNIFER ORTIZ** Account # ███████

---

## Transaction
## Confirmation

---

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

15. RHF receives payment from a third-party for services rendered in distributing new securities offerings.

16. To access the prospectus, please visit the Securities and Exchange Commission's **EDGAR** database and enter the company's name or ticker symbol.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | U/S: Solicitation | CAP = Capacity in which the firm acted: |
|---|---|---|---|---|
| NYSE - New York Stock Exchange | B = Buy or Buy To Open | C = Cash | U = Unsolicited | 1 - 2,4 - 5,8 - As AGENT |
| NYSEA - NYSE Alternext | S = Sell or Sell To Close | M = Margin | S = Solicited | 3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction |
| USE - Other US Exchange | BCXL = Cancel Buy | N = Non-negotiable | | 6 - As AGENT for both buyer and seller |
| MF - Mutual Funds | SCXL = Cancel Sell | S = Short | | |
| OP - Options | BTC = Buy To Close | | | |
| OTC - Over-the-Counter/NASDAQ | STO = Sell To Open | | | |
| UND - Underwriting | BTCX = Buy To Close Cancel | | | |
| FOREX - Foreign Exchange | STOX = Sell to Open Cancel | | | |
| OTH - Other | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0123

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/17/2021

**JENNIFER ORTIZ** Account #

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 08/17/2021 | 08/19/2021 | M | $25.3450 | 0.455513 | $11.54 | $0.00 | $0.00 | $11.54 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 08/17/2021 | 08/19/2021 | M | $25.3500 | 19 | $481.65 | $0.00 | $0.00 | $481.65 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 08/17/2021 | 08/19/2021 | M | $25.3400 | 0.000394 | $0.01 | $0.00 | $0.00 | $0.01 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 08/17/2021 | 08/19/2021 | M | $25.3400 | 20 | $506.80 | $0.00 | $0.00 | $506.80 | OTC | 3 | U |
| Virgin Galactic Holdings SPCE CUSIP: 92766K106 | B | 08/17/2021 | 08/19/2021 | M | $25.4600 | 4.909662 | $125.00 | $0.00 | $0.00 | $125.00 | OTC | 3 | U |

**Total Quantity Bought:** 44.365569    **Total Dollars Bought:** $1,125.00

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0124