Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 1 of 269 PageID #: 6211

# EXHIBIT 18



PAGE 1 OF 8

December 1, 2020 - December 31, 2020
Account Number:
Account Type:    INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

## Customer Update:

### When to expect your 2020 tax documents

Visit etrade.com/tax to see when you'll receive 1099s, 5498s, and other tax documents.

E*TRADE Securities
Investment Account

IMPORTANT INFORMATION:
Why not get your statements, confirmations, and tax documents online?
Enroll for paperless delivery today at etrade.com/paperless.

HESHAM N IBRAHIM

## Account At A Glance



As of 11/30/20          As of 12/31/20

Net Change:

DETACH HERE

HESHAM N IBRAHIM

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484



DETACH HERE

**Use This Deposit Slip**          Acct:

### Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E*TRADE Securities
Investment Account

E*TRADE

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU. IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section of your account are derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/aseconnect/sweepagree or …

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*\*\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91RB240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0126



**E✱TRADE** Securities
Investment Account



Account Number: ███████

Statement Period : December 1, 2020 - December 31, 2020

Account Type: INDIVIDUAL

**Customer Update:**

Tax questions? No problem.
Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

## ACCOUNT OVERVIEW

Last Statement Date:              November 30, 2020

Beginning Account Value (On 11/30/20):  $ ██████
Ending Account Value (On 12/31/20):     $ ██████
Net Change:                             $ ██████

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 12/31/20)



## ACCOUNT VALUE SUMMARY

|  | | AS OF 12/31/20 | AS OF 11/30/20 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ |  |  |  |
| Total Cash/Margin Debt | $ |  |  |  |
| Stocks, Options & ETF (Long) | $ |  |  |  |
| Total Value of Securities | $ |  |  |  |
| Net Account Value | $ |  |  |  |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0127

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE Securities**
Investment Account





Account Number: ▉▉▉▉    Statement Period : December 1, 2020 - December 31, 2020    Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/20)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE Securities**
**Investment Account**



| Account Number: ⬛ | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

**CASH & CASH EQUIVALENTS** ⬛ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2020** | | |
| ⬛ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS** ( ⬛ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0129

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE** Securities
Investment Account



| Account Number: ▓▓▓▓ | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 30 | 23.7300 | 711.90 | ▓▓ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▓▓▓▓ | ▓▓▓▓ | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/20)** | | | | | ▓▓▓▓ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0130

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✶TRADE** Securities
Investment Account



| Account Number: ▮▮▮▮ | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/28/20 10:33 | 12/30/20 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 30 | 24.4081 | 732.24 | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | ▮ | ▮ |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | | | ▮ |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | ▮ |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | ▮ |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | | | ▮ |
| **NET WITHDRAWALS & DEPOSITS** | | | | | ▮ |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( ▮▮▮ APY Earned as of 12/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 12/01/20 | ▮ | OPENING BALANCE | ▮ |
| ▮ | ▮ | ▮ | ▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0131

E✶TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC





Investment Account



| Account Number: ▮▮▮▮ | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)**

| DATE | TRANSACTION TYPE | DESCRIPTION | | TRANSACTION AMOUNT |
|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮▮▮ | | ▮▮ |
| 12/31/20 | | CLOSING BALANCE | | ▮▮▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1 OF 10

January 1, 2021 - January 31, 2021
Account Number: ███████
Account Type:    **INDIVIDUAL**
Account Status:  **Pro Elite**

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

2020 1099 tax forms will be available by February 16, 2021.

**IMPORTANT INFORMATION**

Resolve to grow your retirement savings in 2021.

Open an E*TRADE IRA at *etrade.com*.



HESHAM N IBRAHIM
████████████████

**Account At A Glance**



As of 12/31/20          As of 01/31/21

**Net Change:**                    ████████

**E*TRADE Pro Elite**
**Investment Account**

---

DETACH HERE ▲

HESHAM N IBRAHIM
████████████████

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:** ███████

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0133



E*TRADE Pro Elite
Investment Account

E*TRADE

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of the statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month-end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/asdocontractsweepagree or

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91R8240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0134

PAGE 2 OF 10

 **E✳TRADE** Pro Elite
Investment Account



| | | |
|---|---|---|
| Account Number: ▇▇▇ | Statement Period : January 1, 2021 - January 31, 2021 | Account Type: INDIVIDUAL |

**Customer Update:**

Visit the E✳TRADE Tax Center to access tax forms (when available), plus tips and tools to help with your tax preparation. Bookmark *etrade.com/tax* today.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | December 31, 2020 |
| Beginning Account Value (On 12/31/20): | $ ▇▇▇ |
| Ending Account Value (On 01/31/21): | $ ▇▇▇ |
| Net Change: | $ ▇▇▇ |

For current rates, please visit **etrade.com/rat**▇

## ASSET ALLOCATION  (AS OF 01/31/21)



## ACCOUNT VALUE SUMMARY

| | | AS OF 01/31/21 | AS OF 12/31/20 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | ▇▇▇ | | |
| Total Cash/Margin Debt | $ | ▇▇▇ | | |
| Stocks, Options & ETF (Long) | $ | ▇▇▇ | | |
| Total Value of Securities | $ | ▇▇▇ | | |
| Net Account Value | $ | ▇▇▇ | | |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0135



E★TRADE Pro Elite
Investment Account



**Account Number:** ▮▮▮▮▮    **Statement Period.:** January 1, 2021 - January 31, 2021    **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|
| Securities Purchased | $ | | |
| Securities Sold | $ | | |
| Interest Received | | | |
| Taxable | $ | | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/21)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0136

E★TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✱TRADE

E✱TRADE Pro Elite
Investment Account



Account Number: ▮▮▮▮▮     Statement Period : January 1, 2021 - January 31, 2021     Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▮▮▮▮ of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of January 31, 2021** | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▮▮▮▮ of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE Pro Elite**
Investment Account



| Account Number: ■■■■ | Statement Period : January 1, 2021 - January 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ■■ | ■■ | ■■ | | ■■ | ■■ | ■■ | | |
| ■■ | ■■ | ■ | ■■ | ■■ | ■■ | | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 20 | 44.2900 | 885.80 | ■■ | | |
| ■■ | ■■ | ■ | ■■ | ■■ | ■■ | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ■■ | ■■ | ■■ | ■■ |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/21)** | | | | | ■■ | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | ■■ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ■■ | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ | | ■■ |
| ■■ | ■■ | ■■ | ■■ | ■■ | ■ | ■■ | | ■■ |
| ■■ | ■■ | ■■ | ■■ | ■■ | | ■■ | | ■■ |
| ■■ | ■■ | ■■ | ■■ | ■■ | ■ | ■■ | ■■ | |
| ■■ | ■■ | ■■ | ■■ | ■■ | ■ | ■■ | | |
| ■■ | ■■ | ■■ | ■■ | ■■ | ■ | ■■ | ■■ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0138

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E★TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮    Statement Period : January 1, 2021 - January 31, 2021    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E★TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✳TRADE

**E✳TRADE Pro Elite**
**Investment Account**



| Account Number: ⬛ | Statement Period :  January 1, 2021 - January 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | |
| ⬛ | ⬛ | | ⬛ | ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | ⬛ |
| 01/25/21 15:15 | 01/27/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Sold | -10 | 36.1340 | | 361.33 |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | |

**TOTAL SECURITIES ACTIVITY**     ⬛     ⬛

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0140

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✴TRADE**

**E✴TRADE** Pro Elite
Investment Account



Account Number: ▉▉▉▉   Statement Period : January 1, 2021 - January 31, 2021   Account Type: INDIVIDUAL

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | | | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | | | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| 01/28/21 | | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 2 | 43.2000 | 86.40 | |
| 01/28/21 | | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 8 | 43.2300 | 345.84 | |
| 01/28/21 | | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Sold | 20 | 41.9350 | | 838.68 |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | | ▉ |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | ▉ |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | ▉ |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | ▉ | |
| **NET WITHDRAWALS & DEPOSITS** | | | | ▉ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0141

E✴TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮    Statement Period : January 1, 2021 - January 31, 2021    Account Type: INDIVIDUAL

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY** ( ▮▮▮▮▮▮▮▮ %APY Earned as of 01/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 01/01/21 | ▮▮▮▮ | OPENING BALANCE | ▮▮▮ |
| | | ▮▮▮▮ | ▮▮▮ |
| 01/31/21 | | CLOSING BALANCE | ▮▮▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0142

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



PAGE 1 OF 14

February 1, 2021 - February 28, 2021
Account Number:
Account Type:     **INDIVIDUAL**
Account Status:   **Pro Elite**

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

**All your tax info in one place**
Forms 1099 for 2020, FAQs, key deadlines, cost basis info, and
more—find them all in our Tax Center at *etrade.com/tax.*

**E*TRADE** Pro Elite
Investment Account

**IMPORTANT INFORMATION**

April 15 is Tax Day, but it's also the
last day to make a 2020 contribution
to your IRA.

HESHAM N IBRAHIM

**Account At A Glance**



As of 01/31/21        As of 02/28/21

**Net Change:**

**E*TRADE**

DETACH HERE

HESHAM N IBRAHIM

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

 **Use This Deposit Slip**     **Acct:**

DETACH HERE

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/oslagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1 THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/l/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/aasconnect/sweeppages or

**Other Cash Balance Option** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*\*\* Denotes** a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91R8240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0144



**E✱TRADE** Pro Elite
Investment Account



Account Number: ▉▉▉▉          Statement Period : February 1, 2021 - February 28, 2021          Account Type: INDIVIDUAL

**Customer Update:**

Visit the E✱TRADE Tax Center to access tax forms, plus tips and tools to help with your tax preparation. Bookmark *etrade.com/tax* today.

## ACCOUNT OVERVIEW

Last Statement Date:                January 31, 2021

Beginning Account Value (On 01/31/21):   $ ▉▉▉▉
Ending Account Value (On 02/28/21):       $ ▉▉▉▉
Net Change:                               $ ▉▉▉▉

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 02/28/21)

## ACCOUNT VALUE SUMMARY

|  | AS OF 02/28/21 | AS OF 01/31/21 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ | | |
| Total Cash/Margin Debt | $ | | |
| Stocks, Options & ETF (Long) | $ | | |
| Total Value of Securities | $ | | |
| Net Account Value | $ | | |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0145

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E★TRADE** Pro Elite
Investment Account



Account Number: ███████

Statement Period : February 1, 2021 - February 28, 2021

Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|
| Securities Purchased | $ | | |
| Securities Sold | $ | | |
| Interest Received | | | |
| Taxable | $ | | |
| Dividends Received | | | |
| Taxable | $ | | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 02/28/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0146

PAGE 4 OF 14

## E✳TRADE

E✳TRADE Pro Elite
Investment Account



| Account Number: ⬛ | Statement Period : February 1, 2021 - February 28, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ⬛ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **CASH BALANCE** | | |
| Opening Balance | | |
| Closing Balance | | |
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of February 28, 2021** | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ⬛ % of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

E✱TRADE

E✱TRADE Pro Elite
Investment Account



| Account Number: ▮▮▮ | Statement Period : February 1, 2021 - February 28, 2021 | Account Type: INDIVIDUAL |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 30 | 37,2300 | 1,116.90 | ▮ | | |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | ▮ | ▮ | ▮ | ▮ |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 02/28/21) | | | | | ▮ | | | |
| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | | | | | ▮ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0148

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**®

**E✱TRADE Pro Elite**
Investment Account



Account Number: ▓▓▓▓          Statement Period : February 1, 2021 - February 28, 2021          Account Type: INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| 01/28/21 12:11 | 02/01/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 2 | 43.2000 | 86.40 | |
| 01/28/21 12:11 | 02/01/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 8 | 43.2300 | 345.84 | |
| 01/28/21 11:31 | 02/01/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Sold | -20 | 41.9350 | | 838.68 |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ | ▓ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0149

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE Pro Elite**
Investment Account



Account Number: ▆▆▆▆    Statement Period : February 1, 2021 - February 28, 2021    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0150

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE** Pro Elite
Investment Account



Account Number: ▆▆▆▆▆    Statement Period : February 1, 2021 - February 28, 2021    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 02/10/21 10:57 | 02/12/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 5 | 52.8950 | 264.48 | |
| 02/10/21 15:07 | 02/12/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 10 | 53.0150 | 530.15 | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0151

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE** Pro Elite
Investment Account



Account Number: ▆▆▆▆▆   Statement Period : February 1, 2021 - February 28, 2021   Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| 02/11/21 14:54 | 02/16/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 5 | 59.7050 | 298.53 | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

**E✱TRADE** Pro Elite
Investment Account



Account Number: ███████          Statement Period : February 1, 2021 - February 28, 2021          Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ████████ | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | | ███ | ███ | █ | ███ | | |
| ███ | ███ | | ███ | ███ | █ | ███ | | |
| ███ | ███ | | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | | ███ | ███ | █ | ███ | | |
| ███ | ███ | | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | | ███ | ███ | █ | ███ | | ███ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✱TRADE

**E✱TRADE Pro Elite**
Investment Account



Account Number: ▆▆▆▆▆▆        Statement Period : February 1, 2021 - February 28, 2021        Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |

**TOTAL SECURITIES ACTIVITY**          ▆          ▆

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0154

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✶TRADE** Pro Elite
Investment Account



Account Number: ▓▓▓▓          Statement Period : February 1, 2021 - February 28, 2021          Account Type: INDIVIDUAL

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ | ▓▓ | ▓ | ▓▓ | ▓▓▓ | |
| ▓▓ | ▓▓ | ▓▓▓ | ▓▓ | ▓ | ▓ | ▓▓ | ▓▓ | ▓▓ |
| ▓▓ | ▓▓ | ▓▓▓ | ▓▓ | ▓ | ▓ | ▓▓ | ▓▓ | ▓▓ |
| 02/26/21 | | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 10 | 35.9050 | 359.05 | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| ▓▓ | ▓▓ | ▓▓▓▓ | ▓ | | | ▓▓ |
| ▓▓ | ▓▓ | ▓▓▓▓ | | | | ▓▓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | ▓▓ |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | ▓▓ |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| ▓▓ | ▓▓ | ▓▓▓ | | | ▓▓ |

| | | | |
|---|---|---|---|
| **NET WITHDRAWALS & DEPOSITS** | | | ▓▓▓ |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( ▓▓▓▓▓▓ APY Earned as of 02/28/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 02/01/21 | | OPENING BALANCE | ▓▓ |
| ▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0155

E✶TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

E✳TRADE

E✳TRADE Pro Elite
Investment Account



| Account Number: ▉ | Statement Period : February 1, 2021 - February 28, 2021 | Account Type: INDIVIDUAL |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)



| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 02/28/21 | | CLOSING BALANCE | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✳TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PLTF_VG_0156



PAGE 1 OF 14

March 1, 2021 - March 31, 2021
**Account Number:** ▮▮▮▮▮▮
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

**Extended federal tax deadline**
The IRS has extended the 2020 federal income tax filing and payment deadline from April 15, 2021 to May 17, 2021. Visit *irs.gov* for more details. Refer to your state's official website for guidance on any additional relief that may be available.

**IMPORTANT INFORMATION**
**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless.*

HESHAM N IBRAHIM
▮▮▮▮▮▮▮▮

*E*TRADE Pro Elite Investment Account*

**Account At A Glance**



As of 02/28/21          As of 03/31/21

**Net Change:** ▮▮▮▮▮

---

DETACH HERE ▲

HESHAM N IBRAHIM
▮▮▮▮▮▮▮▮

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**       **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   ▮▮▮▮▮▮   PLTF_VG_0157



E*TRADE Pro Elite
Investment Account

E*TRADE

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/oslaagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/aeaconnect/sweeppages or...

**Other Cash Balance Option** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91R8240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0158

PAGE 2 OF 14



**E✳TRADE** Pro Elite
Investment Account



| | | |
|---|---|---|
| Account Number: ⬛ | Statement Period : March 1, 2021 - March 31, 2021 | Account Type: INDIVIDUAL |

**Customer Update:**

Visit the E✳TRADE Tax Center to access tax forms, plus tips and tools to help with your tax preparation. Visit *etrade.com/tax* today.

## ACCOUNT OVERVIEW

Last Statement Date:                February 28, 2021

Beginning Account Value (On 02/28/21):   $ ⬛
Ending Account Value (On 03/31/21):       $ ⬛
Net Change:                               $ ⬛

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 03/31/21)



## ACCOUNT VALUE SUMMARY

| | | AS OF 03/31/21 | AS OF 02/28/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0159

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E★TRADE**



E★TRADE Pro Elite
Investment Account



Account Number: ▓▓▓▓    Statement Period: March 1, 2021 - March 31, 2021    Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |
| Dividends Received | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0160

E★TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

**E✱TRADE Pro Elite**
Investment Account



| Account Number: ▉▉▉ | Statement Period : March 1, 2021 - March 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▉▉ of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **CASH BALANCE** | | |
| Opening Balance | | |
| Closing Balance | | |
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of March 31, 2021** | | |
| ▉▉▉▉▉ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

### TOTAL CASH & CASH EQUIVALENTS    ▉▉   ▉▉

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▉▉ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▉▉▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉▉ | ▉ | ▉ | | ▉ | ▉ | ▉ | | |
| ▉▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉▉ | ▉ | ▉ | | ▉ | ▉ | | | |
| ▉▉ | ▉ | ▉ | | ▉ | ▉ | | | |
| ▉▉ | ▉ | ▉ | | ▉ | ▉ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0161

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE**

**E✳TRADE** Pro Elite
Investment Account

Account Number: ▮▮▮▮

Statement Period :   March 1, 2021 - March 31, 2021

Account Type:  INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ███ | ██ | ██ | █ | ███ | ███ | ██ | | |
| ███ | ██ | ██ | █ | ██ | ██ | ██ | | |
| ██ | ██ | █ | ██ | ██ | ██ | | | |
| █ | ██ | █ | ██ | ██ | ██ | | | |
| ██ | ██ | █ | ███ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | █ | ██ | ██ | ██ | | | |
| ██ | ██ | ██ | ██ | ██ | ██ | | | |
| █ | ██ | █ | ██ | ██ | ██ | | | |
| ██ | ██ | █ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | █ | ██ | ██ | ██ | | | |
| █ | ██ | █ | ██ | ██ | ██ | | | |
| | | | | ███ | ██ | ██ | | |
| ███ | ██ | █ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | █ | ██ | ██ | ██ | | | |
| ██ | ██ | █ | ██ | ██ | ██ | | | |
| ██ | ██ | █ | ██ | ██ | ██ | | | |
| ██ | ██ | ██ | ██ | ██ | ██ | | | |
| ██ | ██ | ██ | ██ | ██ | ██ | | | |
| ██ | ██ | █ | ██ | ██ | ██ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0162

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE**

**E✱TRADE** Pro Elite
Investment Account

| Account Number: ▉▉▉ | Statement Period : March 1, 2021 - March 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 135 | 30.6300 | 4,135.05 | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▉ | ▉ | ▉ | ▉ |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/21)** | | | | | ▉ | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | ▉ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | ▉ |
| 02/26/21 10:18 | 03/02/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 10 | 35.9050 | 359.05 | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0163

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

**E✱TRADE Pro Elite**
**Investment Account**



Account Number: ▮▮▮▮▮          Statement Period : March 1, 2021 - March 31, 2021          Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 03/04/21 10:28 | 03/08/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 40 | 30.5800 | 1,223.20 | |
| | | | | | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0164

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✴TRADE**

**E✴TRADE Pro Elite**
Investment Account

Account Number: ▆▆▆▆▆          Statement Period : March 1, 2021 - March 31, 2021          Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| | | | ▆ | | | | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| 03/05/21 10:44 | 03/09/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 30 | 25.6381 | 769.14 | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0165

PAGE 9 OF 14

E✴TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

E✳TRADE

E✳TRADE Pro Elite
Investment Account



Account Number: ▆▆▆▆▆     Statement Period : March 1, 2021 - March 31, 2021     Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0166

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

**E✱TRADE** Pro Elite
Investment Account



| Account Number: ▓▓▓ | Statement Period : March 1, 2021 - March 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | ▓ |
| 03/29/21 14:43 | 03/31/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 25 | 28.8300 | 720.75 | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |

**TOTAL SECURITIES ACTIVITY** | | | | | | | ▓▓▓ | ▓▓▓ |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▓ | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0167
PAGE 11 OF 14

# E✱TRADE

**E✱TRADE** Pro Elite
Investment Account



| Account Number: ███ | | | Statement Period : March 1, 2021 - March 31, 2021 | | | | Account Type: INDIVIDUAL |

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ███ | | ███ | ███ | ███ | █ | ███ | ███ | |
| ███ | | | ███ | ███ | █ | ███ | ███ | |
| ███ | | | ███ | ███ | █ | ███ | ███ | |
| ███ | | | ███ | ███ | █ | ███ | ███ | ███ |
| ███ | | | ███ | ███ | █ | ███ | ███ | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ███ | ███ | ███ | | | ███ |

| TOTAL DIVIDENDS & INTEREST ACTIVITY | ███ |
|---|---|
| NET DIVIDENDS & INTEREST ACTIVITY | ███ |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | | ███ |

| NET WITHDRAWALS & DEPOSITS | ███ |
|---|---|

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0168

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE** Pro Elite
Investment Account



| Account Number: ▮▮▮▮ | Statement Period : March 1, 2021 - March 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ▮▮▮▮▮▮▮ %APY Earned as of 03/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 03/01/21 | | OPENING BALANCE | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 03/31/21 | | CLOSING BALANCE | ▮▮▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0169

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0170

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 14 OF 14



**E*TRADE** Pro Elite
Investment Account

April 1, 2021 - April 30, 2021
**Account Number:** ▮▮▮▮▮▮▮
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

Invest to make an impact.
Learn how sustainable investing offers growth
potential while supporting your values at
us.etrade.com/knowledge/sustainable-investing.

