**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>　　　　Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFFS' REPLY BREIF FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Ex Kano S. Sams II, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a partner at the law firm of Glancy Prongay & Murray LLP, Co-Lead Counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of David I. Tabak, Ph.D, taken on November 20, 2024.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Hesham Ibrahim taken on December 4, 2024.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Jennifer Ortiz taken on November 21, 2024.

5.      Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Richard O'Keefe-Jones taken on November 26, 2024.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Montgomery Brantley taken on November 25, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this, the 24th day of January, 2025, in Los Angeles, California.


                                        *s/ Ex Kano S. Sams II*
                                        Ex Kano S. Sams II

1

## PROOF OF SERVICE

I hereby certify that on this 24th day of January, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

2

**<u>PROOF OF SERVICE</u>**

I hereby certify that on this 16th day of April, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>*s/ Ex Kano S. Sams II*</u>
Ex Kano S. Sams II