EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK


_____

SHANE LAVIN, Individually and on

Behalf of All Others Similarly Situated,

                              Plaintiff,

          -against-

VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A.

COLGLAZIER, GEORGE WHITESIDES, DOUG

AHRENS, and JON CAMPAGNA,

                              Defendants.

Case No. 1:21-cv-03070-ARR-TAM

_____


                              November 20, 2024

                              9:41 a.m.




          DEPOSITION of DAVID I. TABAK,

taken by Defendants, pursuant to

Notice, held at the offices of LATHAM &

WATKINS LLP, 1271 Avenue of the

Americas, New York, New York before

Wayne Hock, a Notary Public of the

State of New York.


                                        Page 1

Galactic stock in the period of October 25, 2019 through November 1, 2019; correct?

MS. WOLKE: I object to form.

THE WITNESS:  Well, I don't list out or specifically identify any market makers.  I give aggregate figures.

Q.    So if you don't list out any, then it would follow you don't list out any for the period of October 25, 2019 through November 1, 2019; right?

MS. WOLKE: I object to form.

THE WITNESS:  That is true. If there are no lists, there is no list for that period either.

Q.    Are you aware of any market makers or arbitragers who traded in Virgin Galactic stock in the period of October 25, 2019 through November 1, 2019?

MS. WOLKE: I object to form.

THE WITNESS:  Well, I don't have specific names.  But we can see in Exhibit 6a, for example,

Page 97

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

that there is short interest and    11:36:16

those are generally considered    11:36:18

arbitragers who believe that a    11:36:21

stock is overvalued.  So I can't    11:36:24

tell you the names of any    11:36:27

particular such arbitragers, but I    11:36:29

can tell you there were people    11:36:37

shorting the stock.    11:36:38

Q.    So to be clear, you cannot    11:36:41

identify for me a single market maker    11:36:45

for Virgin Galactic common stock in the    11:36:49

period October 25, 2019 through    11:36:51

November 1, 2019; is that fair?    11:36:53

        MS. WOLKE: I object to form.    11:36:55

        THE WITNESS:  Because I don't    11:36:57

    identify them for any period, I    11:36:59

    cannot do that for that specific    11:37:01

    period either.    11:37:04

Q.    So the answer to my question    11:37:04

is yes?    11:37:06

        MS. WOLKE: I object to form.    11:37:06

        THE WITNESS:  I think the    11:37:07

    answer is yes but with the caveats    11:37:09

    that I described so that the    11:37:12

    answer's not misleading.    11:37:13

Page 98

Q.    So I'll try this again,                    11:37:22

because I'm not limiting this to your            11:37:25

report.                                          11:37:27

You cannot identify for me a                     11:37:27

single market maker for Virgin Galactic          11:37:30

common stock in the period October 25,           11:37:33

2019 through November 1, 2019; is that           11:37:36

correct?                                         11:37:39

MS. WOLKE: I object to form.                      11:37:40

THE WITNESS:  By name, I                          11:37:42

cannot do that.                                   11:37:52

Q.    And can you say for a fact,                11:37:55

sir, that there was a market maker for           11:37:58

Virgin Galactic common stock in the              11:38:01

period October 25, 2019 through                  11:38:03

November 1, 2019?                                11:38:05

MS. WOLKE: I object to form.                      11:38:07

THE WITNESS:  It was listed                       11:38:08

on NASDAQ, so there would have to                 11:38:11

be.                                               11:38:14

Q.    So you're assuming that there              11:38:14

was because the stock was listed on              11:38:15

NASDAQ, but you can't identify for me a          11:38:17

single market maker in the period                11:38:21

October 25, 2019 through November 1,             11:38:24

Page 99

2019; correct?                                       11:38:26

      MS. WOLKE: I object to form.          11:38:28

      THE WITNESS:  Well, I'm             11:38:28
assuming because it was listed, it                   11:38:29
actually met the listing                             11:38:31
requirements and had a market                        11:38:32
maker, but I cannot identify that                    11:38:34
market maker or others.                              11:38:36

Q.    I'm not asking you for what                    11:38:37
you assume, and I understood from you                11:38:39
earlier that any assumptions you're                  11:38:42
making in support of your opinions are               11:38:43
stated in your report.                               11:38:45

      As a matter of fact, can you        11:38:46
tell me that there was a market maker                11:38:48
for Virgin Galactic common stock in the              11:38:51
period of October 25, 2019 to                        11:38:53
November 1, 2019?                                    11:38:56

      MS. WOLKE: I object to form.          11:38:58

      THE WITNESS:  I can tell you        11:38:59
unless they were violating their                     11:39:00
listing requirements, there would                    11:39:02
be one.                                              11:39:03

Q.    Is it an assumption                            11:39:04
underlying any of your opinions as                   11:39:06

Page 100

work in this case, did you examine the

number of market makers that existed

for Virgin Galactic common stock in the

period of October 25, 2019 to

November 1, 2019?

