# EXHIBIT 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

SHANE LAVIN, Individually )
and on Behalf of All Others )
Similarly Situated, )
)
Plaintiffs, )
)
)
VS. ) Case No.
) 1:21-cv-03070-ARR-TAM
)
VIRGIN GALACTIC HOLDINGS, )
INC., MICHAEL A. COLGLAZIER,)
GEORGE WHITESIDES, DOUG )
AHRENS, and JON CAMPAGNA, )
)
Defendants. )
_____)

DEPOSITION OF:

HESHAM IBRAHIM

WEDNESDAY, DECEMBER 4, 2024

9:00 A.M.

Reported by:   GINA M. CLOUD

CSR No. 6315

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

document, it says that you're being noticed for a deposition on today's date beginning at 12:00 p.m. Eastern, or 9:00 a.m. Pacific, correct?

A.   Correct.

Q.   What is your understanding of why you were          09:13:42
noticed for a deposition here?

A.   My understanding is that I am a member in a class action against Virgin Galactic, Richard Branson and Chamath Palihapitiya as a result of being misled by the company and basically bamboozled and taken --          09:14:07
investors lost money and I was one of them.

Q.   Have you ever been deposed before?

A.   No, I have never.

Q.   Do you understand that you're under oath?

A.   Yes, I do.          09:14:26

Q.   Since you haven't been deposed before, I'll go through some basic ground rules.

     I will ask you some questions.  Those questions will be recorded by the court reporter. The court reporter will be recording the answers          09:14:42
verbatim, so it is important that you wait until the end of each question before you give your answer, and I'll try to do the same.  I'll try not to interrupt you in the middle of your answer so we're not talking over each other.          09:14:57

Page 7

that you did review?  You mentioned some filings.
Do you know which filings those were?

     A.   I reviewed all the early court filings.  I
reviewed some of the things that Judge Ross had
dismissed.                                                    09:19:10

          I read over things that I had already been
familiar with because as I was invested in the
company, I was following the press, and I was
following some of the statements made by Michael
Colglazier.  I think his name is Michael, but              09:19:28
Mr. Colglazier and other people.  I had seen these
statements in the press, so it was a good refresher
to see them in the suit as well.

     Q.   Did you bring any documents with you today?

     A.   I did not bring any documents with me today.        09:19:48
I was instructed not to have e-mails or documents
with me so I did not.

     Q.   Let's move a little bit to your background.
What's the highest level of education that you hold?

     A.   I have attended some college and graduated          09:20:04
from high school.

     Q.   Where did you go to college?

     A.   So I went to the Academy of Art College in
San Francisco.  I attended De Anza College as a high
school student.  It was kind of continuation program         09:20:19

Page 11

California, and part time in Palm Springs,

California.



09:27:59

Q.    Where did you live before there?

A.    Prior to that I was in Palm Springs,

California, in 2010 until, I believe, about 2018 when    09:28:23

that home was sold.

Q.    Do you have any restrictions on your

ability to travel?

A.    I do not have any restrictions on my ability

to travel.    09:28:37

Q.    Is there anything that would prevent you

from being away from home?  The reason I ask that is

if we have a trial in this matter, it would be in

New York, so I just want to make sure there is no

limitation to your ability to travel to New York?    09:28:50

A.    There is no limitation and I would happily

appear in person to testify if needed.

Q.    Let's shift gears a little bit,

Ms. Ibrahim.  Can you tell me in your own words, I

think you started talking a little bit about this    09:29:08

Page 17

before, about what this lawsuit is about?

A.   Yes.  My understanding is that this lawsuit is about investors like myself being deceived by statements that were made by Virgin Galactic and also the concealing of certain facts about the flights that were not disclosed to investors, and therefore we lost a lot of money and that's why we're here today.

Q.   You mentioned being deceived.  How exactly were you deceived, in your own words?

A.   I believe I was deceived by relying on statements made by Virgin Galactic that was put out on their Twitter, social media, and in the press, where my understanding was that the commercial space flight program was, like metaphorically, minutes away from being ready to be operational.

And as an investor, I thought I was investing in a company that was going to become operational and hopefully profitable; whereas now we're here in 2024 and there is really nothing still all these years later.

So I mean I feel deceived on that front, and then also I feel deceived as a result of not knowing pertinent information, such as in the 2019 flight where the horizontal stabilizers, whatever happened

09:29:31

09:29:51

09:30:16

09:30:37

09:31:00

Page 18

there the flight overheated so much to the point of near explosion.  This is all mentioned in the lawsuit.  I had no idea of this until I read the lawsuit.

As far as the class period which I'm actually qualified for, what happened there, as you know, is the FAA -- there was a violation with FAA when the spaceship, for lack of a better term, was landing and it deviated from the flight path. 09:31:15

As an investor, I found out about that in the press.  Virgin Galactic never disclosed it.  Had I known there was any deviation or problem with that flight, I as an investor would have behaved very differently, especially because as an investor we had all been waiting for so long for that flight and that day in July of 2021, and when we thought that everything went so well, some of us invested even more. 09:31:37 09:31:59

Q.   When did you first learn about a potential lawsuit against Virgin Galactic? 09:32:20

A.   As I incurred such a devastating financial loss, I began to research, and I began to see if indeed there was any litigation either pending or already having been had in regard to Virgin Galactic.

