EXHIBIT 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

SHANE LAVIN, Individually        )
and on Behalf of All Others)
Similarly Situated,              )
                                 )
                                 )
        Plaintiffs,              )
                                 )
                                 )
        VS.                      ) Case No.
                                 ) 1:21-cv-03070-ARR-TAM
                                 )
                                 )
VIRGIN GALACTIC HOLDINGS,        )
INC.,MICHAEL A. COLGLAZIER,)
GEORGE WHITESIDES, DOUG          )
AHRENS, and JON CAMPAGNA,        )
                                 )
        Defendants.              )
_____)

DEPOSITION OF:

                    RICHARD O'KEEFE-JONES

                    TUESDAY, NOVEMBER 26, 2024

                    9:00 A.M.

Reported by:    GINA M. CLOUD
                CSR No. 6315

Page 1

is no limitation on your ability to travel to

New York?

A.    No, absolutely not, sir.

Q.    Changing gears here, Mr. Jones, can you

tell me what this lawsuit that we're discussing here                09:19:16

today is about in your own words?

A.    From my understanding, there are two time

periods where we are focusing on in which time

periods Virgin Galactic, Mr. Branson, had sold stock

under the impression that the Virgin Galactic had                   09:19:44

successful flights and was ready for regular and

easy-manned spaceflight.  In which time, the Virgin

Galactic had failed to disclose that they have -- at

one point the capsule had nearly exploded, and

another point in time the spaceflight had gone out of               09:20:13

the landing cone, which Mr. Branson had claimed the

flight was perfect in every way.  But the FAA had

grounded the spacecraft because it had gone out of

the --

THE REPORTER:  Sorry.  Your voice just got

muffled.  I don't know why.  "Had grounded the

spacecraft because it had gone out of the" pick it

up from there.

THE WITNESS:  -- out of the flight cone.

So therefore the FAA had grounded the                      09:20:53

Page 17

spacecraft, but that information was not released to investors.

And that's all I know, sir.

BY MR. WALSH:

Q.   You mentioned that there were two time periods.  What were those time periods?                              09:21:08

A.   I do not recall the month, but there was a period in 2019, a set of months in 2019, and then a period of time in 2021.

Q.   Just so I know, are you reading anything?          09:21:34

A.   No, sir.

Q.   When did you first learn about the potential lawsuit against Virgin Galactic and the other defendants?

A.   I do not recall the exact time period.  It          09:21:53
was -- I do recall it was somewhere around the time of the pandemic, but other than that, I do not recall exact time period.

Q.   When did you begin to think about becoming a named plaintiff in this case?                              09:22:11

A.   I had received information that the class action lawsuit was going to be given and I do not recall how I received that information, and it asked -- I do recall being asked that if I wanted to be involved to reply to the information that I was      09:22:39

Page 18

the defendants in this case?

A.   No.

Q.   Who are the defendants in this case?

A.   Yikes.  To my knowledge, it would have to be Richard Branson under Virgin Galactic, and I believe there was one other individual, but I have forgotten the name.  I apologize.

11:05:55

Q.   Do you have any arrangement with the Rosen Law Firm or with Glancy, or both, with respect to the payment of their attorneys fees?

11:06:24

A.   No.  I do not have any arrangement with them regarding attorney's fees, no.

Q.   Do you expect to have some arrangement with them at any point in the future?

A.   I do not.

11:06:45

Q.   Have you had any discussions with them about that topic?

A.   Yes.

Q.   What were those discussions?

MR. SAMS:  You can state it generally, but again, don't get into too much detail regarding specific conversations that you've had with us.

11:07:04

THE WITNESS:  To the best of my knowledge, an award be given, then the attorneys would receive money through that provision, but nothing that I

11:07:27

Page 70

Q.    Have you ever heard of SEC Rule 10(b)-5?

MR. SAMS:  Same objections.

You can answer, if you can.

THE WITNESS:  I don't know.

BY MR. WALSH:                                          11:31:14

Q.    Do you have an understanding of the term "control person liability"?

MR. SAMS:  Same objections.

You can answer, if you can.

THE WITNESS:  No.                                     11:31:23

BY MR. WALSH:

Q.    What court is this litigation in?

A.    Where this is being filed is, to my knowledge, is in the State of New York.

Is that what you're talking about?                    11:31:44

Q.    Yes.  I'm just asking if you know where this case is currently pending, in which court?

A.    I apologize.  I've got Lower New York in my head for some reason.  I'm getting nervous, I apologize.  I just remember New York.  That's all I    11:32:15 can recall right now.

