**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br><br>v.<br><br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

**NOTICE OF MOTION FOR LEAVE TO AMEND**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to Amend ("Motion"), Plaintiffs, through their undersigned counsel, will move this Court before the Honorable Allyne R. Ross, United States District Judge for the Eastern District of New York, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, NY 11201, for an order granting Plaintiffs' Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order entered on March 17, 2025, answering papers shall be served on or before April 9, 2025, and reply papers shall be served on or before April 23, 2025.

1

Dated: March 26, 2025

Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By: */s/ Natalie S. Pang*
Kara M. Wolke
Ex Kano S. Sams II
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: kwolke@glancylaw.com
        esams@glancylaw.com
        npang@glancylaw.com

THE ROSEN LAW FIRM, P.A.
Jonathan Horne, Esq. (JH 7258)
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
        lrosen@rosenlegal.com

*Counsel for Plaintiffs*

2