**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>      v.<br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA,<br><br>          Defendants. | Case No. 1:21-cv-03070-ARR-TAM |

**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

I, Ex Kano S. Sams, II, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am counsel of record for Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' reply brief in support of Plaintiffs' motion for leave to amend ("Motion"). I have personal knowledge of the facts set forth herein, and if called upon, could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of an email that I sent to Defendants' counsel on February 7, 2025 regarding Plaintiffs' proposed fourth amended complaint.

1

3.      Attached as Exhibit 2 is a true and correct copy of an email from Plaintiffs' counsel, Jonathan Horne, regarding the scheduling of Virgin Galactic's Fed. R. Civ. P. 30(b)(6) deposition, dated August 28, 2024.

4.      Attached as Exhibit 3 is a true and correct copy of an email from Defendants' counsel, Kristin Murphy, regarding the availability of Virgin Galactic's Fed. R. Civ. P. 30(b)(6) designee, dated September 4, 2024.

5.      Attached as Exhibit 4 is a true and correct copy of an email from Plaintiffs' counsel, Jonathan Horne, confirming the deposition date of Virgin Galactic's Fed. R. Civ. P. 30(b)(6) designee, dated September 9, 2024.

6.      Attached as Exhibit 5 is a true and correct copy of an email from Defendants' counsel, Ryan Walsh, regarding the availability of Virgin Galactic's Fed. R. Civ. P. 30(b)(6) designee, dated September 9, 2024.

7.      Attached as Exhibit 6 is a true and correct copy of an email from Defendants' counsel, Kristin Murphy, regarding the availability of Virgin Galactic's Fed. R. Civ. P. 30(b)(6) designee, dated September 9, 2024.

8.      Attached as Exhibit 7 is a true and correct copy of an email from Plaintiffs' counsel, Kara Wolke, confirming the new date for the deposition of Virgin Galactic's Fed. R. Civ. P. 30(b)(6) designee, dated September 9, 2024.

9.      Attached as Exhibit 8 is a true and correct copy of an email and the attachments thereto, sent by Alexia Shiri of Glancy Prongay & Murray LLP, dated September 23, 2024, which served on Defendants copies of the deposition notices of Beth Moses and Mike Moses.

10. Attached as Exhibit 9 is a true and correct copy of an email sent by Plaintiffs' counsel, Kara Wolke, regarding the parties' agreement to continue the percipient witness depositions of Beth Moses and Mike Moses, dated September 24, 2024.

11. Attached as Exhibit 10 is a true and correct copy of an email sent by Defendants' counsel, Ryan Walsh, regarding Defendants' proposal to continue the deposition of Virgin Galactic's Rule 30(b)(6) designee, dated October 1, 2024.

12. Attached as Exhibit 11 is a true and correct copy of an email sent by Plaintiffs' counsel, Kara Wolke, regarding Defendants' proposal to continue the deposition of Virgin Galactic's Rule 30(b)(6) designee, Mike Moses, dated October 3, 2024.

13. Attached as Exhibit 12 is a true and correct copy of an email sent by Defendants' counsel, Kristin Murphy, regarding the availability of Mike Moses, Virgin Galactic's Rule 30(b)(6) designee, dated October 3, 2024.

14. Attached as Exhibit 13 is a true and correct copy of an email sent by Plaintiffs' counsel, Kara Wolke, regarding the availability of Mike Moses, Virgin Galactic's Rule 30(b)(6) designee, dated October 3, 2024.

15. Attached as Exhibit 14 is a true and correct copy of an email sent by Plaintiffs' counsel, Natalie Pang, regarding the availability of Mike Moses, Virgin Galactic's Rule 30(b)(6) designee, dated October 10, 2024.

16. Attached as Exhibit 15 is a true and correct copy of an email sent by Defendants' counsel, Kristin Murphy, regarding the availability of Mike Moses, Virgin Galactic's Rule 30(b)(6) designee, dated October 10, 2024.

17. Attached as Exhibit 16 is a true and correct copy of an email sent by Plaintiffs' counsel, Natalie Pang, regarding the availability of Mike Moses, Virgin Galactic's Rule 30(b)(6) designee, dated October 17, 2024.

18. Attached as Exhibit 17 is a true and correct copy of an email sent by Defendants' counsel, Kristin Murphy, regarding the availability of Mike Moses, Virgin Galactic's Rule 30(b)(6) designee, dated October 17, 2024.

19. Attached as Exhibit 18 is a true and correct copy of an email sent by Plaintiffs' counsel, Jonathan Horne, regarding the scheduling of the deposition of Virgin Galactic's Rule 30(b)(6) designee, dated October 21, 2024.

20. Attached as Exhibit 19 is a true and correct copy of an email sent by Defendants' counsel, Kristin Murphy, confirming the date for the deposition of Virgin Galactic's Rule 30(b)(6) designee, dated December 10, 2024.

21. Attached as Exhibit 20 are true and correct copies of excerpts from the transcript of the deposition of Virgin Galactic's Rule 30(b)(6) designee, Michael Moses, taken in this matter by Plaintiffs' counsel on January 24, 2025.

22. Attached as Exhibit 21 are true and correct copies of excerpts from the transcript of the deposition of Michael Colglazier, taken in this matter by Plaintiffs' counsel on March 27, 2025.

23. Attached as Exhibit 22 are true and correct copies of excerpts from the transcript of the deposition of David Mackay, taken in this matter by Plaintiffs' counsel on April 4, 2025.

24. Attached as Exhibit 23 are true and correct copies of excerpts from the transcript of the deposition of Nicola Pecile, taken in this matter by Plaintiffs' counsel on March 13, 2025.

25. Attached as Exhibit 24 are true and correct copies of excerpts from the transcript of the deposition of Mark Stucky, taken in this matter by Plaintiffs' counsel on March 19, 2025.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed on this 23rd day of April 2025.

*/s/ Ex Kano S. Sams II*

Ex Kano S. Sams II