# EXHIBIT 1

| | |
|---|---|
| **From:** | Ex Kano Sams |
| **To:** | Corey.Calabrese@lw.com; Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Sonya.Shaikh@lw.com; virgingalacticsecuritieslitigation.lwteam@lw.com |
| **Cc:** | Kara Wolke; Natalie Pang; Jonathan Horne; Brent LaPointe; Gonen Haklay |
| **Subject:** | Lavin v. Virgin Galactic Holdings, et al. Fourth Amended Complaint |
| **Date:** | Friday, February 7, 2025 4:52:15 PM |
| **Attachments:** | 2025.02.07 Virgin Galactic Proposed Fourth Amended Complaint Redline.pdf |

Counsel:

Pursuant to Section III(A) of the Court's Individual Practices and Rules, Plaintiffs intend to seek relief to file a Fourth Amended Complaint, a redlined version of which is attached.  Please let us know by the close of business on February 10 whether Defendants will stipulate to the filing of the amended complaint.

Thank you.

Ex Kano


Ex Kano S. Sams II
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, California 90067
Voice: 310-201-9150
Fax: 310-432-1495
esams@glancylaw.com
www.glancylaw.com