# EXHIBIT 2

**From:** Jonathan Horne
**To:** Ryan.Walsh@lw.com; Corey.Calabrese@lw.com; Natalie Pang; Colleen.Smith@lw.com; Kevin.McDonough@lw.com; michele.johnson@lw.com; Kristin.Murphy@lw.com
**Cc:** Kara Wolke; Ex Kano Sams; Brent LaPointe
**Subject:** Lavin v. Virgin Galactic Holdings, Inc. -30b6 deposition
**Date:** Wednesday, August 28, 2024 10:16:23 AM

Counsel –

Now that we have agreed to deposition topics, please give us your availability to sit for a deposition. We propose one of the following days:

September 16-18;
September 24-25;
October 3-6.

Thanks.