EXHIBIT 4

| | |
|---|---|
| **From:** | Jonathan Horne |
| **To:** | Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Corey.Calabrese@lw.com; Natalie Pang; Colleen.Smith@lw.com; Kevin.McDonough@lw.com; michele.johnson@lw.com |
| **Cc:** | Kara Wolke; Ex Kano Sams; Brent LaPointe |
| **Subject:** | RE: Lavin v. Virgin Galactic Holdings, Inc. -30b6 deposition |
| **Date:** | Monday, September 9, 2024 9:52:49 AM |

That date works for us.

**From:** Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Sent:** Wednesday, September 4, 2024 3:31 PM
**To:** Jonathan Horne <JHorne@rosenlegal.com>; Ryan.Walsh@lw.com; Corey.Calabrese@lw.com; Natalie Pang <npang@glancylaw.com>; Colleen.Smith@lw.com; Kevin.McDonough@lw.com; michele.johnson@lw.com
**Cc:** Kara Wolke <kwolke@glancylaw.com>; Ex Kano Sams <esams@glancylaw.com>; Brent LaPointe <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic Holdings, Inc. -30b6 deposition

<span style="background-color:red">**[EXTERNAL EMAIL]**</span>

Mr. Moses is not available those days.  He is available October 23rd at Latham's office in Costa Mesa.

**Kristin N. Murphy**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8287

**From:** Jonathan Horne <JHorne@rosenlegal.com>
**Sent:** Wednesday, August 28, 2024 10:16 AM
**To:** Walsh, Ryan (OC) <Ryan.Walsh@lw.com>; Calabrese, Corey (NY) <Corey.Calabrese@lw.com>; Natalie Pang <npang@glancylaw.com>; Smith, Colleen (SD) <Colleen.Smith@lw.com>; McDonough, Kevin (NY) <Kevin.McDonough@lw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Cc:** Kara Wolke <kwolke@glancylaw.com>; Ex Kano Sams <esams@glancylaw.com>; Brent LaPointe <blapointe@rosenlegal.com>
**Subject:** Lavin v. Virgin Galactic Holdings, Inc. -30b6 deposition

Counsel –

Now that we have agreed to deposition topics, please give us your availability to sit for a deposition. We propose one of the following days:

September 16-18;
September 24-25;
October 3-6.

Thanks.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.