# EXHIBIT 8

| | |
|---|---|
| **From:** | Alexia Shiri |
| **To:** | Corey.Calabrese@lw.com; Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Ashley.Gebicke@lw.com; Amanda.Kurzydlowski@lw.com |
| **Cc:** | Kara Wolke; Ex Kano Sams; Natalie Pang; JHorne@rosenlegal.com; Brent LaPointe |
| **Subject:** | Lavin v. Virgin Galactic Holdings, Inc., et al. (E.D.N.Y. 1:21-cv-03070-ARR-TAM) |
| **Date:** | Monday, September 23, 2024 2:50:39 PM |
| **Attachments:** | 2024.09.23 - Lavin v. Virgin Galactic - Notice of Deposition Mike Moses.pdf |
| | 2024.09.23 - Lavin v. Virgin Galactic - Notice of Deposition of Beth Moses.pdf |

Counsel:

Attached please find Plaintiffs' Notices of Deposition in the above referenced case.


**Alexia Shiri**
Paralegal
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Voice:  310-201-9150
Fax:    310-201-9160
www.glancylaw.com

*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> v. <br><br><br> VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA, <br><br> Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

## PLAINTIFFS' NOTICE OF DEPOSITION OF MICHAEL MOSES

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Michael Moses.  Such deposition will take place on October 17, 2024, commencing at 9:30 a.m., at the offices of Glancy Prongay & Murray LLP, located at 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, or at such other time and place as the parties mutually agree. The deposition will be taken before a person authorized by law to administer oaths under Fed. R. Civ. P. 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until the examination is completed.  The deposition will be recorded stenographically and will be videotaped by a qualified videographer.

DATED:  September 23, 2024

Respectfully submitted,

By:  */s/  Natalie S. Pang*
Kara M. Wolke
Ex Kano S. Sams, II
Natalie S. Pang
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150
Email: kwolke@glancylaw.com
        esams@glancylaw.com
        npang@glancylaw.com

Jonathan Horne, Esq. (JH 7258)
Laurence M. Rosen, Esq. (LR 5733)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
        lrosen@rosenlegal.com

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2024, a copy of this document was served on all counsel of record by email.

*/s/ Alexia Shiri*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> v. <br><br><br> VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA, <br><br> Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

### PLAINTIFFS' NOTICE OF DEPOSITION OF BETH MOSES

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Beth Moses. Such deposition will take place on October 25, 2024, commencing at 9:30 a.m., at the offices of Glancy Prongay & Murray LLP, located at 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, or at such other time and place as the parties mutually agree. The deposition will be taken before a person authorized by law to administer oaths under Fed. R. Civ. P. 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until the examination is completed. The deposition will be recorded stenographically and will be videotaped by a qualified videographer.

DATED:  September 23, 2024       Respectfully submitted,

By:  */s/  Natalie S. Pang*
Kara M. Wolke
Ex Kano S. Sams, II
Natalie S. Pang
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150
Email: kwolke@glancylaw.com
      esams@glancylaw.com
      npang@glancylaw.com

Jonathan Horne, Esq. (JH 7258)
Laurence M. Rosen, Esq. (LR 5733)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
      lrosen@rosenlegal.com

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I certify that on September 23, 2024, a copy of this document was served on all counsel of record by email.

*/s/ Alexia Shiri*