EXHIBIT 9

| | |
|---|---|
| **From:** | Kara Wolke |
| **To:** | Amanda.Kurzydlowski@lw.com; Natalie Pang; Corey.Calabrese@lw.com; Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Ashley.Gebicke@lw.com |
| **Cc:** | Ex Kano Sams; JHorne@rosenlegal.com; blapointe@rosenlegal.com |
| **Subject:** | Re: Lavin v. Virgin Galactic - Plaintiffs" Proposed Search Terms (Plaintiffs" RFPs, Set 2) |
| **Date:** | Tuesday, September 24, 2024 8:35:45 AM |

Thanks Amanda, we'll take a look at your counterproposal and get back to you asap.

In the meantime, I want to address the case schedule. Looking at the schedule at this point, we do not believe it is possible to complete fact discovery before December 6, 2024. For example, in this thread, the parties are still negotiating search terms and custodians for the 2019 portion of discovery.

Accordingly, we would propose the following deadlines:
Substantial completion of production in response to all requests for production already served: November 30, 2024
Completion of discovery: February 28, 2024
File joint status report certifying close of discovery: March 7, 2025
Exchange of expert disclosures complete: May 15, 2025
Opening expert reports:  June 27, 2025
Rebuttal expert reports: July 11, 2025
Reply expert reports: August 8, 2025
Expert discovery completion: August 15, 2025
Last date to take the first step in dispositive motion practice: September 19, 2025.

We would agree to table the noticed dates for Beth Moses and Mike Moses (served yesterday) while we work out the final details of the document production and extension.  Let us know your thoughts.  Of course, we're available to discuss.

thanks,
Kara

---

**From:** Amanda.Kurzydlowski@lw.com <Amanda.Kurzydlowski@lw.com>
**Sent:** Tuesday, September 24, 2024 7:18 AM
**To:** Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com <Corey.Calabrese@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>; Ryan.Walsh@lw.com <Ryan.Walsh@lw.com>; Ashley.Gebicke@lw.com <Ashley.Gebicke@lw.com>
**Cc:** Kara Wolke <KWolke@glancylaw.com>; Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com <JHorne@rosenlegal.com>; blapointe@rosenlegal.com <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Counsel,