# EXHIBIT 10

**From:**       Ryan.Walsh@lw.com
**To:**         Kara Wolke; Amanda.Kurzydlowski@lw.com; Natalie Pang; Corey.Calabrese@lw.com; Kristin.Murphy@lw.com; Ashley.Gebicke@lw.com
**Cc:**         Ex Kano Sams; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:**    RE: Lavin v. Virgin Galactic - Plaintiffs" Proposed Search Terms (Plaintiffs" RFPs, Set 2)
**Date:**       Tuesday, October 1, 2024 5:48:11 AM

Kara – thanks for your email.  We can agree to an extension of the current operative case schedule, but propose a few adjustments below to hopefully obviate the need to approach the court with another extension request down the line.  Please let us know if the below works for you, and our team would be happy to put it together in a stipulation.  We also appreciate your offer to table the noticed depositions for Mike and Beth Moses and also propose tabling the 30(b)(6) deposition scheduled for October 18, 2025 (as Mike Moses is the planned designee).  We also received your settlement proposal—thanks for that.  We are discussing with our client this week.

- Substantial completion of production in response to all requests for production: 60 days following the parties reaching agreement on search terms and custodians.
- Plaintiffs to move for class certification: January 21, 2025
- Completion of fact discovery: March 21, 2025
- File joint status report certifying close of fact discovery: March 28, 2025
- Defendants to file opposition to class certification motion: April 4, 2025
- Plaintiffs to file reply in support of class certification motion: May 19, 2025
- Exchange of expert disclosures: June 13, 2025
- Opening expert reports:  July 29, 2025
- Rebuttal expert reports: August 26, 2025
- Reply expert reports: September 23, 2025
- Expert discovery completion: October 14, 2025
- Last date to take the first step in dispositive motion practice: November 6, 2025

**Ryan A. Walsh**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8056

**From:** Kara Wolke <KWolke@glancylaw.com>
**Sent:** Tuesday, September 24, 2024 10:36 AM
**To:** Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>; Natalie Pang <NPang@glancylaw.com>; Calabrese, Corey (NY) <Corey.Calabrese@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Walsh, Ryan (OC) <Ryan.Walsh@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com
**Subject:** Re: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Thanks Amanda, we'll take a look at your counterproposal and get back to you asap.

In the meantime, I want to address the case schedule. Looking at the schedule at this point, we do not believe it is possible to complete fact discovery before December 6, 2024. For example, in this thread, the parties are still negotiating search terms and custodians for the 2019 portion of discovery.

Accordingly, we would propose the following deadlines:
Substantial completion of production in response to all requests for production already served: November 30, 2024
Completion of discovery: February 28, 2024
File joint status report certifying close of discovery: March 7, 2025
Exchange of expert disclosures complete: May 15, 2025

Opening expert reports:  June 27, 2025

Rebuttal expert reports: July 11, 2025
Reply expert reports: August 8, 2025
Expert discovery completion: August 15, 2025

Last date to take the first step in dispositive motion practice: September 19, 2025.


We would agree to table the noticed dates for Beth Moses and Mike Moses (served yesterday) while we work out the final details of the document production and extension.  Let us know your thoughts.  Of course, we're available to discuss.

thanks,
Kara

---

**From:** Amanda.Kurzydlowski@lw.com <Amanda.Kurzydlowski@lw.com>
**Sent:** Tuesday, September 24, 2024 7:18 AM
**To:** Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com <Corey.Calabrese@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>; Ryan.Walsh@lw.com <Ryan.Walsh@lw.com>; Ashley.Gebicke@lw.com <Ashley.Gebicke@lw.com>
**Cc:** Kara Wolke <KWolke@glancylaw.com>; Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com <JHorne@rosenlegal.com>; blapointe@rosenlegal.com <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)


Counsel,