# EXHIBIT 11

**From:** Kara Wolke
**To:** Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Natalie Pang; Corey.Calabrese@lw.com; Kristin.Murphy@lw.com; Ashley.Gebicke@lw.com
**Cc:** Ex Kano Sams; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs" Proposed Search Terms (Plaintiffs" RFPs, Set 2)
**Date:** Thursday, October 3, 2024 10:55:52 AM

Thanks for the below Ryan. I'm not sure if we want to extend class cert filing into January, but we'll further confer on our end and get back to you. Anyway, I think we can work out the bigger picture of dates and then fit class cert into that later.

Regarding the 30(b)(6) deposition, our intention would be to keep that on calendar for now, but in the event we get a mediation scheduled, we'd agree to continue it until after the mediation.

One change on the substantial completion date:
Substantial completion of production in response to all requests for production: 60 days following the parties reaching agreement on search terms and custodians, but no later than December 18, 2024, for requests for production already served.

For what it's worth, we're eager to put the search terms/custodians to bed, so hopefully the outerbound of December 18 doesn't even come into play.

Your other dates look good. If you agree that that modification to the substantial completion date, then I think we can go ahead and get a stip on file (and just leave class cert out of it for now).

---

**From:** Ryan.Walsh@lw.com <Ryan.Walsh@lw.com>
**Sent:** Tuesday, October 1, 2024 5:48 AM
**To:** Kara Wolke <KWolke@glancylaw.com>; Amanda.Kurzydlowski@lw.com; Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com; Kristin.Murphy@lw.com; Ashley.Gebicke@lw.com
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Kara – thanks for your email. We can agree to an extension of the current operative case schedule, but propose a few adjustments below to hopefully obviate the need to approach the court with another extension request down the line. Please let us know if the below works for you, and our team would be happy to put it together in a stipulation. We also appreciate your offer to table the noticed depositions for Mike and Beth Moses and also propose tabling the 30(b)(6) deposition scheduled for October 18, 2025 (as Mike Moses is the planned designee). We also received your settlement proposal—thanks for that. We are discussing with our client this week.

- Substantial completion of production in response to all requests for production: 60 days following the parties reaching agreement on search terms and custodians.
- Plaintiffs to move for class certification: January 21, 2025
- Completion of fact discovery: March 21, 2025
- File joint status report certifying close of fact discovery: March 28, 2025
- Defendants to file opposition to class certification motion: April 4, 2025
- Plaintiffs to file reply in support of class certification motion: May 19, 2025
- Exchange of expert disclosures: June 13, 2025
- Opening expert reports:  July 29, 2025
- Rebuttal expert reports: August 26, 2025
- Reply expert reports: September 23, 2025
- Expert discovery completion: October 14, 2025
- Last date to take the first step in dispositive motion practice: November 6, 2025

**Ryan A. Walsh**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8056

---

**From:** Kara Wolke <KWolke@glancylaw.com>
**Sent:** Tuesday, September 24, 2024 10:36 AM
**To:** Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>; Natalie Pang <NPang@glancylaw.com>; Calabrese, Corey (NY) <Corey.Calabrese@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Walsh, Ryan (OC) <Ryan.Walsh@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com
**Subject:** Re: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Thanks Amanda, we'll take a look at your counterproposal and get back to you asap.

In the meantime, I want to address the case schedule. Looking at the schedule at this point, we do not believe it is possible to complete fact discovery before December 6, 2024. For example, in this thread, the parties are still negotiating search terms and custodians for the 2019 portion of discovery.

Accordingly, we would propose the following deadlines:
Substantial completion of production in response to all requests for production already served: November 30, 2024
Completion of discovery: February 28, 2024
File joint status report certifying close of discovery: March 7, 2025
Exchange of expert disclosures complete: May 15, 2025

Opening expert reports:  June 27, 2025

Rebuttal expert reports: July 11, 2025
Reply expert reports: August 8, 2025
Expert discovery completion: August 15, 2025

Last date to take the first step in dispositive motion practice: September 19, 2025.


We would agree to table the noticed dates for Beth Moses and Mike Moses (served yesterday) while we work out the final details of the document production and extension.  Let us know your thoughts.  Of course, we're available to discuss.

thanks,
Kara

---

**From:** Amanda.Kurzydlowski@lw.com <Amanda.Kurzydlowski@lw.com>
**Sent:** Tuesday, September 24, 2024 7:18 AM
**To:** Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com <Corey.Calabrese@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>; Ryan.Walsh@lw.com <Ryan.Walsh@lw.com>; Ashley.Gebicke@lw.com <Ashley.Gebicke@lw.com>
**Cc:** Kara Wolke <KWolke@glancylaw.com>; Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com <JHorne@rosenlegal.com>; blapointe@rosenlegal.com <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)


Counsel,


We write in response to Plaintiffs' September 16 letter regarding Plaintiffs' counterproposals to Defendants' September 13, 2024 proposals.


**<u>Applicable Time Period</u>:**

Plaintiffs' proposal: November 1, 2018 through January 1, 2020

Defendants' counterproposal: February 1, 2019 through October 31, 2019

Plaintiffs' counterproposal: December 1, 2018 through October 31, 2019

Defendants' position: January 1, 2019 through October 31, 2019


**<u>Search Terms:</u>**