# EXHIBIT 15

| | |
|---|---|
| **From:** | Kristin.Murphy@lw.com |
| **To:** | Natalie Pang; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com; Kevin.McDonough@lw.com |
| **Cc:** | Kara Wolke; Ex Kano Sams; JHorne@rosenlegal.com; ghaklay@rosenlegal.com; blapointe@rosenlegal.com |
| **Subject:** | RE: Lavin v. Virgin Galactic - Plaintiffs" Proposed Search Terms (Plaintiffs" RFPs, Set 2) |
| **Date:** | Thursday, October 10, 2024 8:59:04 PM |

Thanks Natalie. We should be able to get dates next week. Do you have a date for Brantley?

**From:** Natalie Pang <NPang@glancylaw.com>
**Date:** Thursday, Oct 10, 2024 at 8:54 PM
**To:** Murphy, Kristin (OC) <Kristin.Murphy@lw.com>, Walsh, Ryan (OC) <Ryan.Walsh@lw.com>, Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>, Calabrese, Corey (NY) <Corey.Calabrese@lw.com>, Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>, McDonough, Kevin (NY) <Kevin.McDonough@lw.com>
**Cc:** Kara Wolke <KWolke@glancylaw.com>, Ex Kano Sams <ESams@glancylaw.com>, JHorne@rosenlegal.com <JHorne@rosenlegal.com>, Gonen Haklay <ghaklay@rosenlegal.com>, Brent LaPointe <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Counsel,

Please provide alternative October dates for the deposition of Mike Moses pursuant to FRCP 30(b)(6) by the end of this week.  Over a month ago, we agreed to set the deposition on the only day in October that you offered us.  We planned around that date.  Then, on 10/3, you told us that Mr. Moses had become unavailable for his deposition on 10/18; that same day, we asked for alternative October dates and have heard nothing back from you.  We have been accommodating of the witness's and his counsel's schedules and would appreciate the same back.

**Natalie S. Pang**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Voice:  310-201-9150
Fax:    310-201-9160
npang@glancylaw.com
www.glancylaw.com

*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.*

**From:** Kara Wolke <KWolke@glancylaw.com>
**Sent:** Thursday, October 3, 2024 12:02 PM

**To:** Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Kristin, we have had that date locked in since **September 9** (see attached).  Do you have October alternatives to propose?

---

**From:** Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Sent:** Thursday, October 3, 2024 10:58 AM
**To:** Kara Wolke <KWolke@glancylaw.com>; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Our 30(b)6 is no longer available on October 18, so we will need to look for a new date for that.

---

**From:** Kara Wolke <KWolke@glancylaw.com>
**Date:** Thursday, Oct 03, 2024 at 10:55 AM
**To:** Walsh, Ryan (OC) <Ryan.Walsh@lw.com>, Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>, Natalie Pang <NPang@glancylaw.com>, Calabrese, Corey (NY) <Corey.Calabrese@lw.com>, Murphy, Kristin (OC) <Kristin.Murphy@lw.com>, Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Cc:** Ex Kano Sams <ESams@glancylaw.com>, JHorne@rosenlegal.com <JHorne@rosenlegal.com>, blapointe@rosenlegal.com <blapointe@rosenlegal.com>, McDonough, Kevin (NY) <Kevin.McDonough@lw.com>
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Thanks for the below Ryan.  I'm not sure if we want to extend class cert filing into January, but we'll further confer on our end and get back to you.  Anyway, I think we can work out the bigger picture of dates and then fit class cert into that later.

Regarding the 30(b)(6) deposition, our intention would be to keep that on calendar for now, but in the event we get a mediation scheduled, we'd agree to continue it until after the mediation.

One change on the substantial completion date:

Substantial completion of production in response to all requests for production: 60 days following the parties reaching agreement on search terms and custodians, but no later than December 18, 2024, for requests for production already served.

For what it's worth, we're eager to put the search terms/custodians to bed, so hopefully the outerbound of December 18 doesn't even come into play.

Your other dates look good.  If you agree that that modification to the substantial completion date, then I think we can go ahead and get a stip on file (and just leave class cert out of it for now).

---

**From:** Ryan.Walsh@lw.com <Ryan.Walsh@lw.com>
**Sent:** Tuesday, October 1, 2024 5:48 AM
**To:** Kara Wolke <KWolke@glancylaw.com>; Amanda.Kurzydlowski@lw.com; Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com; Kristin.Murphy@lw.com; Ashley.Gebicke@lw.com
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Kara – thanks for your email.  We can agree to an extension of the current operative case schedule, but propose a few adjustments below to hopefully obviate the need to approach the court with another extension request down the line.  Please let us know if the below works for you, and our team would be happy to put it together in a stipulation.  We also appreciate your offer to table the noticed depositions for Mike and Beth Moses and also propose tabling the 30(b)(6) deposition scheduled for October 18, 2025 (as Mike Moses is the planned designee).  We also received your settlement proposal—thanks for that.  We are discussing with our client this week.

- Substantial completion of production in response to all requests for production: 60 days following the parties reaching agreement on search terms and custodians.
- Plaintiffs to move for class certification: January 21, 2025
- Completion of fact discovery: March 21, 2025
- File joint status report certifying close of fact discovery: March 28, 2025
- Defendants to file opposition to class certification motion: April 4, 2025
- Plaintiffs to file reply in support of class certification motion: May 19, 2025
- Exchange of expert disclosures: June 13, 2025
- Opening expert reports:  July 29, 2025
- Rebuttal expert reports: August 26, 2025
- Reply expert reports: September 23, 2025
- Expert discovery completion: October 14, 2025
- Last date to take the first step in dispositive motion practice: November 6, 2025

**Ryan A. Walsh**