# EXHIBIT 16

| | |
|---|---|
| **From:** | Natalie Pang |
| **To:** | "Kristin.Murphy@lw.com"; Kara Wolke; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com; Kevin.McDonough@lw.com |
| **Cc:** | Ex Kano Sams; JHorne@rosenlegal.com; ghaklay@rosenlegal.com; blapointe@rosenlegal.com |
| **Subject:** | RE: Lavin v. Virgin Galactic - Plaintiffs" Proposed Search Terms (Plaintiffs" RFPs, Set 2) |
| **Date:** | Thursday, October 17, 2024 3:02:00 PM |

Counsel,

Following up about Virgin Galactic's 30(b)(6) deposition – which dates are available?

Thanks,

**Natalie S. Pang**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Voice:  310-201-9150
Fax:    310-201-9160
npang@glancylaw.com
www.glancylaw.com

*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.*

**From:** Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Sent:** Thursday, October 10, 2024 9:28 PM
**To:** Kara Wolke <KWolke@glancylaw.com>; Natalie Pang <NPang@glancylaw.com>; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com; Kevin.McDonough@lw.com
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; ghaklay@rosenlegal.com; blapointe@rosenlegal.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Of course. I went to UT - have lots of friends with office space...

**From:** Kara Wolke <KWolke@glancylaw.com>
**Date:** Thursday, Oct 10, 2024 at 9:08 PM
**To:** Murphy, Kristin (OC) <Kristin.Murphy@lw.com>, Natalie Pang <NPang@glancylaw.com>, Walsh, Ryan (OC) <Ryan.Walsh@lw.com>, Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>, Calabrese, Corey (NY) <Corey.Calabrese@lw.com>, Gebicke, Ashley (SD)

<Ashley.Gebicke@lw.com>, McDonough, Kevin (NY) <Kevin.McDonough@lw.com>
**Cc:** Ex Kano Sams <ESams@glancylaw.com>, JHorne@rosenlegal.com <JHorne@rosenlegal.com>, ghaklay@rosenlegal.com <ghaklay@rosenlegal.com>, blapointe@rosenlegal.com <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Kristin, I believe Natalie's letter sent earlier today covered Brantley's availability.  Also, he's located in Dallas; I'd like to work together to find a convenient location.  thanks.

---

**From:** Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Sent:** Thursday, October 10, 2024 8:59 PM
**To:** Natalie Pang <NPang@glancylaw.com>; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com; Kevin.McDonough@lw.com
**Cc:** Kara Wolke <KWolke@glancylaw.com>; Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; ghaklay@rosenlegal.com; blapointe@rosenlegal.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Thanks Natalie. We should be able to get dates next week. Do you have a date for Brantley?

---

**From:** Natalie Pang <NPang@glancylaw.com>
**Date:** Thursday, Oct 10, 2024 at 8:54 PM
**To:** Murphy, Kristin (OC) <Kristin.Murphy@lw.com>, Walsh, Ryan (OC) <Ryan.Walsh@lw.com>, Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>, Calabrese, Corey (NY) <Corey.Calabrese@lw.com>, Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>, McDonough, Kevin (NY) <Kevin.McDonough@lw.com>
**Cc:** Kara Wolke <KWolke@glancylaw.com>, Ex Kano Sams <ESams@glancylaw.com>, JHorne@rosenlegal.com <JHorne@rosenlegal.com>, Gonen Haklay <ghaklay@rosenlegal.com>, Brent LaPointe <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Counsel,

Please provide alternative October dates for the deposition of Mike Moses pursuant to FRCP 30(b)(6) by the end of this week.  Over a month ago, we agreed to set the deposition on the only day in October that you offered us.  We planned around that date.  Then, on 10/3, you told us that Mr. Moses had become unavailable for his deposition on 10/18; that same day, we asked for alternative October dates and have heard nothing back from you.  We have been accommodating of the witness's and his counsel's schedules and would appreciate the same back.

**Natalie S. Pang**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100

Los Angeles, CA 90067

Voice:  310-201-9150
Fax:    310-201-9160
npang@glancylaw.com
www.glancylaw.com

*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.*

---

**From:** Kara Wolke <KWolke@glancylaw.com>
**Sent:** Thursday, October 3, 2024 12:02 PM
**To:** Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Kristin, we have had that date locked in since **September 9** (see attached).  Do you have October alternatives to propose?

---

**From:** Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Sent:** Thursday, October 3, 2024 10:58 AM
**To:** Kara Wolke <KWolke@glancylaw.com>; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Natalie Pang <NPang@glancylaw.com>; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; blapointe@rosenlegal.com; Kevin.McDonough@lw.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)

Our 30(b)6 is no longer available on October 18, so we will need to look for a new date for that.

---

**From:** Kara Wolke <KWolke@glancylaw.com>
**Date:** Thursday, Oct 03, 2024 at 10:55 AM
**To:** Walsh, Ryan (OC) <Ryan.Walsh@lw.com>, Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>, Natalie Pang <NPang@glancylaw.com>, Calabrese, Corey (NY) <Corey.Calabrese@lw.com>, Murphy, Kristin (OC) <Kristin.Murphy@lw.com>, Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Cc:** Ex Kano Sams <ESams@glancylaw.com>, JHorne@rosenlegal.com <JHorne@rosenlegal.com>,