EXHIBIT 17

| | |
|---|---|
| **From:** | Kristin.Murphy@lw.com |
| **To:** | Natalie Pang; Kara Wolke; Ryan.Walsh@lw.com; Amanda.Kurzydlowski@lw.com; Corey.Calabrese@lw.com; Ashley.Gebicke@lw.com; Kevin.McDonough@lw.com |
| **Cc:** | Ex Kano Sams; JHorne@rosenlegal.com; ghaklay@rosenlegal.com; blapointe@rosenlegal.com |
| **Subject:** | RE: Lavin v. Virgin Galactic - Plaintiffs" Proposed Search Terms (Plaintiffs" RFPs, Set 2) |
| **Date:** | Thursday, October 17, 2024 3:20:18 PM |

I hope to be back to you before the weekend.  Mr. Moses will be the 30(b)(6) and he generally lives/works in remote New Mexico, so we are trying to coordinate around his planned times in Orange County (and his many other obligations).


**Kristin N. Murphy**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8287


---

**From:** Natalie Pang <NPang@glancylaw.com>
**Sent:** Thursday, October 17, 2024 3:03 PM
**To:** Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Kara Wolke <KWolke@glancylaw.com>; Walsh, Ryan (OC) <Ryan.Walsh@lw.com>; Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>; Calabrese, Corey (NY) <Corey.Calabrese@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>; McDonough, Kevin (NY) <Kevin.McDonough@lw.com>
**Cc:** Ex Kano Sams <ESams@glancylaw.com>; JHorne@rosenlegal.com; ghaklay@rosenlegal.com; blapointe@rosenlegal.com
**Subject:** RE: Lavin v. Virgin Galactic - Plaintiffs' Proposed Search Terms (Plaintiffs' RFPs, Set 2)


Counsel,


Following up about Virgin Galactic's 30(b)(6) deposition – which dates are available?


Thanks,

**Natalie S. Pang**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Voice:  310-201-9150
Fax:    310-201-9160
npang@glancylaw.com
www.glancylaw.com

*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you*