EXHIBIT 18

| | |
|---|---|
| **From:** | Jonathan Horne |
| **To:** | Corey.Calabrese@lw.com; Natalie Pang; Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Ashley.Gebicke@lw.com; Amanda.Kurzydlowski@lw.com |
| **Cc:** | Kara Wolke; Ex Kano Sams; Gonen Haklay; Brent LaPointe |
| **Subject:** | RE: Lavin v. Virgin Galactic - Letter re Pltf"s Discovery Resp and Discovery Conf |
| **Date:** | Monday, October 21, 2024 12:12:44 PM |

I spoke too soon. We are not available for the 30b6 deposition on Oct 28-Nov 4 or December 2-3.

---

**From:** Corey.Calabrese@lw.com <Corey.Calabrese@lw.com>
**Sent:** Friday, October 18, 2024 7:23 PM
**To:** Natalie Pang <npang@glancylaw.com>; Kristin.Murphy@lw.com; Ryan.Walsh@lw.com; Ashley.Gebicke@lw.com; Amanda.Kurzydlowski@lw.com
**Cc:** Kara Wolke <kwolke@glancylaw.com>; Ex Kano Sams <esams@glancylaw.com>; Jonathan Horne <JHorne@rosenlegal.com>; Gonen Haklay <ghaklay@rosenlegal.com>; Brent LaPointe <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Letter re Pltf's Discovery Resp and Discovery Conf

**[EXTERNAL EMAIL]**

Let's do 230 Eastern on Monday please circulate a dial-in.

**Corey Calabrese**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.1839
Email: corey.calabrese@lw.com
https://www.lw.com

---

**From:** Natalie Pang <NPang@glancylaw.com>
**Date:** Friday, Oct 18, 2024 at 7:22 PM
**To:** Calabrese, Corey (NY) <Corey.Calabrese@lw.com>, Murphy, Kristin (OC) <Kristin.Murphy@lw.com>, Walsh, Ryan (OC) <Ryan.Walsh@lw.com>, Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>, Kurzydlowski, Amanda (NY) <Amanda.Kurzydlowski@lw.com>
**Cc:** Kara Wolke <KWolke@glancylaw.com>, Ex Kano Sams <ESams@glancylaw.com>, JHorne@rosenlegal.com <JHorne@rosenlegal.com>, ghaklay@rosenlegal.com <ghaklay@rosenlegal.com>, blapointe@rosenlegal.com <blapointe@rosenlegal.com>
**Subject:** RE: Lavin v. Virgin Galactic - Letter re Pltf's Discovery Resp and Discovery Conf

Corey – following up on my email below. Let us know if you'd like us to circulate a dial-in or if you plan to circulate one. Thank you.

**Natalie S. Pang**
Glancy Prongay & Murray LLP