EXHIBIT 19

| | |
|---|---|
| **From:** | Kara Wolke |
| **To:** | Jonathan Horne; Ex Kano Sams; Natalie Pang |
| **Subject:** | FW: Moses |
| **Date:** | Tuesday, December 10, 2024 11:27:00 AM |

**From:** Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Sent:** Tuesday, December 10, 2024 11:14 AM
**To:** Kara Wolke <KWolke@glancylaw.com>
**Cc:** Corey.Calabrese@lw.com; Ryan.Walsh@lw.com
**Subject:** Moses

He is available January 23 and 24th for a two-day (total 10 hour) deposition at Latham's OC office. Work for you?

**Kristin N. Murphy**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8287

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.