# EXHIBIT 20
# FILED UNDER SEAL

Case 1:21-cv-03070-NRM-TAM     Document 175-20     Filed 04/24/25     Page 1 of 1 PageID #: 6976