**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SHANE LAVIN, Individually and on Behalf
of All Others Similarly Situated,

               Plaintiff,

VIRGIN GALACTIC HOLDINGS, INC., MICHAEL
A. COLGLAZIER, GEORGE WHITESIDES, DOUG
AHRENS, JON CAMPAGNA,

               Defendants.

Case No.: 1:21-cv-03070-ARR-TAM

**DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

I, Kevin M. McDonough, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Virgin Galactic Holdings, Inc. ("Virgin Galactic"), Sir Richard Branson, and Chamath Palihapitiya (with Virgin Galactic, the "Defendants") in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and the U.S. District Court for the Eastern District of New York.

2.     I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Amend ("Opposition").  I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon, could and would testify competently thereto.

3.     Attached as <u>Exhibit 1</u> is a true and correct copy of excerpts from the transcript of the deposition of Mike Moses, Virgin Galactic's 30(b)(6) witness, taken on January 23-24, 2025 in Costa Mesa, California.

4.      Attached as <u>Exhibit 2</u> is a true and correct copy of Plaintiffs' Notice of Deposition of Defendant Virgin Galactic Pursuant to Federal Rule of Civil Procedure 30(b)(6).

5.      I declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 9, 2025


_____

Kevin M. McDonough