# EXHIBIT A

# BRITISH COLUMBIA
MINISTRY OF HEALTH PLANNING
Vital Statistics Agency

2005–2002104 (M)

RAYMOND OCHS III
RICHARD O'KEEFE–JONES

███████████████

USA

**IMPORTANT DOCUMENT**

This certificate is a valuable legal document. Please keep it in a secure place.

ERRORS OR OMISSIONS MUST BE REPORTED DIRECTLY TO THE VITAL STATISTICS AGENCY WITHIN 90 DAYS OF ISSUE.

**THIS CERTIFICATE IS INVALID IF PLASTICIZED OR ALTERED**



CANADA
**BRITISH COLUMBIA**

CERTIFICATE OF MARRIAGE

MINISTRY OF HEALTH PLANNING
Vital Statistics Agency

67498983

This is to certify that the following is an extract from the registration of the marriage record on file with the Vital Statistics Agency, Victoria, British Columbia:

| | | |
|---|---|---|
| Name | RAYMOND LEROY OCHS III | Sex MALE |
| Place of Birth | WASHINGTON, USA | Date of Birth ████ |
| Name | RICHARD ANDREW O'KEEFE–JONES | Sex MALE |
| Place of Birth | WASHINGTON, USA | Date of Birth ████ |
| Date of Marriage | AUG 04, 2005 | |
| Place of Marriage | VICTORIA | |
| Registration Date | AUG 09, 2005 | Registration No. 2005–59–011567 |

Given under my hand at Victoria, British Columbia

this  09  day of  AUG  2005

*R J Jordan*

Chief Executive Officer
Vital Statistics Agency

VSA 436L (REV. 07/03)

# BRITISH COLUMBIA

## MINISTRY OF HEALTH PLANNING
### Vital Statistics Agency

2005–2002104 (M)

**IMPORTANT DOCUMENT**

This certificate is a valuable legal document. Please keep it in a secure place.

RAYMOND OCHS III
RICHARD O'KEEFE–JONES
███████████████████████
███████████

USA

ERRORS OR OMISSIONS MUST BE REPORTED DIRECTLY TO THE VITAL STATISTICS AGENCY WITHIN 90 DAYS OF ISSUE.

**THIS CERTIFICATE IS INVALID IF PLASTICIZED OR ALTERED**

---

### CANADA
### BRITISH COLUMBIA
### CERTIFICATE OF MARRIAGE

**MINISTRY OF HEALTH PLANNING**
**Vital Statistics Agency**

67498983

This is to certify that the following is an extract from the registration of the marriage record on file with the Vital Statistics Agency, Victoria, British Columbia:

| | | |
|---|---|---|
| Name | RAYMOND LEROY OCHS III | Sex MALE |
| Place of Birth | WASHINGTON, USA | Date of Birth ████ |
| Name | RICHARD ANDREW O'KEEFE–JONES | Sex MALE |
| Place of Birth | WASHINGTON, USA | Date of Birth ████ |

Date of Marriage   AUG 04, 2005

Place of Marriage   VICTORIA

Registration Date   AUG 09, 2005

Registration No.   2005-59-011567

Given under my hand at Victoria, British Columbia

this   09   day of   AUG   2005

Chief Executive Officer
Vital Statistics Agency

VSA 436L (REV. 07/03)

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Natalie S. Pang*
Natalie S. Pang