# EXHIBIT B

# STATE of FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2024210643        **DATE ISSUED:** DECEMBER 10, 2024

### DECEDENT INFORMATION        **DATE FILED:** DECEMBER 10, 2024

NAME: RICHARD   ANDREW   O'KEEFE - JONES

DATE OF DEATH: **NOVEMBER 29, 2024**        SEX: **MALE**        AGE: ▉▉▉
DATE OF BIRTH: ▉▉▉▉▉▉▉        SSN: ***-**▉▉▉▉
BIRTHPLACE: **SPOKANE, WASHINGTON, UNITED STATES**
PLACE WHERE DEATH OCCURRED:   **OTHER**
FACILITY NAME OR STREET ADDRESS: ▉▉▉▉▉▉▉▉
LOCATION OF DEATH: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
RESIDENCE: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ **UNITED STATES**
COUNTY: **KING**
OCCUPATION, INDUSTRY: **FLIGHT ATTENDANT, AIRLINE**
EDUCATION: **ASSOCIATE DEGREE**        EVER IN U.S. ARMED FORCES? **NO**
HISPANIC OR HAITIAN ORIGIN? **NO, NOT OF HISPANIC/HAITIAN ORIGIN**
RACE: **WHITE**

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: **MARRIED**
SURVIVING SPOUSE NAME:   **RAYMOND   L   OCHS   III**
FATHER'S/PARENT'S NAME: ▉▉▉▉▉▉▉▉
MOTHER'S/PARENT'S NAME: ▉▉▉▉▉▉▉▉

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME:   **RAYMOND   OCHS**
RELATIONSHIP TO DECEDENT:   **SPOUSE**
INFORMANT'S ADDRESS: ▉▉▉▉▉▉▉▉▉▉▉▉ **UNITED STATES**
FUNERAL DIRECTOR/LICENSE NUMBER:  **JOSEPH A. SCARANO, F043636**
FUNERAL FACILITY:  **JOSEPH A SCARANO PINES MEMORIAL CHAPEL F039799**
              **9000 PINES BLVD, PEMBROKE PINES, FLORIDA  33024**
METHOD OF DISPOSITION: **REMOVAL FROM STATE**
PLACE OF DISPOSITION:  **BONNEY WATSON CREMATORY**
              **SEATTLE, WASHINGTON**

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: **ASSOCIATE MEDICAL EXAMINER**    MEDICAL EXAMINER CASE NUMBER: **24173238**
TIME OF DEATH (24 HOUR):   **FOUND AT 1752**    DATE CERTIFIED: **DECEMBER 10, 2024**
CERTIFIER'S NAME: **HEIDI LYNN REINHARD**
CERTIFIER'S LICENSE NUMBER:   **ME153177**
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER):   **NOT ENTERED**

The first five digits of the decedent's Social Security Number have been redacted pursuant to §119.071(5), Florida Statutes.

*Ken Jones*                    , STATE REGISTRAR

REQ:  2027208174

WARNING:   THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (08/01/2022)

 **CERTIFICATION OF VITAL RECORD**  florida HEALTH

\* 4 8 8 2 6 6 6 8 \*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Natalie S. Pang*
Natalie S. Pang