**THE ROSEN LAW FIRM, P.A.**
Jonathan Horne, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jhorne@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANE LAVIN, Individually and On Behalf of All Others Similarly Situated, <br><br>Plaintiff, <br><br>v. <br><br>VIRGIN GALACTIC HOLDINGS, INC., MICHAEL A. COLGLAZIER, GEORGE WHITESIDES, DOUG AHRENS, and JON CAMPAGNA, <br><br>Defendants. | CASE No.: 1:21-cv-03070-ARR-TAM |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that plaintiffs Jennifer Ortiz, Raymond Ochs, Hesham Ibrahim, and Montgomery Brantley (collectively, "Plaintiffs"), through their undersigned attorneys, respectfully move this Court, the Honorable Allyne R. Ross, United States District Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Lead Plaintiff and Defendants as set forth in the Stipulation of Settlement ("Stipulation"), submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement.

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, and the Declaration of Jonathan Horne, each filed contemporaneously herewith, and all pleadings, records, and papers on file in this action, and other such matters the Court may consider.

Defendants do not oppose the relief requested by this motion. Accordingly, Plaintiffs requests that the Court enter the [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, attached as Exhibit A to the Stipulation.

Dated: November 4, 2025

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

By: *s/ Jonathan Horne*
Jonathan Horne, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
           lrosen@rosenlegal.com

*Counsel for Plaintiffs*

GLANCY PRONGAY & MURRAY LLP

By: *s/ Ex Kano S. Sams II*
Kara M. Wolke
Ex Kano S. Sams II
Joseph D. Cohen
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
phone: (310) 201-9150
fax: (310) 432-1495
Email: kwolke@glancylaw.com
           esams@glancylaw.com
           jcohen@glancylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system

>*/s/ Jonathan Horne*
>Jonathan Horne