Benjamin Wallace
9106 Wedgewood Drive
Fairview Heights, IL 62208
903-721-0145
Wallaceb1984@gmail.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 20 2026   ★

BROOKLYN OFFICE

RECEIVED
MAY 21 2026
P... OFFICE

May 13, 2026
Clerk of the Court
United States District Court for the Eastern District of New York
Courtroom 13D South 225 Cadman Plaza East
Brooklyn, NY 11201

RE: Objection to Class Action Settlement in Virgin Galactic Securities Litigation, Case No.:
1:21-cv-03070-ARR-TAM

To the Honorable Allyne R. Ross:
I, Benjamin Wallace, am a member of the Settlement Class in the above-referenced lawsuit
because I purchased publicly traded common stock between 06/2019 and 08/2022.

I am writing to formally object to the proposed settlement for the following reasons:

   1. Inadequate Compensation: The proposed settlement amount does not fairly compensate
class members for the harm suffered. The payment hardly covers even a fraction of the actual
loss.
   2. Excessive Attorney Fees: The requested attorney fees are disproportionately high
compared to the actual recovery for individual class members.
   3. The notice process was insufficient.
I intend to appear at the Fairness Hearing scheduled for July 9, 2026 to speak in support of my
objection.

I declare under penalty of perjury that the foregoing is true and correct.
Sincerely,

Benjamin Wallace

*Due to the short notice, I will not be attending the Hearing. The cost to fly and reserve reasonable accommodations was too expensive, The Email received was time stamped May 13, 2026. I do apologize, I ask the Court to grant me time to acquire proper legal Counsel and time to contact other class members if they feel the same.*

REC'D IN PRO SE OFFICE
MAY 21 '26 PM 4:56

Benjamin Wallace
9106 Wedgewood Drive
Fairview Heights, IL 62208

Case 1:21-cv-03070-NRM-TAM    Document 211    Filed 05/20/26    Page 2 of 2 PageID #: 8588

**CERTIFIED MAIL**

9589 0710 5270 3658 5310 39

16 MAY 2026

Retail

U.S. POSTAGE PAID
FCM LETTER
FAIRVIEW HEIGHTS,
MAY 16, 2026

11201

$6.08

RDC 99

S2324P505103-99

Clerk of the Court
United States District Court for the Eastern District of NY
Courtroom 130 South 225 Cadman Plaza East
Brooklyn, NY 11201

11201-630730