HESHAM N IBRAHIM
▮▮▮▮▮▮▮

**Account At A Glance**



As of 03/31/21        As of 04/30/21

**Net Change:** ▮▮▮▮▮

---

**E*TRADE**

DETACH HERE ▲

HESHAM N IBRAHIM
▮▮▮▮▮▮▮

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** ▮▮▮▮▮

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0171



E*TRADE Pro Elite
Investment Account

E*TRADE

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/oslagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/l/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/asdaprogramsweeppages or

**Other Cash Balance Option** in addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91R8240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0172



**E✳TRADE** Pro Elite
Investment Account



Account Number: █████

Statement Period : April 1, 2021 - April 30, 2021

Account Type: INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:                    March 31, 2021

Beginning Account Value (On 03/31/21):   $  ████
Ending Account Value (On 04/30/21):      $  ████
Net Change:                              $  ████

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 04/30/21)



## ACCOUNT VALUE SUMMARY

|  | | AS OF 04/30/21 | AS OF 03/31/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0173

PAGE 3 OF 12



**E✱TRADE** Pro Elite
Investment Account



Account Number: ▐█████

Statement Period : April 1, 2021 - April 30, 2021

Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| **Interest Received** | | |
| Taxable | $ | |
| **Dividends Received** | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 04/30/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0174

E✱TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**®

**E✳TRADE Pro Elite**
Investment Account



| Account Number: ███ | Statement Period : April 1, 2021 - April 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ███ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of April 30, 2021** | | |
| ███ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ( ███ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ███ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | | |
| ███ | ▪ | ▪ | | ▪ | ▪ | ▪ | | |
| ███ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| ███ | ▪ | ▪ | ▪ | ▪ | ▪ | | | |
| ███ | ▪ | ▪ | ▪ | ▪ | ▪ | | | |
| ███ | ▪ | ▪ | ▪ | ▪ | ▪ | | | |
| ███ | ▪ | | ▪ | ▪ | | | | |
| ███ | ▪ | ▪ | ▪ | ▪ | ▪ | | | |
| ███ | ▪ | ▪ | ▪ | ▪ | ▪ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0175

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

E✳TRADE



E✳TRADE Pro Elite
Investment Account

Account Number: ▮▮▮▮▮          Statement Period : April 1, 2021 - April 30, 2021          Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0176

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✶TRADE**

**E✶TRADE** Pro Elite
Investment Account



| Account Number: ▊▊▊ | Statement Period : April 1, 2021 - April 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▊▊▊ | ▊ | ▊ | ▊ | ▊▊ | ▊ | | ▊▊ | ▊▊ |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 290 | 22.1500 | 6,423.50 | ▊ | | |
| ▊▊▊ | ▊ | ▊ | ▊ | ▊▊ | ▊▊ | ▊ | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | ▊▊ | ▊▊ | ▊▊ | ▊▊ |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 04/30/21) | | | | | ▊▊ | | | |
| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | | | | | ▊▊ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | ▊ | |
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | ▊ | |
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | ▊ | |
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | | ▊ |
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | ▊ | |
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | ▊ | |
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | ▊ | |
| ▊ | ▊ | ▊▊ | ▊ | ▊ | ▊ | ▊ | ▊ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0177

PAGE 7 OF 12

E✶TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE Pro Elite**
Investment Account



Account Number: ▆▆▆▆     Statement Period : April 1, 2021 - April 30, 2021     Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| | | | ▆ | ▆ | ▆ | | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ |
| | | | ▆ | ▆ | ▆ | ▆ | ▆ | |
| 04/05/21 12:35 | 04/07/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 25 | 28.9100 | 722.75 | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| 04/12/21 11:42 | 04/14/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 20 | 26.7493 | 534.99 | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0178

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE Pro Elite**
Investment Account



| Account Number: ▮▮▮ | Statement Period : April 1, 2021 - April 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| | | | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 04/15/21 15:24 | 04/19/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 40 | 22.8084 | 912.34 | |
| 04/15/21 09:43 | 04/19/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 40 | 24.6200 | 984.80 | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 04/20/21 13:41 | 04/22/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 30 | 20.9599 | 628.80 | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | ▮ | ▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0179

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE** Pro Elite
Investment Account



| Account Number: ▆▆▆ | Statement Period : April 1, 2021 - April 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▆ | | ▆ | ▆ | ▆ | ▌ | ▆ | | ▆ |
| ▆ | | ▆ | ▆ | ▆ | ▌ | ▆ | | ▆ |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | | | ▆ |
| ▆ | ▆ | ▆ | | | | ▆ |

| TOTAL DIVIDENDS & INTEREST ACTIVITY | ▆ |
|---|---|
| NET DIVIDENDS & INTEREST ACTIVITY | ▆ |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( ▆▆▆▆ APY Earned as of 04/30/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 04/01/21 | | OPENING BALANCE | ▆ |
| ▆ | ▆ | ▆ | ▆ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0180

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE** Pro Elite
Investment Account



Account Number: ▉▉▉▉▉▉

Statement Period :  April 1, 2021 - April 30, 2021

Account Type:  INDIVIDUAL

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)



| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 04/30/21 | | CLOSING BALANCE | ▉▉▉▉ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0181

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0182

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 12 OF 12



PAGE 1 OF 10

**E*TRADE** Pro Elite
Investment Account

May 1, 2021 - May 31, 2021
Account Number: ▇▇▇▇▇
Account Type:    **INDIVIDUAL**
Account Status:  **Pro Elite**

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

**Invest to make an impact.**
Learn how sustainable investing offers growth
potential while supporting your values at
*us.etrade.com/knowledge/sustainable-investing.*

HESHAM N IBRAHIM
▇▇▇▇▇▇▇▇

**Account At A Glance**



As of 04/30/21          As of 05/31/21

**Net Change:**              ▇▇▇▇▇

DETACH HERE ▲

HESHAM N IBRAHIM
▇▇▇▇▇▇▇

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**    Acct: ▇▇▇▇▇    DETACH HERE ▲

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    PLTF_VG_0183



E*TRADE Pro Elite
Investment Account

E*TRADE

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/assoconnectsweeppages or...

**Other Cash Balance Option** in addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91RB240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**E✺TRADE** Pro Elite
Investment Account



Account Number: ███████        Statement Period : May 1, 2021 - May 31, 2021        Account Type: INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:                    April 30, 2021

Beginning Account Value (On 04/30/21):    $ ████████
Ending Account Value (On 05/31/21):       $
Net Change:                               $

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 05/31/21)



## ACCOUNT VALUE SUMMARY

|  | | AS OF 05/31/21 | AS OF 04/30/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0185



**E✲TRADE** Pro Elite
Investment Account



Account Number: ███████          Statement Period : May 1, 2021 - May 31, 2021          Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |
| Dividends Received | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0186

E✲TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 10

# E✱TRADE

**E✱TRADE Pro Elite**
Investment Account



| Account Number: ▆▆▆▆ | Statement Period : May 1, 2021 - May 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▆▆ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of May 31, 2021** | | |
| ▆▆▆▆ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS** ▆▆  ▆▆

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▆▆ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▆▆ | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | | |
| | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | | |
| | ▆▆ | ▆▆ | | ▆▆ | | | | |
| | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | | |
| | ▆▆ | ▆▆ | | | | | | |
| | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆ | | | |
| | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | | |
| | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆ | | | |
| | ▆▆ | ▆▆ | ▆ | ▆▆ | ▆▆ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0187
PAGE 5 OF 10

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✴TRADE**

**E✴TRADE** Pro Elite
Investment Account

Account Number: ▮▮▮▮▮    Statement Period : May 1, 2021 - May 31, 2021    Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0188

E✴TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✱TRADE

**E✱TRADE Pro Elite**
Investment Account



| Account Number: ▇▇▇ | Statement Period :  May 1, 2021 - May 31, 2021 | Account Type:  INDIVIDUAL |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 365 | 31.2300 | 11,398.95 | ▇▇ | | |
| ▇▇▇▇▇▇ | ▇ | ▇ | | ▇▇ | ▇ | ▇ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/21)** | | | | | ▇▇ | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | ▇▇ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| | ▇▇ | ▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| | ▇▇ | ▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| | ▇▇ | ▇▇▇▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇▇ | |
| | ▇▇ | ▇▇▇▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇▇ | |
| | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇▇ | |
| | ▇▇ | ▇▇▇▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇▇ | |
| | ▇▇ | ▇▇▇▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇▇ | |
| | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇▇ | |
| | ▇▇ | ▇▇▇▇ | ▇▇ | ▇▇ | ▇ | ▇▇ | ▇▇ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE Pro Elite**
Investment Account



| Account Number: ▉ | Statement Period : May 1, 2021 - May 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 05/12/21 12:52 | 05/14/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 75 | 16.6050 | 1,245.38 | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0190

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

**E✱TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮    Statement Period : May 1, 2021 - May 31, 2021    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |

**TOTAL SECURITIES ACTIVITY** — ▮ — ▮

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | | | ▮ |

**TOTAL DIVIDENDS & INTEREST ACTIVITY** — ▮

**NET DIVIDENDS & INTEREST ACTIVITY** — ▮

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |

**NET WITHDRAWALS & DEPOSITS** — ▮

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0191

PAGE 9 OF 10

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE** Pro Elite
Investment Account



| Account Number: ▮▮▮▮ | Statement Period : May 1, 2021 - May 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY**   ▮▮▮▮▮ %APY Earned as of 05/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 05/01/21 | ▮▮▮ | OPENING BALANCE ▮▮▮▮▮ | ▮▮▮ |
| 05/31/21 | | CLOSING BALANCE | ▮▮▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0192



PAGE 1 OF 10

June 1, 2021 - June 30, 2021
Account Number:
Account Type:      **INDIVIDUAL**
Account Status:    **Pro Elite**

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Keep your profile up to date**

Have your goals, circumstances, or contact information changed?
If so, let us know by updating your profile anytime at
*etrade.com/investorprofile*

**E*TRADE Pro Elite**
**Investment Account**

**IMPORTANT INFORMATION:**
An added measure of protection.

We now offer you the ability to designate an individual who is at least 18 years old to be your trusted contact person (TCP). If you elect to designate a TCP, you authorize E*TRADE to contact this person and to disclose information about your account to: address possible financial exploitation; confirm the specifics of your current contact information, health status, or the identity of any legal guardian, executor, trustee, or holder of a power of attorney; or as otherwise permitted by applicable law. To designate a new TCP or to update your current TCP election, visit etrade.com/tcp.

HESHAM N IBRAHIM


**Account At A Glance**



**Net Change:**

---

▲ DETACH HERE

HESHAM N IBRAHIM


Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**E*TRADE**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0193



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/aswconnect/sweeppages or

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0194



**E✱TRADE** Pro Elite
Investment Account



| Account Number: █████ | Statement Period : June 1, 2021 - June 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT OVERVIEW

Last Statement Date:                    May 31, 2021

Beginning Account Value (On 05/31/21):    $ ████
Ending Account Value (On 06/30/21):       $ ████
Net Change:                               $ ████

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION (AS OF 06/30/21)



## ACCOUNT VALUE SUMMARY

| | AS OF 06/30/21 | AS OF 05/31/21 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ ████ | | |
| Total Cash/Margin Debt | $ ████ | | |
| Stocks, Options & ETF (Long) | $ ████ | | |
| Total Value of Securities | $ ████ | | |
| Net Account Value | $ ████ | | |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0195

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✴TRADE**

E✴TRADE Pro Elite
Investment Account



Account Number: ███████    Statement Period : June 1, 2021 - June 30, 2021    Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|
| Securities Purchased | $ | | |
| Securities Sold | $ | | |
| Interest Received | | | |
| Taxable | $ | | |
| Dividends Received | | | |
| Taxable | $ | | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 06/30/21)



CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0196

E✴TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✳TRADE

**E✳TRADE** Pro Elite
Investment Account



| Account Number: ▓▓▓▓ | Statement Period : June 1, 2021 - June 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (▓ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
|   Opening Balance | | |
|   Closing Balance | | |
|   Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of June 30, 2021** | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (▓ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0197

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✻TRADE**

**E✻TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮   Statement Period : June 1, 2021 - June 30, 2021   Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 300 | 46.0000 | 13,800.00 | ▮▮▮ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 06/30/21)** | | | | | ▮▮▮ | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | ▮▮▮ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0198

E✻TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



## E✱TRADE

**E✱TRADE** Pro Elite
Investment Account

Account Number: ███████          Statement Period : June 1, 2021 - June 30, 2021          Account Type: INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | ███ | |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| ███ | ███ | ██████ | ███ | ███ | █ | ███ | | ███ |
| 06/24/21 13:00 | 06/28/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Sold | -65 | 39.7460 | | 2,583.40 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | ███ | ███ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0199

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

**E✱TRADE Pro Elite**
Investment Account



| Account Number: ▓▓▓▓ | Statement Period : June 1, 2021 - June 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▓ | | ▓▓▓ | ▓ | ▓ | ▌ | ▓ | | ▓ |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓▓▓ | | | | ▓ |

| TOTAL DIVIDENDS & INTEREST ACTIVITY | ▓ |
|---|---|
| NET DIVIDENDS & INTEREST ACTIVITY | ▓ |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| ▓ | ▓ ▓ | | | ▓ | |
| ▓ | ▓ ▓ | ▓▓ | | | ▓ |
| ▓ | ▓ ▓ | ▓▓ | | ▓ | |
| ▓ | ▓ ▓ | ▓▓ | | ▓ | |

| NET WITHDRAWALS & DEPOSITS | ▓ |
|---|---|

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY  (▓▓▓▓ ●APY Earned as of 06/30/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 06/01/21 | | OPENING BALANCE | ▓ |
| ▓ | ▓ | ▓ | ▓ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0200

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC





Investment Account



Account Number: ███████     Statement Period : June 1, 2021 - June 30, 2021     Account Type: INDIVIDUAL

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)**

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| ███████ | ███████ | ████████████ | ███████ |
| 06/30/21 | | CLOSING BALANCE | ███████ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0201

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✦TRADE**

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



PAGE 1 OF 8

**July 1, 2021 - July 31, 2021**
Account Number: ████████
Account Type:    **INDIVIDUAL**
Account Status:  **Pro Elite**

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Connect to E*TRADE on the go.**

The E*TRADE Mobile app puts everything you need in the palm of your hand—investing, trading, research, easy-to-use tools, and more.
Visit *etrade.com/mobile* or your device's app store to download today!

HESHAM N IBRAHIM
████████

**E*TRADE** Pro Elite
Investment Account

**Account At A Glance**

As of 06/30/21          As of 07/31/21

**Net Change:**

DETACH HERE                                                    DETACH HERE

HESHAM N IBRAHIM
████████

**Use This Deposit Slip**    **Acct:** ████████

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    PLTF_VG_0203



**E*TRADE Pro Elite Investment Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/cuslagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU, IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ. If you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/aesconnectsweepagree or [illegible]

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91RB240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0204

**E✲TRADE**

**E✲TRADE** Pro Elite
Investment Account

| | | |
|---|---|---|
| Account Number: ▇▇▇ | Statement Period : July 1, 2021 - July 31, 2021 | Account Type: INDIVIDUAL |

## ACCOUNT OVERVIEW

Last Statement Date:                    June 30, 2021

Beginning Account Value (On 06/30/21):   $ ▇▇▇
Ending Account Value (On 07/31/21):      $ ▇▇▇
Net Change:                             $ ▇▇▇

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 07/31/21)

## ACCOUNT VALUE SUMMARY

| | | AS OF 07/31/21 | AS OF 06/30/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E✲TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✲TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✲TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0205



**E✱TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮    Statement Period : July 1, 2021 - July 31, 2021    Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| **Interest Received** | | |
| Taxable | $ | |
| **Dividends Received** | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 07/31/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0206

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 8

# E✳TRADE

**E✳TRADE** Pro Elite
Investment Account



| Account Number: ▮▮▮▮ | Statement Period : July 1, 2021 - July 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▮▮ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of July 31, 2021** | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

### TOTAL CASH & CASH EQUIVALENTS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▮▮ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0207

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE**

**E✳TRADE** Pro Elite
**Investment Account**

Account Number: ▮▮▮▮▮▮▮

Statement Period : July 1, 2021 - July 31, 2021

Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 500 | 29.9900 | 14,995.00 | ▮▮▮ | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/21) | ▮▮▮▮▮ |
|---|---|
| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | ▮▮▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0208

PAGE 6 OF 8

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✶TRADE**

E✶TRADE Pro Elite
Investment Account



| Account Number: ■■■■ | | Statement Period : July 1, 2021 - July 31, 2021 | | Account Type: INDIVIDUAL |
|---|---|---|---|---|

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/01/21 14:55 | 07/06/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 50 | 43.8700 | 2,193.50 | |
| 07/02/21 09:36 | 07/07/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 6 | 52.0000 | 312.00 | |
| 07/02/21 09:58 | 07/07/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 10 | 49.8100 | 498.10 | |
| 07/02/21 09:36 | 07/07/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 34 | 52.0300 | 1,769.02 | |
| 07/02/21 09:57 | 07/07/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 100 | 49.3243 | 4,932.43 | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0209

E✶TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE**

**E✳TRADE** Pro Elite
Investment Account



Account Number: ▉▉▉▉    Statement Period : July 1, 2021 - July 31, 2021    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | ▉ | ▉ |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | | | ▉ |
| ▉ | ▉ | ▉ | | | | ▉ |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | ▉ |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | ▉ |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY    ▉▉▉▉ %APY Earned as of 07/31/21

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 07/01/21 | | OPENING BALANCE | ▉ |
| | ▉ | ▉ | ▉ |
| 07/31/21 | | CLOSING BALANCE | ▉ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0210

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1 OF 8



**E\*TRADE** Pro Elite
Investment Account

August 1, 2021 - August 31, 2021
Account Number:
Account Type:     **INDIVIDUAL**
Account Status:   **Pro Elite**

E\*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Connect to E\*TRADE on the go.**

The E\*TRADE Mobile app puts everything you need in the palm of your hand—investing, trading, research, easy-to-use tools, and more.
Visit *etrade.com/mobile* or your device's app store to download today!