MS. WOLKE: I object to form.

THE WITNESS:  No, not

specifically.

Q.    As part of your expert work

in this case, did you examine the

number of arbitragers, if any, that

existed for Virgin Galactic common

stock in the period of October 25, 2019

to November 1, 2019?

MS. WOLKE: I object to form.

Asked and answered.

THE WITNESS:  Yes, in part.

So we know, for example, if

you turn to my Exhibit 5 which is

page eighty-six out of one hundred

forty-eight, that even before that

period, as of September 30, 2019,

there were sixty-six institutional

holders.  Those are generally

considered, you know, long

Page 105

arbitragers.  That went from                11:43:29
sixty-six as of September 30 to one          11:43:31
hundred sixteen as of December 31,           11:43:34
2019, and these are reported                 11:43:37
quarterly.  That's why you don't             11:43:39
get more refined data.                       11:43:42

          So unless we think -- we can       11:43:43
assume perhaps they all went to              11:43:47
zero for that small period of time,          11:43:49
but a more realistic assumption              11:43:52
would be that the number during              11:43:55
that period of time, late October            11:43:56
to November 1, was probably in               11:43:59
between sixty-six and one hundred            11:44:01
sixteen.                                     11:44:01

     Q.     So my question's a little bit    11:44:03
different.                                   11:44:05

          Did you examine the number of      11:44:05
arbitragers, if any, as part of your         11:44:07
work in this case during the period of       11:44:09
October 25, 2019 to November 1, 2019?        11:44:11

          MS. WOLKE: I object to form.       11:44:14
     Asked and answered.                     11:44:16

          THE WITNESS:  The answer is I      11:44:17
     did not specifically look at that       11:44:19

Page 106

get that information and presented the results of those analyses in my report?

Q.    I'm not sure I understand your question.

But I'm asking you if you examined within the period, as a standalone period, from October 25, 2019 to November 1, 2019, the number of arbitragers, if any, in Virgin Galactic common stock.

MS. WOLKE: I object to form. Asked and answered.

THE WITNESS:  The answer is yes in various ways.

Can I explain?

Q.    You can, but I'd like to know how many arbitragers there were, in your opinion, in the period of October 25, 2019 to November 1, 2019.

MS. WOLKE: I object to form. Asked and answered.

THE WITNESS:  So I can give you some information.

From Exhibit 6a, we know that a little over 2.2 million shares

11:46:07
11:46:12
11:46:15
11:46:16
11:46:17
11:46:19
11:46:22
11:46:23
11:46:26
11:46:30
11:46:31
11:46:32
11:46:33
11:46:33
11:46:36
11:46:37
11:46:41
11:46:45
11:46:45
11:46:47
11:46:48
11:46:49
11:46:50
11:46:51
11:46:55

Page 109

had been sold short and that was     11:46:57

the short interest as of     11:46:59

October 31, 2019, one day within     11:47:01

that period.  We don't know how     11:47:03

many individuals are represented by     11:47:05

that short interest, but we don't     11:47:09

know that basically ever.  All we     11:47:11

know is the aggregate short     11:47:13

interest, whether in this case or     11:47:15

any other case.  So that gives you     11:47:16

information that at least 2.2     11:47:19

million shares were in the short     11:47:21

interest at that time representing     11:47:24

arbitragers with a short position.     11:47:26

If we look at Exhibit 5, we     11:47:29

will see that, in the quarter-ends     11:47:31

bookending that shorter class     11:47:34

period, we have sixty-six     11:47:37

institutional holders as of     11:47:39

September 30, 2019 and one hundred     11:47:41

sixteen as of December 31, 2019.     11:47:43

Since institutional holdings are     11:47:47

only reported quarterly, this is     11:47:49

the best that we can get, but it     11:47:51

suggests very strongly, unless you     11:47:55

Page 110

want to assume that that number 11:47:56
dipped to zero for that roughly 11:47:58
one-week period, there are at least 11:48:00
sixty-six long arbitragers holding 11:48:02
between sixty-three million shares 11:48:06
as of September 30 and almost forty 11:48:07
million shares as of December 31, 11:48:11
both of 2019. 11:48:17

Q.    Were you asked to examine as 11:48:18
part of your work in this case the 11:48:21
number of arbitragers that existed in a 11:48:23
standalone period from October 25, 2019 11:48:26
to November 1, 2019? 11:48:27

MS. WOLKE: I object to form. 11:48:29

THE WITNESS:  No, I was not. 11:48:30

Q.    And just so the record is 11:48:32
clear, when I say you were not asked to 11:48:33
examine the number of arbitragers that 11:48:38
existed in a standalone period of 11:48:40
November -- 11:48:45

MR. MCDONOUGH: I've got to 11:48:45
start it over again one more time. 11:48:47

Q.    You were not asked to examine 11:48:49
as part of your work in this case 11:48:51
whether, during the standalone period 11:48:53

Page 111

of October 25, 2019 to November 1, 2019, there were arbitragers in Virgin Galactic common stock?