As I was researching, I stumbled across an 09:32:46

Page 19

BY MS. SHAIKH:

Q.    You had previously mentioned some statements that you had read.  What statements were you referring to?

A.    I do not want to speculate on specific statements, but I can give you a general overview of what those statements said.                                       09:38:50

Q.    Sure.

A.    The statements that I was reading that were put out directly by Virgin Galactic and, in fact, Richard Branson himself on his social media, because I did follow him as well, were largely -- not even largely, almost entirely, congratulatory and sort of celebratory and optimistic in terms of becoming commercially operational following the July 2021 flight.                                                         09:39:09

09:39:42

The sentiment that the company put out was the same sentiment that Richard Branson put out directly after the flight, saying that it was flawless, that it was perfect, all that verbiage and dialogue, and that was reflected by the company, and me the investor never questioned whether the company was telling truth or not.  I relied on that as truth and as honest fact.                                          09:40:01

So I believed that the flight in 2021 was          09:40:28

Page 24

such a wonderful success that this company would be very shortly thereafter operational, and as we are sitting here in 2024, we can see that clearly that was not the case.

Q.   When you say the sentiment was reflected by    09:40:54
the company, what are you referring to there?

A.   I was referring to statements made by the company.  As I said, I cannot specifically recall the exact verbiage of those statements, but the sentiment was that the flight was completely successful and    09:41:15
that, indeed, the company would be shortly thereafter operational.  And this sentiment would constantly --

Let me be real specific.  The sentiment was very -- from what I saw, was being put out continuously by the company.  I never would have    09:41:41
suspected that there was any problem until there was an article that broke.

Now, I don't know if that article was broken in the Atlantic or the New Yorker.  I can't recall which publication.  I just remember this article    09:41:58
broke, and my jaw hit the floor because I was so heavily invested in the company.  And before I could even do anything to sell shares or do anything to mitigate my loss, the stock had already taken a nosedive.    09:42:21

Page 25

Q.   When was this article?  When did you read this article that you're referring to?

A.   I again cannot recall the exact date that I read the article.  To the best of my recollection it was several months after the supposedly successful July 2020 first flight -- or July 2021 flight, excuse me.

09:42:40

Q.   When you say supposedly successful, what do you mean by that?

A.   I mean that based on the sentiment and statements put out by Virgin Galactic, there was an impression that there was nothing wrong with this flight, which is how I defined successful.  If there is a deviation from a flight path and the Federal Aviation Association ground a flight, that is far from successful, by my definition.

09:43:01

09:43:24

In fact, as an investor, I was left wondering if the Federal Aviation Association would permanently ground the flight and there would be no more Virgin Galactic.  I was panicked beyond panic.

09:43:42

Q.   What do you understand the deviation to have been?

A.   I understand that the deviation was as they were landing, there was a flight cone and a path, and the spaceship, for lack of a better term, deviated

09:44:01

Page 26

A.    The only role I had in preparing Schedule A was to turn over my financial records from my E-Trade account to the Rosen firm.

Q.    Is it your understanding that Schedule A shows all of your trades in Virgin Galactic stock?

A.    I can confidently say that Schedule A does not show all of my transactions to date, because after August 4, 2022, which is as far as this list, there were I believe additional purchase of shares as a result of sheer desperation in trying to recover my financial loss.

Q.    What other purchases did you have?

A.    There were other flights that Virgin Galactic did that were widely publicized.  And as they flights were publicized, I purchased shares.  I believe either slightly before the flight, maybe, in anticipation that the stock may go up.  And much to my dismay, Virgin Galactic decided to do a reverse stock split, which really killed the stock.

So at this point, and I'm sure we'll get to this, I remain invested, and I'm holding onto my shares out of sheer desperation.

But I would like to say for the record, after I carefully reviewed this lawsuit, there are so many egregious things in it that really has made me

Page 49

take another look at the company and I'm really

questioning whether I even want to stay invested at

all at this point, but I am.

Q.   You said when you reviewed the lawsuit.

What are you referring to there?                    10:30:58

A.   I'm referring to this very shady CEO named

Michael Colglazier who seems to have made all kinds

of statements and things that I was already reading

in the press.  But when I read the lawsuit, it

becomes very clear how deceptive and inaccurate those    10:31:20

statements were.  And also in the lawsuit, as I read

about that Unity was -- and Eve were allegedly

prototypes, I didn't understand that or know that as

an investor.

        I believe in the lawsuit from what I read,    10:31:45

the company was later forced to admit this, but we,

the investor had no clue, and it certainly doesn't

say that in the risk disclosure that we went over.

Q.   Let's take a step back, I guess.  First

let's talk about reviewing the lawsuit.  Right?  You    10:32:06

used the words "I reviewed the lawsuit."