Q.    Is it fair to say you don't know who the judge is that's presiding over this case?

A.    That's fair to say.

Q.    Do you have an understanding of the current    11:32:35

Page 82

state of the lawsuit in terms of, for example, where the case is in the process of being litigated?

A.    I understand that there has been some rulings that have benefited both sides of the litigation, and that some things that have been -- some things have been upheld by the court and others have been stricken by the court.  And that now we're just working through those channels to see what the court decides.

Q.    Last couple questions and then we'll take a break.

When you say some things have been upheld and some things have been, I guess, stricken down by the court, what does that mean?

THE REPORTER:  I think we lost the witness.

MR. WALSH:  It appears we did.  Should we go off the record?

THE VIDEOGRAPHER:  Off the record.  The time is 11:33.

(Brief recess.)

THE VIDEOGRAPHER:  We're back on the record.  The time is 11:35.

BY MR. WALSH:

Q.    Mr. Jones, referring back to your answer in which you said some things have been upheld by the

Page 83

court and others have been stricken by the court,

what did you mean by those things?

A.    Time periods.  So when I say "things," I

apologize, I meant there was a wider range of time,

and so now we were looking specifically at a time    11:35:35

period in 2019 and a specific time period in 2021, so

whatever the court decided or whatever was being

presented, the court decided that we're only looking

at those two time periods, so those two things.

So those two time periods is what we're    11:36:03

looking at.

Q.    Do you know why we're looking -- why you

say we're looking at a period in 2019, what that

relates to?

MR. SAMS:  Objection, calls for a legal    11:36:16

conclusion.

You can answer, if you can.

THE WITNESS:  I believe it was based on the

information that the capsule in 2019 nearly

exploded.  I believe that that was in 2019.  That    11:36:38

information was not disclosed.

And then in 2021 when the capsule went out

of its landing cone, that information was not

disclosed, and so that's why the court deemed these

two time periods are the only relevant time periods,    11:37:00

Page 84

is my understanding.

BY MR. WALSH:

Q.   Prior to your involvement in this lawsuit, had you ever heard of Richard Branson?

A.   Yes.                                          11:37:14

Q.   What did you hear about him?

A.   Working in the airline industry, I understand that he owned the Virgin brand, and beyond that, that's all I know.

Q.   Are you aware that Mr. Branson is not          11:37:38 currently an officer of Virgin Galactic?

MR. SAMS:  Objection, assumes facts not in evidence.

You can answer, if you can.

THE WITNESS:  I was unaware.                11:37:50

BY MR. WALSH:

Q.   What exchange is Virgin Galactic stock traded on?

A.   New York Stock Exchange.

Q.   Prior to your involvement in this lawsuit,     11:38:11 had you ever heard of -- I'm going to say his name again, I apologize to the court reporter, Chamath Palihapitiya, the same individual we referenced a few minutes ago?

A.   I'm not familiar with that individual.        11:38:27

Page 85

was about, this document?

A. Generally speaking, it discussed a test flight and the success and learning from it. That's all I recall from reading it, just reviewing the article.

01:00:39

Q. Do you know who C.J. Sturckow is?

A. I do not.

Q. Earlier you used the words "entry cone" and "glide cone." Do you have an understanding of what those terms mean?

01:01:15

A. To my understanding, the FAA established glide path, glide cones, landing cone, where the FAA has a designated flight path and a landing cone sort of like a cone, a production where they are allowed to land, sort of like where you would have area like a hurricane land cone in the general sense of this is where we expect to land.

01:01:48

The FAA had established the parameters on an area on Earth where they expected the landing to occur and that landing did not occur within the specified area where the FAA said they could land.

01:02:11

Q. When you say "that landing," which landing are you talking about?

A. That would have been the 2021 test.

Q. Test by who?

01:02:34

Page 114

A.    Virgin Galactic.

Q.    When was that test?

A.    I believe 2021.

Q.    Do you know when in 2021?

A.    The exact date, I don't recall, no.                01:02:49

Q.    Do you remember generally when in 2021?

A.    I don't recall.

Q.    Last document here before a break.

MR. WALSH:  Lauren, let's do tab 23.

(The document referred to was marked as Exhibit 56 for identification and is attached hereto.)

BY MR. WALSH:

Q.    Let me know when that populates on your system, Mr. Jones.                01:04:00

A.    Tab 22, Exhibit 55.  Tab 22, Exhibit 56?

Q.    That's right.

A.    It's there.  Now it is loading and now it is on my screen.

Q.    Have you seen this article before?                01:04:27

A.    I recall reading articles where Michael Moses stated everything looked perfect in real time and there were no real issues, but I do not recall if it was this article specifically or in a different periodical.                01:05:26

Page 115