HESHAM N IBRAHIM

## Account At A Glance



As of 07/31/21        As of 08/31/21

**Net Change:**

**E\*TRADE**

DETACH HERE

HESHAM N IBRAHIM

**Use This Deposit Slip**        **Acct:**

**Please do not send cash**

Make checks payable to E\*TRADE Securities LLC

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E\*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    PLTF_VG_0211







Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/asdconnectsweepagree or

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*\*\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91RB240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0212





Investment Account



| | | |
|---|---|---|
| Account Number: ▉▉▉ | Statement Period : August 1, 2021 - August 31, 2021 | Account Type: INDIVIDUAL |

## ACCOUNT OVERVIEW

Last Statement Date:                         July 31, 2021

Beginning Account Value (On 07/31/21):    $  ▉▉▉
Ending Account Value (On 08/31/21):       $  ▉▉▉
Net Change:                               $  ▉▉▉

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 08/31/21)



## ACCOUNT VALUE SUMMARY

| | | AS OF 08/31/21 | AS OF 07/31/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0213

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✦TRADE



**E✦TRADE Pro Elite**
Investment Account



Account Number: ███████          Statement Period : August 1, 2021 - August 31, 2021          Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |
| Dividends Received | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0214

PAGE 4 OF 8

 **E✳TRADE** Pro Elite
Investment Account



| Account Number: ██████ | Statement Period : August 1, 2021 - August 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ████ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2021** | | |
| ████████ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**                         ████   ████

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ████ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ██████ | ██ | ██ | █ | ██ | ██ | ██ | | |
| | ██ | ██ | █ | ██ | ██ | ██ | | |
| | ██ | ██ | █ | ██ | ██ | | | |
| | | ██ | █ | ██ | ██ | ██ | | |
| | | ██ | | ██ | | | | |
| | ██ | ██ | █ | ██ | | ██ | | |
| | ██ | ██ | █ | ██ | ██ | ██ | | |
| | █ | ██ | █ | ██ | ██ | | | |
| | ██ | ██ | █ | ██ | ██ | ██ | | |
| | | ██ | | ██ | ██ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0215

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✱TRADE**

E✱TRADE Pro Elite
Investment Account



Account Number: ▮▮▮▮          Statement Period : August 1, 2021 - August 31, 2021          Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | | ▮▮ | ▮▮ | ▮▮ | | |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | | |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | | |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | | |
| | ▮▮ | ▮▮ | | ▮▮ | ▮ | ▮ | | |
| | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | | |
| | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 27.1100 | 16,266.00 | ▮▮ | | |
| ▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/21)** | | | | | ▮▮ | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | ▮▮ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | | ▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | | ▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0216

PAGE 6 OF 8

**E✳TRADE**



**E✳TRADE** Pro Elite
Investment Account



| Account Number: ▮▮▮▮ | Statement Period : August 1, 2021 - August 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮▮▮ | |
| 08/11/21 10:02 | 08/13/21 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Bought | 100 | 27.8882 | 2,788.82 | |
| | | | ▮ | ▮▮ | ▮ | ▮▮▮ | ▮▮▮ | |
| | | | ▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮▮▮ | |
| | | | ▮▮ | ▮▮ | ▮ | ▮▮ | | ▮▮ |
| | | | ▮▮ | ▮▮ | ▮ | ▮▮ | | ▮▮ |
| | | | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | |

**TOTAL SECURITIES ACTIVITY**                                ▮▮▮    ▮▮▮

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮▮ | | | ▮▮ |

**TOTAL DIVIDENDS & INTEREST ACTIVITY**                                ▮▮

**NET DIVIDENDS & INTEREST ACTIVITY**                                ▮▮

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮ | ▮▮ | |

**NET WITHDRAWALS & DEPOSITS**                                ▮▮

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0217
PAGE 7 OF 8

 

E*TRADE Pro Elite
Investment Account



| Account Number: ▮▮▮ | Statement Period : August 1, 2021 - August 31, 2021 | Account Type: INDIVIDUAL |
| --- | --- | --- |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   (▮▮▮▮▮%APY Earned as of  08/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
| --- | --- | --- | --- |
| 08/01/21 | | OPENING BALANCE | ▮▮▮ |
| | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 08/31/21 | | CLOSING BALANCE | ▮▮▮ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0218

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



PAGE 1 OF 8

September 1, 2021 - September 30, 2021
Account Number: ▮▮▮▮▮
Account Type:    INDIVIDUAL
Account Status:  Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless
delivery. Enroll at etrade.com/paperless.

**Invest to make an impact.**
Learn how sustainable investing offers growth
potential while supporting your values at
us.etrade.com/knowledge/sustainable-investing.

HESHAM N IBRAHIM


## Account At A Glance



As of 08/31/21          As of 09/30/21

**Net Change:**

▲ DETACH HERE                                          DETACH HERE ▲

HESHAM N IBRAHIM

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**   Acct: ▮▮▮▮▮

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**E*TRADE Pro Elite Investment Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/l/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/asaconnect/sweeppages or...

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also provided. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91R8240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0220



 **E✳TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮▮    Statement Period : September 1, 2021 - September 30, 2021    Account Type: INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:    August 31, 2021

Beginning Account Value (On 08/31/21):   $ ▮▮▮▮
Ending Account Value (On 09/30/21):   $ ▮▮▮▮
Net Change:   $ ▮▮▮▮
For current rates, please visit etrade.com/ra▮▮▮

## ASSET ALLOCATION  (AS OF 09/30/21)

▮▮▮▮▮▮▮▮▮▮▮▮

## ACCOUNT VALUE SUMMARY

| | AS OF 09/30/21 | AS OF 08/31/21 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ ▮ | | |
| Total Cash/Margin Debt | $ ▮ | | |
| Stocks, Options & ETF (Long) | $ ▮ | | |
| Total Value of Securities | $ ▮ | | |
| Net Account Value | $ ▮ | | |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0221



**E✱TRADE** Pro Elite
Investment Account



Account Number: ▋▋▋▋▋    Statement Period : September 1, 2021 - September 30, 2021    Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |
| Dividends Received | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 09/30/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0222

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 8

**E✶TRADE**

**E✶TRADE Pro Elite**
Investment Account



| Account Number: ▉▉▉ | Statement Period : September 1, 2021 - September 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▉ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| Extended Insurance Sweep Deposit Account | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| Extended Insurance Sweep Deposit Account Balance by Bank as of September 30, 2021 | | |
| ▉▉▉ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**         ▉▉         ▉▉

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▉ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0223

E✶TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE** Pro Elite
Investment Account



Account Number: ▉▉▉▉    Statement Period : September 1, 2021 - September 30, 2021    Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | | ▉ | ▉ | ▉ | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 25.3000 | 15,180.00 | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▉ | ▉ | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 09/30/21)** | | | | | ▉ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | | ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | | ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | ▉ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0224

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE** Pro Elite
Investment Account



Account Number: ▓▓▓▓▓    Statement Period : September 1, 2021 - September 30, 2021    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | ▮ | ▮ |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | | ▮ |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | ▮ |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | ▮ |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| **NET WITHDRAWALS & DEPOSITS** | | | ▮ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0225

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC





E✴TRADE Pro Elite
Investment Account



Account Number: ▆▆▆▆    Statement Period : September 1, 2021 - September 30, 2021    Account Type: INDIVIDUAL

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY** ( ▆▆▆▆▆▆▆▆ APY Earned as of 09/30/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 09/01/21 | ▆▆ | OPENING BALANCE | ▆▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆▆▆ |
| 09/30/21 | | CLOSING BALANCE | ▆▆ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0226

E✴TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



PAGE 1 OF 8

**October 1, 2021 - October 31, 2021**
Account Number: ▮▮▮▮▮▮
Account Type:      **INDIVIDUAL**
Account Status:    **Pro Elite**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

Making a donation to your favorite charity has never been easier with our new online donation experience. Learn more at etrade.com/donations.

HESHAM N IBRAHIM
▮▮▮▮▮▮

## Account At A Glance



As of 09/30/21          As of 10/31/21

**Net Change:**          ▮▮▮▮▮

---

DETACH HERE ▲

HESHAM N IBRAHIM
▮▮▮▮▮

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:** ▮▮▮▮▮

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0227



**E*TRADE Pro Elite Investment Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month-end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/asaccountsweepages or

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91R8240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**E✳TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮▮    Statement Period : October 1, 2021 - October 31, 2021    Account Type: INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:                September 30, 2021

Beginning Account Value (On 09/30/21):  $ ▮▮▮▮
Ending Account Value (On 10/31/21):      $ ▮▮▮▮
Net Change:                              $ ▮▮▮▮
For current rates, please visit etrade.com/ra▮▮▮

## ASSET ALLOCATION  (AS OF 10/31/21)



### ACCOUNT VALUE SUMMARY

|  | | AS OF 10/31/21 | AS OF 09/30/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0229

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

 

**E✱TRADE** Pro Elite
Investment Account

Account Number: ▮▮▮▮▮▮          Statement Period : October 1, 2021 - October 31, 2021          Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |
| Dividends Received | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0230

PAGE 4 OF 8

**E✱TRADE**

**E✱TRADE Pro Elite**
Investment Account



| Account Number: ⬛ | Statement Period : October 1, 2021 - October 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (⬛ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of October 31, 2021** | | |
| ⬛ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**     ⬛     ⬛

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (⬛ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ⬛ | ⬛ | ⬛ | | ⬛ | ⬛ | ⬛ | | |
| | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| | ⬛ | ⬛ | | ⬛ | ⬛ | ⬛ | | |
| | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 18.7500 | 11,250.00 | ⬛ | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0231

PAGE 5 OF 8

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE** Pro Elite
Investment Account



| Account Number: ▮▮▮▮▮ | Statement Period : October 1, 2021 - October 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮ | ▮▮ | | ▮▮▮ | ▮▮ | ▮▮ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▮▮▮ | ▮▮▮ | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/21)** | | | | | ▮▮▮ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮ | ▮▮ | | ▮▮ |
| ▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | | ▮▮ |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | ▮▮ |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮▮ | | | ▮▮ |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | ▮▮ |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | ▮▮ |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| ▮▮ | ▮ | ▮▮ | ▮▮ | |
| ▮▮ | ▮ | ▮▮ | ▮ | |
| **NET WITHDRAWALS & DEPOSITS** | | | ▮▮ | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0232

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC





E*TRADE Pro Elite
Investment Account



| Account Number: ███ | Statement Period : October 1, 2021 - October 31, 2021 | Account Type: INDIVIDUAL |

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY** ███ %APY Earned as of 10/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 10/01/21 | | OPENING BALANCE | ███ |
| ███ | ███ | ███ | ███ |
| 10/31/21 | | CLOSING BALANCE | ███ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0233

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0234

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8 OF 8



**November 1, 2021 - November 30, 2021**
Account Number: ▓▓▓▓
Account Type:     INDIVIDUAL
Account Status:   Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Year-end tips for tax planning**
We've put together a list of key tax ideas to consider as
you plan for the upcoming tax season. Check it out today
at etrade.com/yearendchecklist.

**Invest to make an impact.**
Learn how sustainable investing offers growth
potential while supporting your values at
us.etrade.com/knowledge/sustainable-investing.

HESHAM N IBRAHIM



## Account At A Glance



As of 10/31/21          As of 11/30/21

**Net Change:**



▲ DETACH HERE                                                          DETACH HERE ▲

HESHAM N IBRAHIM

| | Use This Deposit Slip | Acct: ▓▓▓▓ |

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/forcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/advconnect/sweeppages or provided by your advisor firm.

**Other Cash Balance Option** in addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91RB240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0236



**E✱TRADE** Pro Elite
Investment Account



Account Number: ■■■■          Statement Period : November 1, 2021 - November 30, 2021          Account Type: INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:          October 31, 2021

Beginning Account Value (On 10/31/21):    $
Ending Account Value (On 11/30/21):    $
Net Change:    $

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 11/30/21)



## ACCOUNT VALUE SUMMARY

|  | | AS OF 11/30/21 | AS OF 10/31/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ |  |  |  |
| Total Cash/Margin Debt | $ |  |  |  |
| Stocks, Options & ETF (Long) | $ |  |  |  |
| Total Value of Securities | $ |  |  |  |
| Net Account Value | $ |  |  |  |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0237

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮▮     Statement Period : November 1, 2021 - November 30, 2021     Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |
| Dividends Received | | |
| Taxable | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PLTF_VG_0238



E✷TRADE Pro Elite
Investment Account



| Account Number: ▉▉▉▉ | Statement Period : November 1, 2021 - November 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▉ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of November 30, 2021** | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ( ▉ % of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 16.0000 | 9,600.00 | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | | | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/21)**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0239

PAGE 5 OF 6

E✳TRADE

E✳TRADE **Pro Elite**
Investment Account



| Account Number: ██████ | Statement Period : November 1, 2021 - November 30, 2021 | Account Type: INDIVIDUAL |

## TRANSACTION HISTORY

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| ████ | ████ | ████████ | ████ | |
| ████ | ████ | ████████ | ████ | |

| NET WITHDRAWALS & DEPOSITS | | | ████ | |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   (██████% APY/██████%APY Earned as of 11/30/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 11/01/21 | | OPENING BALANCE | ████ |
| ████ | ████ | ████████████ | ████ |
| 11/30/21 | | CLOSING BALANCE | ████ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0240

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



PAGE 1 OF 6

December 1, 2021 - December 31, 2021
Account Number:  ███████
Account Type:      INDIVIDUAL
Account Status:    Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

2020 1099 tax forms will be available by February 16, 2021.

**E*TRADE Pro Elite Investment Account**

## IMPORTANT INFORMATION
Why not get your statements, confirmations, and tax documents online?
Enroll for paperless delivery today at *etrade.com/paperless*.

HESHAM N IBRAHIM


## Account At A Glance



| As of 11/30/21 | As of 12/31/21 |
|---|---|

Net Change:  ███████

---

DETACH HERE

HESHAM N IBRAHIM
███████

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**     Acct: ███████

DETACH HERE

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

**E*TRADE**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PLTF_VG_0241



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/cuslagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash; and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients, your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/assconnect/sweepagree or...

**Other Cash Balance Option** in addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

91R8240 - 07/20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**E✻TRADE** Pro Elite
Investment Account



Account Number: ▇▇▇▇

Statement Period : December 1, 2021 - December 31, 2021

Account Type: INDIVIDUAL

**Customer Update:**

Tax questions? No problem.
Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today

## ACCOUNT OVERVIEW

Last Statement Date:                    November 30, 2021

Beginning Account Value (On 11/30/21):    $
Ending Account Value (On 12/31/21):       $
Net Change:                               $

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 12/31/21)



## ACCOUNT VALUE SUMMARY

|  | | AS OF 12/31/21 | AS OF 11/30/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E✻TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✻TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✻TRADE Bank, and are subject

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0243



**E✦TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮     Statement Period : December 1, 2021 - December 31, 2021     Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |
| Interest Received | | |
| Taxable | $ | |
| Dividends Received | | |
| Taxable | $ | |



## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/21)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0244

PAGE 4 OF 6

E✦TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✳TRADE** Pro Elite
Investment Account

| Account Number: ▮▮▮▮ | Statement Period : December 1, 2021 - December 31, 2021 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (▮▮▮ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2021** | | |

▮▮▮▮▮

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**                                    ▮▮▮    ▮▮▮

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (▮▮▮ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | | |
| | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | | |
| | ▮▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ | | |
| | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | | |
| | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | | |
| | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 13.3800 | 8,028.00 | ▮▮ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▮▮ | ▮▮ | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/21)**                          ▮▮▮

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0245





E*TRADE Pro Elite
Investment Account



| Account Number: ███████ | Statement Period : December 1, 2021 - December 31, 2021 | Account Type: INDIVIDUAL |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|--------------|------------------|----------|-------|----------------|-----------------|
| ███ | ███████████ | ██ | ███ | | | ███ | |
| | | | | | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | ███ | |
| **NET OTHER ACTIVITY** | | | | | | ███ | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ███████████ APY Earned as of 12/31/21

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 12/01/21 | | OPENING BALANCE | ███ |
| ███ | ███ | ████████ | ██ |
| 12/31/21 | | CLOSING BALANCE | ███ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0246

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



PAGE 1 OF 6

January 1, 2022 - January 31, 2022
**Account Number:** ▮▮▮▮▮
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

**Customer Update:**
2021 1099 tax forms will be available by February 15, 2022.

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

E*TRADE Pro Elite
Investment Account

**IMPORTANT INFORMATION**
Why not get your statements, confirmations, and
tax documents online?
Enroll for paperless delivery today
at *etrade.com/paperless*.

HESHAM N IBRAHIM
▮▮▮▮▮▮▮

## Account At A Glance



As of 12/31/21          As of 01/31/22

**Net Change:** ▮▮▮▮▮

DETACH HERE ▲

HESHAM N IBRAHIM
▮▮▮▮▮▮

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** ▮▮▮▮▮

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0247

E*TRADE Pro Elite
Investment Account

E*TRADE

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934 as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an Investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECNs (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments) through profit sharing arrangements for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types, and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis or all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/forms/unfunded-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2016 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or a statement copy or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value as also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint please call 800-387-2331 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

51RB840-191/22

**E✳TRADE**



**E✳TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮    Statement Period : January 1, 2022 - January 31, 2022    Account Type: INDIVIDUAL

**Customer Update:**

Visit the E✳TRADE Tax Center to access tax forms (when available), plus tips and tools to help with your tax preparation. Bookmark *etrade.com/tax* today.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | December 31, 2021 |
| Beginning Account Value (On 12/31/21): | $ |
| Ending Account Value (On 01/31/22): | $ |
| Net Change: | $ |

For current rates, please visit etrade.com/rat

## ASSET ALLOCATION (AS OF 01/31/22)

**ACCOUNT**

| | AS OF 01/31/22 | AS OF 12/31/21 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ | | |
| Total Cash/Margin Debt | $ | | |
| Stocks, Options & ETF (Long) | $ | | |
| Total Value of Securities | $ | | |
| Net Account Value | $ | | |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley ▮▮▮▮▮▮▮▮▮▮▮ be swept, and are subject to investment risk, including possible loss of the principal invested.

E✳TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0249





E*TRADE Pro Elite
Investment Account



Account Number: ▮▮▮▮▮    Statement Period : January 1, 2022 - January 31, 2022    Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ | |
| Securities Sold | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/22)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0250

PAGE 4 OF 6

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC



**E✳TRADE**

**E✳TRADE** Pro Elite
Investment Account

| Account Number: ▇▇ | Statement Period : January 1, 2022 - January 31, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▇ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of January 31, 2022** | | |
| ▇▇▇ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS**   ▇   ▇

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ( ▇ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇ | ▇ | | ▇ | ▇ | ▇ | | |
| | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | |
| | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | |
| | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | |
| | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 9.2000 | 5,520.00 | ▇ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▇ | ▇ | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/22)**   ▇

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0251

E✳TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC





**E✳TRADE Pro Elite**
Investment Account

| Account Number: ▇▇▇ | Statement Period : January 1, 2022 - January 31, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | ▇ | ▇ |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ▇▇▇ APY Earned as of 01/31/22

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 01/01/22 | | OPENING BALANCE | ▇ |
| ▇ | ▇ | ▇ | ▇ |
| 01/31/22 | | CLOSING BALANCE | ▇ |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✳TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC



PAGE 1 OF 6

February 1, 2022 - March 31, 2022
**Account Number:** ███
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

**Customer Update:**
**Tax questions? No problem.**
Get helpful tips, tools, and key dates in the Tax Center.
Visit etrade.com/tax today.

## IMPORTANT INFORMATION
**Want to get important documents faster?**
Get your statements, confirms, and tax forms online
with paperless delivery. Enroll at etrade.com/paperless.

HESHAM N IBRAHIM
███

E*TRADE Pro Elite
Investment Account

## Account At A Glance



As of 01/31/22       As of 03/31/22

**Net Change:** ███

DETACH HERE ▲

HESHAM N IBRAHIM
███

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:** ███

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    PLTF_VG_0253

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934 as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an Investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification; such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer. More information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECNs (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement, opportunities, differences in price dis-improvement, likelihood of execution, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types, and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis or all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/legal/uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or a statement copy will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value as also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party, responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint please call 800-387-2331 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB840 (01/22)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**E✱TRADE** Pro Elite
Investment Account



Account Number: ▮▮▮▮    Statement Period : February 1, 2022 - March 31, 2022    Account Type: INDIVIDUAL

**Customer Update:**

Visit the E✱TRADE Tax Center to access tax forms (when available), plus tips and tools to help with your tax preparation. Bookmark *etrade.com/tax* today.

## ACCOUNT OVERVIEW

Last Statement Date:                          January 31, 2022

Beginning Account Value (On 01/31/22):    $
Ending Account Value (On 03/31/22):       $
Net Change:                               $

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 03/31/22)



## ACCOUNT VALUE SUMMARY

|  | | AS OF 03/31/22 | AS OF 01/31/22 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley ▮▮▮▮▮▮▮▮▮▮▮ be swept, and are subject to investment risk, including possible loss of the principal invested.

E✱TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER



**E✲TRADE** Pro Elite
Investment Account



Account Number: ███████         Statement Period : February 1, 2022 - March 31, 2022         Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ███████ | ███████ |
| Securities Sold | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/22)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0256




**E✱TRADE Pro Elite**
Investment Account

| Account Number: ▮▮▮▮ | Statement Period : February 1, 2022 - March 31, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (▮▮▮ of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of March 31, 2022** | | |
| ▮▮▮▮▮▮ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | ▮▮▮ | ▮▮▮ |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (▮▮▮ of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 9.8800 | 5,928.00 | ▮ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▮ | ▮ | | |

| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/22)** | ▮ |
|---|---|

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E✱TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC



THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 1 OF 6

**E\*TRADE** Pro Elite
Investment Account

April 1, 2022 - June 30, 2022
Account Number:
Account Type:    **INDIVIDUAL**
Account Status:  **Pro Elite**

**E\*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387 2331  etrade.com
Member SIPC

**An added measure of protection.**

We offer you the ability to designate an individual who is at least 18 years old to be your trusted contact person (TCP). If you elect to designate a TCP, you authorize E\*TRADE to contact this person and to disclose information about your account to, address possible financial exploitation, confirm the specifics of your current contact information, health status, or the identity of any legal guardian, executor, trustee, or holder of a power of attorney, or as otherwise permitted by applicable law. To designate a new TCP or to update your current TCP election, visit etrade.com/tcp.