MS. WOLKE: I object to form.

THE WITNESS:  I was not asked to examine that for just the standalone period as opposed it a standalone period within a larger analysis period.

Q.    In your expert report, you did not analyze the short interest in Virgin Galactic's common stock during the standalone period of October 25, 2019 to November 1, 2019; correct?

MS. WOLKE: I object to form.

THE WITNESS:  I think that is -- I know written previously really an incorrect question.  Because as I pointed out in Exhibit 6a, I have that figure here for the reporting periods and reported twice a month. So I've done that full analysis as well as can be done given your data source, which is reporting that information twice a month.  I have

Page 112

October 15, I have October 31, and                11:50:16

November 15, 2019.                                 11:50:18

Q.    Were you asked to examine            11:50:20

short interest in Virgin Galactic                  11:50:23

common stock for the standalone period             11:50:26

of October 25, 2019 to November 1,                 11:50:28

2019?                                              11:50:31

MS. WOLKE: I object to form.            11:50:31

THE WITNESS:  Not by itself             11:50:32

as opposed to within part of the               11:50:34

larger analysis period.                        11:50:35

Q.    Turning to paragraph             11:50:37

twenty-eight of your report, you state             11:50:56

that the average aggregate short                   11:51:02

position over the 2021 period was 11.33            11:51:06

percent of Virgin Galactic's shares                11:51:10

outstanding and the corresponding                  11:51:14

figure was 12.2 percent over the 2019              11:51:16

to 2021 period.                                    11:51:19

Do you see that?                   11:51:20

A.    I do.                             11:51:20

Q.    Do you know what the average      11:51:21

aggregate short position is for the                11:51:25

period of October 25, 2019 to                      11:51:29

November 1, 2019?                                  11:51:31

Page 113

paragraph thirty-one and thirty-two?                    11:58:40

        MS. WOLKE: I object to form.         11:58:43

        THE WITNESS:  I do not.             11:58:43

  Q.    Were you working from memory       11:58:46
in preparing paragraph thirty-one and              11:58:51
thirty-two?                                        11:58:55

        MS. WOLKE: I object to form.         11:58:55

        THE WITNESS:  No.  I mean,           11:58:56
    the basic text over there is from        11:58:57
    prior reports.  Virgin                   11:59:00
    Galactic-specific information was         11:59:03
    then placed in, such as its market       11:59:04
    capitalization and float, but I've        11:59:07
    been aware of this for a long time.      11:59:09
    I just did not reinvestigate.            11:59:11

  Q.    You did not reinvestigate          11:59:14
Form S-3 registration eligibility                   11:59:20
requirements in connection with your                11:59:23
work on this case; correct?                        11:59:24

  A.    That is correct.                   11:59:25

  Q.    Let's turn to the next             11:59:26
section of your report, stock response             11:59:46
to news.                                           11:59:50

      Do you see that on page          11:59:50
fifteen?                                           11:59:52

Page 121

Q.    It starts with paragraph fifty.  I'm going to try to use paragraph numbers since we have two different page numbers, one at the top, one at the bottom.    12:01:56

A.    That's fair.    12:02:06

Q.    It starts at paragraph fifty of your report and that discussion continues through paragraph fifty-one; correct?    12:02:07

A.    That is correct.    12:02:16

Q.    In connection with your work on this case, you did not analyze the bid/ask spread for Virgin Galactic stock for the standalone period of October 25, 2019 to November 1, 2019; right?    12:02:16

MS. WOLKE: I object to form.    12:02:33

THE WITNESS:  Actually, I think the data for every single day there is included in the exhibits. I just did not provide some type of summary specifically for that period.    12:02:34

Q.    You didn't analyze the    12:02:42

Page 124

Q.    You consider those percentages to be a low level of bid to ask spread; correct?

A.    For these purposes, yes, because they're presumably going to be low compared to any allegations of the level of inflation of the stock price.

Q.    Let's turn now to the float which you discuss in paragraph fifty-two of your report; is that correct?

A.    That is correct.

Q.    You do not analyze Virgin Galactic's float in the standalone period of October 25, 2019 to November 1, 2019; right?

        MS. WOLKE: I object to form.

        THE WITNESS:  I think that's going to be the same answer as before.  I do provide that information.  I simply do not provide a summary statistic such as a mean for a median, but I provide it on all the trading days in that period.