        Was that in the last week when you said you

had reviewed some of these documents and these

filings, is that what you're referring to?

A.   Yes, it is.                                    10:32:18

Page 50

Q.    Then when you talk about -- I think you used the words "shady CEO," who exactly are you referring to?

A.    Colglazier.  Mr. Colglazier.

Q.    Are you aware that Mr. Colglazier is no longer a defendant in this case?                                        10:32:33

A.    Yes, I'm aware that he is no longer a defendant and there were a lot of redactions and things and a lot of things that had been taken out of the case, but I think it's important for the record    10:32:51 that his statements, because it did impact me as an investor, although he may be removed as a defendant, I believe that his statements still hold weight in this case.

Q.    What is your understanding of who the    10:33:15 defendants in this case are?

A.    The defendants in this case are Virgin Galactic, Sir Richard Branson, and Chamath Palihapitiya.  I believe -- don't ask me that one, I'm sorry.                                                  10:33:49

Q.    The first name is C-h-a-m-a-t-h, and last name is spelled P-a-l-i-h-a-p-i-t-i-y-a.

You talked about the prototypes, Ms. Ibrahim, and that you didn't understand that they were prototypes.  What was your understanding    10:34:16

Page 51

going to become operational, and then suddenly it's grounded for another two years.

Q. Do you know around when that was?

A. I can't tell you specifically the date. I would have to refer to my financial records.    10:43:53

Q. Could you approximate a year?

A. I would say it was approximately over a year and a half ago perhaps. A year to year and a half ago. I can't tell you specifically, I really can't. Don't know. I don't want to estimate or say    10:44:10 something wrong on the record.

Q. When was the last time that you sold Virgin Galactic stock?

A. I can't remember the last time and I don't think I have sold. I've been remaining invested, as    10:44:25 I said, out of here desperation and purely trying to recover my loss. I no longer really believe in the success of the company. I think it's just been proven. I'm just hoping for some kind of miracle, I guess.    10:44:53

Q. Why don't you believe in the success of the company anymore?

A. I don't believe in the success of the company because I believe that there have been too many lies and too many misrepresentations.    10:45:06

Page 58

document from the judge.  It's an issued order

dismissing certain defendants and other

statements --

A.    Wait, this is the amendment then, right?

Q.    No.                                              12:18:25

A.    Okay, I'm sorry.

Q.    That's okay.

My question to you is do you have an

understanding of which defendants the judge

dismissed, if any?                                     12:18:31

A.    I have an understanding that the judge

dismissed certain defendants because Judge Ross

narrowed the window period of what was actionable.

Q.    Do you have an understanding of what the

original window period was and what it was narrowed   12:18:55

to?

A.    I have an understanding the original window

period was longer than what has been than what was

determined to be actionable currently.

Q.    Do you have an understanding of which         12:19:11

statements that were initially alleged in the

complaint have been dismissed by the judge?

MR. SAMS:  Objection, calls for a legal

conclusion.

You can answer if you can.                        12:19:24

Page 109

THE WITNESS:  Okay.

THE VIDEOGRAPHER:  Going off the record. The time is 12:33 p.m. and it's the end of media unit number 3.

(Recess taken.)                                    12:32:17

THE VIDEOGRAPHER:  Going back on the record.  The time is 12:39 p.m. and it's the start of media unit number 4.

BY MS. SHAIKH:

Q.   Ms. Ibrahim, before we go back to the                12:39:25
questions again, during your break did you discuss this deposition with anybody?

A.   I did not.

MS. SHAIKH:  Actually, there is no further questions from my end, subject to our ability to ask      12:39:37 more questions after Plaintiffs provide us with the documents we requested.

THE WITNESS:  Is this the end of this proceeding or no?

MS. SHAIKH:  Correct.                                     12:39:47

THE WITNESS:  I would like to say something very important for the record, if you don't mind.  I would like to say for the record that I have been a very long-term and still am a huge fan of Sir Richard Branson.  I love and adore him for all the         12:39:59

Page 118

philanthropy he does.  He is a huge supporter of the LGBT community and it feels really terrible, quite frankly, to be involved in any lawsuit suing him because I have such love, admiration and respect for him as a person, and it breaks my heart to be doing this, but frankly, deception is deception, and I feel very deceived by Virgin Galactic.

12:40:17

And whether it was Virgin Galactic who made him the face of the company or however it happened that he became the face, that's why we're here today, and I just want to say that very clearly for the record.

12:40:35

MS. SHAIKH:  There's no further questions from my end.  Mr. Sams, I don't know if you have any questions for your client.

12:40:47

MR. SAMS:  I have no questions.

THE VIDEOGRAPHER:  Would you like to go off the record, Counsel?

MS. SHAIKH:  Off the record.

THE VIDEOGRAPHER:  We are off the record at 12:40 p.m. Pacific Standard Time.  This concludes today's testimony given by Hesham Ibrahim.  The total number of media units used was four and will be retained by Veritext Legal Solutions.

12:40:56

(The deposition concluded at 12:40 p.m.)

12:41:11

Page 119