## Customer Update:

**Keep your profile up to date**

Have your goals, circumstances, or contact information changed? If so, let us know by updating your profile anytime at *etrade.com/investorprofile*



HESHAM N IBRAHIM

## Account At A Glance



As of 03/31/22        As of 06/30/22

**Net Change:**

---



from Morgan Stanley

▲ DETACH HERE

HESHAM N IBRAHIM

Make checks payable to E\*TRADE Securities LLC

Mail deposits to:

E\*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0259

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934 as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services, or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection (Please note that money market mutual fund balances are considered securities rather than cash). Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in order disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of (1) an (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/conditions-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program, you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated value on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint please call 800-387-2331 or write to: E*TRADE Securities LLC PO Box 484, Jersey City, NJ 07303-0484

Definitions:
Activity/Trade Date: Trade date or transaction date of other entries.
Total Portfolio Percent: Percentage of your holding by issue of security.
DIV/CPN% Yield: Annual dividend or bond % yield.
Open Orders: Buy or sell orders for securities that have not yet been executed or cancelled.
Symbol/CUSIP: The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g. transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0260



**E✳TRADE Pro Elite**
Investment Account

| Account Number: ▮▮▮▮ | Statement Period : April 1, 2022 - June 30, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

**Customer Update:**

Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at *us.etrade.com/knowledge/sustainable-investing.*

## ACCOUNT OVERVIEW

Last Statement Date:          March 31, 2022

Beginning Account Value (On 03/31/22):   $ ▮▮▮▮
Ending Account Value (On 06/30/22):    $ ▮▮▮▮
Net Change:                $ ▮▮▮▮

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 06/30/22)



## ACCOUNT VALUE SUMMARY

| | | AS OF 06/30/22 | AS OF 03/31/22 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | ▮ | | |
| **Total Cash/Margin Debt** | $ | ▮ | | |
| Stocks, Options & ETF (Long) | $ | ▮ | | |
| **Total Value of Securities** | $ | ▮ | | |
| **Net Account Value** | $ | ▮ | | |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which funds might be swept, and are subject to investment risk, including possible loss of the principal invested.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0261

# E✱TRADE
from Morgan Stanley

**E✱TRADE Pro Elite**
**Investment Account**

Account Number: ██████        Statement Period : April 1, 2022 - June 30, 2022        Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ██████ | ██████ |
| Securities Sold | $ ██████ | ██████ |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 06/30/22)



CONFIDEN█

PLTF_VG_0262



from Morgan Stanley



E✱TRADE Pro Elite

Investment Account

Account Number: ▮▮▮▮▮▮    Statement Period : April 1, 2022 - June 30, 2022    Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▮▮▮ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of June 30, 2022** | | |

▮▮▮▮▮▮▮▮

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▮▮▮ % of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 6.0200 | 3,612.00 | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | | | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 06/30/22)**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0264

PAGE 6 OF 6

PAGE 1 OF 6

**July 1, 2022 - September 30, 2022**
Account Number:  ███████
Account Type:       INDIVIDUAL
Account Status:    Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1 800 387 2331   etrade.com
Member SIPC

**Invest to make an impact.**
Learn how sustainable investing offers growth
potential while supporting your values at
us.etrade.com/knowledge/sustainable-investing.

### Customer Update:
Keep your profile up to date
Have your goals, circumstances, or contact information
changed? If so, let us know by updating your profile anytime
at etrade.com/investorprofile.

HESHAM N IBRAHIM

## Account At A Glance



As of 06/30/22          As of 09/30/22

Net Change:



DETACH HERE

HESHAM N IBRAHIM

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Use This Deposit Slip   Acct: █████

DETACH HERE

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PLTF_VG_0265

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your introducing firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

## E*TRADE Pro Elite Investment Account

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934 as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC and FINRA requires that all broker dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement entry is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement, if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/options-unvested-cash and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-1 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

Other Cash Balance Option. In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions (Sweep Program). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number;
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint please call 1-800-387-2331 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

Definitions:
Activity/Trade Date. Trade date or transaction date of other entries.
Total Portfolio Percent. Percentage of your holding by issue of security.
DIV/CP (%) Yield. Annual dividend or bond % yield.
Open Orders. Buy or sell orders for securities that have not yet been executed or canceled.
Symbol/CUSIP. The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g. transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0266



from Morgan Stanley

**E✶TRADE Pro Elite**
Investment Account

| Account Number: ⬛ | Statement Period : July 1, 2022 - September 30, 2022 | Account Type: INDIVIDUAL |

## ACCOUNT OVERVIEW

Last Statement Date:                     June 30, 2022

Beginning Account Value (On 06/30/22):    $  ⬛
Ending Account Value (On 09/30/22):       $  ⬛
Net Change:                               $  ⬛

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 09/30/22)



## ACCOUNT VALUE SUMMARY

|  |  | AS OF 09/30/22 | AS OF 06/30/22 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | ⬛ | | |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank,
National Association, Members FDIC, and depending on the sweep program may also be swept to
third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep
funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured
depository institution to which funds are swept. Securities products and cash balances other than
sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley
Bank, Morgan Stanley Private Bank, or any third party bank, may lose value, might not be swept, and are
subject to investment risk, including possible loss of the principal invested.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# E✱TRADE
from Morgan Stanley

**E✱TRADE Pro Elite**
Investment Account

**Account Number:** ▉▉▉▉

**Statement Period :** July 1, 2022 - September 30, 2022

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ▉▉▉ | |
| Securities Sold | $ ▉▉▉ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 09/30/22)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0268



E✱TRADE Pro Elite
Investment Account

from Morgan Stanley

**Account Number:** ▮▮▮▮▮▮        **Statement Period :** July 1, 2022 - September 30, 2022        **Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

**CASH & CASH EQUIVALENTS** ▮▮▮ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | ▮▮▮▮▮ |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of September 30, 2022** | | |
| ▮▮▮▮▮▮▮ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS**                                            ▮▮▮▮▮

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS** ▮▮▮ % of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 4.7100 | 2,826.00 | ▮▮▮ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▮▮▮ | | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 09/30/22)** | | | | | ▮▮▮ | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**THIS PAGE INTENTIONALLY LEFT BLANK**

PAGE 1 OF 6

**E\*TRADE Pro Elite Investment Account**

October 1, 2022 - November 30, 2022
Account Number: ███████
Account Type:     INDIVIDUAL
Account Status:   Pro Elite

E\*TRADE Securities LLC
P.O. Box 484
Jersey City NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

Visit the E\*TRADE Security Center
at us.etrade.com/security-center to learn
more about how we work to secure your account.

HESHAM N IBRAHIM
███████████

## Customer Update:

**Year-end tips for tax planning**
We've put together a list of key tax ideas to consider as
you plan for the upcoming tax season. Check it out today at
etrade.com/yearendchecklist .

## Account At A Glance



          As of 09/30/22        As of 11/30/22

**Net Change:**           ███████████

**E\*TRADE from Morgan Stanley**

DETACH HERE ▲

HESHAM N IBRAHIM
███████████

Make checks payable to E\*TRADE Securities LLC

Mail deposits to:

E\*TRADE SECURITIES LLC
P.O. Box 484
Jersey City NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct:** ███████

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0271

**E*TRADE Pro Elite Investment Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formers for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or their yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECNs (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/options-unInvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances, go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on this statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331 or write to E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date:** Trade date or transaction date of other entries.
**Total Portfolio Percent:** Percentage of any holding by issue of security.
**DIV/CPN% Yield:** Annual dividend or bond in yield.
**Open Orders:** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP:** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

STF0246 – 01/22

**E*TRADE** from Morgan Stanley



from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

| | | |
|---|---|---|
| **Account Number:** ▋▋ | **Statement Period :** October 1, 2022 - November 30, 2022 | **Account Type:** INDIVIDUAL |

**Customer Update:**

Keep your information up to date. Check that your profile is current and correct for security purposes. Visit *etrade.com/myprofile* to review your account info.

## ACCOUNT OVERVIEW

Last Statement Date: September 30, 2022

Beginning Account Value (On 09/30/22): $ ▋▋
Ending Account Value (On 11/30/22): $ ▋▋
Net Change: $ ▋▋

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 11/30/22)



## ACCOUNT VALUE SUMMARY

| | | AS OF 11/30/22 | AS OF 09/30/22 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | | | |
| **Total Cash/Margin Debt** | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| **Total Value of Securities** | $ | | | |
| **Net Account Value** | $ | | | |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association. Members FDIC, and depending on the sweep program may also be swept to third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0273
PAGE 3 OF 6

# E✶TRADE®
from Morgan Stanley

**E✶TRADE Pro Elite**
Investment Account

**Account Number:** ▮▮▮▮▮▮

**Statement Period:** October 1, 2022 - November 30, 2022

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ▮▮▮▮▮ | |
| Securities Sold | $ ▮▮▮▮▮ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/22)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0274



E✳TRADE Pro Elite
Investment Account

| Account Number: ███████ | Statement Period : October 1, 2022 - November 30, 2022 | Account Type: INDIVIDUAL |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ███ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| Extended Insurance Sweep Deposit Account | | |
|   Opening Balance | | |
|   Closing Balance | | |
|   Average Balance | | |
| Extended Insurance Sweep Deposit Account Balance by Bank as of November 30, 2022 | | |
| ███████████ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ███ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 5.0900 | 3,054.00 | | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | | | | |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/22) | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**E✳TRADE** from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

Account Number: ███████    Statement Period : October 1, 2022 - November 30, 2022    Account Type: INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**TOTAL SECURITIES ACTIVITY**

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY** ████ % APY/ ████ %APY Earned as of 11/30/22)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 10/01/22 | | OPENING BALANCE | |
| 11/30/22 | | CLOSING BALANCE | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PAGE 1 OF 6

**December 1, 2022 - December 31, 2022**
Account Number: ███████
Account Type:    INDIVIDUAL
Account Status:  Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1 800-387-2331   etrade.com
Member SIPC

**Why not get your statements, confirmations, and tax documents online?** Enroll for paperless delivery today at *etrade.com/paperless.*

**Customer Update:**

When to expect your 2022 tax documents
Visit *etrade.com/tax* to see when you'll receive 1099s, 5498s, and other tax documents.

HESHAM N IBRAHIM
███████████

E*TRADE Pro Elite
Investment Account

## Account At A Glance



As of 11/30/22          As of 12/31/22

Net Change: ███████

---

DETACH HERE ▲

HESHAM N IBRAHIM
███████████

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** ███████

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or questions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of the statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month-end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services, or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC and FINRA require that all broker dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECNs (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through credit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including when applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market center's. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of (1 e. +1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/options univested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program, you may have the option to have your free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility nor verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may not be able to sell your interests in the alternative investments held in your account if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331 or write to E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions**
**Activity/Trade Date:** Trade date or transaction date of other entries.
**Total Portfolio Percent:** Percentage of your holding by issue of security.
**DIV/CPN% Yield:** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g. transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

E*TRADE Pro Elite Investment Account

E*TRADE From Morgan Stanley



**E★TRADE Pro Elite**
Investment Account

| | | | |
|---|---|---|---|
| Account Number: ██████ | Statement Period : December 1, 2022 - December 31, 2022 | | Account Type: INDIVIDUAL |

**Customer Update:**

Tax questions? No problem.
Get helpful tips, tools, and key dates in the Tax Center. Visit *etrade.com/tax* today.

## ACCOUNT OVERVIEW

Last Statement Date:                November 30, 2022

Beginning Account Value (On 11/30/22):    $  ████
Ending Account Value (On 12/31/22):       $  ████
Net Change:                               $  ████

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 12/31/22)



## ACCOUNT VALUE SUMMARY

| | | AS OF 12/31/22 | AS OF 11/30/22 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | ████ | ████ | ████ |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | | | |
| Total Value of Securities | $ | | | |
| Net Account Value | $ | | | |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank,
National Association, Members FDIC, and depending on the sweep program may also be swept to
third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep
funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured
depository institution to which funds are swept. Securities products and cash balances other than
sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley
Bank, Morgan Stanley Private Bank, or any third party bank to which funds might be swept, and are
subject to investment risk, including possible loss of the principal invested.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

# E✳TRADE®
from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

**Account Number:** ▮▮▮▮

**Statement Period :** December 1, 2022 - December 31, 2022

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ▮▮▮▮ | |
| Securities Sold | $ ▮▮▮▮ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/22)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0280



E✱TRADE Pro Elite
Investment Account

| Account Number: ███████ | Statement Period : December 1, 2022 - December 31, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ███ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| CASH BALANCE | | ████ |
| Opening Balance | | |
| Closing Balance | | |
| Extended Insurance Sweep Deposit Account | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2022 | | |
| ████ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS**  ████

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ███ % of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 3.4800 | 2,088.00 | | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | ████ | | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22)**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



E✱TRADE Pro Elite
Investment Account

| Account Number: ██████ | | Statement Period : December 1, 2022 - December 31, 2022 | | | | Account Type: INDIVIDUAL | |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|------------------|
| ████ | ███████████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ |

TOTAL OTHER ACTIVITY
NET OTHER ACTIVITY

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PLTF_VG_0282

**July 1, 2022 - September 30, 2022**
**Account Number:** ▮▮▮▮▮▮
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

**E*TRADE Pro Elite Investment Account**

**Invest to make an impact.**
Learn how sustainable investing offers growth
potential while supporting your values at
*us.etrade.com/knowledge/sustainable-investing.*

## Customer Update:

**Keep your profile up to date**
Have your goals, circumstances, or contact information
changed? If so, let us know by updating your profile anytime
at *etrade.com/investorprofile.*

HESHAM N IBRAHIM


## Account At A Glance



As of 06/30/22        As of 09/30/22

**Net Change:** ▮▮▮▮▮▮

---

**E*TRADE** from Morgan Stanley

DETACH HERE ▲

HESHAM N IBRAHIM
▮▮▮▮▮▮

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct:** ▮▮▮▮▮▮

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US dealer prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

PLTF_VG_82339



**E✷TRADE**
from Morgan Stanley

**E✷TRADE** Pro Elite
**Investment Account**

**Account Number:** ████    **Statement Period :** July 1, 2022 - September 30, 2022    **Account Type:** INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:                June 30, 2022

Beginning Account Value (On 06/30/22):    $ ████
Ending Account Value (On 09/30/22):       $ ████
Net Change:                               $ ████

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 09/30/22)



## ACCOUNT VALUE SUMMARY

|  | AS OF 09/30/22 | AS OF 06/30/22 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ | | |
| **Total Cash/Margin Debt** | $ | | |
| Stocks, Options & ETF (Long) | $ | | |
| **Total Value of Securities** | $ | | |
| **Net Account Value** | $ | | |

Securities products and services are offered by E✷TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82340

![E*TRADE from Morgan Stanley]

**E✱TRADE** Pro Elite
**Investment Account**

**Account Number:** ▮▮▮▮▮       **Statement Period :** July 1, 2022 - September 30, 2022        **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



SEP-21  OCT-21  NOV-21  DEC-21  JAN-22  FEB-22  MAR-22  APR-22  MAY-22  JUN-22  JUL-22  AUG-22  SEP-22

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
| --- | --- | --- |
| Securities Purchased | $ ▮▮▮▮▮ | |
| Securities Sold | $ ▮▮▮▮▮ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 09/30/22)

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82341



from Morgan Stanley

E✱TRADE Pro Elite
Investment Account

**Account Number:** ▉▉▉▉

**Statement Period :** July 1, 2022 - September 30, 2022

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▉▉ % of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | ▉▉▉▉ |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of September 30, 2022** | | |
| ▉▉▉▉ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS** ▉▉▉▉

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ( ▉▉ of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 4.7100 | 2,826.00 | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | | | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 09/30/22)**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82342



**THIS PAGE INTENTIONALLY LEFT BLANK**

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

PLTF_VG_82343

**October 1, 2022 - November 30, 2022**

**Account Number:** ▉▉▉▉▉
**Account Type:** **INDIVIDUAL**
**Account Status:** **Pro Elite**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331   etrade.com
Member SIPC

Visit the E*TRADE Security Center
at *us.etrade.com/security-center* to learn
more about how we work to secure your account.

**Customer Update:**

**Year-end tips for tax planning**
We've put together a list of key tax ideas to consider as
you plan for the upcoming tax season. Check it out today at
*etrade.com/yearendchecklist* .

HESHAM N IBRAHIM
▉▉▉▉▉▉▉▉▉▉▉▉

**Account At A Glance**



| As of 09/30/22 | As of 11/30/22 |
|---|---|

**Net Change:**       ▉▉▉▉▉



DETACH HERE ▲

HESHAM N IBRAHIM
▉▉▉▉▉▉▉▉▉▉

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct:** ▉▉▉▉▉

**Please do not send cash**

|  | Dollars | Cents |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL DEPOSIT** |  |  |

**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearinghouse, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification; such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82345

# E✱TRADE
from Morgan Stanley

**E✱TRADE** Pro Elite
Investment Account

**Account Number:** ▓▓▓▓▓

**Statement Period :** October 1, 2022 - November 30, 2022

**Account Type:** INDIVIDUAL

**Customer Update:**

**Keep your information up to date.** Check that your profile is current and correct for security purposes. Visit *etrade.com/myprofile* to review your account info.

## ACCOUNT OVERVIEW

Last Statement Date: September 30, 2022

Beginning Account Value (On 09/30/22): $ ▓▓▓▓▓
Ending Account Value (On 11/30/22): $ ▓▓▓▓▓
Net Change: $ ▓▓▓▓▓

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 11/30/22)



## ACCOUNT VALUE SUMMARY

| | AS OF 11/30/22 | AS OF 09/30/22 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ ▓▓▓▓ | | |
| **Total Cash/Margin Debt** | $ ▓▓▓▓ | | |
| Stocks, Options & ETF (Long) | $ ▓▓▓▓ | | |
| **Total Value of Securities** | $ ▓▓▓▓ | | |
| **Net Account Value** | $ ▓▓▓▓ | | |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

E✱TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82346

# E✳TRADE
from Morgan Stanley

**E✳TRADE** Pro Elite
Investment Account

**Account Number:** ███████        **Statement Period :** October 1, 2022 - November 30, 2022        **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



NOV-21  DEC-21  JAN-22  FEB-22  MAR-22  APR-22  MAY-22  JUN-22  JUL-22  AUG-22  SEP-22  OCT-22  NOV-22

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ████████ | ████████ |
| Securities Sold | $ | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/22)

E✳TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82347



from Morgan Stanley

**E✱TRADE** Pro Elite
**Investment Account**

**Account Number:** ████████          **Statement Period :** October 1, 2022 - November 30, 2022          **Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ████ % of Holdings)

| DESCRIPTION | | PORTFOLIO % | AMOUNT |
|---|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | ████ | ████ |
| Opening Balance | | | |
| Closing Balance | | | |
| Average Balance | | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of November 30, 2022** | | | |
| ████ | | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS** ████

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ████ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ████ | | | | | | | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 5.0900 | 3,054.00 | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ████ | | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/22)** ████

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82348



**E✱TRADE** Pro Elite
**Investment Account**

| Account Number: ▮▮▮▮ | Statement Period : October 1, 2022 - November 30, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**TOTAL SECURITIES ACTIVITY**

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ▮▮▮▮▮▮ %APY Earned as of 11/30/22

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82349

PAGE 1 OF 6

**December 1, 2022 - December 31, 2022**

Account Number: ▮▮▮▮

Account Type: **INDIVIDUAL**

Account Status: **Pro Elite**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331   etrade.com
Member SIPC

**Why not get your statements, confirmations, and tax documents online?** Enroll for paperless delivery today at *etrade.com/paperless.*

**Customer Update:**

**When to expect your 2022 tax documents**
Visit *etrade.com/tax* to see when you'll receive 1099s, 5498s, and other tax documents.

HESHAM N IBRAHIM
▮▮▮▮▮▮▮▮▮▮

**Account At A Glance**



|                | As of 11/30/22 | As of 12/31/22 |
|----------------|----------------|----------------|

**Net Change:** ▮▮▮▮

DETACH HERE ▲

HESHAM N IBRAHIM
▮▮▮▮▮▮▮▮

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct:** ▮▮▮▮

**Please do not send cash**

|                 | Dollars | Cents |
|-----------------|---------|-------|
|                 |         |       |
|                 |         |       |
|                 |         |       |
|                 |         |       |
|                 |         |       |
| **TOTAL DEPOSIT** |         |       |



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through *etrade.com* or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearinghouse, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or *www.finra.org*.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit *www.sipc.org* or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at *https://us.etrade.com/customer-service/faq*. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at *www.etrade.com*. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at *https://us.etrade.com/l/options-uninvested-cash*, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at *etrade.com* and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at *etrade.com* or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting *etrade.com*, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through *etrade.com* or call 800-387-2331 with any questions.