Page 127

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Q.    You don't discuss Virgin Galactic's float in the standalone period of October 25, 2019 to November 1, 2019 in paragraph fifty-two of your report; right?

A.    That is correct.

Q.    In fact, is it fair to say you don't discuss anywhere in your report the Virgin Galactic float in the standalone period of October 25, 2019 to November 1, 2019?

MS. WOLKE: I object to form.

THE WITNESS:  Again, the numbers are reported in this case in Exhibit 7 on a daily basis but there's no discussion of that period.

Q.    And you haven't reached any opinion about Virgin Galactic's float within the standalone period of October 25, 2019 to November 1, 2019; right?

MS. WOLKE: I object to form.

THE WITNESS:  I have not provided such an opinion.

Page 128

in Exhibit 10a but not in 10b.    12:11:02

Q.    The forty-six trading days    12:11:05
that you considered from 2019 as part    12:11:15
of your analysis in Exhibit 10a    12:11:20
included the period of October 25, 2019    12:11:23
through November 1, 2019; correct?    12:11:26

MS. WOLKE: I object to form.    12:11:29

THE WITNESS:  That is true    12:11:30
for both Exhibits 10a and 10b, yes.    12:11:31

Q.    Insofar as those are all    12:11:35
trading days?    12:11:38

A.    Correct.    12:11:38

Q.    In paragraph fifty-nine, you    12:12:07
provide a summary of your market    12:12:10
efficiency opinion; is that fair to    12:12:13
say?    12:12:17

A.    Yes.    12:12:19

Q.    And just to be clear, you    12:12:19
have not concluded that just within the    12:12:25
standalone period of October 25, 2019    12:12:29
through November 1, 2019 that Virgin    12:12:32
Galactic's common stock traded in an    12:12:35
efficient market?    12:12:37

MS. WOLKE: I object to form.    12:12:38

THE WITNESS:  I haven't done    12:12:39

Page 132

a separate analysis for that, but that fits within the larger analysis period, so I haven't yet seen sufficient evidence to say that the analysis for the larger period would not also cover that same period and the same on conclusions would apply.

Q.    Okay.

You haven't taken just the days from October 25, 2019 to November 1, 2019 and analyzed whether, just within that period, there was an efficient market for Virgin Galactic common stock; correct?

MS. WOLKE: I object to form.

THE WITNESS:  Again, I've only done that within the context of that being part of a larger period.

Q.    And you state no opinion in your report that just for the period of October 25, 2019 to November 1, 2019 the market for Virgin Galactic common stock was efficient?

Page 133

MS. WOLKE: I object to form.    12:13:32

Misstates his report.    12:13:33

THE WITNESS:  I was just    12:13:34

going to say I thought I say    12:13:35

somewhere unless there is a reason    12:13:37

to see a change, the results for    12:13:38

the larger period should apply to    12:13:40

the earlier period, and that's, in    12:13:43

fact, in paragraph two of my report    12:13:45

where I say that the 2019 to 2021    12:13:47

period provides additional    12:13:51

information to either verify or    12:13:52

challenge the conclusions from the    12:13:55

2021 period, and that follows a    12:13:58

discussion of why I don't examine    12:14:05

just the few days covered by the    12:14:07

class period in 2019 by themselves.    12:14:10

Q.    And that remains a true    12:14:12

statement today; correct?  You did not    12:14:14

examine the days covered from    12:14:16

October 25, 2019 to November 1, 2019 by    12:14:18

themselves?    12:14:22

MS. WOLKE: I object to form.    12:14:25

THE WITNESS:  Overall not.    12:14:25

But as we discussed here, some of    12:14:26

Page 134

the analysis for the larger period                12:14:28

you can see what the results are                  12:14:30

for the eight days in 2019.                       12:14:32

Q.    Are you intending to offer an               12:14:48

opinion to the court in this case that,           12:14:51

just within the period of October 25,             12:14:53

2019 to November 1, 2019, as a                    12:14:55

standalone isolated period, the market            12:14:59

for Virgin Galactic common stock was              12:15:01

efficient?                                        12:15:03

        MS. WOLKE: I object to form.              12:15:04

        THE WITNESS:  I would say                 12:15:05

    that with that small period of                12:15:06

    time, it is difficult to tell, but            12:15:08

    the evidence does point towards               12:15:10

    efficiency for that period.                   12:15:14

Q.    And you don't state in your                 12:15:15

report any opinion for that standalone            12:15:16

period with respect to market                     12:15:19

efficiency; correct?                              12:15:19

        MS. WOLKE: I object to form.              12:15:20

    Misstates his report.                         12:15:22

        THE WITNESS:  I think the way             12:15:23

    I describe is in paragraph two is             12:15:34

    basically how I describe it.  I               12:15:37

Page 135