S1RB240 - 01/22

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

PLTF_VG_82351



from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

| Account Number: █████ | Statement Period : December 1, 2022 - December 31, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

**Customer Update:**

**Tax questions? No problem.**
Get helpful tips, tools, and key dates in the Tax Center. Visit *etrade.com/tax* today.

## ACCOUNT OVERVIEW

Last Statement Date: November 30, 2022

Beginning Account Value (On 11/30/22): $ ████
Ending Account Value (On 12/31/22): $ ████
Net Change: $ ████

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION (AS OF 12/31/22)



## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/22 | AS OF 11/30/22 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents **Total Cash/Margin Debt** | | | |
| Stocks, Options & ETF (Long) **Total Value of Securities** | | | |
| **Net Account Value** | | | |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82352

![E*TRADE from Morgan Stanley]

**E★TRADE** Pro Elite
Investment Account

| Account Number: ███████ | Statement Period : December 1, 2022 - December 31, 2022 | Account Type: INDIVIDUAL |
|---|---|---|

## NET ACCOUNT VALUE BY MONTH END



DEC-21   JAN-22   FEB-22   MAR-22   APR-22   MAY-22   JUN-22   JUL-22   AUG-22   SEP-22   OCT-22   NOV-22   DEC-22

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | ████ | ████ |
| Securities Sold | | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/22)

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 4 OF 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82353



**E✱TRADE Pro Elite**
Investment Account

| | | | |
|---|---|---|---|
| **Account Number:** ███ | **Statement Period :** December 1, 2022 - December 31, 2022 | | **Account Type:** INDIVIDUAL |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ███ of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| CASH BALANCE | | |
| Opening Balance | | |
| Closing Balance | | |
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2022** | | |
| ███ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS** ███

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ███ of Holdings)



| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 600 | 3.4800 | 2,088.00 | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ███ | | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22)** | | | | ███ | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82354


from Morgan Stanley

E★TRADE Pro Elite
Investment Account

**Account Number:** ▉▉▉▉▉        Statement Period :  December 1, 2022 - December 31, 2022        **Account Type:** INDIVIDUAL

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| ████████████████████████████████████████████████████████████████ | | | | | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | | |
| **NET OTHER ACTIVITY** | | | | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82355**

PAGE 1 OF 6

**E✱TRADE** Pro Elite
Investment Account

**January 1, 2023 - March 31, 2023**
Account Number: ▉▉▉▉▉
Account Type:      **INDIVIDUAL**
Account Status:    **Pro Elite**

**E✱TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

**Important Information:**

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online
with paperless delivery. Enroll at *etrade.com/paperless.*

## Customer Update:

**Tax questions? No problem.**
Get helpful tips, tools, and key dates in the Tax Center.
Visit *etrade.com/tax* today.

HESHAM N IBRAHIM
▉▉▉▉▉▉▉▉▉

## Account At A Glance



As of 12/31/22        As of 03/31/23

**Net Change:**          ▉▉▉▉▉

---

**E✱TRADE®**
from Morgan Stanley

DETACH HERE ▲

HESHAM N IBRAHIM
▉▉▉▉▉▉

Make checks payable to E✱TRADE Securities LLC

Mail deposits to:

E✱TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** ▉▉▉▉▉

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER**

PLTF_VG_82356

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

PAGE 2 OF 6

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

PLTF_VG_82357

# E✱TRADE
from Morgan Stanley

**E✱TRADE Pro Elite**
**Investment Account**

**Account Number:** ▓▓▓▓▓  **Statement Period :** January 1, 2023 - March 31, 2023  **Account Type:** INDIVIDUAL

**Customer Update:**

Visit the E✱TRADE Tax Center to access tax forms, plus tips and tools to help with your tax preparation. Visit *etrade.com/tax* today.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | December 31, 2022 |
| Beginning Account Value (On 12/31/22): | $ ▓▓▓▓ |
| Ending Account Value (On 03/31/23): | $ ▓▓▓▓ |
| Net Change: | $ ▓▓▓▓ |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 03/31/23)



## ACCOUNT VALUE SUMMARY

| | AS OF 03/31/23 | AS OF 12/31/22 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | | | |
| **Total Cash/Margin Debt** | | | |
| Stocks, Options & ETF (Long) | | | |
| **Total Value of Securities** | | | |
| **Net Account Value** | | | |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

E✱TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82358

**E✳TRADE**
from Morgan Stanley

**E✳TRADE** Pro Elite
**Investment Account**

**Account Number:** ▮▮▮▮▮▮    **Statement Period :** January 1, 2023 - March 31, 2023    **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



MAR-22   APR-22   MAY-22   JUN-22   JUL-22   AUG-22   SEP-22   OCT-22   NOV-22   DEC-22   JAN-23   FEB-23   MAR-23

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | | |
| Securities Sold | | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/23)



E✳TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82359


from Morgan Stanley

E★TRADE Pro Elite
Investment Account

| Account Number: ███ | Statement Period : January 1, 2023 - March 31, 2023 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ███ of Holdings)

| DESCRIPTION | | PORTFOLIO % | AMOUNT |
|---|---|---|---|
| CASH BALANCE | | | |
| Opening Balance | | | |
| Closing Balance | | | |
| Extended Insurance Sweep Deposit Account | | | |
| Opening Balance | | | |
| Closing Balance | | | |
| Average Balance | | | |
| Extended Insurance Sweep Deposit Account Balance by Bank as of March 31, 2023 | | | |
| ███ | | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ███ % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 400 | 4.0500 | 1,620.00 | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | | | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/23)**

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 5 OF 6

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82360



from Morgan Stanley

**E✶TRADE Pro Elite**
Investment Account

| Account Number: ▉▉▉▉ | Statement Period : January 1, 2023 - March 31, 2023 | Account Type: INDIVIDUAL |
|---|---|---|

TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME                              ▉▉▉▉

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/20/23 09:34 | 03/22/23 | VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Sold | -200 | 4.1023 | | 820.42 |

TOTAL SECURITIES ACTIVITY                                        ▉▉▉▉        ▉▉▉▉

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY  ( ▉▉▉▉ %APY Earned as of 03/31/23)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82361

PAGE 1 OF 6

**E★TRADE** Pro Elite
Investment Account

**April 1, 2023 - May 31, 2023**
**Account Number:** ████████
**Account Type:**  INDIVIDUAL
**Account Status:**  Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331   etrade.com
Member SIPC

## Customer Update:

**Invest to make an impact.**
Learn how sustainable investing offers growth potential
while supporting your values at
*us.etrade.com/knowledge/sustainable-investing.*

HESHAM N IBRAHIM

## Account At A Glance



| As of 03/31/23 | As of 05/31/23 |
|---|---|
| **Net Change:** | ████████ |

**E★TRADE®** from Morgan Stanley

DETACH HERE ▲

HESHAM N IBRAHIM
████████

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**     **Acct:** ████████     DETACH HERE ▲

**Please do not send cash**

|  | Dollars | Cents |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL DEPOSIT** |  |  |

**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*\*\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

E*TRADE Pro Elite
Investment Account

E*TRADE
from Morgan Stanley

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

PLTF_VG_82363

# E✲TRADE
from Morgan Stanley

**E✲TRADE** Pro Elite
Investment Account

**Account Number:** ▮▮▮▮▮▮                **Statement Period :** April 1, 2023 - May 31, 2023                **Account Type:** INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:                March 31, 2023

Beginning Account Value (On 03/31/23):  $ ▮▮▮▮▮▮
Ending Account Value (On 05/31/23):    $ ▮▮▮▮▮▮
Net Change:                $ ▮▮▮▮▮▮

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 05/31/23)



## ACCOUNT VALUE SUMMARY

|  | AS OF 05/31/23 | AS OF 03/31/23 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents<br>**Total Cash/Margin Debt** | ▮ | ▮ | ▮ |
| Stocks, Options & ETF (Long)<br>**Total Value of Securities** | ▮ | ▮ | ▮ |
| **Net Account Value** | ▮ | ▮ | ▮ |

Securities products and services are offered by E✲TRADE Securities LLC, Member FINRA/SIPC.
Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank,
National Association, Members FDIC, and depending on the sweep program may also be swept to
third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep
funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured
depository institution to which funds are swept. Securities products and cash balances other than
sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley
Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are
subject to investment risk, including possible loss of the principal invested.

E✲TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

PLTF_VG_82364

**E✷TRADE**
from Morgan Stanley

**E✷TRADE** Pro Elite
**Investment Account**

**Account Number:** ▮▮▮▮▮    **Statement Period :** April 1, 2023 - May 31, 2023    **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

MAY-22  JUN-22  JUL-22  AUG-22  SEP-22  OCT-22  NOV-22  DEC-22  JAN-23  FEB-23  MAR-23  APR-23  MAY-23

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | | |
| Securities Sold | | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/23)



E✷TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 4 OF 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82365



E✱TRADE
from Morgan Stanley

E✱TRADE Pro Elite
Investment Account

**Account Number:** ▉▉▉▉　　　　　　**Statement Period :** April 1, 2023 - May 31, 2023　　　　　　**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▉▉▉ of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | ▉▉▉ |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of May 31, 2023** | | |
| ▉▉▉ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS** ▉▉▉

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▉▉▉ of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 400 | 3.4600 | 1,384.00 | | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | | | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/23)** | | | | | | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | | | | |

## TRANSACTION HISTORY

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82366

**THIS PAGE INTENTIONALLY LEFT BLANK**

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

PLTF_VG_82367

PAGE 1 OF 6

**E★TRADE Pro Elite**
**Investment Account**

April 1, 2023 - May 31, 2023
**Account Number:** ███████
**Account Type:**     **INDIVIDUAL**
**Account Status:**   **Pro Elite**

**E\*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

## Customer Update:

**Invest to make an impact.**
Learn how sustainable investing offers growth potential
while supporting your values at
*us.etrade.com/knowledge/sustainable-investing.*

HESHAM N IBRAHIM

## Account At A Glance



| As of 03/31/23 | As of 05/31/23 |
|---|---|

**Net Change:**

**E\*TRADE®**
from Morgan Stanley

▲ DETACH HERE

HESHAM N IBRAHIM


Make checks payable to E\*TRADE Securities LLC

Mail deposits to:

E\*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**     **Acct:** ██████   DETACH HERE ▲

**Please do not send cash**

|  | Dollars | Cents |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL DEPOSIT** |  |  |



**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER**

PLTF_VG_82368

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearinghouse, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US market end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

PLTF_VG_82369

# E✴TRADE
from Morgan Stanley

**E✴TRADE** Pro Elite
**Investment Account**

**Account Number:** ▮▮▮▮▮     **Statement Period :** April 1, 2023 - May 31, 2023     **Account Type:** INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:        March 31, 2023

Beginning Account Value (On 03/31/23):   $ ▮▮▮▮▮
Ending Account Value (On 05/31/23):      $ ▮▮▮▮▮
Net Change:                              $ ▮▮▮▮▮

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 05/31/23)



## ACCOUNT VALUE SUMMARY

| | AS OF 05/31/23 | AS OF 03/31/23 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents **Total Cash/Margin Debt** | | | |
| Stocks, Options & ETF (Long) **Total Value of Securities** | | | |
| **Net Account Value** | | | |

Securities products and services are offered by E✴TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

E✴TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82370

**E✳TRADE**
from Morgan Stanley

**E✳TRADE** Pro Elite
Investment Account

**Account Number:** ▉▉▉▉▉      **Statement Period :** April 1, 2023 - May 31, 2023      **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

MAY-22   JUN-22   JUL-22   AUG-22   SEP-22   OCT-22   NOV-22   DEC-22   JAN-23   FEB-23   MAR-23   APR-23   MAY-23

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | | |
| Securities Sold | | |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/23)



E✳TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

PLTF_VG_82371



**E✴TRADE Pro Elite**
Investment Account

| Account Number: ▮▮▮▮ | Statement Period : April 1, 2023 - May 31, 2023 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▮▮▮ of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | | ▮▮▮ |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of May 31, 2023** | | |
| ▮▮▮ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | | ▮▮▮ |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▮▮▮ of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | | | | | | | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | 400 | 3.4600 | 1,384.00 | ▮ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | $4,061.57 | | ▮▮ | ▮▮ |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/23)** | | | | | ▮▮ | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | ▮▮ | | | | | |

## TRANSACTION HISTORY

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | | | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82372



**THIS PAGE INTENTIONALLY LEFT BLANK**

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PLTF_VG_82373

**June 1, 2023 - June 30, 2023**
**Account Number:** ▓▓▓▓▓▓
**Account Type:**     **INDIVIDUAL**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331   etrade.com
Member SIPC

## Customer Update:

As of January 3, 2023, E*TRADE Securities LLC (ETS) makes no investment recommendations. ETS also no longer makes recommendations regarding opening an investment advisory account with E*TRADE Capital Management, LLC.

E*TRADE Securities
Investment Account

**An added measure of protection.**
We offer you the ability to designate an individual who is at least 18 years old to be your trusted contact person (TCP). If you elect to designate a TCP, you authorize E*TRADE to contact this person and to disclose information about your account to: address possible financial exploitation; confirm the specifics of your current contact information, health status, or the identity of any legal guardian, executor, trustee, or holder of a power of attorney; or as otherwise permitted by applicable law. To designate a new TCP or to update your current TCP election, visit *etrade.com/tcp*.

HESHAM N IBRAHIM


## Account At A Glance



**As of 05/31/23**          **As of 06/30/23**

**Net Change:**

E*TRADE
from Morgan Stanley

DETACH HERE ▲

HESHAM N IBRAHIM

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.
**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
\*\*\* Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

E*TRADE Securities
Investment Account

E*TRADE
from Morgan Stanley

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82375

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**
**Investment Account**

| | | | |
|---|---|---|---|
| **Account Number:** ▮▮▮▮ | **Statement Period :** June 1, 2023 - June 30, 2023 | | **Account Type:** INDIVIDUAL |

**Customer Update:**

Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at *us.etrade.com/knowledge/sustainable-investing.*

## ACCOUNT OVERVIEW

Last Statement Date:                    May 31, 2023

Beginning Account Value (On 05/31/23):    $ ▮▮▮▮
Ending Account Value (On 06/30/23):       $ ▮▮▮▮
Net Change:                               $ ▮▮▮▮

For current rates, please visit **etrade.com/rates**

## ACCOUNT VALUE SUMMARY

| | AS OF 06/30/23 | AS OF 05/31/23 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents **Total Cash/Margin Debt** | ▮ | ▮ | ▮ |
| Stocks, Options & ETF (Long) **Total Value of Securities** | ▮ | ▮ | ▮ |
| **Net Account Value** | ▮ | ▮ | ▮ |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82376


from Morgan Stanley

**E✱TRADE** Securities
**Investment Account**

**Account Number:** ▮▮▮▮▮     **Statement Period :** June 1, 2023 - June 30, 2023     **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

JUN-22   JUL-22   AUG-22   SEP-22   OCT-22   NOV-22   DEC-22   JAN-23   FEB-23   MAR-23   APR-23   MAY-23   JUN-23

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | | |
| Securities Sold | | |
| Interest Received | | |
| Taxable | | |

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82377



**E✱TRADE** Securities

**Investment Account**

| Account Number: ▇▇▇▇ | Statement Period : June 1, 2023 - June 30, 2023 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ▇▇▇ of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | ▇▇▇ |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of June 30, 2023** | | |
| ▇▇▇ | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS** ▇▇▇

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ▇▇▇ of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | | | | | | | | |
| VIRGIN GALACTIC HLDGS INC COMMON STOCK | SPCE | Cash | | 3.8800 | 0.00 | ▇ | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | | | | | | | | |

**TOTAL SECURITIES ACTIVITY** ▇▇▇

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82378



**E✳TRADE Securities**
**Investment Account**

| Account Number: ▓▓▓▓ | Statement Period : June 1, 2023 - June 30, 2023 | Account Type: INDIVIDUAL |
|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| | | | | | |

TOTAL DIVIDENDS & INTEREST ACTIVITY

NET DIVIDENDS & INTEREST ACTIVITY

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| | | | | | |

NET WITHDRAWALS & DEPOSITS

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 06/16/23 | VIRGIN GALACTIC HLDGS INC COMMON STOCK TFR TO MSSB A/C 367302830 | SPCE | Conversion | -400 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82379


from Morgan Stanley

**CLIENT STATEMENT** | For the Period June 1-30, 2023





**STATEMENT FOR:**

HESHAM N IBRAHIM

**Beginning Total Value** (as of 6/1/23)
**Ending Total Value** (as of 6/30/23)
  *Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E\*TRADE is a business of Morgan Stanley.*



*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82380



**E✳TRADE®**

from Morgan Stanley

## Research Ratings & GIMA Status Definitions

**MORGAN STANLEY RESEARCH RATINGS**
Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks they cover. These ratings, Overweight, Equal-weight, Not-Rated and Underweight, are not the equivalent of Buy, Hold, and Sell, but represent recommended relative weightings. To satisfy regulatory requirements, Morgan Stanley corresponds Overweight, their most positive stock rating, with a Buy recommendation, they correspond Equal-weight and Not-Rated to Hold and Underweight to Sell recommendations, respectively. For ease of comparison, Morgan Stanley Smith Barney LLC has normalized these ratings so that (1) corresponds to Buy recommendations, (2) corresponds to Hold recommendations, and (3) corresponds to Sell recommendations. Research ratings are subject to change and may have changed by the time you read this statement. Please refer to a Morgan Stanley research report for a complete description of Morgan Stanley's rating system and Morgan Stanley's actual proprietary rating on any covered company. Morgan Stanley's ratings are described below:

**MORGAN STANLEY SMITH BARNEY LLC NORMALIZED CODE / MORGAN STANLEY RATING: DEFINITION**
**1 / Overweight (O):** The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**2 / Equal-weight (E):** The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**2 / Not-Rated (NR):** Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**3 / Underweight (U):** The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**NAV, NA or ** appearing for Morgan Stanley Research indicates that the ratings for this company are not available because of a Morgan Stanley policy.**

**MORNINGSTAR, INC. EQUITY RESEARCH RATINGS**
For ease of comparison, Morgan Stanley Smith Barney LLC has normalized Morningstar, Inc.'s proprietary research ratings to a 1 (Buy), 2 (Hold), and 3 (Sell), which differs from Morningstar, Inc.'s rating system. Research ratings are subject to change and may have changed by the time you read this statement. Please refer to a Morningstar, Inc. research report for a complete description of Morningstar, Inc.'s rating system and Morningstar, Inc.'s actual proprietary rating on any covered company. Morningstar, Inc. research ratings displayed are for U.S. exchange-listed securities only. Morningstar, Inc.'s ratings are described below:

**MORGAN STANLEY SMITH BARNEY LLC NORMALIZED CODE / MORNINGSTAR, INC.'S RATING: DEFINITION**
**1 / 5-STARS:** Appreciation beyond a fair risk-adjusted return is highly likely over a multiyear time frame.
**1 / 4-STARS:** Appreciation beyond a fair risk-adjusted return is likely.
**2 / 3-STARS:** Indicates that investors are likely to receive a fair risk-adjusted return (approximately cost of equity).
**3 / 2-STARS:** Investors are likely to receive a less than fair risk-adjusted return.

**3 / 1-STARS:** Indicates a high probability of undesirable risk-adjusted returns from the current market price over a multiyear time frame.

**Relevant benchmarks:** In North America the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.

**MOODY'S INVESTORS SERVICE AND STANDARD & POOR'S CREDIT RATINGS**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the "opinions" of the provider and are not representations or guarantees of performance. Please contact us if you require further information or assistance in interpreting these credit ratings.

**GIMA STATUS IN INVESTMENT ADVISORY PROGRAMS**
Global Investment Manager Analysis (GIMA) reviews certain investment products in various advisory programs. For these programs, a GIMA status will apply:
**Focus (FL):** Investment products on the Focus List have been subject to an in-depth review and possess GIMA's highest level of confidence.
**Approved (AL):** Investment products on the Approved List have typically been subject to a less rigorous review process and have been approved for recommendation to investors.
**Not Approved (NL):** Investment products that were previously on the Focus List or Approved List but are no longer on either of those lists. GIMA no longer covers these products.
For more information, please contact us for the applicable Morgan Stanley ADV brochure.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**CLIENT STATEMENT** | For the Period June 1-30, 2023

# Expanded Disclosures

Expanded Disclosures, which apply to all statements we send to you, are provided with your first statement and thereafter twice a year.
**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.
**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.
**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.
**Account Valuation**
Account values are computed by adding (1) the market value of all priced positions, (2) valuations utilizing industry service providers and/or outside custodians for other positions, and (3) adding any credit or subtracting any debit to your closing Cash, Money Market Funds and/or Deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The values of fixed income positions in summary displays include accrued interest in the totals. In the "Holdings" section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment. In most cases, it is calculated from the date of the last coupon payment (or "dated date") through the closing date of the statement. Foreign Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield (APY) for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to www.morganstanley.com/wealth-investmentstrategies/ratemonitor.html.
**Additional Retirement Account Information**
Tax-qualified account contributions are subject to IRS eligibility rules

and regulations. The Contributions and Distributions information in this statement reflects information for a particular account, without reference to any other account, and is based on information provided by you. The deductibility of an individual contribution depends upon your Modified Adjusted Gross Income and coverage by a retirement plan at work. Check with your tax advisor to verify how much you can contribute, if the contribution will be tax deductible, and if special rules apply. The information included in this statement is not intended to constitute tax, legal or accounting advice. Contact us if any of this information is incorrect.
**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.
**Gain/(Loss) Information**
Gain/(Loss) is provided for informational purposes. It is not a substitute for Internal Revenue Service (IRS) Form 1099 (on which we report cost basis for covered securities) or any other IRS tax form, and should not be used for tax preparation. Unrealized Gain/(Loss) provided on this statement is an estimate. Contact your own independent legal or tax advisor to determine the appropriate use of the Gain/(Loss) information on this statement. For more information, contact us.
**Tax Reporting**
Under Federal income tax law, we are required to report gross proceeds of sales (including short sales) on Form 1099-B by March 15 of the year following the calendar year of the transaction for reportable (i.e., non-retirement) accounts. For sales of certain securities acquired on or after January 1, 2011 (or applicable date for the type of security) we are also required to report cost basis and holding period. Under IRS regulations, if you have not provided us with a certification of either U.S. or foreign status on applicable Form W-9 or W-8, your accounts may be subject to either 24% back-up withholding or 30% nonresident alien withholding on payments made to your accounts.
**Investment Objectives**
The following is an explanation of the investment objective alternatives applicable to your account(s): Income - for investors seeking regular income with low to moderate risk to principal; Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal; Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal; Speculation - for

investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment.
**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.
**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral. The amount you may borrow is based on the value of eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral is indicated below the position. If you have a margin account, as permitted by law, we may use certain securities in your account for, among other things, settling short sales or lending the securities for short sales, for which we may receive compensation.
**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.
**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.
**Money Market Fund (MMF) Pricing**
You could lose money in MMFs. Although MMFs classified as government funds (i.e., MMFs that invest 99.5% of total assets in cash and/or securities backed by the U.S. government) and retail funds (i.e., MMFs open to natural person investors only) seek to preserve value at $1.00 per share, they cannot guarantee they will do so. The price of other MMFs will fluctuate and when you sell shares they may be worth more or less than originally paid. MMFs may impose a fee upon sale or

CONTINUED

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 205 of 269
PageID #: 6415



# Expanded Disclosures (CONTINUED)

temporarily suspend sales if liquidity falls below required minimums. During suspensions, shares would not be available for purchases, withdrawals, check writing or ATM debits. A MMF investment is not insured or guaranteed by the Federal Deposit Insurance Corporation or other government agency.

**Notice Regarding Global Investment Manager Analysis**
The Global Investment Manager Analysis team conducts analysis on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have invested in any of these funds in another type of account, such as a brokerage account, you will not receive the same materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**
The prices of securities are derived from various sources, and do not necessarily represent the prices at which those securities could have been bought or sold. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy, reliability or completeness. Prices are as of the date shown only and are not an offer by us or our affiliates to purchase or sell any instrument or enter into any transaction or a commitment by us or them to make such an offer. Prices of securities not actively traded may not be available, and are indicated by N/A (not available). For additional information on how we price securities, contact us.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and are subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from actual or anticipated changes to issuer's and/or guarantor's credit ratings/spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. Investors also should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured

Investments, which may appear in various product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the product category where they appear, and therefore may not satisfy portfolio asset allocation needs for that category. When displayed, the accrued interest, annual income and yield for structured investments with a contingent income feature (e.g., Range Accrual Notes/Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. Actual accrued interest, annual income and yield will be dependent upon the performance of the underlying asset(s) and may be significantly lower than estimates shown. For more information on the risks and conflicts of interest related to Structured Investments, log in to Morgan Stanley Online at www.morganstanley.com/structuredproductsrisksandconflicts. For information on risks specific to your Structured Investments, contact us.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Certain Assets Not Held Here**
You may purchase certain assets through us that may be held at another financial institution. Assets not held with us may not be covered by SIPC protection. We may include information about certain assets on this statement solely as a service to you and are not responsible for information provided by external sources. Generally, any financial institution that holds securities is responsible for year-end reporting (e.g., Forms 1099) and separate periodic statements, which may vary from our information due to different reporting periods. In the case of networked mutual funds, we perform all year-end tax reporting.

**Total Income**
Total income, as used in the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the

IRS. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. Only information on Forms 1099 should be used for tax reporting. In the case of Corporations, Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting.

**Transaction Dates and Conditions**
Transactions display trade date and settlement date. Transactions are included on this statement on trade date basis (excluding BDP and MMFs). Trades that have not settled as of statement month end will also be displayed in the "Unsettled Purchases/Sales Activity" section. Upon written request, we will give you the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Tax and Legal Disclosure**
We do not provide legal or tax advice. Please consult your own tax advisor.

Revised 11/2022

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82383



**CLIENT STATEMENT** | For the Period June 1-30, 2023

## Account Summary

Self-Directed Brokerage Account    **HESHAM N IBRAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

|  | This Period (6/1/23-6/30/23) | This Year (1/1/23-6/30/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | | |
| Credits | | |
| Debits | | |
| Security Transfers | | |
| **Net Credits/Debits/Transfers** | | |
| **Change in Value** | | |
| **TOTAL ENDING VALUE** | | |

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*



JUN
2023

*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| **TOTAL VALUE** | | |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82384

# E✴TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period June 1-30, 2023

Page 6 of 10

## Account Summary

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 5/31/23) | This Period (as of 6/30/23) |
|---|---|---|
| Cash, BDP, MMFs | | |
| Stocks | | |
| **Total Assets** | | |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | | |

### CASH FLOW

| | This Period (6/1/23-6/30/23) | This Year (1/1/23-6/30/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | | |
| Purchases | | |
| Income and Distributions | | |
| **Total Investment Related Activity** | | |
| Electronic Transfers-Credits | | |
| Other Credits | | |
| **Total Cash Related Activity** | | |
| **Total Card/Check Activity** | | |
| **CLOSING CASH, BDP, MMFs** | | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (6/1/23-6/30/23) | This Year (1/1/23-6/30/23) |
|---|---|---|
| Interest | | |
| **Income And Distributions** | | |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | | |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (6/1/23-6/30/23) | Realized This Year (1/1/23-6/30/23) | Unrealized Inception to Date (as of 6/30/23) |
|---|---|---|---|
| Short-Term (Loss) | | | |
| Long-Term (Loss) | | | |
| **TOTAL GAIN/(LOSS)** | | | |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**CLIENT STATEMENT** | For the Period June 1-30, 2023

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

**Investment Objectives (in order of priority):** ███████████    **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| ████████████ | | ████████████████ | | | |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | ██████ | ████████ | ██████████ |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82386**

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 209 of 269
PageID #: 6419



**CLIENT STATEMENT** | For the Period June 1-30, 2023

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

## STOCKS
### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ████████████████ | | | | | | | |
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 800.000 | 3.880 | 15,623.42 | 3,104.00 | (12,519.42) | --- | --- |
| *Rating: Morgan Stanley: 2; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | ████ | | ████████ | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ████ | | ████████ | | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | ███████████████████████████████████ | | | | | |
| Stocks | | | | | | |
| TOTAL ALLOCATION OF ASSETS | ███████████████████████████████████ | | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82387

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 210 of 269
PageID #: 6420



## Account Detail

| Self-Directed Brokerage Account | HESHAM N IBRAHIM |
|---|---|

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 6/22 | 6/26 | Bought | VIRGIN GALACTIC HOLDINGS INC | ACTED AS AGENT UNSOLICITED TRADE | 300.000 | 5.2792 | (1,583.76) |
| 6/23 | 6/27 | Bought | VIRGIN GALACTIC HOLDINGS INC | ACTED AS AGENT UNSOLICITED TRADE | 100.000 | 4.1750 | (417.50) |

**NET CREDITS/(DEBITS)**

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|

**NET ACTIVITY FOR PERIOD**

### TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

#### SECURITY TRANSFERS

| Activity Date | Activity Type | Security (Symbol) | Comments | | | Quantity | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/16 | Transfer into Account | VIRGIN GALACTIC HOLDINGS INC | Rec from ETS A/C | | | 400.000 | | 1,892.00 |

**TOTAL SECURITY TRANSFERS**

## MESSAGES

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82388

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 211 of 269 PageID #: 6421





**Account Detail**                Self-Directed Brokerage Account    HESHAM N IBRAHIM

**Tips on Protecting Yourself from Fraudulent Account Activity**

The safety of our clients is of utmost importance to Morgan Stanley. We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations. *Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.* Example of scams to be aware of: *Treatment scams; Supply scams; Provider scams; Charity scams; Phishing scams; App scams; Investment scams; Tech Support scams; Home Sanitation scams; and Government Assistance scams.* If you have any questions regarding these scams, please immediately contact us.

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Best Practices for Protecting Yourself and Your Investments**

When investing at any financial institution or with a financial professional, it is important to keep the following best practices in mind:

-    Be clear about your investment goals and the amount of risk you are comfortable taking.
-    Before making any investments, be sure to ask questions about the potential investment, including the potential risks associated with them. Request information such as the prospectus, offering documents, or research information and carefully review them.
-    Be cautious of investment opportunities that offer an unusually high rate of return but are described as low-risk or guaranteed.
-    Be cautious of investment opportunities that are not offered directly through the institution you are investing with, such as real estate, start-up businesses, etc. as most financial institutions, like Morgan Stanley prohibit these types of recommendations.
-    Read and retain your account statements, confirmations, and any other information you receive about your investment transactions including the firm's client relationship summary (CRS). The CRS can be located on the websites of all SEC registered investment advisors and broker-dealers who work with retail investors.
-    Immediately contact a member of the management team if you recognize any type of a discrepancy on your account statement. For example;
   o   A security or money transaction you did not authorize
   o   An investment you purchased that you do not see on your account statement
   o   An item on your account statement that you do not understand
-    When sending funds to your financial institution, be sure the funds are being sent directly to the financial institution you are investing with and not to a 3rd party institution.
-    Last but not least, never share your account passwords with anyone.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82389**



from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- August 31, 2023



**STATEMENT FOR:**

HESHAM N IBRAHIM

**Beginning Total Value** (as of 7/1/23)
**Ending Total Value** (as of 8/31/23)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.
E\*TRADE is a business of Morgan Stanley.*

000000

#BWNJGWM          HESHAM N IBRAHIM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER**

PLTF_VG_82390



**E✱TRADE**®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- August 31, 2023

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

**E✶TRADE**®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- August 31, 2023

Page 3 of 8

## Account Summary

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

|  | This Period (7/1/23-8/31/23) | This Year (1/1/23-8/31/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | | |
| Credits | | |
| Debits | | |
| Security Transfers | | |
| **Net Credits/Debits/Transfers** | | |
| **Change in Value** | | |
| **TOTAL ENDING VALUE** | | |

### MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.

JUN   JUL   AUG
2023

The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| **TOTAL VALUE** | | |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82392

**E✻TRADE**®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- August 31, 2023

## Account Summary

Self-Directed Brokerage Account    HESHAM N IBRAHIM

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 6/30/23) | This Period (as of 8/31/23) |
|---|---|---|
| Cash, BDP, MMFs | | |
| Stocks | | |
| **Total Assets** | | |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | | |

### CASH FLOW

| | This Period (7/1/23-8/31/23) | This Year (1/1/23-8/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | | |
| Purchases | | |
| Sales and Redemptions | | |
| Income and Distributions | | |
| **Total Investment Related Activity** | | |
| Electronic Transfers-Credits | | |
| Other Credits | | |
| **Total Cash Related Activity** | | |
| **Total Card/Check Activity** | | |
| **CLOSING CASH, BDP, MMFs** | | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (7/1/23-8/31/23) | This Year (1/1/23-8/31/23) |
|---|---|---|
| Interest | | |
| **Income And Distributions** | | |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | | |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (7/1/23-8/31/23) | Realized This Year (1/1/23-8/31/23) | Unrealized Inception to Date (as of 8/31/23) |
|---|---|---|---|
| Short-Term Gain | | | |
| Short-Term (Loss) | | | |
| **Total Short-Term** | | | |
| Long-Term (Loss) | | | |
| **TOTAL GAIN/(LOSS)** | | | |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

E✳TRADE®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- August 31, 2023

## Account Detail

**Self-Directed Brokerage Account**     **HESHAM N IBRAHIM**

**Investment Objectives (in order of priority):** ▊▊▊▊▊▊▊                                                                                                          **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|
| ▊▊▊▊▊▊▊ | | | ▊▊▊▊▊▊▊ | | | |

| | Percentage of Holdings | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|
| CASH, BDP, AND MMFs | ▊▊▊▊ | | ▊▊▊▊ | | ▊▊▊▊ | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82394

**E✳TRADE®**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- August 31, 2023

## Account Detail

Self-Directed Brokerage Account     HESHAM N IBRAHIM

## STOCKS

### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 800.000 | 2.520 | 15,623.42 | 2,016.00 | (13,607.42) | --- | --- |
| *Rating: Morgan Stanley: 2; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | | | | | | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | | | | | | |
| Stocks | | | | | | |
| TOTAL ALLOCATION OF ASSETS | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**NET CREDITS/(DEBITS)**

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| | | | |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.



This page intentionally left blank

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER



**E✱TRADE**®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2023

**STATEMENT FOR:**

HESHAM N IBRAHIM

**Beginning Total Value** (as of 9/1/23)
**Ending Total Value** (as of 9/30/23)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E✱TRADE is a business of Morgan Stanley.*



#BWNJGWM

010000   HESHAM N IBRAHIM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER**

PLTF_VG_82398

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 221 of 269
PageID #: 6431



# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82399**



**CLIENT STATEMENT** | For the Period September 1-30, 2023

## Account Summary

Self-Directed Brokerage Account    HESHAM N IBRAHIM

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (9/1/23-9/30/23) | This Year (1/1/23-9/30/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | | |
| Credits | | |
| Debits | | |
| Security Transfers | | |
| **Net Credits/Debits/Transfers** | | |
| **Change in Value** | | |
| **TOTAL ENDING VALUE** | | |

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*



JUN   JUL   AUG   SEP

2023

*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| **TOTAL VALUE** | | |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2023

## Account Summary

Self-Directed Brokerage Account    HESHAM N IBRAHIM

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 8/31/23) | This Period (as of 9/30/23) |
|---|---|---|
| Cash, BDP, MMFs | | |
| Stocks | | |
| **Total Assets** | | |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | | |

### CASH FLOW

| | This Period (9/1/23-9/30/23) | This Year (1/1/23-9/30/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | | |
| Purchases | | |
| Sales and Redemptions | | |
| Income and Distributions | | |
| **Total Investment Related Activity** | | |
| Electronic Transfers-Credits | | |
| Other Credits | | |
| Other Debits | | |
| **Total Cash Related Activity** | | |
| **Total Card/Check Activity** | | |
| **CLOSING CASH, BDP, MMFs** | | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (9/1/23-9/30/23) | This Year (1/1/23-9/30/23) |
|---|---|---|
| Interest | | |
| **Income And Distributions** | | |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | | |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

| | Realized This Period (9/1/23-9/30/23) | Realized This Year (1/1/23-9/30/23) | Unrealized Inception to Date (as of 9/30/23) |
|---|---|---|---|
| Short-Term (Loss) | | | |
| Long-Term (Loss) | | | |
| **TOTAL GAIN/(LOSS)** | | | |

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**E✳TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2023

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

## Account Detail

▇▇▇▇▇▇▇

**Investment Objectives (in order of priority):** ▇▇▇▇▇▇▇    **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | | ------------- | | ▇▇▇▇▇▇▇ | | | |

| | Percentage of Holdings | | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | ▇▇▇ | | | ▇▇▇ | | ▇▇▇ | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82402

**E✶TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2023

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

█████████████

## STOCKS
### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████████████████ | | | | | | | |
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 800.000 | 1.800 | 15,623.42 | 1,440.00 | (14,183.42) | --- | --- |
| *Rating: Morgan Stanley: 2; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | ████ | | ████████████ | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ████████████████████ | | | | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | ██████████████████████████████████████████████████████████████████ | | | | | |
| Stocks | | | | | | |
| TOTAL ALLOCATION OF ASSETS | | | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82403**

Case 1:21-cv-03070-NRM-TAM   Document 168-12   Filed 04/16/25   Page 226 of 269 PageID #: 6436

# E✲TRADE®
from Morgan Stanley

## Account Detail

Self-Directed Brokerage Account    HESHAM N IBRAHIM

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|

NET CREDITS/(DEBITS)

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|

## MESSAGES

**Financial Disclosure Statement (in millions of dollars):**
At July 31, 2023 Morgan Stanley Smith Barney LLC had net capital of $3,920 which exceeded the Securities and Exchange Commission's minimum requirement by $3,707. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2023 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after September 15, 2023.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us.  Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.
Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.
If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Important Information Regarding Your Account Summary**
The Account Summary section on this statement reflects information from the date your account was transferred to Morgan Stanley Smith Barney LLC or, if this is a new account, the date the account was opened. To view all historical data, (i.e., Realized Gain/(Loss) information) please visit etrade.com/gainloss.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82404

**E✳TRADE**

from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2023

Page 8 of 8

## Account Detail

Self-Directed Brokerage Account    HESHAM N IBRAHIM

**FINRA RULE 2264 - MARGIN DISCLOSURE**

Morgan Stanley Smith Barney LLC ("Morgan Stanley") is furnishing this information to you to provide some basic facts about purchasing securities on margin. Securities purchased on margin are Morgan Stanley's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, Morgan Stanley can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with Morgan Stanley, to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

These risks include the following:
- You can lose more funds than you deposit in the margin account.
- Morgan Stanley can force the sale of securities or other assets in your account(s).
- Morgan Stanley can sell your securities or other assets without contacting you.
- If Morgan Stanley takes action to meet a margin call on your behalf, you will not have the ability to choose which securities are liquidated.
- Morgan Stanley can increase your "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
- Morgan Stanley may change margin requirements at any time without prior notice and call for additional collateral, including without limitation on an intraday basis.
- You are not entitled to an extension of time on a margin call.

**FINRA RULE 2266 - SIPC INFORMATION**

SIPC and Other Coverage. Morgan Stanley is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims of cash). Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at sipc.org or calling 1-202-371-8300.

Morgan Stanley also maintains additional insurance with an aggregate firmwide limit of $1 billion. For additional information about Morgan Stanley's excess of SIPC protection, please go to etrade.com/iai.

Please note that money market mutual fund balances are securities, not cash. As with other securities investments, the market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**FINRA RULE 2267 - BROKERCHECK**

FINRA's BrokerCheck allows investors to learn about the professional background, business practices, and conduct of FINRA member firms and their brokers. Records of securities professionals currently associated with a member and persons who have been associated with a member within the last two years are available to the public through BrokerCheck. Information is also available for FINRA-registered securities firms. Information is free to private investors for personal use. The telephone number of BrokerCheck is 1-800-289-9999. For more information about FINRA, visit finra.org. An investor brochure describing the BrokerCheck program is also available on request or at brokercheck.finra.org.

**SEA RULE 606 - NOTICE OF AVAILABILITY OF ORDER ROUTING INFORMATION**

Morgan Stanley prepares quarterly reports describing its order routing practices for nondirected orders routed to a particular venue for execution. These reports are publicly available at etrade.com. Morgan Stanley will furnish a written copy of the quarterly report on request. In addition, Morgan Stanley will provide on request more-detailed information related to the routing of any order in the six months prior to the request, including the identity of the venue to which the customer's orders were routed for execution, whether the orders were directed or nondirected orders, and the time of any transactions that resulted from such orders.

**SEA RULE 607 - PAYMENT FOR ORDER FLOW DISCLOSURE**

Morgan Stanley takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order-handling systems, the level of service provided, the cost of executing orders, and whether it will receive remuneration from particular broker-dealers and market centers for routing customer orders to them for execution. Morgan Stanley receives remuneration, generally in the form of cash payments and rebates, from particular broker-dealers and market centers for directing customer orders in securities to them for execution.

**MSRB Notice**

This notification is provided pursuant to Municipal Securities Rulemaking Board ("MSRB") Rule G-10 to inform you that (i) Morgan Stanley is registered with the MSRB and the Securities and Exchange Commission (SEC), (ii) information concerning the municipal market can be found at msrb.org, and (iii) a brochure that describes the protections available under MSRB rules and how to file a complaint with an appropriate regulatory authority is available on the MSRB website.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82405**



## CLIENT STATEMENT | For the Period October 1-31, 2023

**STATEMENT FOR:**
HESHAM N IBRAHIM

**Beginning Total Value** (as of 10/1/23)
**Ending Total Value** (as of 10/31/23)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E\*TRADE is a business of Morgan Stanley.*

000000

#BWNJGWM    HESHAM N IBRAHIM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82406



**from Morgan Stanley**

**CLIENT STATEMENT** | For the Period October 1-31, 2023

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2023

## Account Summary

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (10/1/23-10/31/23) | This Year (1/1/23-10/31/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | | |
| Credits | | |
| Debits | | |
| Security Transfers | | |
| **Net Credits/Debits/Transfers** | | |
| **Change in Value** | | |
| **TOTAL ENDING VALUE** | | |

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*



JUN   JUL   AUG   SEP   OCT
2023

*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| **TOTAL VALUE** | | |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2023

Page 4 of 8

## Account Summary

Self-Directed Brokerage Account    HESHAM N IBRAHIM



BALANCE SHEET ( ^ includes accrued interest)

|  | Last Period (as of 9/30/23) | This Period (as of 10/31/23) |
|---|---|---|
| Cash, BDP, MMFs |  |  |
| Stocks |  |  |
| **Total Assets** |  |  |
| **Total Liabilities** (outstanding balance) |  |  |
| **TOTAL VALUE** |  |  |

CASH FLOW

|  | This Period (10/1/23-10/31/23) | This Year (1/1/23-10/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** |  |  |
| Purchases |  |  |
| Sales and Redemptions |  |  |
| Income and Distributions |  |  |
| **Total Investment Related Activity** |  |  |
| Electronic Transfers-Credits |  |  |
| Other Credits |  |  |
| Other Debits |  |  |
| **Total Cash Related Activity** |  |  |
| **Total Card/Check Activity** |  |  |
| **CLOSING CASH, BDP, MMFs** |  |  |

INCOME AND DISTRIBUTION SUMMARY

|  | This Period (10/1/23-10/31/23) | This Year (1/1/23-10/31/23) |
|---|---|---|
| Interest |  |  |
| **Income And Distributions** |  |  |
| **Tax-Exempt Income** |  |  |
| **TOTAL INCOME AND DISTRIBUTIONS** |  |  |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

GAIN/(LOSS) SUMMARY

|  | Realized This Period (10/1/23-10/31/23) | Realized This Year (1/1/23-10/31/23) | Unrealized Inception to Date (as of 10/31/23) |
|---|---|---|---|
| Short-Term (Loss) |  |  |  |
| Long-Term (Loss) |  |  |  |
| **TOTAL GAIN/(LOSS)** |  |  |  |

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82409

**E✳TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2023

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

**Investment Objectives (in order of priority):** ███████    **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| ████████ | ████████████ | ██████ | | | |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | ██████ | ████████ | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82410

**E✱TRADE®**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2023

Page 6 of 8

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

## STOCKS

### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 1,135.000 | $1.480 | $16,157.88 | $1,679.80 | $(14,478.08) | --- | --- |
| *Rating: Morgan Stanley: 2; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | ■ | | | | ■ | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ■ | | | | ■ | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | ■ | | | | | |
| Stocks | | | | | | |
| TOTAL ALLOCATION OF ASSETS | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

E✶TRADE®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2023

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM** ███████

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/10 | 10/12 | Bought | VIRGIN GALACTIC HOLDINGS INC | ACTED AS AGENT UNSOLICITED TRADE | 335.000 | 1.5954 | (534.46) |

**NET CREDITS/(DEBITS)**    ███████

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important Information Regarding Your Account Summary**

The Account Summary section on this statement reflects information from the date your account was transferred to Morgan Stanley Smith Barney LLC or, if this is a new account, the date the account was opened. To view all historical data, (i.e., Realized Gain/(Loss) information) please visit etrade.com/gainloss.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82412

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 235 of 269 PageID #: 6445



This page intentionally left blank

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82413



**CLIENT STATEMENT** | For the Period November 1- December 31, 2023



**STATEMENT FOR:**
  HESHAM N IBRAHIM

**Beginning Total Value** (as of 11/1/23)
**Ending Total Value** (as of 12/31/23)
  *Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E\*TRADE is a business of Morgan Stanley.*

000000

#BWNJGWM     HESHAM N IBRAHIM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*



**CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER**

PLTF_VG_82414

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

# Research Ratings & GIMA Status Definitions

**MORGAN STANLEY RESEARCH RATINGS**
Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks they cover. These ratings, Overweight, Equal-weight, Not-Rated and Underweight, are not the equivalent of Buy, Hold, and Sell, but represent recommended relative weightings. To satisfy regulatory requirements, Morgan Stanley corresponds Overweight, their most positive stock rating, with a Buy recommendation, they correspond Equal-weight and Not-Rated to Hold and Underweight to Sell recommendations, respectively. For ease of comparison, Morgan Stanley Smith Barney LLC has normalized these ratings so that (1) corresponds to Buy recommendations, (2) corresponds to Hold recommendations, and (3) corresponds to Sell recommendations. Research ratings are subject to change and may have changed by the time you read this statement. Please refer to a Morgan Stanley research report for a complete description of Morgan Stanley's rating system and Morgan Stanley's actual proprietary rating on any covered company. Morgan Stanley's ratings are described below:

**MORGAN STANLEY SMITH BARNEY LLC NORMALIZED CODE / MORGAN STANLEY RATING: DEFINITION**
**1 / Overweight (O):** The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**2 / Equal-weight (E):** The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**2 / Not-Rated (NR):** Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**3 / Underweight (U):** The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
**NAV, NA or ** appearing for Morgan Stanley Research indicates that the ratings for this company are not available because of a Morgan Stanley policy.**

**MORNINGSTAR, INC. EQUITY RESEARCH RATINGS**
For ease of comparison, Morgan Stanley Smith Barney LLC has normalized Morningstar, Inc.'s proprietary research ratings to a 1 (Buy), 2 (Hold), and 3 (Sell), which differs from Morningstar, Inc.'s rating system. Research ratings are subject to change and may have changed by the time you read this statement. Please refer to a Morningstar, Inc. research report for a complete description of Morningstar, Inc.'s rating system and Morningstar, Inc.'s actual proprietary rating on any covered company. Morningstar, Inc. research ratings displayed are for U.S. exchange-listed securities only. Morningstar, Inc.'s ratings are described below:

**MORGAN STANLEY SMITH BARNEY LLC NORMALIZED CODE / MORNINGSTAR, INC.'S RATING: DEFINITION**
**1 / 5-STARS:** Appreciation beyond a fair risk-adjusted return is highly likely over a multiyear time frame.
**1 / 4-STARS:** Appreciation beyond a fair risk-adjusted return is likely.
**2 / 3-STARS:** Indicates that investors are likely to receive a fair risk-adjusted return (approximately cost of equity).
**3 / 2-STARS:** Investors are likely to receive a less than fair risk-adjusted return.

**3 / 1-STARS:** Indicates a high probability of undesirable risk-adjusted returns from the current market price over a multiyear time frame.

**Relevant benchmarks:** In North America the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.

**MOODY'S INVESTORS SERVICE AND STANDARD & POOR'S CREDIT RATINGS**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the "opinions" of the provider and are not representations or guarantees of performance. Please contact us if you require further information or assistance in interpreting these credit ratings.

**GIMA STATUS IN INVESTMENT ADVISORY PROGRAMS**
Global Investment Manager Analysis (GIMA) reviews certain investment products in various advisory programs. For these programs, a GIMA status will apply:
**Focus (FL):** Investment products on the Focus List have been subject to an in-depth review and possess GIMA's highest level of confidence.
**Approved (AL):** Investment products on the Approved List have typically been subject to a less rigorous review process and have been approved for recommendation to investors.
**Not Approved (NL):** Investment products that were previously on the Focus List or Approved List but are no longer on either of those lists. GIMA no longer covers these products.
For more information, please contact us for the applicable Morgan Stanley ADV brochure.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**E✳TRADE**

*from Morgan Stanley*

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

## Expanded Disclosures

Expanded Disclosures, which apply to all statements we send to you, are provided with your first statement and thereafter twice a year.
**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.
**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.
**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.
**Account Valuation**
Account values are computed by adding (1) the market value of all priced positions, (2) valuations utilizing industry service providers and/or outside custodians for other positions, and (3) adding any credit or subtracting any debit to your closing Cash, Money Market Funds and/or Deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The values of fixed income positions in summary displays include accrued interest in the totals. In the "Holdings" section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment. In most cases, it is calculated from the date of the last coupon payment (or "dated date") through the closing date of the statement. Foreign Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield (APY) for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to www.morganstanley.com/wealth-investmentstrategies/ratemonitor.html.
**Additional Retirement Account Information**
Tax-qualified account contributions are subject to IRS eligibility rules

and regulations. The Contributions and Distributions information in this statement reflects information for a particular account, without reference to any other account, and is based on information provided by you. The deductibility of an individual contribution depends upon your Modified Adjusted Gross Income and coverage by a retirement plan at work. Check with your tax advisor to verify how much you can contribute, if the contribution will be tax deductible, and if special rules apply. The information included in this statement is not intended to constitute tax, legal or accounting advice. Contact us if any of this information is incorrect.
**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.
**Gain/(Loss) Information**
Gain/(Loss) is provided for informational purposes. It is not a substitute for Internal Revenue Service (IRS) Form 1099 (on which we report cost basis for covered securities) or any other IRS tax form, and should not be used for tax preparation. Unrealized Gain/(Loss) provided on this statement is an estimate. Contact your own independent legal or tax advisor to determine the appropriate use of the Gain/(Loss) information on this statement. For more information, contact us.
**Tax Reporting**
Under Federal income tax law, we are required to report gross proceeds of sales (including short sales) on Form 1099-B by March 15 of the year following the calendar year of the transaction for reportable (i.e., non-retirement) accounts. For sales of certain securities acquired on or after January 1, 2011 (or applicable date for the type of security) we are also required to report cost basis and holding period. Under IRS regulations, if you have not provided us with a certification of either U.S. or foreign status on applicable Form W-9 or W-8, your accounts may be subject to either 24% back-up withholding or 30% nonresident alien withholding on payments made to your accounts.
**Investment Objectives**
The following is an explanation of the investment objective alternatives applicable to your account(s): Income - for investors seeking regular income with low to moderate risk to principal; Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal; Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal; Speculation - for

investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment.
**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.
**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral. The amount you may borrow is based on the value of eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral is indicated below the position. If you have a margin account, as permitted by law, we may use certain securities in your account for, among other things, settling short sales or lending the securities for short sales, for which we may receive compensation.
**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.
**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.
**Money Market Fund (MMF) Pricing**
You could lose money in MMFs. Although MMFs classified as government funds (i.e., MMFs that invest 99.5% of total assets in cash and/or securities backed by the U.S. government) and retail funds (i.e., MMFs open to natural person investors only) seek to preserve value at $1.00 per share, they cannot guarantee they will do so. The price of other MMFs will fluctuate and when you sell shares they may be worth more or less than originally paid. MMFs may impose a fee upon sale or

CONTINUED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**E✳TRADE**®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

## Expanded Disclosures (CONTINUED)

temporarily suspend sales if liquidity falls below required minimums. During suspensions, shares would not be available for purchases, withdrawals, check writing or ATM debits. A MMF investment is not insured or guaranteed by the Federal Deposit Insurance Corporation or other government agency.

**Notice Regarding Global Investment Manager Analysis**
The Global Investment Manager Analysis team conducts analysis on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have invested in any of these funds in another type of account, such as a brokerage account, you will not receive the same materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**
The prices of securities are derived from various sources, and do not necessarily represent the prices at which those securities could have been bought or sold. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy, reliability or completeness. Prices are as of the date shown only and are not an offer by us or our affiliates to purchase or sell any instrument or enter into any transaction or a commitment by us or them to make such an offer. Prices of securities not actively traded may not be available, and are indicated by N/A (not available). For additional information on how we price securities, contact us.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and are subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from actual or anticipated changes to issuer's and/or guarantor's credit ratings/spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. Investors also should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured

Investments, which may appear in various product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the product category where they appear, and therefore may not satisfy portfolio asset allocation needs for that category. When displayed, the accrued interest, annual income and yield for structured investments with a contingent income feature (e.g., Range Accrual Notes/Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. Actual accrued interest, annual income and yield will be dependent upon the performance of the underlying asset(s) and may be significantly lower than estimates shown. For more information on the risks and conflicts of interest related to Structured Investments, log in to Morgan Stanley Online at www.morganstanley.com/structuredproductsrisksandconflicts. For information on risks specific to your Structured Investments, contact us.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Certain Assets Not Held Here**
You may purchase certain assets through us that may be held at another financial institution. Assets not held with us may not be covered by SIPC protection. We may include information about certain assets on this statement solely as a service to you and are not responsible for information provided by external sources. Generally, any financial institution that holds securities is responsible for year-end reporting (e.g., Forms 1099) and separate periodic statements, which may vary from our information due to different reporting periods. In the case of networked mutual funds, we perform all year-end tax reporting.

**Total Income**
Total income, as used in the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the

IRS. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. Only information on Forms 1099 should be used for tax reporting. In the case of Corporations, Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting.

**Transaction Dates and Conditions**
Transactions display trade date and settlement date. Transactions are included on this statement on trade date basis (excluding BDP and MMFs). Trades that have not settled as of statement month end will also be displayed in the "Unsettled Purchases/Sales Activity" section. Upon written request, we will give you the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Tax and Legal Disclosure**
We do not provide legal or tax advice. Please consult your own tax advisor.

Revised 11/2022

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

# E✶TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

## Account Summary

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

|  | This Period (11/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| **TOTAL BEGINNING VALUE** |  |  |
| Credits |  |  |
| Debits |  |  |
| Security Transfers |  |  |
| **Net Credits/Debits/Transfers** |  |  |
| **Change in Value** |  |  |
| **TOTAL ENDING VALUE** |  |  |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



JUN    JUL    AUG    SEP    OCT    NOV    DEC
2023

*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash |  |  |
| Equities |  |  |
| **TOTAL VALUE** |  |  |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

E✷TRADE®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

Self-Directed Brokerage Account    HESHAM N IBRAHIM

## Account Summary



### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 10/31/23) | This Period (as of 12/31/23) |
|---|---|---|
| Cash, BDP, MMFs | | |
| Stocks | | |
| **Total Assets** | | |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | | |

### CASH FLOW

| | This Period (11/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | | |
| Purchases | | |
| Sales and Redemptions | | |
| Income and Distributions | | |
| **Total Investment Related Activity** | | |
| Electronic Transfers-Credits | | |
| Other Credits | | |
| Other Debits | | |
| **Total Cash Related Activity** | | |
| **Total Card/Check Activity** | | |
| **CLOSING CASH, BDP, MMFs** | | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (11/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| Interest | | |
| **Income And Distributions** | | |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | | |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

| | Realized This Period (11/1/23-12/31/23) | Realized This Year (1/1/23-12/31/23) | Unrealized Inception to Date (as of 12/31/23) |
|---|---|---|---|
| Short-Term Gain | | | |
| Short-Term (Loss) | | | |
| **Total Short-Term** | | | |
| Long-Term (Loss) | | | |
| **TOTAL GAIN/(LOSS)** | | | |

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 242 of 269
PageID #: 6452



## Account Detail

**Self-Directed Brokerage Account**   **HESHAM N IBRAHIM**
███████████████████

**Investment Objectives (in order of priority):** ██████████████████    **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|---|
| ███████████ | | | | ████████████ | | | |

| | Percentage of Holdings | | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|---|
| CASH, BDP, AND MMFs | ███████ | | | ████████ | | ████████ | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82420

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

## STOCKS

### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 1,135.000 | $2.450 | $16,157.88 | $2,780.75 | $(13,377.13) | — | — |
| *Rating: Morgan Stanley: 3; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | ▓▓▓ | | ▓▓▓▓▓▓ | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ▓▓▓ | | ▓▓▓▓▓▓ | | | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| Stocks | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| TOTAL ALLOCATION OF ASSETS | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82421



from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1- December 31, 2023

## Account Detail

Self-Directed Brokerage Account    HESHAM N IBRAHIM

**Tips on Protecting Yourself from Fraudulent Account Activity**

The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Important Information Regarding Your Account Summary**

The Account Summary section on this statement reflects information from the date your account was transferred to Morgan Stanley Smith Barney LLC or, if this is a new account, the date the account was opened. To view all historical data, (i.e., Realized Gain/(Loss) information) please visit www.etrade.com/gainloss.

**Important information about your 2023 tax reporting**

If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit https://us.etrade.com/l/tax-year-2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82422**



**CLIENT STATEMENT**

## 2023 Recap of Cash Management Activity

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

We are pleased to enclose your Recap of Cash Management Activity. This section includes a summary of selected account activity for the preceding 12 months; including your electronic transfers, checking and card activity for the year (including ATM transactions, any automated payments and security transfers).

Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.

**For reportable account(s), we recommend that you wait for your IRS Form(s) 1099 before completing your tax returns.** This Recap is not a substitute for the official account statements that you have received from us throughout the year; and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS (CREDITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| | | | | |

**TOTAL ELECTRONIC TRANSFERS (CREDITS)**

### OTHER CREDITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| | | | | |

**TOTAL OTHER CREDITS**

### OTHER DEBITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| | | | | |

**TOTAL OTHER DEBITS**

**TOTAL CASH RELATED ACTIVITY**

## SECURITY TRANSFERS

| Activity Date | Activity Type | Security (Symbol) | Comments | Quantity | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 6/16 | Transfer into Account | VIRGIN GALACTIC HOLDINGS INC | Rec from ETS A/C 464-65808-1 | 400.000 | | 1,892.00 |

**TOTAL SECURITY TRANSFERS**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



## CLIENT STATEMENT | For the Period February 1- March 31, 2024

from Morgan Stanley

**STATEMENT FOR:**
HESHAM N IBRAHIM

**Beginning Total Value** (as of 2/1/24)
**Ending Total Value** (as of 3/31/24)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E\*TRADE is a business of Morgan Stanley.*

000000

#BWNJGWM    HESHAM N IBRAHIM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82424

**E✳TRADE®**

from Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1- March 31, 2024

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

**E✴TRADE®**

from Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1- March 31, 2024

## Account Summary

Self-Directed Brokerage Account    **HESHAM N IBRAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (2/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | | |
| Credits | | |
| Debits | | |
| Security Transfers | | |
| **Net Credits/Debits/Transfers** | | |
| **Change in Value** | | |
| **TOTAL ENDING VALUE** | | |

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*

JUN  JUL  AUG  SEP  OCT  NOV  DEC  JAN  FEB  MAR
          2023                          2024

*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| **TOTAL VALUE** | | |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**E✻TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1- March 31, 2024

Self-Directed Brokerage Account    HESHAM N IBRAHIM

## Account Summary

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 1/31/24) | This Period (as of 3/31/24) |
|---|---|---|
| Cash, BDP, MMFs | | |
| Stocks | | |
| **Total Assets** | | |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | | |

### CASH FLOW

| | This Period (2/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | | |
| **Total Investment Related Activity** | | |
| Electronic Transfers-Credits | | |
| **Total Cash Related Activity** | | |
| **Total Card/Check Activity** | | |
| **CLOSING CASH, BDP, MMFs** | | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (2/1/24-3/31/24) | This Year (1/1/24-3/31/24) |
|---|---|---|
| **Income And Distributions** | | |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | | |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

| | Realized This Period (2/1/24-3/31/24) | Realized This Year (1/1/24-3/31/24) | Unrealized Inception to Date (as of 3/31/24) |
|---|---|---|---|
| Short-Term (Loss) | | | |
| Long-Term (Loss) | | | |
| **TOTAL GAIN/(LOSS)** | | | |

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82427

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1- March 31, 2024

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

**Investment Objectives (in order of priority):** ▮▮▮▮▮▮▮    **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | | | |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

## STOCKS

### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 1,135.000 | $1.480 | $16,157.88 | $1,679.80 | $(14,478.08) | — | — |
| *Asset Class: Equities* | | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82428

**E✱TRADE®**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1- March 31, 2024

## Account Detail

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | ■ | | ■ | ■ | ■ | ■ | ■ |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ■ | | ■ | ■ | ■ | ■ | ■ |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | | | | | | |
| Stocks | | | | | | |
| TOTAL ALLOCATION OF ASSETS | | | | | | |

## MESSAGES

**Financial Disclosure Statement (in millions of dollars):**
At January 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $4,627 which exceeded the Securities and Exchange Commission's minimum requirement by $4,139. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at December 31, 2023 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after March 15, 2024.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**E✳TRADE®**

from Morgan Stanley

**CLIENT STATEMENT** | For the Period February 1- March 31, 2024

## Account Detail

Self-Directed Brokerage Account    HESHAM N IBRAHIM

**Notice of T+1 Settlement Cycle Transition**

Effective May 28, 2024, Securities and Exchange Commission (SEC) rules will require that most U.S. securities transactions settle on or before the next business day following the trade date (a settlement date of T+1).

Generally, the settlement date is when an investor must pay for the security purchased or deliver the security sold in negotiable form. Please note, final tax lot selection will be subject to the shortened T+1 settlement timeline and must be submitted by 4:00 p.m. ET on the settlement date.

For additional details about T+1 settlement and eligible securities, please visit the Depository Trust & Clearing Corporation (DTCC) website at www.dtcc.com/ust1. You can also view the full text of the final rules on the SEC website at www.sec.gov.

**Handling Fee for Paper Statements**

As a reminder, E*TRADE from Morgan Stanley charges a $2.00 handling fee for each paper statement mailed to certain accounts (see www.etrade.com/pricing for more information). The fee is billed quarterly to cover any statements mailed during the previous three months.

While you may not have been charged this fee after the transfer of your account(s) to Morgan Stanley in 2023, we wanted to make you aware that the fee resumed effective January 2024.

Please note: There is no handing fee for statements that are emailed to you. To enroll in email delivery, go to www.etrade.com/paperless.

**Important Changes to the Bank Deposit Program**

Currently, in the Bank Deposit Program (BDP), available cash balances held in accounts at Morgan Stanley Smith Barney LLC (MSSB) are automatically deposited into interest-bearing deposit accounts at Morgan Stanley Bank, N.A., and Morgan Stanley Private Bank, National Association, each a national bank, FDIC member, and affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at certain non-affiliated banks (Program Banks), each an FDIC member.

Effective June 2024, your account will become eligible to have deposits sent to Program Bank(s), if selected based on eligibility and subject to certain limitations. If your deposits are selected for Program Bank(s), you may benefit by receiving FDIC insurance on deposit amounts that would otherwise have been uninsured. Please note, however, that certain account types are ineligible for sweeping to Program Banks.

For more information, see the section of the BDP Disclosure Statement titled "Eligibility and Computation for Deposits to Be Sent to Program Banks" at www.etrade.com/bdpdisclosure.

The list of Program Banks may change periodically and can be found at www.etrade.com/programbanks. If you wish to exclude any Program Banks from receiving your deposits in BDP, please call us at 1-800-387-2331.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



This page intentionally left blank

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

PLTF_VG_82431



**CLIENT STATEMENT** | For the Period April 1- June 30, 2024

**STATEMENT FOR:**
HESHAM N IBRAHIM

**Beginning Total Value** (as of 4/1/24)
**Ending Total Value** (as of 6/30/24)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E\*TRADE is a business of Morgan Stanley.*

000000

#BWNJGWM

HESHAM N IBRAHIM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*



**CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER**

PLTF_VG_82432

# E✳TRADE®

**CLIENT STATEMENT** | For the Period April 1- June 30, 2024

from Morgan Stanley

# Expanded Disclosures

Expanded Disclosures, which apply to all statements we send to you, are provided with your first statement and thereafter twice a year.
**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.
**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.
**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.
**Account Valuation**
Account values are computed by adding (1) the market value of all priced positions, (2) valuations utilizing industry service providers and/or outside custodians for other positions, and (3) adding any credit or subtracting any debit to your closing Cash, Money Market Funds and/or Deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The values of fixed income positions in summary displays include accrued interest in the totals. In the "Holdings" section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment. In most cases, it is calculated from the date of the last coupon payment (or "dated date") through the closing date of the statement. Foreign Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield (APY) for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to www.morganstanley.com/wealth-investmentstrategies/ratemonitor.html.
**Additional Retirement Account Information**
Tax-qualified account contributions are subject to IRS eligibility rules

and regulations. The Contributions and Distributions information in this statement reflects information for a particular account, without reference to any other account, and is based on information provided by you. The deductibility of an individual contribution depends upon your Modified Adjusted Gross Income and coverage by a retirement plan at work. Check with your tax advisor to verify how much you can contribute, if the contribution will be tax deductible, and if special rules apply. The information included in this statement is not intended to constitute tax, legal or accounting advice. Contact us if any of this information is incorrect.
**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.
**Gain/(Loss) Information**
Gain/(Loss) is provided for informational purposes. It is not a substitute for Internal Revenue Service (IRS) Form 1099 (on which we report cost basis for covered securities) or any other IRS tax form, and should not be used for tax preparation. Unrealized Gain/(Loss) provided on this statement is an estimate. Contact your own independent legal or tax advisor to determine the appropriate use of the Gain/(Loss) information on this statement. For more information, contact us.
**Tax Reporting**
Under Federal income tax law, we are required to report gross proceeds of sales (including short sales) on Form 1099-B by March 15 of the year following the calendar year of the transaction for reportable (i.e., non-retirement) accounts. For sales of certain securities acquired on or after January 1, 2011 (or applicable date for the type of security) we are also required to report cost basis and holding period. Under IRS regulations, if you have not provided us with a certification of either U.S. or foreign status on applicable Form W-9 or W-8, your accounts may be subject to either 24% back-up withholding or 30% nonresident alien withholding on payments made to your accounts.
**Investment Objectives**
The following is an explanation of the investment objective alternatives applicable to your account(s): Income - for investors seeking regular income with low to moderate risk to principal; Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal; Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal; Speculation - for

investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment.
**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.
**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral. The amount you may borrow is based on the value of eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral is indicated below the position. If you have a margin account, as permitted by law, we may use certain securities in your account for, among other things, settling short sales or lending the securities for short sales, for which we may receive compensation.
**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.
**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.
**Money Market Fund (MMF) Pricing**
You could lose money in MMFs. Although MMFs classified as government funds (i.e., MMFs that invest 99.5% of total assets in cash and/or securities backed by the U.S. government) and retail funds (i.e., MMFs open to natural person investors only) seek to preserve value at $1.00 per share, they cannot guarantee they will do so. The price of other MMFs will fluctuate and when you sell shares they may be worth more or less than originally paid. MMFs may impose a fee upon sale or

CONTINUED

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF_VG_82433

**E✷TRADE®**

from Morgan Stanley

## Expanded Disclosures (CONTINUED)

temporarily suspend sales if liquidity falls below required minimums. During suspensions, shares would not be available for purchases, withdrawals, check writing or ATM debits. A MMF investment is not insured or guaranteed by the Federal Deposit Insurance Corporation or other government agency.

**Notice Regarding Global Investment Manager Analysis**
The Global Investment Manager Analysis team conducts analysis on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have invested in any of these funds in another type of account, such as a brokerage account, you will not receive the same materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**
The prices of securities are derived from various sources, and do not necessarily represent the prices at which those securities could have been bought or sold. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy, reliability or completeness. Prices are as of the date shown only and are not an offer by us or our affiliates to purchase or sell any instrument or enter into any transaction or a commitment by us or them to make such an offer. Prices of securities not actively traded may not be available, and are indicated by N/A (not available). For additional information on how we price securities, contact us.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and are subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from actual or anticipated changes to issuer's and/or guarantor's credit ratings/spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. Investors also should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured

Investments, which may appear in various product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the product category where they appear, and therefore may not satisfy portfolio asset allocation needs for that category. When displayed, the accrued interest, annual income and yield for structured investments with a contingent income feature (e.g., Range Accrual Notes/Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. Actual accrued interest, annual income and yield will be dependent upon the performance of the underlying asset(s) and may be significantly lower than estimates shown. For more information on the risks and conflicts of interest related to Structured Investments, log in to Morgan Stanley Online at www.morganstanley.com/structuredproductsrisksandconflicts. For information on risks specific to your Structured Investments, contact us.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Certain Assets Not Held Here**
You may purchase certain assets through us that may be held at another financial institution. Assets not held with us may not be covered by SIPC protection. We may include information about certain assets on this statement solely as a service to you and are not responsible for information provided by external sources. Generally, any financial institution that holds securities is responsible for year-end reporting (e.g., Forms 1099) and separate periodic statements, which may vary from our information due to different reporting periods. In the case of networked mutual funds, we perform all year-end tax reporting.

**Total Income**
Total income, as used in the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the

IRS. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. Only information on Forms 1099 should be used for tax reporting. In the case of Corporations, Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting.

**Transaction Dates and Conditions**
Transactions display trade date and settlement date. Transactions are included on this statement on trade date basis (excluding BDP and MMFs). Trades that have not settled as of statement month end will also be displayed in the "Unsettled Purchases/Sales Activity" section. Upon written request, we will give you the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Tax and Legal Disclosure**
We do not provide legal or tax advice. Please consult your own tax advisor.

Revised 11/2022

PLTF_VG_82434



**CLIENT STATEMENT** | For the Period April 1- June 30, 2024

from Morgan Stanley

Page 4 of 8

## Account Summary

Self-Directed Brokerage Account    **HESHAM N IBRAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (4/1/24-6/30/24) | This Year (1/1/24-6/30/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | | |
| Credits | | |
| Debits | | |
| Security Transfers | | |
| **Net Credits/Debits/Transfers** | | |
| **Change in Value** | | |
| **TOTAL ENDING VALUE** | | |

### MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.



JUN  JUL  AUG  SEP  OCT  NOV  DEC  JAN  FEB  MAR  APR  MAY  JUN
2023                              2024

The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| **TOTAL VALUE** | | |

FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



Cash   Equities

This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Case 1:21-cv-03070-NRM-TAM     Document 168-12     Filed 04/16/25     Page 258 of 269 PageID #: 6468



**CLIENT STATEMENT** | For the Period April 1- June 30, 2024

## Account Summary

Self-Directed Brokerage Account     **HESHAM N IBRAHIM**

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 3/31/24) | This Period (as of 6/30/24) |
|---|---|---|
| Cash, BDP, MMFs | | |
| Stocks | | |
| **Total Assets** | | |
| Cash, BDP, MMFs (Debit) | | |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | | |

### CASH FLOW

| | This Period (4/1/24-6/30/24) | This Year (1/1/24-6/30/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | | |
| Sales and Redemptions | | |
| **Total Investment Related Activity** | | |
| Electronic Transfers-Credits | | |
| Other Debits | | |
| **Total Cash Related Activity** | | |
| **Total Card/Check Activity** | | |
| **CLOSING CASH, BDP, MMFs** | | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (4/1/24-6/30/24) | This Year (1/1/24-6/30/24) |
|---|---|---|
| **Income And Distributions** | | |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | | |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

| | Realized This Period (4/1/24-6/30/24) | Realized This Year (1/1/24-6/30/24) | Unrealized Inception to Date (as of 6/30/24) |
|---|---|---|---|
| Short-Term (Loss) | | | |
| Long-Term (Loss) | | | |
| **TOTAL GAIN/(LOSS)** | | | |

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82436**

**E✲TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period April 1- June 30, 2024

## Account Detail

Self-Directed Brokerage Account    HESHAM N IBRAHIM ▮▮▮▮▮▮

**Investment Objectives (in order of priority):** ▮▮▮▮▮▮    **Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | | | |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | |
| Total Cash, BDP, MMFs | | | |
| Total Cash, BDP, MMFs (Debit) | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**E✳TRADE**®

from Morgan Stanley

**CLIENT STATEMENT** | For the Period April 1- June 30, 2024

## Account Detail

Self-Directed Brokerage Account    HESHAM N IBRAHIM

## STOCKS

### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 56.000 | $8.430 | $15,815.75 | $472.08 | $(15,343.66) | — | — |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | ███ | | | ████ | ████ | ████ | ████ | ████ |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ███ | | | ████ | ████ | ████ | | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs (Debit) | | | | | | |
| Stocks | | | | | | |
| TOTAL ALLOCATION OF ASSETS | | | | | | |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 6/17 | | Service Fee | VIRGIN GALACTIC HOLDINGS INC | MANDATORY REORG FEE | | | $(38.00) |
| 6/20 | 6/17 | Cash in Lieu | VIRGIN GALACTIC HOLDINGS INC | CASH IN LIEU OF FRACTIONS | | | 6.66 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$(31.34)** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82438



**CLIENT STATEMENT** | For the Period April 1- June 30, 2024

## Account Detail

Self-Directed Brokerage Account    HESHAM N IBRAHIM

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 6/17 | Exchange Delivered Out | VIRGIN GALACTIC HOLDINGS INC | | (1,135.000) |
| 6/17 | Exchange Received In | VIRGIN GALACTIC HOLDINGS INC | | 56.000 |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Notice of T+1 Settlement Cycle Transition**

Effective May 28, 2024, Securities and Exchange Commission (SEC) rules will require that most U.S. securities transactions settle on or before the next business day following the trade date (a settlement date of T+1).

Generally, the settlement date is when an investor must pay for the security purchased or deliver the security sold in negotiable form. Please note, final tax lot selection will be subject to the shortened T+1 settlement timeline and must be submitted by 4:00 p.m. ET on the settlement date.

For additional details about T+1 settlement and eligible securities, please visit the Depository Trust & Clearing Corporation (DTCC) website at www.dtcc.com/ust1. You can also view the full text of the final rules on the SEC website at www.sec.gov.

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**

The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024



**STATEMENT FOR:**

HESHAM N IBRAHIM

**Beginning Total Value** (as of 7/1/24)
**Ending Total Value** (as of 9/30/24)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E\*TRADE is a business of Morgan Stanley.*

010000

#BWNJGWM

HESHAM N IBRAHIM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER**

PLTF_VG_82440

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 263 of 269
PageID #: 6473

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER

PLTF_VG_82441

**E✳TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

**Page 3 of 8**

## Account Summary

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | | |
| Credits | | |
| Debits | | |
| Security Transfers | | |
| **Net Credits/Debits/Transfers** | | |
| **Change in Value** | | |
| **TOTAL ENDING VALUE** | | |

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*



SEP OCT NOV DEC | JAN FEB MAR APR MAY JUN JUL AUG SEP
2023 | 2024

*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| **TOTAL VALUE** | | |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



Cash  Equities

*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 265 of 269 PageID #: 6475

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Summary

**Self-Directed Brokerage Account**    **HESHAM N IBRAHIM**



### BALANCE SHEET ( ^ includes accrued interest)

| | Last Period (as of 6/30/24) | This Period (as of 9/30/24) |
|---|---|---|
| Stocks | | |
| **Total Assets** | | |
| Cash, BDP, MMFs (Debit) | | |
| **Total Liabilities** (outstanding balance) | | |
| **TOTAL VALUE** | | |

### CASH FLOW

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | | |
| Sales and Redemptions | | |
| **Total Investment Related Activity** | | |
| Electronic Transfers-Credits | | |
| Other Debits | | |
| **Total Cash Related Activity** | | |
| **Total Card/Check Activity** | | |
| **CLOSING CASH, BDP, MMFs** | | |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **Income And Distributions** | | |
| **Tax-Exempt Income** | | |
| **TOTAL INCOME AND DISTRIBUTIONS** | | |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (7/1/24-9/30/24) | Realized This Year (1/1/24-9/30/24) | Unrealized Inception to Date (as of 9/30/24) |
|---|---|---|---|
| Short-Term (Loss) | | | |
| Long-Term (Loss) | | | |
| **TOTAL GAIN/(LOSS)** | | | |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PLTF_VG_82443**

**E✷TRADE®**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

Page 5 of 8

## Account Detail

Self-Directed Brokerage Account     **HESHAM N IBRAHIM**

████████████

**Investment Objectives (in order of priority):** ██████████████

**Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| ████████████ | ┄┄┄┄┄┄┄┄┄┄┄ | ████████████ | | | |

| | Percentage of Holdings | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | ████████ | ████████████ | | | |
| Total Cash, BDP, MMFs | | | | | |
| Total Cash, BDP, MMFs (Debit) | | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**E✳TRADE**®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

Self-Directed Brokerage Account    **HESHAM N IBRAHIM**

## STOCKS

### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| VIRGIN GALACTIC HOLDINGS INC (SPCE) | 56.000 | $6.100 | $15,815.75 | $341.60 | $(15,474.14) | — | — |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | ████ | | | ████ | ████ | ████ | ████ | ████ |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | ████ | | | ████ | ████ | ████ | ████ | ████ |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs (Debit) | | | | | | |
| Stocks | | | | | | |
| **TOTAL ALLOCATION OF ASSETS** | | | | | | |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Case 1:21-cv-03070-NRM-TAM    Document 168-12    Filed 04/16/25    Page 268 of 269
PageID #: 6478



## Account Detail



Self-Directed Brokerage Account    HESHAM N IBRAHIM

**Tips on Protecting Yourself from Fraudulent Account Activity**

The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Financial Disclosure Statement (in millions of dollars):**

At July 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $5,420 which exceeded the Securities and Exchange Commission's minimum requirement by $4,776. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2024 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after September 15, 2024.

**FINRA RULE 2266 - SIPC INFORMATION**

SIPC and Other Coverage. Morgan Stanley is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims of cash). Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at www.sipc.org or calling 1-202-371-8300.

Morgan Stanley also maintains additional insurance with an aggregate firmwide limit of $1 billion. For additional information about Morgan Stanley's excess of SIPC protection, please go to www.etrade.com/iai.

Please note that money market mutual fund balances are securities, not cash. As with other securities investments, the market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**FINRA RULE 2267 - BROKERCHECK**

FINRA's BrokerCheck allows investors to learn about the professional background, business practices, and conduct of FINRA member firms and their brokers. Records of securities professionals currently associated with a member and persons who have been associated with a member within the last two years are available to the public through BrokerCheck. Information is also available for FINRA-registered securities firms. Information is free to private investors for personal use. The telephone number of BrokerCheck is 1-800-289-9999. For more information about FINRA, visit www.finra.org. An investor brochure describing the BrokerCheck program is also available on request or at https://brokercheck.finra.org/

**MSRB Notice**

This notification is provided pursuant to Municipal Securities Rulemaking Board ("MSRB") Rule G-10 to inform you that (i) Morgan Stanley is registered with the MSRB and the Securities and Exchange Commission (SEC), (ii) information concerning the municipal market can be found at www.msrb.org, and (iii) a brochure that describes the protections available under MSRB rules and how to file a complaint with an appropriate regulatory authority is available on the MSRB website.

**SEA RULE 606 - NOTICE OF AVAILABILITY OF ORDER ROUTING INFORMATION**

Morgan Stanley prepares quarterly reports describing its order routing practices for nondirected orders routed to a particular venue for execution. These reports are publicly available at www.etrade.com. Morgan Stanley will furnish a written copy of the quarterly report on request. In addition, Morgan Stanley will provide on request more detailed information related to the routing of any order in the six months prior to the request, including the identity of the venue to which the customer's orders were routed for execution, whether the orders were directed or nondirected orders, and the time of any transactions that resulted from such orders.

**SEA RULE 607 - PAYMENT FOR ORDER FLOW DISCLOSURE**

Morgan Stanley takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order-handling systems, the level of service provided, the cost of executing orders, and whether it will receive remuneration from particular broker-dealers and market centers for routing customer orders to them for execution. Morgan Stanley receives remuneration, generally in the form of cash payments and rebates, from particular broker-dealers and market centers for directing customer orders in securities to them for execution.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

Page 8 of 8



Self-Directed Brokerage Account    HESHAM N IBRAHIM

## Account Detail

**FINRA RULE 4340 - CALLABLE SECURITIES**

When a security is subject to a partial redemption by the issuer, the issuer notifies Morgan Stanley, via a central industry depository, of the number of units for the specific security to be redeemed.

Upon receipt of the issuer's notification of a mandatory redemption, Morgan Stanley determines the favorability of the redemption based on the current market price versus the call price. When the redemption of the callable security is made on terms that are favorable to the called parties, Morgan Stanley does not include any firm or employee accounts in the pool of securities eligible to be called until all other customer's positions in such securities have been called. When the redemption is made on terms that are unfavorable to the called parties, Morgan Stanley does not exclude firm or employee accounts from the pool of the securities eligible to be called.

Once the favorability of the redemption has been determined, Morgan Stanley uses a random process designated to allocate called securities on a fair and impartial basis. The lottery process is based on a mathematical formula that determines the accounts that will be selected and the number of securities in the account that will be redeemed.

As a result of the call, you may be left with a position either below the minimum denomination of the security or in an amount that is not an authorized denomination of the security. Such a position may have less, limited or no liquidity depending on the type of security, issuer, size of position or other factors.

As required under FINRA 4340 - "Callable Securities," Morgan Stanley is providing our customers with a link to the firm's allocation procedures related to callable securities located on the Morgan Stanley website: www.morganstanley.com/about-us-ir/finra. Additionally, a hard copy of the allocation procedures will be provided to customers upon request.

**FINRA RULE 2264 - MARGIN DISCLOSURE**

Morgan Stanley Smith Barney LLC ("Morgan Stanley") is furnishing this information to you to provide some basic facts about purchasing securities on margin. Securities purchased on margin are Morgan Stanley's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, Morgan Stanley can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with Morgan Stanley, to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

These risks include the following:

- You can lose more funds than you deposit in the margin account.
- Morgan Stanley can force the sale of securities or other assets in your account(s).
- Morgan Stanley can sell your securities or other assets without contacting you.
- If Morgan Stanley takes action to meet a margin call on your behalf, you will not have the ability to choose which securities are liquidated.
- Morgan Stanley can increase your "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
- Morgan Stanley may change margin requirements at any time without prior notice and call for additional collateral, including without limitation on an intraday basis.
- You are not entitled to an extension of time on a margin call.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF_VG_82447